THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SANTREL MCCLUSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a Michigan limited liability company conducting business in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03189-JLR<br><br>**STIPULATED MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE AND TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY ACTION** |

This stipulated motion ("**Stipulation**") is entered into by Plaintiff Santrel McClusky ("**Plaintiff**") and Defendant Domino's Pizza LLC ("**Defendant**"). Plaintiff and Defendant are referred to herein collectively as the "**Parties**" and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## <u>RECITALS</u>

A. On July 31, 2026, Plaintiff filed a putative Class Action Complaint for Damages and Injunctive Relief (the "**Complaint**") in the Superior Court of Washington for King County (the "**State Court**") against Defendant (the "**State Court Action**").

B. On September 4, 2026, Defendant removed the State Court Action to this Court. Dkt. No. 1.

C. On September 25, 2026, Defendant filed a Motion to Compel Arbitration and Stay



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Phone: (206) 225-2043

Proceedings. Dkt. No 12. This Motion was set for a 28-day briefing schedule pursuant to Local Civil Rule 7(d)(4).

D. The Parties have discussed an agreed-upon briefing schedule, and also are further stipulating herein, subject to the Court's approval, to the following briefing schedule to give the Parties sufficient time to prepare their briefing on Defendant's Motion to Compel Arbitration and Stay Proceedings:

| Filing | Deadline | Calculation |
|---|---|---|
| Plaintiff's Opposition | October 23, 2026 | 28 days after Motion filed |
| Defendant's Reply | October 30, 2026 | 7 days after Response filed |
| Noting Date (Without Oral Argument) | October 30, 2026 | 35 days after Motion filed |

**STIPULATION**

NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 12) is re-noted for consideration without oral argument to October 30, 2026.

2. Plaintiff's deadline to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 12) is extended up to and including October 23, 2026.

3. Defendant's deadline to reply to Plaintiff's Response to Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 12) is extended up to and including October 30, 2026.



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Phone: (206) 225-2043

4. By agreeing to this Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

Dated: October 16, 2026

**FISHER & PHILLIPS LLP**

<u>*/s/ Isabell Brooks*</u>
Isabell Brooks, WSBA No. 60068
Clarence M. Belnavis, WSBA No. 36681
1700 Seventh Ave., Ste. 2200
Seattle, WA 98101
Ph: 206-682-2308
*ibrooks@fisherphillips.com*
*cbelnavis@fisherphillips.com*

*Attorneys for Defendant*

Dated: October 16, 2026

**BIBIYAN LAW GROUP, P.C.**

<u>*/s/ Adarsh N. Parthasarathy*</u>
Adarsh N. Parthasarathy, WSBA No. 62319
Cassandra W. Lenning, WSBA No. 54336
Danielle E. Kim, WSBA No. 54154
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2040
*aparthasarathy@tomorrowlaw.com*
*clenning@tomorrowlaw.com*
*dkim@tomorrowlaw.com*

*Attorneys for Plaintiff*