THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SANTREL MCCLUSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a Michigan limited liability company conducting business in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03189-JLR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE AND TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY ACTION** |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the Court **GRANTS** the Stipulation and **ORDERS** as follows, using the same defined terms as defined and used in the Stipulation:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 12) is re-noted for consideration without oral argument to October 30, 2026.
2. Plaintiff's deadline to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 12) is extended up to and including October 23, 2026.
3. Defendant's deadline to reply to Plaintiff's Response to Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 12) is extended up to and



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Phone: (206) 225-2043

including October 30, 2026.

4. By agreeing to this Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS HEREBY ORDERED.**

DATED this ___ day of October, 2026.

______________________________________
The Honorable James L. Robart

Presented By:

**FISHER & PHILLIPS LLP**

*/s/ Isabell Brooks*
Isabell Brooks, WSBA No. 60068
Clarence M. Belnavis, WSBA No. 36681
1700 Seventh Ave., Ste. 2200
Seattle, WA 98101
Ph: 206-682-2308
*ibrooks@fisherphillips.com*
*cbelnavis@fisherphillips.com*

*Attorneys for Defendant*

**BIBIYAN LAW GROUP, P.C.**

*/s/ Adarsh N. Parthasarathy*
Adarsh N. Parthasarathy, WSBA No. 62319
Cassandra W. Lenning, WSBA No. 54336
Danielle E. Kim, WSBA No. 54154
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2040
*aparthsarathy@tomorrowlaw.com*
*clenning@tomorrowlaw.com*
*dkim@tomorrowlaw.com*

*Attorneys for Plaintiff*