THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SANTREL MCCLUSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a Michigan limited liability company conducting business in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:26-cv-03189<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

THIS MATTER having come before the Court on Defendant Domino's Pizza LLC's Motion to Compel Arbitration and Stay Proceedings, the Court has considered the following:

1. Defendant's Motion, declarations, and attached exhibits;
2. Plaintiff's Opposition, declarations, and attached exhibits;
3. Defendant's Reply, if any; and
4. The records, pleadings, and files herein.

/ /

/ /



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Phone: (206) 225-2043

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel Arbitration and Stay Proceedings is **DENIED**.

**IT IS HEREBY ORDERED.**

DATED this ____ day of ____________, 2026.

______________________________
The Honorable Judge James L. Robart

Presented By:

**BIBIYAN LAW GROUP, PC**

*/s/ Adarsh N. Parthasarathy*
Adarsh N. Parthasarathy, WSBA No. 62319
Cassandra Lenning, WSBA No. 54336
Danielle E. Kim, WSBA No. 54154
**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
Fax: (206) 225-2067
*aparthasarathy@tomorrowlaw.com*
*clenning@tomorrowlaw.com*
*dkim@tomorrowlaw.com*

*Attorneys for Plaintiff*