THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SANTREL MCCLUSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a Michigan limited liability company conducting business in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:26-cv-03189<br><br>**DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

I, Cassandra Lenning, declare as follows:

1. I am a Senior Managing Attorney at Bibiyan Law Group, P.C. ("BLG"), a member in good standing of the Washington State Bar, and counsel for Plaintiff in the above-captioned case. I am competent to testify to the following facts which are within my personal knowledge.

2. I am making this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings filed in this case.

3. I met with counsel for Defendants on August 20, 2026.

4. During that call, Defendants' counsel, Clarence M. Belnavis, Regional Managing Partner at Fisher Phillips indicated Defendant would move to compel arbitration in this matter. In



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

response, I expressed Plaintiff's belief that Mr. McClusky falls under the transportation worker exemption of the Federal Arbitration Act and recent Washington State appellate authority, specifically *Oakley v. Domino's Pizza LLC*, 23 Wn. App. 2d 218, 235 (2022), supports this.

5. Counsel was unconvinced and attempted to distinguish Mr. McClusky's role as a Yard Driver from "transportation workers" exempt under the FAA.

6. Attorneys at BLG's Seattle Office bill between $500 and $1,050 per hour. For instance, Adarsh Parthasarathy bills $600 per hour. My rate is $1,050 per hour.

7. The relatively low economic damages recovery in an individual wage and hour litigation compared against the cost of such litigation, makes taking individual wage and hour cases economically impracticable for BLG. Plaintiff filed this case with the intention that it be adjudicated on a class basis.

8. **Exhibits 1 through 18**, and **Exhibit 21 & 22**, identified and authenticated below, were produced by Defendant Domino's Pizza LLC to Plaintiff's counsel pursuant to Plaintiff Santrel McClusky's RCW 49.12.250 request for his personnel file.

9. **Exhibit 1**, attached hereto, is a true copy of Plaintiff Santrel McClusky's offer letter.

10. **Exhibit 2**, attached hereto, is a true copy of the General Consent for Limited Queries of the FMCSA Drug and Alcohol Clearinghouse, electronically signed by Mr. McClusky on November 20, 2025, at 1:22 PM.

11. **Exhibit 3**, attached hereto, is a true copy of the Supply Chain Services D&S Driver Safety Bonus Program Guidelines, electronically signed by Mr. McClusky on November 20, 2025, at 1:19 PM.

12. **Exhibit 4**, attached hereto, is a true copy of Defendant's Transportation Safety



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

Policy – Supply Chain Services (United States), electronically signed by Mr. McClusky on November 20, 2025, at 1:15 PM.

13. **Exhibit 5**, attached hereto, is a true copy of Defendant's Driver Operation Protocol (DrOP) Manual: Handbook for Truck, electronically signed by Mr. McClusky on November 20, 2025, at 1:21 PM.

14. **Exhibit 6**, attached hereto, is a true copy of Defendant's Whistleblower Policy, electronically signed by Mr. McClusky on November 20, 2025, at 1:16 PM.

15. **Exhibit 7**, attached hereto, is a true copy of Defendant's Acknowledgement of Meal Period and Rest Break Policy, electronically signed by Mr. McClusky on November 20, 2025, at 1:13 PM.

16. **Exhibit 8**, attached hereto, is a true copy of Defendant's Domino's Attendance Policy, electronically signed by Mr. McClusky on November 20, 2025, at 1:19 PM.

17. **Exhibit 9**, attached hereto, is a true copy of Defendant's Domino's Pizza Electronic Pay Options sheet, electronically signed by Mr. McClusky on November 20, 2025, at 1:23 PM.

18. **Exhibit 10**, attached hereto, is a true copy of Defendant's HIPAA Notice of Privacy Practices, electronically signed by Mr. McClusky on November 20, 2025, at 1:10 PM.

19. **Exhibit 11**, attached hereto, is a true copy of Defendant's Domino's Pizza LLC Code of Ethics and Using Your Good Judgment policy, electronically signed by Mr. McClusky on November 20, 2025, at 1:17 PM.

20. **Exhibit 12**, attached hereto, is a true copy of Defendant's Corporate Expense Policy and Procedures document, electronically signed by Plaintiff Santrel McClusky on November 20, 2025, at 1:18 PM.



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

21. **Exhibit 13**, attached hereto, is a true copy of Defendant's Domino's Pizza LLC Biometric Data Policy and associated Consent Form, electronically signed by Mr. McClusky on November 20, 2025, at 1:06 PM.

22. **Exhibit 14**, attached hereto, is a true copy of Defendant's PTO Policy Update, electronically signed by Mr. McClusky on November 20, 2025, at 12:36 PM.

23. **Exhibit 15**, attached hereto, is a true copy of Defendant's Employee State Tax Withholding document, purportedly signed by Mr. McClusky, but bearing no date or timestamp for the e-Signature.

24. **Exhibit 16**, attached hereto, is a true copy of Defendant's 2018 Acceptable Use Policy, purportedly signed by Mr. McClusky, but bearing no date or timestamp for the e-Signature.

