# EXHIBIT

# 1

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

10/24/2025

Dear Santrel McClusky,

On behalf of Domino's Pizza, I am delighted to offer you the position of Yard Driver reporting directly to me.

Below is a summary of our agreement in your new position:

Title: Yard Driver
Support Area: Transportation
Hourly Wage: USD 30.30
Team Achievement Dividend (TAD): 2% (bonus will be pro-rated in your first year based on your start date)

Please note that this offer is contingent on successfully passing a background check, pre-employment physical, and substance screen. Continuous employment depends on a successful background check every third year on your anniversary date.

Santrel, we are excited at the prospect of you joining our team and look forward to working with you! If you have any questions, please contact your recruiter directly at alana.mcshane@dominos.com.

Sincerely,

Sarah Barnhart
Manager, Transportation

Please sign and return one copy: DocuSigned by: Santrel McClusky 8135485CDC30438...
I am in agreement with the contents of this letter.

Please be advised that Domino's is an at-will employer. Either you or the Company has the right to terminate the employment relationship at any time, with or without cause, with or without notice.

# SCC PHYSICAL REQUIREMENTS

In your interview process you were provided with a verbal overview of the strenuous physical requirements of the job and had discussed the work environment. Please review the below physical conditions and work environment. You will be asked to acknowledge that you have read and can do the physical requirements for your designated job with or without reasonable accommodation and are comfortable with the work environment.

## SUPPLY CHAIN WORK ENVIRONMENT




## WAREHOUSE, PRODUCTION, & MAINTENANCE




## DELIVERY & SERVICE




After reviewing this document, I can confirm that I am able to perform the essential functions of the job in the work environment, with or without reasonable accommodation.

Initial DS SM