# EXHIBIT

# 2

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# General Consent for Limited Queries of the Federal Motor Carrier Safety Administration Drug and Alcohol Clearinghouse

I hereby provide consent to Domino's Pizza LLC and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company") to conduct limited queries of the Federal Motor Carrier Safety Administration ("FMCSA") Commercial Driver's License Drug and Alcohol Clearinghouse (the "Clearinghouse") to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I acknowledge that by providing my consent it allows the Company to run a limited query annually each year as required by the FMCSA throughout the duration of my employment with the Company.

I understand that if the limited query conducted by the Company indicates that drug or alcohol violation information about me exists in the Clearinghouse, the FMCSA will not disclose that information to the Company without first obtaining additional specific consent from me.

I further understand that if I refuse to provide consent for the Company to conduct limited queries of the Clearinghouse, the Company must prohibit me from performing safety-sensitive functions, including driving a commercial motor vehicle, as required by the FMCSA's drug and alcohol program regulations.

# Drug & Alcohol Clearinghouse Acknowledgement

Following is the electronic signature of the team member acknowledging the receipt and reading of the Drug & Alcohol Clearinghouse Acknowledgement document.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.22.01.000000 |