# EXHIBIT

# 3

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

**Supply Chain Services**
**D&S Driver Safety Bonus Program Guidelines**

## Eligibility

*Eligible Roles*

Full time, active team members whose primary role is driving, as identified below, will be eligible for a Safety Bonus (Bonus) under the program guidelines defined in this document. Eligible roles are limited to the following:

- Commercial Truck Driver – Class A and Class AZ (job code 3009)
- Driver Development – Trainee (job code 3109)
- Hourly Commercial Truck Driver – Class A and Class AZ (job code 3096)
- Straight Truck Driver – Class B and Class DZ (job code 3091)
- Yard Driver (job code 3038)
- Non-CDL Driver (job code 3095)

Eligibility is contingent upon meeting criteria established by management, in its sole discretion, which may be changed from time to time with or without notice. Eligibility to receive the Bonus may be revoked at management's sole discretion for any reason including, but not limited to, involuntary termination and/or disciplinary actions.

*Eligibility Guidelines:*
**See **Transportation Safety Policy** for more details*

Participants are not eligible for a Driver Safety Bonus if any of the following violations or events occurs during the calendar year:

- Involved in a Preventable Vehicle Accident(s) while operating a company vehicle.
- Serious violation while working, that results in a Preventable property damage or preventable injury.
- Preventable violation of a DOT regulation while operating a company vehicle.
    a. Examples of violations includes, but not limited to:
        i. Moving violations.
        ii. Distracted-Driving related events.
        iii. Roadside inspection violations.
- Cited for not wearing a seat belt by any law enforcement agency and/or DOT official, including seatbelt CSA citations or warnings per MVR records.

*Additional Eligibility Rules*

Newly hired or rehired drivers are eligible immediately. Bonus in the first year of employment will be prorated based on service time and program requirements since hire / rehire date.

Drivers who change roles during the calendar year and continue to be employed through the end of the calendar year will receive a prorated Bonus for time worked in an eligible role.

**Conditions For Payment**

The Driver Safety Bonus Program plan will coordinate with the calendar year, beginning on January 1 and ending on December 31. After the end of each plan year, there will be a calculation period and then the Bonus, if any, will be paid as soon as reasonably possible.

Drivers must be actively employed by the Company on the day on which the Driver Safety Bonus is paid to be entitled to a payment. A Driver is considered actively employed if they are on the Company's active payroll and currently performing services for the Company. However, the following exceptions apply:

*Death*

- If a participant dies during the plan year, the participant's estate will be eligible to receive a prorated portion of the amount that would have been payable to the participant as determined under the Pro Rata Rules below.

*Leave of Absence*

- If a participant is absent from work due to disability, military, or other Company-approved non-FMLA leave throughout the calendar year, the participant will be eligible to receive a pro-rata portion of the payment under the Pro Rata Rules below. Approved Family Medical Leave (FML) & parental bonding leave time will not be subject to the Pro Rata Rules.

If a participant is not actively employed by the Company on the day in which Driver Safety Bonus is paid for any reason other than death or Company-approved leave of absence, the participant shall not be entitled to any payment under Driver Safety Bonus program unless the Company, in its sole discretion, determines otherwise.

**Supply Chain Services**
**D&S Driver Safety Bonus Program Guidelines**

## Pro Rata Rules

The bonus amount is prorated based on the number of days of eligibility during the plan year. The total number of days in the plan year is typically 365.

*New Hires*:

- In the case of an eligible participant who is hired after January 1, the amount payable under the Driver Safety Bonus program will be prorated based on the number of days of active employment credited to the participant for the plan year over the total number of days in the plan year (365 days).

*Job Changes*:

- In the case of a Driver who is hired or moves into an eligible role after the beginning of the plan year, the amount payable will be prorated based on the ratio of the number of days of active employment credited to the eligible participant for the plan year over the total number of days in the plan year (365 days).

*Death*:

- In the case of a Driver who dies during the plan year, the amount payable will be prorated based on the date of death, using the ratio of the number of days of active employment credited to the participant for the plan year over the total number of days in the plan year (365 days).

*Leaves of Absence*:

- In the case of a Driver who is absent from work due to disability, military service, or other Company-approved non-FMLA leave during the plan year and is entitled to payment of a pro-rated amount for the plan year, the amount payable will be prorated based on the ratio of the number of days of active employment credited to the participant for the plan year over the total number of days in the plan year (365 days).

## Payments

*Bonus Payment*

Bonuses will be paid to each qualified, eligible participant in one lump sum payment during the first quarter of the calendar year. Bonus payments shall be reflected as wages subject to withholding on the recipient's W-2 for the year in which the bonus payment was received. All payments shall be subject to all applicable income and employment taxes, withholding and savings plan deductions as required under both state and federal law.

*Payment Corrections*

If for any reason Domino's or a participant requires a correction to a previously paid Bonus, or payment for a previously unpaid bonus due to new information, this request must be made to Human Resources within 12 months of the end of the applicable plan year (or by December 31 of the following calendar year). Requests made later than this time period will not be accepted, and corrections or additions will not be made, regardless of the reason for the initial incorrect payment.

**Supply Chain Services**
**D&S Driver Safety Bonus Program Guidelines**

**General Provisions**

The Company reserves the right to amend or terminate the Program at any time. The obligations of the Company, as set forth in this Reference document, shall be subject to modification in such manner and to such extent as the Company, in its sole discretion, deems necessary or appropriate, or as may be necessary to comply with any law, regulation, or governmental order pertaining to such programs. Eligibility to receive the Safety Bonus may be revoked at management's sole discretion for any reason including, but not limited to, involuntary termination and/or disciplinary actions. An amendment to the program shall only be effective if made in writing and signed by the Executive Vice President, Chief Human Resources Officer and no other attempted modification is valid or binding on the Company.

Participation in the Safety Bonus Program does not act as a guarantee of employment for any specific length of time.

The Company will have the exclusive authority to administer and interpret this program in its sole discretion.

**Supply Chain Services**
**D&S Driver Safety Bonus Program Guidelines**

## Frequently Asked Questions (FAQ's):

**Q: How do you determine if a vehicle accident is preventable?**

***A:*** A preventable accident means any crash in which the Delivery & Service Driver in question, does not do everything reasonable to prevent the accident. A defensive Driver defends themselves and others against the illegal or unexpected actions of the other Driver. Preventability shall be based upon sound defensive driving principles and not on legal liability or whether a traffic citation was issued. The accident review board at the pertinent Supply Chain Center will have sole discretion to issue a final decision regarding whether an accident was preventable.

**Q: What's a preventable property damage incident?**

***A:*** Property damage means physical injury to, damage to, the destruction of, or loss of use to public or private property caused by a person who is not its owner by oversight and human error.

**Q: What are some examples of a moving violation?**

***A:*** Examples of moving violations include, **but are not limited to** speeding, failure to yield, failure to obey traffic signal/device, failure to stop, improper turn, improper lane change, careless driving, improper use of cell phone usage - i.e. Lytx camera event, following too close, improper braking, violations on Roadside Inspections with a violation severity weight of 5-10.

**Q: Am I required to report workplace injuries?**

***A:*** Team members and management are required to report any and all workplace injuries through the reporting process set forth in Domino's Accident and Injury Reporting Policy and the failure to do so will result in disciplinary action up to and including discharge. Please contact your PeopleFirst Representative or the Team Member Service Center at (877) 921-8326 if you are pressured or otherwise prevented from properly reporting your workplace injury or if you should have any questions or concerns regarding the issue.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.19.24.000000 |