# EXHIBIT

# 4

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# TRANSPORTATION SAFETY POLICY – SUPPLY CHAIN SERVICES (UNITED STATES)

## I. Purpose

Domino's Pizza LLC ("Domino's" or the "Company") is committed to having Team Members (TMs) deliver our product in our Company vehicles to corporate owned and franchise owned stores in a safe manner.

## II. Policy

Policy standards are based on Federal Motor Carrier Safety Regulations, industry standards, good business practices, and other applicable state and local ordinances. Regular auditing of Driver Qualifications, motor vehicle records (MVRs), Compliance Safety Accountability (CSA) data, Lytx, and Hours of Service (HOS) is conducted to ensure compliance with laws and Company standards. Drivers must always meet the standards outlined in this policy to remain qualified to drive Company vehicles.

The Company requires that all TMs who work in driving-related positions have their MVRs verified just prior to the start of their employment, once annually thereafter on the TM's anniversary hire date, and when a new medical certificate is issued. A TM must always carry a valid Driver's License (DL) or Commercial Driver's License (CDL) and, if applicable, a current medical certification card while in a Company vehicle.

Failure to follow this policy and its procedures will result in both re-training and disciplinary action, up to and including termination of employment. This policy does not alter your at-will employment relationship with the Company. The Company may terminate your employment at any time for any lawful reason or for no reason at all with or without notice. This policy is a supplement to policies set forth in the TM Handbook and is not intended to supersede the TM Handbook.

Domino's, in its sole discretion, reserves the right to determine when a TM's behavior is unacceptable and when and what disciplinary action is necessary under a given circumstance. The type of disciplinary action that may be imposed may range from verbal warning to written warning to termination of employment. Leadership retains the right to skip or repeat certain disciplinary steps, depending on the facts of each situation. The disciplinary action imposed may vary depending on the facts and circumstances surrounding each case. In arriving at a decision about the coaching or disciplinary action to be issued, considerations include, but are not limited to, the prior record of the driver and the nature and severity of the incident or series of incidents (including whether they involve negligence, gross negligence, high risk behavior, and/or other serious infractions).

## A. Eligibility

This policy applies to all Supply Chain TMs who operate a Company vehicle. With the Company being considered an Interstate carrier, the current qualifying age to be a Driver is twenty-one (21) years of age. To drive a tractor-trailer or straight truck labeled 26,001+ lbs. Commercial Motor Vehicle (CMV) the Driver will be required to have a CDL. Drivers will only be permitted to operate motor vehicles if their DL or CDL are valid and in good standing. No one will be allowed to operate a Company vehicle with a, “foreign”, “suspended”,” provisional”, “probationary”, “revoked”, or “court restricted” license.

To be employed in a driving related position within a Supply Chain Center, the TM must meet the following criteria:

## B. Annual MVR Standards

MVR Standards are based on violations / accidents that occur in both a Driver’s personal vehicle and a CMV or other Company vehicle.

This is a standalone view of the Driver’s record throughout the year and allows Domino’s to see if any violations / accidents have been added to their record and ensures the Driver is compliant.

In the event a United States Driver receives a moving violation while operating a personal vehicle in Canada or if a Canadian Driver receives a moving violation while in the United States, this violation shall be treated equivalent to receiving the violation in their home country.

### 1. Minor Moving Violations

A Driver will be disqualified from driving if they have three (3) or more minor moving violations per calendar year.

a. Examples of violations includes, but not limited to:

i. Speeding 1 to 14 mph over the posted speed limit.
ii. Failure to yield.
iii. Failure to obey traffic signal / device.
iv. Failure to stop.
v. Improper turn.
vi. Lane violation (Improper Lane Usage).
vii. Careless driving.
viii. No-seatbelt in any vehicle, including a personal vehicle.

b. If a Driver receives a Minor Moving Violation in their personal vehicle, goes to court and pleads the ticket down to a non-moving violation, a Minor Moving Violation will not be assigned to the Driver.

c. If a Driver receives a Minor Moving Violation in a Company vehicle, goes to court and pleads the ticket down to a non-moving violation, a Minor Moving Violation will still be assigned to the Driver.

