# EXHIBIT 6

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# WHISTLEBLOWER POLICY

**Introduction and Purpose**

Domino's Pizza, Inc. (the "Company") is committed to (i) complying with all laws, rules and regulations that govern its corporate reporting, accounting, internal accounting controls, auditing and financial disclosure matters, including all SEC and securities-related rules ("Accounting Standards"), and (ii) the observation of high standards of business practice and personal ethics in the conduct of its team members and management of the Company, its subsidiaries and affiliates. The Company expects every director, officer and team member to assist the Company with its practice of full and accurate financial disclosure and to uphold the Company's high ethical standards.

The Company has adopted this Whistleblower Policy (the "Policy") to provide an anonymous complaint procedure to facilitate the receipt, retention and treatment of concerns regarding Accounting Standards or violations of the Company's Code of Ethics. The Company will investigate all claims or complaints of fraudulent or otherwise illegal or inappropriate acts relating to its Accounting Standards or Code of Ethics, and will take all appropriate action to remedy such violations should they occur. To this end, the Company believes that team members and other interested persons should be able to make such complaints confidentially and anonymously and without the threat of retaliation.

**Procedure for Reporting Confidential Complaints**

The Company maintains an open door policy for team members to communicate their questions, concerns, suggestions or complaints regarding Accounting Standards or compliance with the Code of Ethics. You should communicate these concerns or complaints to your supervisor, General Counsel or another member of senior management. However, if you are not comfortable speaking with your supervisor or a member of management, or you are not satisfied that proper action has been taken, you may submit concerns using the procedures outlined below.

1. Via **telephone** by calling the Company's Safety Hotline at (800) 284-0911; or

2. If an Accounting Standard concern, you may also submit via **mail** to the Chairperson of the Audit Committee as follows:

   CONFIDENTIAL
   Audit Committee Chairperson
   c/o Director of Internal Audit
   30 Frank Lloyd Wright Drive
   Ann Arbor, Michigan 48105.

When submitting a complaint, you are asked to provide as much detailed information as possible. Providing detailed, rather than general, information will greatly assist us in effectively investigating complaints. This is particularly important where an employee submits a complaint on an anonymous basis, as we will be unable to contact the reporting employee with requests for additional information or clarification.[1]

The Company is providing these anonymous reporting procedures so that team members may disclose genuine concerns without feeling threatened. As detailed below, the Company prohibits retaliation or retribution against any person who in good faith submits a report under this Policy. Employees who choose to identify themselves when submitting a report may be contacted in order to gain additional information.

[1] The complaint does not have to be anonymous. If you desire to remain anonymous, you should refrain from using any personal identification on the submission of your complaint.

All conversations, calls, and reports made under this Policy in good faith will be taken seriously.

**No Retaliation or Adverse Consequences**

No director, officer or team member who in good faith (a) reports concerns regarding the Company's compliance with Accounting Standards, (b) reports a violation of the Code of Ethics, or (c) provides assistance to the Audit Committee, management of the Company or any other person or regulatory or law enforcement body regarding such a report shall suffer harassment, retaliation or adverse employment consequence. Any team member who retaliates against someone who has reported a concern or a violation in good faith is subject to discipline up to and including termination of employment.

**Acting in Good Faith**

This Policy is intended to encourage and enable directors, officers and team members to raise serious concerns within the Company rather than seeking resolution through outside sources. Anyone filing a report must be acting in good faith and have reasonable grounds for filing a report. Any allegations that prove not to be substantiated and which prove to have been made *maliciously* or *knowingly* to be false will be viewed as a serious disciplinary offense.

**Handling of Reported Violations**

All concerns received via any of the means described above will be taken seriously. Upon receipt of a complaint, the reviewing party will (1) determine whether the complaint actually pertains to Accounting Standards or a violation of the Code of Ethics, and (2) when possible, acknowledge receipt of the complaint to the sender.

Complaints relating to Accounting Standards will be reviewed by the Audit Committee or by such other persons as the Audit Committee determines to be appropriate. The review may include a discussion of the complaint or concern with the reporting person, and any other investigation deemed appropriate, and may include other persons, management, or the Company's independent advisors. Confidentiality will be maintained to the fullest extent possible, consistent with the need to conduct an adequate review.

Complaints relating to an alleged violation of the Code of Ethics will be forwarded to PeopleFirst and/or the appropriate supervisor and will be handled in accordance with the Company's standard procedure.

Prompt and appropriate corrective action in both instances will be taken when and as warranted.

**Reporting and Retention of Complaints and Investigations**

The Director of Internal Audit will maintain a log of all complaints, substantially in the form of Exhibit A, tracking their receipt, investigation and resolution, and shall report, as necessary, to the Audit Committee.

**Review of Policy**

The Company's management will review and evaluate this Policy on an annual basis to determine whether the Policy is effective in providing appropriate procedures to report violations or complaints regarding Accounting Standards or the Company's Code of Ethics.

**Communication of this Whistleblower Policy**

To ensure that all directors, officers and team members of the Company are aware of this Policy, a copy will be made available on Sharepoint, or such replacement online file sharing system that may be in effect. All new directors, officers and team members will be informed of the availability of the Policy and the Code of Ethics and advised of its importance.

**EXHIBIT A**

| | | Source of Claim | | | | | Action (Date) | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim | Date | Internal | External | Claimant Contact Information (Note: Information blank for internal anonymous claims) | | Target of Claim (e.g., person, group, dept, division, etc.) | Dismissed | Referred to Audit Committee | Referred to Other |
| 2013 - 1 | January 1, 2013 | Hotline | | **Personal:** | | Accounts | | Jan 15, 2013 | |
| | | | | Phone No. | | | | | |
| | | | | Addres | | | | | |
| | | | | Addres | | | | | |
| | | | | Addres | | | | | |
| | | | | Fax No. | | | | | |
| | | | | Email | | | | | |
| | | | | **Company: Any** | | | | | |
| | | | | Phone No. | | | | | |
| | | | | Addres | | | | | |
| | | | | Addres | | | | | |
| | | | | Addres | | | | | |
| | | | | Fax No. | | | | | |
| | | | | Email | | | | | |
| 2013 - 2 | March 1, 2013 | | Customer | **Personal: John Q.** | | Marketing | | | To project manager [Name] on March 15, 2013 |
| | | | | Phone No. | 123-456-7890 | | | | |
| | | | | Addres | 123 Central | | | | |
| | | | | Addres | | | | | |
| | | | | Addres | Anytown, State, | | | | |
| | | | | Fax No. | 123-456-7891 | | | | |
| | | | | Email | jqcustomer@email.com | | | | |
| | | | | **Company: Customer** | | | | | |
| | | | | Phone No. | 234-567-8901 | | | | |
| | | | | Address | 456 Customer | | | | |
| | | | | Address | Suite12 | | | | |
| | | | | Address | Anytown, State, | | | | |
| | | | | Fax No. | 234-567-8902 | | | | |
| | | | | Email | www.customerco.com | | | | |

# 2018 WHISTLEBLOWER POLICY

Following is the electronic signature of the team member acknowledging the receipt and reading of the 2018 Whistleblower Policy.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.16.33.000000 |