# EXHIBIT

# 7

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

**ACKNOWLEDGEMENT OF MEAL PERIOD AND REST BREAK POLICY**
**(Washington Team Members other than DOT Drivers)**

**PLEASE READ CAREFULLY. THIS DOCUMENT DESCRIBES THE CIRCUMSTANCES UNDER WHICH YOU ARE ENTITLED TO TAKE MEAL PERIODS AND REST BREAKS. DOMINO'S PIZZA LLC ("DOMINO'S") MAKES MEAL PERIODS AND REST BREAKS AVAILABLE TO ALL WASHINGTON TEAM MEMBERS AND WILL AFFORD TEAM MEMBERS THE OPPORTUNITY TO TAKE MEAL PERIODS AND REST BREAKS. DOMINO'S ENCOURAGES TEAM MEMBERS TO TAKE MEAL PERIODS AND REST BREAKS TO WHICH THEY ARE ENTITLED.**

**Rest Breaks**
As a Washington Team Member, you are entitled to periodic 10-minute rest breaks during your workday. You will be paid for all time spent on rest breaks. You may not skip or waive your rest breaks.

It is your responsibility to take your rest breaks pursuant to this policy. You are relieved from all work duties while on rest breaks and you are free to perform any personal activity. Rest breaks should be taken as near as possible to the middle of each 4 hour work period and no later than the end of the third hour of the shift. You are required to return to work promptly at the end of each rest break.

You are entitled to one 10-minute rest break for every 4 hours that you work. If you work less than 4 hours for the entire workday, you are not entitled to a rest break. If you work 4 or more hours but less than 8 hours for the entire workday, you are entitled to 1 rest break. If you work 8 or more hours but less than 12 hours for the entire workday, you are entitled to a second rest break. If you work 12 or more hours but less than 16 hours for the entire workday, you are entitled to a third rest break. See the "Meal Period and Rest Break Chart" section below for examples of rest break entitlement.

**Meal Periods**
If you work more than 5 hours in a workday, you are also entitled to an uninterrupted meal period of 30 minutes, beginning no less than 2, but no more than 5, hours from the beginning of the shift. If you work up to 5 consecutive hours or less, you are not entitled to a meal period. If you work more than 10 hours (not including any uninterrupted meal periods), you are entitled to a second uninterrupted meal period of 30 minutes, beginning within 5 hours from the end of the first meal period. Meal periods are not paid time. It is your responsibility to take your meal periods pursuant to this policy.

> For Example:
> You start work at **8:00 a.m.**: your first meal period must be between **10:00 a.m.** and **1:00 p.m.**
> You start work at **1:00 p.m.**: your first meal period must be between **3:00 p.m.** and **6:00 p.m.**

If you start work earlier than your scheduled start time for any reason, you may need to change the start time for your meal periods (despite whatever the original schedule may have been) so that your meal period always starts before the end of your fifth hour of the time you are actually working. Your Team Leader may not be aware of your actual start time on a particular day, so you must track your own time and adjust your meal period start time on your own initiative (whenever possible, after speaking to your Team Leader in advance).

For Example:
You are scheduled to start work at 8:45 a.m. and normally your lunch is scheduled for 1:30 p.m. to 2:00 p.m., but you clock in at **8:15 a.m.** – thus, your lunch must be between **10:15 a.m.** and **1:15 p.m.** (it cannot begin at 1:30 p.m.).

In addition, if you work at least 3 hours longer than your normally scheduled workday, you are entitled to an additional 30 minute meal period before or during the overtime portion of the shift. For example, if you are regularly scheduled to work a 10 hour shift, and your scheduled shift is changed due to working at least 3 extra hours, you are entitled to an additional meal period that day.

You are relieved of all work duties during your meal period and you are free to perform any personal activity. Your meal period must consist of 30 full, consecutive minutes. See the "Meal Period and Rest Break Chart" section below for examples of meal period entitlement.

**Meal Period and Rest Break Chart**

| **If you work:** | **Then you are authorized to take:** |
|---|---|
| Less than 4 hours | No rest breaks and no meal periods |
| 4 – 5 hours | 1 rest break and no meal periods |
| 5.1 – 7.9 hours | 1 rest break and 1 meal period |
| 8 - 10 hours | 2 rest breaks and 1 meal period |

This pattern repeats for any additional time worked in a day.

All rest breaks and meal periods must be taken away from your regular work area. You may leave the premises for your meal periods, but not your rest breaks.

If you believe you were not permitted or were prevented from taking a rest break and/or meal period or you believe that a violation of this policy has occurred, you should immediately contact your Team Leader, Center Director, PeopleFirst representative, or the Safety Hotline at (800) 284-0911 to report the circumstances.

**BY SIGNING BELOW, I ACKNOWLEDGE THAT I HAVE RECEIVED, READ, UNDERSTAND, AND WILL COMPLY WITH THIS POLICY.** I understand that I can keep a copy of this policy and receive an additional copy at any time upon request.

By eSigning this page, I acknowledge that I have received, read, understand, and will comply with this policy <br/>

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
| --- | --- | --- | --- | --- |
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.10.51.000000 |