# EXHIBIT

# 8

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# Domino's Attendance Policy

## ATTENDANCE POLICY

### Purpose
Domino's is committed to providing a professional work environment. The purpose of this policy is to outline expectations and procedures for team member absences and tardiness.

### Eligibility
All hourly and CDL driver U.S. and Canadian team members of Domino's Supply Chain Services, Corporate Store Operations, and Office.

### Policy
It is every team member's responsibility to be on time and ready to perform their work for each scheduled shift and remain at work during scheduled work hours, except for meal or break periods, or when required to leave on authorized Company business or other authorized reason. While we recognize that occasional absence, tardiness, and early departure from work are sometimes unavoidable, unexcused absences (no call and/or no show, tardiness, early departure) may result in disciplinary action, up to and including termination of employment.

### Procedure
In circumstances where a team member has had excessive or repeated unexcused absences from work, the manager will partner with Human Resources to address the concern with the team member directly. Employees are encouraged to participate in finding a solution to address their absenteeism.
Criteria considered when determining disciplinary action for attendance include, but are not limited to:

- Type of absence
- Frequency of absence
- Patterns of absence

Paid Sick Time ("PST") will be applied to unexcused absences until the allotment is exhausted, to the extent that the absence is due to a reason covered under the PST Policy*. Additional Vacation paid time off ("PTO") will not be automatically applied for other unexcused absences.

Occurrences are applied to unexcused absences, as governed by the rules below:

| Type of Absence | Point Allocation |
|---|---|
| Tardy >5min, Leave early | 0.5 |
| Unexcused | 1 |
| No-Call/No-Show | 2 |

| Recommended Step | Points |
|---|---|
| Coaching | 1 |
| Verbal | 2 |
| Written | 3 |
| Final Written | 4 |
| Separation Review | 5 |

Points accumulated will roll-off 12 months from the date they are incurred.

# Domino's Attendance Policy

Domino's retains the right to skip or repeat certain disciplinary steps, depending on the facts of each situation. Employment with Domino's in the U.S. is "at will," which means team members can be terminated by either Domino's or the employee at any time, for any lawful reason. Nothing in this policy should be read or construed as modifying or altering the employment-at-will relationship between Domino's and its U.S. employees.

All final separation reviews should include the Human Resources representative and applicable leadership.

## SUPPORTING POLICIES

### Reporting an Absence/Tardy

If a team member is unable to arrive for work on time or must be absent for an entire day, it is the team member's responsibility to promptly notify their manager at least 8 hours prior to their scheduled shift. Sending an email or text message is not acceptable. Speaking to or leaving a message with someone other than their manager or their manager's immediate supervisor is not acceptable. If a team member is absent for three or more consecutive scheduled shifts without notifying their manager of the reason for the absence, and the expected return date, s/he will be considered as having voluntarily resigned from employment at Domino's.

### Documentation

To the extent permitted under applicable law, Domino's reserves the right to request reasonable documentation to substantiate an absence from work for any absence. Any employee that is absent for more than 3 consecutive shifts will be required to provide documentation supporting their absence and may not be allowed to return to work until the documentation is received.

For any absence attributed to illness or injury, refer to the Leaves of Absence and PST Policies, since the absence may require documentation signed by a health care provider verifying that absence from work was necessary, and that the employee is safely able to return to work.

Employees that do not provide documentation when requested may be subject to further disciplinary action, up to and including termination of employment.

### Record Keeping

Hourly employees and Drivers are required to utilize the timeclock, timekeeping program, and/or ELD onboarding units to accurately record their actual hours worked. This includes clocking in/out at the beginning and the end of their scheduled shift and clocking in/out for designated meal and rest breaks where applicable. Repeated missed clock in/out may result in disciplinary action.

Leadership is expected to accurately document all instances of tardiness or absenteeism.

### No-Call, No-Show

If an employee is absent for three consecutive scheduled shifts without notifying their direct manager of the reason for the absence and the expected return date, they will be considered as having voluntarily resigned from their employment at Domino's.

**Provinces that have unpaid, protected time off more than the Paid Sick Time Policy allotment will only accumulate points for unexcused absences once all available hours or days have been exhausted, to the extent that the absence is due to a reason covered under Provincial legislation.*

# Domino's Attendance Policy

## DEFINITIONS

### On Time
Employees are expected to be ready to work at their workstation at their scheduled shift start time.

### Tardy
Employees must be at work and ready to contribute no later than their scheduled start time, or returning from meal breaks and other approved rest periods. Being tardy includes the following at the shift starting time,

(a) Pulling into the parking lot
(b) Walking into the worksite or premises
(c) Putting personal items away or getting refreshments

For the purposes of this policy, arriving >1hr past the start of your scheduled start time may be counted as an absence.

### Approved & Excused Absences
Domino's provides several approved and excused absences from work that will not be considered grounds for disciplinary action under this policy. Details of these absences, including durations and documentation required, can be found in the Team Member Handbook. This includes:

(a) Bereavement
(b) Previously approved Vacation PTO
(c) Pregnancy & Parental Leave
(d) Witness and Jury Duty
(e) Paid Sick Time
(f) Leaves of Absence, including Family Medical Leave, Reasonable Accommodation Leave, Personal Leave, Military Leave, and Other Legally Protected Absences
(g) Time off due to a work-related injury that is covered by workers' compensation
(h) Other time pre-approved by Leadership

# Domino's Attendance Policy

Following is the electronic signature of the team member acknowledging the receipt and reading of the Domino's Attendance Policy. For questions, please contact the Team Member Service Center (TMSC) at 877-921-TEAM or at PeopleFirstSharedServices@dominos.com

### Team Member eSignature

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.19.59.000000 |