# EXHIBIT

# 9

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# Domino's Pizza Electronic Pay Options

### Why does Dominos' Pizza offer electronic pay options?

- To ensure timely payment to team members.
- Funds are guaranteed and secured each payday with instant access.
- Funds are available even during times of national crises (such as natural weather disasters, U.S. Post office transportation issues).
- Eliminates problems associated with lost/stolen checks or late mail.
- Eliminates the need for team members to carry large sums of cash.

### What are the Electronic Pay Options?

Domino's Pizza offers Direct Deposit or the Domino's ExpressPay card:

1. Team members with an account at a banking institution can sign up for Direct Deposit to have their paycheck deposited each payday.
2. If a team member cannot or prefers not to obtain a bank account for Direct Deposit, the Domino's ExpressPay card is a great solution. The ExpressPay card acts like a debit card, it can be used at ATMs, point-of-sale locations and has fees that can be significantly less than a check-cashing facility. Your pay is automatically loaded to the Domino's ExpressPay card and the funds are available at 9 a.m. EST each payday.

If a team member does not choose either Direct Deposit or the Domino's Pizza ExpressPay card after two pay periods, they will be issued a Domino's ExpressPay card upon the third pay period. The ExpressPay card will be mailed to the team member's home address on file and any subsequent paychecks will be issued on this assigned card. A team member may choose to enroll in direct deposit anytime after the ExpressPay card is issued.

### How will my personal information be protected?

Domino's Pizza, Comdata and AmSouth have each taken every precaution to ensure team members' personal information will remain private.

## Frequently Asked Questions about Direct Deposit:

### How can I get started on Direct Deposit?

You need to establish a bank account with a banking institution of your choice. Then, log into the online Team Member Service Center at tmsc.dominos.com and enter the account information in the Manage Electronic Pay page.

### How long after I sign up for Direct Deposit will I receive electronic pay?

After you set up your Direct Deposit, there is an 11-day verification period that must be completed before the funds will be deposited to your account. The Manage Electronic Deposit page will assist you in determining if your next check will be direct deposited by displaying the Check Date in which the Direct Deposit account will take effect.

### Can I sign-up for a Domino's Pizza ExpressPay Card during the 11-day bank verification period?

Yes. You can enroll in a Domino's Pizza ExpressPay Card during the bank verification waiting period. However, once the 11-day bank verification period is completed, the ExpressPay Card will be removed from the payroll system. Any funds left on the ExpressPay card after the Direct Deposit waiting period will continue to be available by normal ExpressPay card usage procedures.

### How will I know my pay has been deposited into my account?

Each payday, your payslip will reflect the amount of pay deposited into your account. You can view your payslip on the online Team Member Service Center at tmsc.dominos.com. Click on Payroll and Compensation, View Paycheck, and review the Net Pay Distribution section to review the complete details of how your pay was deposited.

**Can I have part of my pay deposited into my account and receive the balance in check form or on an ExpressPay Card?**

It is recommended that team members choose either Direct Deposit or the ExpressPay Card to receive their funds. You may split the amount of your Direct Deposit between two or more bank accounts, such as a checking and a savings account. If you choose an ExpressPay Card, 100% of your paycheck must be deposited there.

**What happens to my Direct Deposit account if I change banking institutions?**

Team members are responsible for inactivating the old account and entering the new account information, including the numbers and routing numbers for the new account on the online Team Member Service Center at tmsc.dominos.com in the Manage Electronic Pay page.

## Frequently Asked Questions about Domino's Pizza ExpressPay Card:

**What is the Domino's Pizza ExpressPay Card?**

A debit-like card on which a team member may choose to have their paychecks automatically loaded each payday. The card can be used to make purchases and other transactions virtually anywhere. The ExpressPay card does not require a bank account and is secured with a personal identification number. The funds loaded on your pay card are held in a bank trust that is FDIC insured.

