# EXHIBIT

# 10

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# HIPAA NOTICE OF PRIVACY PRACTICES

THIS NOTICE OF PRIVACY PRACTICES DESCRIBES HOW HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

Domino's Pizza and its affiliates (collectively, the "Company") offer their employees a number of health benefits, including medical, dental, vision, employee assistance, health reimbursement, and health care flexible spending account benefits, and other health benefits that may be offered from time to time. This Notice of Privacy Practices applies to active employees who participate in those group health benefits identified in the Domino's Pizza Employee Benefit Plan (referred to as "Health Plan").

**How the Health Plan May Use or Disclose Your Health Information**

**For Treatment**

While the Health Plan generally does not use or disclose protected health information for treatment, the Plan is permitted to do so if necessary. For example, the Health Plan may provide protected health information to a treating provider to assist in obtaining an appropriate referral to a specialist.

**For Payment**

The Health Plan may use and disclose your protected health information to others for purposes of facilitating payment for treatment and services that you receive. For example, the Health Plan may provide protected health information to a provider or a third-party payor, such as an insurance company, regarding amounts that are covered under the Health Plan. The protected health information may identify you, your diagnosis, and treatment or supplies used in the course of treatment. The Health Plan will not use or disclose protected health information that is your genetic information for underwriting purposes.

**For Health Care Operations**

The Health Plan may use and disclose protected health information about you for operational purposes. For example, your protected health information may be disclosed to third parties retained or hired by the Health Plan, for quality improvement, business planning, and cost management purposes. This protected health information may identify you, your diagnosis, and treatment or supplies used in the course of treatment.

**Plan Sponsor**

The Health Plan may disclose protected health information to the Company, the sponsor of the Health Plan, for health care operations purposes. At no time will the Health Plan disclose protected health information to the sponsor for employment-related actions or decisions without your written authorization.

**Required by Law**

The Health Plan may use and disclose protected health information about you as required by law. For example, the Health Plan may disclose protected health information for the following purposes:

- For judicial and administrative proceedings pursuant to legal authority if certain conditions are met relating to notice to you and an opportunity for you to object to the disclosure.
- To report information related to victims of abuse, neglect, or domestic violence.
- To assist law enforcement officials in their law enforcement duties.

**Public Health**

Your protected health information may be used or disclosed for public health activities, such as assisting public health authorities or other legal authorities to prevent or control disease, injury, or disability, or for other health oversight activities.

**Decedents**

Your protected health information may be disclosed to funeral directors or coroners, if required by law, to enable them to carry out their lawful duties.

**Organ/Tissue Donation**

Your protected health information may be used or disclosed for cadaveric organ, eye, or tissue donation purposes.

**Health and Safety**

Your protected health information may be disclosed to avert a serious threat to the health or safety of you or any other person pursuant to applicable law.

**Government Functions**

Your protected health information may be disclosed for specialized government functions, such as protection of public officials or reporting to various branches of the armed services.

**Workers' Compensation**

Your protected health information may be used or disclosed in order to comply with laws and regulations related to Workers' Compensation.

**Authorizations**

Other uses and disclosures will be made only with your written authorization and you may revoke the authorization, except to the extent that the Health Plan has taken action in reliance on such authorization.

**Disclosures That Will Not Be Made Without Your Authorization**

The Health Plan will require written authorization for the following:

- Any use or disclosure of psychotherapy notes, except: (1) to carry out the following treatment, payment, or health care operations: use by the originator of the psychotherapy notes for treatment; use or disclosure by the covered entity for its own training programs in which students, trainees, or practitioners in mental health learn under supervision to practice or improve their skills in group, joint, family, or individual counseling; or use or disclosure by the covered entity to defend itself in a legal action or other proceeding brought by the individual; and (2) a use or disclosure that is: required by the Secretary of the United States Department of Health and Human Services when the Secretary is investigating or determining the Plan's compliance with the HIPAA privacy rule; permitted by law; for health oversight with respect to the oversight of the originator of the psychotherapy notes; to a coroner or medical examiner for the purpose of identifying a decedent; or to avert a serious threat to health or safety.