25. **Exhibit 17**, attached hereto, is a true copy of Defendant's policy update letter, purportedly signed by Mr. McClusky, but bearing no date or timestamp for the e-Signature.

26. **Exhibit 18**, attached hereto, is a true copy of Defendant's TMSC Login Instruction Sheet, purportedly signed by Mr. McClusky but bearing no date or timestamp for the e-Signature.

27. **Exhibit 19**, attached hereto, is a true copy of the Declaration of Attorney James B. Pizl in Support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration in *Oakley v. Domino's Pizza LLC*, filed under penalty of perjury in King County Superior Court, Case No. 20-2-12563, on March 29, 2021. Attached as Exhibit 5 to Mr. Pizl's declaration is the arbitration policy at issue in *Oakley*.

28. **Exhibit 20**, attached hereto, is a true copy of the Declaration of Plaintiff Justin A. Oakley in Support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration in



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

*Oakley v. Domino's Pizza LLC*, filed under penalty of perjury in King County Superior Court, Case No. 20-2-12563, on March 29, 2021.

29. **Exhibit 21**, attached hereto, is a true copy of the "Arbitration Agreement" purportedly bearing Mr. McClusky's e-Signature, but bearing no date or timestamp.

30. **Exhibit 22**, attached hereto, is a true copy of the Request/Consent for Information from Previous Employer(s)/Carier(s) For Safety Performance History Pursuant to 49 CFR Section 391.23 of the FMCSA regulations that Defendant required Plaintiff Santrel McClusky execute on April 4, 2026.

31. **Exhibit 23**, attached hereto, is a true copy of Domino's "Team Member Handbook" for "Domino's World Resource Center, Corporate Stores, and Supply Chain Centers," electronically signed by Mr. McClusky on November 20, 2025, at 1:04 PM.

32. For ease of the Court's reference, below is a matrix of **Exhibits 2 – 14** and **23**, identifying the exhibit number, a description of the materials contained in the exhibit, and the time the document was signed by Plaintiff on November 20, 2025.

| **Exhibit Number** | **Document Title** | **e-Signature Time Stamp** |
|---|---|---|
| 14 | PTO Policy Update | 12:36 PM |
| 23 | Team Member Handbook | 1:04 PM |
| 13 | Domino's Pizza LLC Biometric Data Policy | 1:06 PM |
| 10 | HIPAA Notice of Privacy Practices | 1:10 PM |
| 7 | Acknowledgement of Meal Period and Rest Break Policy | 1:13 PM |
| 4 | Transportation Safety Policy – Supply Chain Services (United States) | 1:15 PM |
| 6 | Whistleblower Policy | 1:16 PM |
| 11 | Domino's Pizza LLC Code of Ethics and Using Your Good Judgment | 1:17 PM |



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

| | | |
|---|---|---|
| 12 | Corporate Expense Policy and Procedures | 1:18 PM |
| 3 | Supply Chain Services D&S Driver Safety Bonus Program Guidelines | 1:19 PM |
| 8 | Attendance Policy | 1:19 PM |
| 5 | Driver Operation Protocol (DrOP) Manual: Handbook for Truck | 1:21 PM |
| 2 | General Consent for Limited Queries of the FMCSA Drug and Alcohol Clearinghouse | 1:22 PM |
| 9 | Domino's Pizza Electronic Pay Options | 1:23 PM |

33. On July 21, 2026, Plaintiff and undersigned counsel filed a class action lawsuit in King County Superior Court alleging widespread violations of Washington's Noncompete Law by Defendants. Both Plaintiffs' and Defendants' counsel are the same in this action and the earlier-filed Noncompete action.

34. **Exhibit 24**, attached hereto, is a true copy of Defendant's Motion to Compel Arbitration and Stay Proceedings as filed on August 27, 2026, in the Noncompete action pending in King County Superior Court.

35. **Exhibit 25**, attached hereto, is a true copy of the Declaration of Mikell Young In Support of Defendant's Motion to Compel Arbitration and Stay Proceedings as filed on August 27, 2026, in the Noncompete action pending in King County Superior Court.

36. **Exhibit 26**, attached hereto, is a true copy of the Declaration of Kashmiere Apollon In Support of Defendant's Motion to Compel Arbitration and Stay Proceedings as filed on August 27, 2026, in the Noncompete action pending in King County Superior Court.

37. **Exhibit 27**, attached hereto, is a true copy of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings as filed on September 10, 2026, in the Noncompete action pending in King County Superior Court.



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

38. **Exhibit 28**, attached hereto, is a true copy of Defendant's Reply In Support of Motion to Compel Arbitration and Stay Proceedings as filed on September 17, 2026, in the Noncompete action pending in King County Superior Court.

I declare under penalty of perjury under the laws of the State of Washington that the information contained in this declaration is true and correct.

Signed at Seattle, Washington on the 23rd day of October 2026.

*/s/ Cassandra W. Lenning*
Cassandra W. Lenning, WSBA No. 54336



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043