2. **Major Moving and Other Violations**:

A Driver will be disqualified from driving if they have two (2) or more violations from the list(s) below within a three (3) year period.

a. **Major moving violations in any type of vehicle** – Examples of violations includes, but not limited to:

i. Speeding 15+ mph over the posted speed limit.
ii. Driving recklessly.
iii. Making improper or erratic lane changes.
iv. Following the vehicle ahead too closely.
v. Receiving an open container violation.

b. **Major moving violations in a 26,001+ lbs. CMV** – Examples of violations includes, but not limited to:

vi. Driving a CMV without obtaining a CDL.
vii. Driving a CMV without a CDL in the Driver's possession.
viii. Driving a CMV without the proper class of CDL and / or endorsements for the specific vehicle group being operated or for the passengers or type of cargo being transported.

c. If a Driver receives a Major Moving Violation in their personal vehicle, goes to court and pleads it down to a Minor Moving Violation, a Minor Moving Violation will be assigned to the Driver.

d. If a Driver receives a Major Moving Violation in a Company vehicle, goes to court and pleads the ticket down to a Minor Moving Violation, a Major Moving Violation will still be assigned to the Driver.

3. **Major Offense Violations**

A Driver will be disqualified if they have one (1) or more violations (immediate disqualification with 1 incident) from the list(s) below:

a. **Major offense violations in any type of vehicle** – Examples of violations includes, but not limited to:

i. Being under the influence of alcohol (as prescribed by state law).

ii. Being under the influence of a controlled substance.

iii. Refusing to take a required alcohol test.

iv. Leaving the scene of a crash.

v. Using a vehicle to commit a criminal act.

vi. Using a vehicle in the commission of a felony involving the manufacturing, distributing, or dispensing of a controlled substance.

b. **Major offense violations while operating a 26,001+ lbs. CMV** – Examples of violations includes, but not limited to:

i. Having an alcohol concentration of 0.04 or greater.

ii. Driving a CMV when the Driver's CDL is revoked, suspended, or canceled, or the Driver is disqualified from operating a CMV.

iii. Causing a fatality through the negligent operation of a CMV.

**C. Transportation Safety**

**1. Definitions of terms used in this policy:**

a. **Alleged**: An incident where a party claims without proof or before proof is available our Company equipment was involved in or caused a crash that led to damage of property.

b. **Crash**: A collision of a Company vehicle with a vehicle, object or person (includes, but not limited to excessive landscape damage, aggressively running over curbs, etc.); the Loss of Control of the Company vehicle (includes rollovers, rollaway incidents, etc.); or Dropped Trailers on private / public property or roadway.

c. **Catastrophic Event**: Incident with actual or potential loss of life risk.

d. **DOT Accident**: An event as defined under 49 CFR 390.5.

e. **Dropped Trailer:** The unintentional uncoupling of a trailer (regardless of damage) that was not caused by a mechanical defect.

f. **Loss of Control**: Failure to maintain prescribed direction.

g. **Mobile Technology Device**: Includes, but is not limited to, mobile telephones, personal digital devices ("PDA"), on-board computers ("OBC"), Global Positioning Systems ("GPS"), Smart Watches, and pagers.

h. **Non-Preventable**: Any crash in which the Driver did everything within their control to avoid the accident and the crash still occurred.

i. **Preventable**: Any crash in which the Driver in question failed to do everything that reasonably could have been done to prevent the crash. That is, was the vehicle driven in such a way to make do allowance for the conditions of the road, weather, traffic and also to assure that mistakes of other Drivers did not involve the Driver in a collision?

j. **Rollover**: Any time a Company vehicle or trailer tips over onto its side or roof.

k. **Rollaway**: A tractor or trailer moving while not under the employee's control.

**2. Meet annual safety goals**

All TMs must be aware of and work toward meeting annual safety goals.

**3. Prevention of crashes and CSA violations**

An investigation will be conducted for every crash and CSA violation to identify and correct all contributing factors. Leadership is responsible for ensuring corrective action and lessons-learned communication plans are completed by assigned owners on or before due dates.

**4. Driving Safety:**

Any TM operating a Company vehicle will be disqualified from driving if they accumulate three (3) points in a rolling twelve (12) month period for any of the events below:

**a. One (1) Point Event:**

**Preventable**

- Non-DOT crash on public or private property.

**b. Two (2) Point Events:**

**Preventable**

- DOT recordable crash not involving a fatality.
- Dropped trailer on private or public property.
- Rollaway events.