**How does the Domino's Pizza ExpressPay Card work?**

Each payday new pay will be loaded to the Domino's Pizza ExpressPay Card electronically, giving team members several options to choose from to access their funds including:

1. Team members may choose to use the ExpressPay Card as a debit card at any Maestro Point of Sale location, including, Eckerd's, K-Mart, Wal-Mart, Target, Walgreen's, Publix and almost any grocery store, drug store or gas station equipped with a PIN pad at their registers.
2. Team members have the option of using the ExpressPay Card at any Cirrus ATM machine to get cash up to the total amount of his/her net pay.
3. Team members will be provided a pack of Convenience Checks along with his/her ExpressPay Card. Convenience Checks may be cashed for all or part of the Team Member's net pay.
4. Team members may use the pay card cash out service at select Safeway stores.
5. Team members may use his/her ExpressPay Card as a long distance calling card.
6. Team members may use any one or a combination of these options to access funds up to the amount of the balance on the ExpressPay Card.

**How can I sign-up for a Domino's Pizza ExpressPay Card?**

A Domino's Pizza ExpressPay Card is included in your New Team Member Orientation packet or you may request a card from your PeopleFirst Coach or Corporate Operations Manager. Log into the online Team Member Service Center at tmsc.dominos.com and enter the card number in the Manage Electronic Pay page. Then, follow the directions for registering a Personal Identification Number (PIN) with which to access your account.

**How will I know my pay has been deposited onto my Domino's Pizza ExpressPay Card?**

Each payday, your payslip will reflect the amount of pay deposited onto your ExpressPay card. You can view your payslip on the online Team Member Service Center at tmsc.dominos.com. Click on Payroll and Compensation, View Paycheck, and review the Net Pay Distribution section to review the complete details of how your pay was deposited.

**Will it cost me anything to use the Domino's Pizza ExpressPay Card?**

Fees will be determined based on how you choose to access your funds. Your first transaction of each pay-period is free. You may register and cash a Convenience Check for the entire amount of your net pay (the same way you currently cash your regular paper paycheck) and there are no transaction fees. Convenience checks are guaranteed funds and may be cashed at any bank or check cashing service. Should you choose to use the ExpressPay Card as a debit/ATM card (other than the first transaction of each pay day at a qualified ATM) you will be assessed fees by Comdata. Transaction fees will be deducted from your remaining balance automatically. Some banks may charge additional fees for the use of ATM machines. Those fees will be displayed at each machine and are in addition to any fees charged by Comdata.

| Transaction | Fee | Transaction | Fee |
|---|---|---|---|
| Initial Transaction (any type) | $0.00 | ATM International Balance Inquiry | $4.25 |
| Point-of-Sale Transaction | $0.25 | ATM International Decline | $4.25 |
| ATM Withdrawal | $1.50 | Convenience Check | $1.50 |
| ATM Balance Inquiry | $1.00 | Employee funds Transfer | $1.00 |
| ATM Decline | $1.00 | Phone Card Feature (per minute)* | $0.15 |
| ATM International Withdrawal** | $4.25 | Safeway pay card cash out | $2.00 |
| * A per phone call charge of $.56 applies to all phone calls made from a pay phone | | | |
| ** Card use outside of the U.S. in a currency other than U.S. Dollars will converted to U.S. dollars and deducted from your card balance by the card network. The card network will charge a Cirrus/Maestro cross border fee of .08% and a currency conversion fee of .02% (total fee of 1%) of the transaction amount. The Cirrus/maestro conversion fee is independent of the pay card fees listed above. | | | |

## Domino's Pizza Electronic Pay Options

**Will I be charged any fees for balance inquiries using Cirrus ATM/Maestro machines or if I try to withdraw more than is in my account?**

Yes. Balance inquiries and/or declined transactions at ATM machines have associated fees. Therefore, team members should always call a customer service representative a 1-800-226-3931 or use the Voice Response Unit (VRU) at 1-800-741-6060 or log on to www.cardholder.comdata.com to check balances. There is never a charge for using either of these numbers or the website. If you are unsure about your balance, call Comdata customer service before using the ATM.