- Any use or disclosure of protected health information for marketing, except if the communication is in the form of: a face-to-face communication made by the Health Plan. If the marketing involves financial remuneration to the Health Plan from a third party, the authorization must state that such remuneration is involved.

- Any disclosure of protected health information which is a sale of protected health information. Such authorization must state that the disclosure will result in remuneration to the Health Plan.

**Your Health Information Rights**

You have the right to:

- Request a restriction on certain uses and disclosures of your protected health information as provided by 45 C.F.R. §164.522; however, the Health Plan is not required to agree to a requested restriction, except if your requested restriction is to prevent disclosure of protected health information for payment or health care operations and the restricted protected health information pertains solely to a health care item or service for which you have already paid a health care provider or the Health Plan in full.

- Obtain a paper copy of this Notice of Privacy Practices upon request.

- Inspect and obtain a copy of your health record as provided for in 45 C.F.R. §164.524 (you may be charged for the costs of copying, mailing, or other supplies directly associated with your request).

- Request that your health record be amended as provided in 45 C.F.R. §164.526.

- Request communications of your protected health information by alternative means or at alternative locations.

- Receive an accounting of disclosures made of your protected health information as provided by 45 C.F.R. §164.528 within the time frames required.

**Personal Representatives**

You may exercise your protected health information rights through a personal representative. Your personal representative will be required to produce evidence of his or her authority to act on your behalf before that person will be given access to your protected health information or allowed to take any action for you.

The Health Plan retains discretion to deny access to your protected health information to a personal representative to provide protection to those vulnerable people who depend on others to exercise their rights under these rules and who may be subject to abuse or neglect. This also applies to personal representatives of minors.

**Breach Notification**

In accordance with certain revised HIPAA rules, in the event that we

become aware of an impermissible use or disclosure of your protected health information which constitutes a threat to the security and privacy of your information, we will timely notify you of the breach and advise you of steps that we are taking to resolve the problem, as well as steps that you may wish to take.

**Complaints**

You may complain to the Health Plan and to the Secretary of the Department of Health and Human Services if you believe your privacy rights have been violated. You will not be retaliated against for filing a complaint.

**Obligations of the Health Plan**

The Health Plan is required to:

- Maintain the privacy of protected health information.
- Provide you with this Notice of Privacy Practices and its legal duties with respect to your protected health information.
- Abide by the terms of this Notice of Privacy Practices.
- Notify you whether or not it is able to agree to a requested restriction on how your protected health information is used or disclosed. If the Health Plan agrees, it can release information for emergency treatment, and it can change its decision if it tells you in advance that it can no longer agree to the restriction.
- Accommodate reasonable requests that you may make to communicate protected health information by alternative means or at alternative locations. The Health Plan may condition approval by asking how payment is to be handled, and it may require you to use a different way to get information from it. The Health Plan may ask that you tell it whether its usual way of communicating could cause you to be in danger.
- Notify you of its response to your request to amend the information it has about you. If the Health Plan denies your request, you may write to it to explain why you disagree. If the Health Plan responds in writing for your file, it will give you a copy.

The Health Plan reserves the right to change its information practices and to make the new provisions effective for all protected health information it maintains. Revised Notices of Privacy Practices will be made available to you through the Health Plan's privacy official.

State law may provide for additional protection of your protected health information. Please contact the person identified below for more information.

**Contact Information**

If you have any questions or complaints, please contact:

Privacy Officer
Domino's Pizza
P.O. Box 997
Ann Arbor, MI 48106
(734) 930-3031

**No Guarantee of Employment**

Nothing contained in this Notice of Privacy Practices shall be construed as a contract of employment between the Company and any employee, nor as a right of any employee to be continued in the employment of the Company, nor as a limitation of the right of the Company to discharge any of its employees, with or without cause.

**No Change to Plan**

Except for the privacy rights described in this Notice of Privacy Practices, nothing contained in this Notice of Privacy Practices shall be construed to change any rights or obligations you may have under the Health Plan. You should refer to the Health Plan's documents for complete information regarding any rights or obligations you may have under the Health Plan.

**Effective Date**

July, 2017

30544461.1

# HIPAA PRIVACY POLICY

Following is the electronic signature of the team member acknowledging the receipt and reading of the HIPAA Privacy Policy.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.10.18.000000 |