**c. Catastrophic Events:**

Any accident involving a fatality, $75,000 in total cost, or a rollover will immediately disqualify a Driver from employment in a driving-related position, pending review.

- The Driver will immediately be suspended from driving pending the outcome of the investigation and may be offered non-driving work. Available non-driving

work needs to be approved by SCC Leadership and HR. If no work is available, the Driver is suspended without pay.

- If the accident is deemed **Preventable**, the Driver will immediately be disqualified as a Domino's Driver.
- If the accident is deemed **Non-Preventable** or **Alleged**, the Driver will be reinstated.

**5. Lytx**

**a. Policy**

The purpose of this policy is to clarify guidelines for TM conduct and to outline appropriate disciplinary actions for unsafe driving recorded on the Lytx system. This policy applies to all TMs of Domino's that operate Company vehicles. If a TM's performance is the issue, Leadership must confirm that proper instructions, appropriate orientation, and adequate training have been given and that the TM is aware of job expectations.

**b. Data, Privacy, & Security**

- **Lytx Events** – Lytx will record a 20 second event (10 seconds before the event and 10 seconds after) when triggered during a risky driving event, such as harsh braking, sudden acceleration, swerving, turning, etc.
- **Video Storage** – Access to video is restricted to authorized personnel only, and data is stored and transmitted securely in the Lytx Portal.
- **Video Data** – Lytx retains up to 200 hours of continually recorded video per device. Domino's has not enabled live streaming, but authorized personnel have On-Demand access to pull footage as needed (example: accident reconstruction).
- **Data Retention** – Triggered event footage will remain viewable for 90 days. Triggered events 91 days up to 365 days, will have to be requested from Lytx. Triggered events may be downloaded, stored, and viewed as needed.
- **Tampering / Disabling** – Drivers shall not tamper with or disable, or allow others to tamper with or disable, the Lytx device. This includes purposely obstructing the view of the forward- or rear-facing camera. Tampering or disabling of the Lytx device may result in disciplinary action up to and including termination of employment.

#### c. Coaching / Disciplinary Process

Drivers who do not exhibit safe driving practices will be provided an opportunity to correct those risky behaviors identified by Lytx through coaching, training, and discipline. Drivers who receive coaching and / or discipline will be expected to improve their driving behaviors or will be subject to further disciplinary action, up to and including termination of employment.

Leadership will be responsible to act timely to help drivers on their paths to improvement.

Any TM operating a Company vehicle will be disqualified from driving if they accumulate ten (10) points under the Lytx policy in a rolling twelve (12) months.

Lytx Policy points are assigned per the following:

| LYTX DRIVER SEVERITY POINTS PER PERIOD | ACTION |
|---|---|
| 0-13 Lytx Points. | Continue coaching as normal |
| 14-20 Lytx Points. | One (1) Point |
| 21-40 Lytx Points. | Two (2) Points |
| 40 – 60 Lytx Points. | Three (3) Points |
| 61+ Lytx Points. | Four (4) Points |

#### d. Expectations

Leadership will be expected to monitor their drivers' severity scores, to coach behaviors, and to act appropriately if / when coaching or discipline is required. Coaching within Lytx is not a replacement for discipline documentation and conversations.

Leadership is expected to contact their HR Business Partner for guidance on how to move forward if a Driver does not improve and requires further discipline.

The Transportation Safety Team will monitor driver Lytx performance, provide guidance to Leadership, and report on metrics to Senior Leadership regarding overall performance and any risks needing attention.

### 6. Driver Development Program (DDP)

DDP candidates will be held to the same standards as regular Drivers.

## D. Regulatory Compliance –

### 1. Distracted Driving

FMCSA prohibits Commercial Drivers, whether moving forward or temporarily stationary because of traffic, traffic control devices, or other momentary delays, from

holding, dialing, watching, or reaching for a mobile technology device. Hands-free use is allowed, including voice activated functions.

If a TM finds it necessary to use a mobile technology device other than hands-free when driving, then the TM must first pull the vehicle over at a legal, safe location and set the brakes.

Additionally, TMs are not allowed to have both ears covered by a headset, earplugs, earphones, etc. These devices decrease the wearer's ability to perceive emergency sirens and horns.

TMs who violate this policy will be subject to disciplinary action up to and including termination of employment. If TMs are charged with a traffic violation resulting from the use of a personal or company-issued mobile technology device while driving, they will be solely responsible for all liabilities and fines that result, to the extent permissible under applicable law.