***Please be aware that neither Domino's Pizza nor Comdata are responsible for ATM fees or ATM machines that do not dispense cash. Comdata will assist Team Members that have not received satisfactory resolution directly from the bank.***

**How do I register a PIN for the Domino's Pizza ExpressPay Card?**

From a touch-tone telephone, simply dial 1-800-741-6060 and follow the instructions from the computer Voice Response Unit (VRU). Listen to the menu and key in the information requested. ***This step must be completed within seven (21) days of entering your card information on the online Team Member Service Center at tmsc.dominos.com.***

**What should I do if I forget my PIN?**

Contact Comdata's Customer Service Dept. at 1-800-226-3931 on how to obtain a new PIN.

**Why do I keep seeing the words Comchek, Comdata, Ceridian and AmSouth on the instruction brochure and on the back of the Domino's Pizza ExpressPay Card?**

Comdata is a wholly owned Ceridian Company that Domino's Pizza has partnered with to bring our team members the Domino's Pizza ExpressPay Card. They have 30 years experience in providing ExpressPay Cards to hundreds of thousands of cardholders. AmSouth is the banking institution that Comdata has partnered with to make it possible for the ExpressPay Card to be accepted at ATM's and POS networks.

**How can I contact Comdata about my Domino's Pizza ExpressPay Card?**

To contact a Comdata Customer Service Representative call 1-800-226-3931, 365 day a year, 24 hours a day, 7 days a week. You may also use the Voice Response Unit (VRU) at 1-800-741-6060.

**How do I know what my code word is that I am asked for when I call Comdata to talk to a Comdata Customer Service Representative?**

Your code word is the last five digits of your social security number. Comdata asks for this to ensure they are speaking to the authorized cardholder.

**What should I do in the event of a lost or stolen card?**

Immediately contact the Comdata Customer Service Dept. at 1-800-226-3931 so they may block your card and assist you in obtaining your funds. Remember, your card cannot be used by anyone else since they do not know your secret PIN. You must also contact your General Manager or Corporate Operations Manager so they may issue a new card to you.

**How does a point-of-sale purchase from a gas station work?**

The gas station will pre-authorize the ExpressPay Card for an amount anywhere from $25–$75, which will freeze those funds from use for any other reason. When the gas purchase is complete the gas company will calculate the difference between the pre-authorized amount and the actual purchase amount. If the per-authorized amount is greater than the purchase price, a credit for the difference will be added back to the ExpressPay Card. It may take up to 24 hours for these steps to process.

**What is Maestro?**

Maestro is an electronic PIN-based debit network that accepts approved debit cards such as your Domino's Pizza ExpressPay Card, at the cash register. Maestro locations include Eckerd's, K-Mart, Wal-Mart, Target, Walgreen's, Publix and almost any grocery store, drug store or gas stations.

**If I make a purchase at a Maestro outlet with my Domino's Pizza ExpressPay Card, can I receive cash back?**

Yes. You can withdraw cash on the spot without having to stop at an ATM. Simply follow the instructions on the card reader at the register.

**Can I sign up for Direct Deposit instead of using a Domino's Pizza ExpressPay card?**

Yes. Once you have established an account at a banking institution, you may sign up for Direct Deposit by logging on to the online Team Member Service Center at tmsc.dominos.com. When signing up for Direct Deposit, there is an 11-day bank verification period that must be completed before your funds will be deposited to your account., Your pay will be deposited on your Domino's Pizza ExpressPay Card until the Direct Deposit waiting period is complete. Once the 11-day bank verification period is completed, the ExpressPay Card will be removed from the payroll system. Any funds left on the ExpressPay card after the Direct Deposit waiting period will continue to be available by normal ExpressPay card usage procedures.

# ELECTRONIC PAY OPTIONS

Following is the electronic signature of the team member acknowledging the receipt and reading of the Electronic Pay Options document.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.23.01.000000 |