**a. Policy**

Distracted driving includes events observed in Lytx, violations incurred during roadside inspections, and convictions from traffic citations received while operating a Company vehicle.

Any TM operating a Company vehicle will be disqualified from driving if they accumulate three (3) points in a rolling twelve (12) month period.

**One (1) Point Event**:

- Using / holding a mobile technology device other than hands-free while driving.
- Having both ears covered by a headset, earplugs, earphones, etc. while operating a Company vehicle.

If a Distracted Driving violation is received during a roadside inspection, the Driver will be held to the Distracted Driving section of this policy vs. the Roadside Inspection Violations section of this policy.

**2. Roadside Inspection (RSI) Violations**

**a. Policy**

If during an RSI a Driver receives a violation with a severity weight of five (5) to ten (10), they will be subject to disciplinary action. If a Driver receives multiple violations with severity weights five (5) to ten (10) in the same RSI, the Driver will be subject to disciplinary action for all violations, but only receive one (1) point.

Any TM operating a Company vehicle will be disqualified from driving if they accumulate four (4) points in a rolling twelve (12) month period.

**One (1) Point Events**:

- Roadside inspection violation(s) with a five (5) to ten (10) severity weight.

If a Distracted Driving violation is received during a RSI, the Driver will be held to the Distracted Driving section of this policy vs. the Roadside Inspection Violations section of this policy.

**3. Hours of Service (HOS)**

**a. Policy**

The purpose of this policy is to establish guidelines for managing the working hours of our Domino's Supply Chain drivers in compliance with applicable regulations, ensuring their safety and the safety of others on the road.

This policy applies to all Domino's TMs who operate Company vehicles as part of their job duties as well as Leadership who supervise drivers and manage their hours of service (HOS).

**b. HOS Limitations**

In accordance with Part 395 of the Federal Motor Carrier Safety Regulations (FMCSR) in the US and applicable hours of service regulations in Canada, see link for applicable requirements (HOS Regulations Defined Link)

- **Cycle Duty (US)**
- **Cycle Duty (Canada**)
- **11-Hour Driving Limit (US)**
- **13-Hour Driving Limit (Canada)**
- **14-Hour Driving Window (US)**
- **14-Hour Driving Window (Canada)**
- **Deferring Off-Duty Time (Canada)**
- **Rest Breaks (US):** Drivers must take a 30-minute consecutive break when they have driven for a period of 8 cumulative hours without at least a 30-minute interruption in driving status.

- **Sleeper Berth (US and Canada):** Drivers may use the sleeper berth (if equipment is equipped with one) to accumulate required off-duty time. Refer to the sleeper berth provisions under the FMCSR for requirements in the US and applicable regulations in Canada.
- **Adverse Driving Conditions Exception (US):** Drivers must refer to FMCSR requirements and obtain leadership approval to extend their 11-Hour Driving Limit and 14-Hour Driving Window by up to 2 hours.
- **Adverse Driving Conditions Exception (Canada):** Drivers must refer to regulation requirements and obtain leadership approval to extend their 13-Hour Driving Limit and 14-Hour Driving Window by up to 2 hours.
- **16-Hour Short-Haul Exception – CDL Only (US):** Must meet the FMCSR requirements for the exception and requires leadership approval to use. Drivers can extend the 14-consecutive hour driving window to 16 hours once every 7 consecutive days. This does not extend the allowed 11 hours per day of driving.
- **Exceptions NOT permitted by Domino's:** Due to the nature of Domino's business, and investment in ELD equipment, the following are not permitted for use while driving for Domino's:
  - i. **Personal Conveyance (PC)**
  - ii. **CDL Short-Haul Exception**
  - iii. **Non-CDL Short-Haul Exception**

**c. Recordkeeping**

- Drivers are responsible for accurately recording their driving time, on duty time, rest breaks, and off-duty time in the Electronic Logging Devices (ELDs).
  - i. All ON DUTY time, and/or driving time with another employer, must be included in Record of Duty Status (RODS) as well as communicated to Leadership.
  - ii. If an ELD is malfunctioning, drivers must follow Domino's procedural documents and (with Leadership approval) may use paper logs to record RODS then enter the paper log information in the driver portal online or in the app before they begin their next day.
- Domino's will maintain drivers' logs for a minimum of six months. Drivers must retain a copy of each record of duty status for the previous 7 consecutive days

in the US, 14 consecutive days in Canada, in their possession and make this information available for inspection while on duty.

**d. Dispatch and Scheduling**

- Domino's Transportation managers and supervisors should ensure that driver assignments and schedules comply with HOS regulations and other applicable law.
- Adequate time should be provided for meal and rest breaks and off-duty periods to support compliance.

**e. Monitoring and Auditing**

- The company will regularly monitor and audit driver compliance with HOS regulations and Domino's policy.
- Non-compliance or potential violations will be investigated, corrective actions will be taken, and appropriate disciplinary measures may be implemented.

**f. Disciplinary Process**

- Leadership should approach corrective measures in an objective and fair manner.
- Any TM operating a Company vehicle will be disqualified from driving if they accumulate ten (10) points under the HOS policy in a rolling twelve (12) months.
- HOS Policy points are assigned per the following:

| HOS VIOLATIONS PER PERIOD | ACTION |
|---|---|
| 1 to 2 HOS Violations | Continue coaching as normal |
| 3 to 4 HOS Violations | Two (2) Points |
| 5 to 6 HOS Violations | Three (3) Points |
| 7 to 8 HOS Violations | Four (4) Points |
| 9 or more HOS Violations | Five (5) Points |

## E. Remedial Training

When unsafe behavior is discovered, Leadership has the responsibility to verbally address the behavior, identify safe behavior, and document the violation according to policy. Training provides TMs with knowledge and skills needed to do their work safely and avoid creating

hazards that could place themselves and others at risk. Peer-to-peer training, on-the-job training, and site training are means by which training can and will be conveyed.

All re-training resulting from a violation of this policy is required within seven (7) calendar days and must be prioritized based on severity of the event.

**F. Commercial Motor Vehicle (CMV) Safety**

Compliance involves everyone to be a part of the solution. Both Leadership and TMs need to work together to establish and maintain Company compliance by understanding and adhering to the below. Failure to comply with these requirements will result in disciplinary action.

**1. Crash Notification**

TMs who are involved in a crash while operating any Company vehicle must immediately notify their Leadership.

**2. Moving Violation Citation Notification**

Any TM who operates a Company vehicle who receives a moving violation citation while operating any type of vehicle must hand-deliver a copy of the citation to Leadership immediately upon return to the supply chain center. If Leadership is not physically present, then the TM must hand-deliver a copy of the citation to Leadership at the beginning of the next business day. Leadership must submit citations to the Transportation Safety Team via email (Transportation.Safety@dominos.com) and upload into Intelex upon receipt.

**3. Moving Violation Conviction Notification**

Any TM who operates a Company vehicle and is convicted of or pleads guilty to violating, in any type of motor vehicle, a state or local law relating to moving violations, is required to notify the Company. If the TM is a driver, the notification of the conviction must be made to their Leadership. The notification must be made before the end of the business day following the date of conviction. Leadership must submit convictions to the Transportation Safety Team via email (Transportation.Safety@dominos.com) and upload into Intelex upon receipt.

**4. Driver's License or CDL Status**

Each TM who operates a Company vehicle that has a Driver's License or CDL suspended, revoked, denied, or canceled by a state or jurisdiction, who loses the right to operate a CMV in a state or jurisdiction for any period, or who is disqualified from

operating a CMV for any period, must notify their Leadership of the suspension, revocation, denial, cancellation, lost privilege, or disqualification. The notification must be made before the end of the business day following the date the TM received notice of the suspension, revocation, denial, cancellation, lost privilege, or disqualification.

**5. Fitness for Duty**

Drivers who are actively driving while fatigued must take precautions to keep themselves and the motoring public safe by pulling over as soon as possible in a safe location. If a fatigue-related incident occurs the Driver will be suspended pending investigation. Leadership and HR will investigate to determine the root cause / contributing factors affecting the Driver's ability to safely operate a Company vehicle. The Company retains the right, in its sole discretion, to discipline Drivers in violation, up to and including termination of employment, for reporting to work fatigued.

**6. Roadside Inspections**

Any driver who is subject to a roadside inspection of a CMV must hand-deliver the inspection report to Leadership immediately upon returning to their supply chain center. If Leadership is not physically present, then the driver must hand-deliver the inspection report to Leadership at the beginning of the next business day. If a driver is placed out-of-service (OOS) at the time of the roadside inspection, they must immediately communicate with Leadership of such action. If immediate action is required per the inspection report, Leadership will coordinate all corrective action and respond back to the issuing authority timely. Leadership must enter and upload inspection reports into Intelex upon receipt.

**7. Government Measurements**

The Company is subject to various external government safety performance measurements. Therefore, the Company reserves the right to hold TMs accountable for violating any applicable government regulation. In accordance with this policy's guidelines, training will be assigned to any TM who violates safety regulations. Leadership may, at their discretion, discipline TMs that exhibit a pattern of unsafe driving behavior and / or violation of established laws. If a TM is identified as adversely impacting the Company's safety fitness rating, the TM may be subject to a safety improvement / corrective action plan at the direction of the Transportation Safety Team. If TM fails to demonstrate improved safety performance within a designated period, they are subject to disciplinary action.

**G. Crash Review Board**

The Company's goal is to reduce or eliminate all crashes through Driver accountability and when necessary, re-training. If a crash occurs, the Company assigns a determination of preventability based on the National Safety Council and American Trucking Association definitions as well as FMCSA's Education & Technical Assistance (ETA) Program's Guide to Determining Preventability of Accidents. This Crash Review Board (Board) policy takes effect when any party challenges that determination. The purpose of the Board is to review crash preventability appeals when any party challenges the final ruling.

1. **It is the responsibility of the Board to:**
   a. Review all appeals received in writing within seven (7) calendar days.
   b. Review all documentation, photos, video, etc. and to listen to the driver's testimony regarding the crash.
   c. To determine if the crash meets the definition of Preventable, Non-Preventable, or Alleged.
   d. To convey final preventability determination in writing to Leadership.

2. **Board Membership**
   **a. One (1) Non-Voting Facilitator**
      i. SCC Transportation Manager

   **b. Six (6) Voting Members**
      i. Transportation Safety TM (1 vote)
      ii. Region-specific Senior Manager, Transportation (1 vote)
      iii. WRC Transportation Department TM (1 vote)
      iv. SCC Director / Sr. Ops Manager (1 vote)
      v. SCC Driver x 2 (2 votes)

   **c. If TM Separation May Occur**
      i. HR Director / HR Manager (No Vote, Guidance Only)

   **d. In the Event the Board Ends in a Tie Vote**
      i. Director, Transportation (Tiebreaker Vote)

3. **Appeal**

   When a Driver's crash is classified as Preventable, the TM will be notified through their Leadership. If any party does not agree with the decision, they shall be afforded the opportunity to appeal by presenting their grievance in writing to Leadership within seven

(7) calendar days after receipt of the notification. The Facilitator will then collect and forward all documentation, photos, video, etc. relating to the crash to the Board.

The Board must take place within fourteen (14) calendar days once the grievance is received and will then decide based on the information received and the Driver's testimony. The Board will be afforded one (1) vote each. Votes will either be "Preventable", "Non-Preventable", or "Alleged". Majority wins. In the case of a tie, the Director, Transportation will be the tie breaker. The Driver will then be notified in writing of the Board's decision which shall be FINAL.

If a defect or malfunction of any vehicle component is claimed, it is incumbent upon the Board to determine the validity of the claim by reviewing maintenance records or statement from the mechanic involved in the post-crash repair or examination. The Board shall withhold judgment until such report is received.

Driver failure to attend the scheduled Board without Leadership excusal will result in a dismissal of the appeal.

**3. Disciplinary Action**

The Board shall recommend, after a thorough investigation, one of the following:

a. If the crash is determined by the Board to be "**Non-Preventable**" or "**Alleged**", there will be no disciplinary action, but some additional training may be assigned.

b. If the crash is determined by the Board to be "**Preventable**", the Driver will be subject to disciplinary action. The Driver will also be required to complete additional re-training as assigned.

**H. Driver Safety Bonus**

The Driver Safety Bonus program is still in effect. Refer to Driver Safety Bonus Program Guidelines for further instruction.

# Domino’s Pizza Supply Chain Services Commercial Driver Accident & Movin

Following is the electronic signature of the team member acknowledging the receipt and reading of the Domino’s Pizza Supply Chain Services Commercial Driver Accident & Moving Violations Standards.

## Team Member eSignature

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.15.04.000000 |