# EXHIBIT 11

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# Domino's Pizza LLC
# Code of Ethics and Using Your Good Judgment

## Purpose

Domino's Pizza LLC ("Domino's" or the "Company") is committed to providing a work environment that encourages mutual respect and professionalism among all team members.

## Eligibility

All team members.

## Policy

The Company expects all team members to be responsible, reasonable, and considerate, and to conduct themselves in a professional, business-like manner, which includes avoiding unethical and unsafe conduct. This expectation is addressed in more detail below. Nothing in this policy shall restrict team members from communicating directly with a governmental agency or authority regarding a possible violation of federal law or regulation involving the Company or making other disclosures that are protected under the whistleblower provisions of federal law or regulation, in each case to the extent that a restriction on such communication or disclosure would violate applicable law.

## Using Good Judgment in Performing Work Responsibilities

From time to time, team members may need guidance in determining the right thing to do regarding various matters occurring in the performance of their work responsibilities. Please refer him/her to the following questions:

- Are my actions in performing my work responsibilities legal?
- In dealing with customers, am I being fair, honest and reasonable?
- Will my actions in performing my work responsibilities be the right thing to do in the long run and not just a short-term fix?
- Would I feel comfortable if my actions appeared on the front page of a newspaper?
- In performing my work responsibilities, have I avoided even a perception that what I am doing may be wrong?

If the answer to all of these questions is yes, then the course of action is probably acceptable. If not and team members have questions about their work performance on behalf of the Company, they may seek advice and guidance from a team leader, the PeopleFirst Department or the appropriate area leader.

## Professional Conduct

We are committed to providing a work environment that encourages mutual respect and professionalism among all team members. Every team member has the right to work without harassment, threats or undue interference from others. You are expected to be responsible, reasonable, considerate, and to conduct yourself in a professional, business-like manner while on the job.

Domino's, in its sole discretion, reserves the right to determine when a team member's behavior is unacceptable and when and what disciplinary action is necessary under a given circumstance. Team members may be subject to discipline for poor performance or for violation of any of the policies and procedures set forth in this Handbook. The type of disciplinary action that may be imposed may range from verbal warning to written warning to termination of employment. Nothing in this Handbook creates an obligation to follow any disciplinary procedure. Management retains the right to skip or repeat certain disciplinary steps, depending on the facts of each situation. The disciplinary action imposed may vary depending on the facts and circumstances surrounding each case.

We expect your conduct to be professional not only in the workplace, but also when you are representing the Company. Below are some examples of what we expect when we say "professional conduct". This is a guideline and is not an all-inclusive list and does not alter your at-will employment relationship with Domino's.

- Be aware of and abide by all policies and regulations as well as applicable federal, state or local laws.
- Perform your job duties to the best of your ability and to the standards as set forth in your job description or as otherwise established.
- Foster professional relationships with team members, business partners, customers, and visitors and refrain from insubordination or interference with the job performance of other team members. Fraud, theft, embezzlement, intentional misrepresentation or falsification of Company documents, data, financial statements or documents required to be maintained by law is prohibited.
- When reporting for work, comply with the appearance guidelines established for your worksite.
- Do not use or be under the influence of alcohol or illegal controlled substances while at work, when wearing Domino's logo apparel provided by the Company, or while on Company property.
- Verbal or physical altercations, intimidating behavior or threats of violence are prohibited.
- Use Company equipment, supplies, funds or work time for Company business.
- Team members with access to Company email may use the Company's email system for personal use during non-working time as long as such personal use does not interfere with work duties and responsibilities.
- Handle difficult customer situations professionally.
- Do not violate the Company's anti-discrimination and anti-harassment policies.

This policy is not intended to interfere with, restrict or otherwise infringe upon team members' rights under applicable federal, state or local law, including any and all rights under Section 7 of the National

Labor Relations Act to engage in concerted activities for collective bargaining or other mutual aid or protection.

## Relationships

As a matter of business integrity, the Company makes its purchase decisions solely on the basis of which suppliers offer the best value for the goods and services needed. Team members shall avoid doing anything that suggests that his/her purchase decisions may be influenced by any irrelevant or improper consideration, such as a kickback or bribe, or accepting lavish or excessive favors, gifts or entertainment.

In order to build solid relationships with a core of loyal vendors, suppliers, contractors, distributors and others, team members must follow certain guidelines in dealings with these groups, as detailed in the following sections.

### With Suppliers

The Company's objective is to develop long lasting, mutually beneficial relationships with suppliers. The foundation of this relationship is open, fair and up-front dealings. It is the Company's obligation to set and enforce project and service standards, and approve new suppliers to the system if these standards can be met. Team members who purchase goods or services for the Company, or who might influence such purchases, must observe the following guidelines:

- While the Company values long-term relationships, the Company treats all suppliers equally, basing purchasing decisions on objective criteria such as price, quality, availability of adequate supplies, and competent, timely service;
- Team members shall not enter into agreements with suppliers whereby the Company will grant approval on the condition the supplier will pay, even indirectly, a fee, allowance, commission, or other item of value to the Company for the privilege of selling to our franchisees or corporate stores;
- Team members shall respect and maintain the confidentiality of all suppliers' proprietary information, including prices, trade secrets, terms and conditions contained in bids and contracts;
- Team members shall not personally accept supplier discounts for personal use unless such goods or discounts are available to all team members;
- Team members shall not accept or offer bribes or kickbacks in any form;
- Team members may accept a gift package of moderate cost which is made up of a supplier's own products or which is clearly a piece of a supplier's advertising; however, all team members are expected to act with the highest integrity at all times and avoid even the perception of having been influenced by any gift.

On occasion, a supplier may offer an opportunity to participate in training or suggest a visit to the supplier's location at their expense. Team members **must** have team leader approval prior to accepting such an offer or similar offers.

**With Customers**

Customers expect and must always receive what they pay for. Every team member must take every customer complaint or concern seriously and ensure that they take appropriate steps to resolve the problem.

Satisfying the needs of the customer should never be thought of as "that's not my job." If a customer complaint is received, all team members are expected to listen and act appropriately.

The Company is committed to using the finest ingredients possible and providing its customers with the best product every time. If a customer is not satisfied with his/her Domino's experience for any reason, the Company will make it right or refund the customer's money. We guarantee it. Our guarantee must be honored 100% of the time. To do otherwise damages our goodwill and reputation.

While it is important to promote goodwill among our customers, it is inappropriate to discount or give away pizzas or other products for personal gain. For example, providing free pizza in exchange for tickets to a concert or in exchange for other restaurant food is unacceptable. Any arrangement to provide discounted or free pizzas or other products should be reviewed with a team leader to ensure appropriateness.

**With Governments and Representatives of the Government**

Like any large Company, Domino's regularly interacts with the government and representatives of the government. For example, if you receive, as an official Company representative, a subpoena from an attorney seeking Company information or a charge alleging violations of employment laws asserted against the Company, these items must be referred to the Legal Department at the World Resource Center. If a team member, at any time during the course of employment, is contacted as an official Company representative, the Company expects him/her to immediately contact the Company's Legal Department.

Although the Company wants to ensure that government agencies are provided with all required information, caution must be used in providing any information without the appropriate approval. For example, if you receive, as an official Company representative, a subpoena from an attorney seeking Company information or alleging violations of employment laws asserted against the Company, the subpoena must be referred to the Legal Department at the World Resource Center. First and foremost, the Company insists that its business dealings comply with all applicable federal, state, and local laws and regulations.

When it is in the Company's interest to challenge, support or comment on government policies that may affect the Company's business, the Company follows only legal and generally accepted procedures. Payments, gifts or favors of any value to government officials, regardless of motive, are not permitted. The Company will not make illegal political contributions and will not reimburse team members' agents or representatives for their personal political contributions.

The Company supports all team members' rights to fully exercise individual political obligations as they see fit. The Company will not coerce team members in any manner to contribute to or support any candidate, office holder, political party or proposition. In addition, the Company will not jeopardize a team member's employment status in any manner because of his/her participation or non-participation in lawful political activities.

## Employment of Relatives or Individuals Living in the Same Household

The Company recognizes the sensitive nature of having relatives or individuals living in the same household employed in the same store, department, unit or function. In order to avoid the perception of favoritism or a potential conflict of interest among team members, we do not allow the employment of two related individuals, or two individuals living in the same household, in the same store, department, unit or function if a direct supervisory relationship exists between the two team members. For purposes of this policy, related individuals are defined as a mother, father, spouse, partner, brother or sister, son or daughter, mother- or father-in-law, step children, step parents, brother- or sister-in-law, daughter- or son-in-law, grandchild, aunts, uncles, nephews, nieces and cousins. This policy applies regardless of the sex/gender of the team members.

If a team leader and subordinate become relatives or members of the same household, one or the other must either transfer, with the approval of the Company, to a vacant position for which they are qualified in another department or store or leave the Company within 30 days. If the team members are unable to make this decision or if there is no vacant position for which they are qualified, the team members' team leader and/or PeopleFirst will make a determination regarding a resolution.

## Policy against Favoritism

It is important for member of management to avoid showing favoritism within the work site. For example, socializing after work with the same team members or developing close personal relationships may be perceived as favoring a small group of team members. In particular, members of management or those in leadership positions must not date or have a romantic relationship with team members that work directly for him/her and/or are in the same Leadership Team area, or those over whom the member of management has indirect control. All members of management are expected to maintain a fair and professional level of conduct both on and off the job.

### Sexual or Romantic Relationships with Direct Supervisor

Domino's desires to avoid misunderstandings, actual or potential conflicts of interest, complaints of favoritism, possible claims of sexual harassment and morale problems that can potentially result from romantic relationships involving team members. A consensual relationship exists when two team members engage in, or are engaged in, a romantic or sexual relationship. This policy applies without regard to gender and without regard to the sexual orientation of the participants in relationships of the kind described above. Accordingly, consensual sexual or romantic relationships between team members where one has supervisory authority over the other are prohibited. Such relationships tend to create compromising conflicts of interest or the appearance of such conflicts. In addition, such relationships can create the impression of favoritism, impropriety in terms and conditions of employment and can interfere with productivity and the overall work environment.

If a romantic or sexual relationship between a team member with supervisory authority and his or her direct team member should develop, it is the responsibility of the team member with supervisory authority to promptly disclose the existence of the relationship to the PeopleFirst Department. If there is such a relationship, the parties need to be aware that one or both may be moved to a different worksite or, if appropriate, disciplinary action up to and including termination of employment may be taken.

**Conflict of Interest**

The Company provides pay and benefits packages, facilities and resources to its team members as needed to do their best work for the Company. In return, the Company expects that its team members will focus their complete attention and energies on the Company while on the job. To avoid such conflict, the Company expects its team members to refrain from the following behavior:

- Using Company equipment, time, personnel, facilities or supplies to conduct a personal business venture or to conduct work for another employer;
- Personally taking advantage of a business opportunity that rightfully belongs to the Company;
- Using their position with the Company to advance personal business or financial interests of the team member or an individual with whom the team member has a family or personal relationship;
- Serving as, or working for, a business partner to Domino’s or its franchisees; orEngaging in a personal business ventures or outside employment that competes against the Company or interferes with the team member’s ability to perform their work duties and responsibilities.

Team member who violate this policy will be subject to disciplinary action up to and including termination of employment. Any team member with a  personal business venture or outside employment that interferes with their ability to perform their work duties and responsibilities for Domino’s may be asked to quit their secondary employment or suspend their personal business venture in order to maintain employment at Domino’s.

## Conduct with Fellow Team Members

The Company supports and is committed to the principles of diversity and equal opportunity employment. The Company has developed and adheres to both the Equal Opportunity Employment Policy and the Diversity Statement. Both are communicated in Team Member Handbooks and posted in all locations.

The Company prohibits the harassment of a team member by a team leader, a co-worker or a third party, including a customer. The Company’s stance against harassment is described in more detail in the Anti-Harassment Policy, in all Team Member Handbooks and on posters located at work sites.

Team members are responsible for following these policies and for reporting any violations to the PeopleFirst Department. The Company regards failure to observe these policies as very serious and will take immediate steps to correct any abuses or violations of them.

## Other Personal Conduct Expectations

Team leaders are the role models for team members. As a role model, those in a leadership role are imitated in their behavior and conduct. Those in a leadership position must ensure that they are setting a professional example at all times. Team leaders should always treat team members with courtesy and respect. Team members look to their leadership for guidelines on behavior and integrity.

## Compliance and Enforcement

These guidelines were designed to assist in conducting daily business with integrity and a keen sensitivity to ethical and legal considerations. While this policy provides some clear direction on how best to do that, ultimately the Company depends on the good judgment of its team members.

We encourage you to talk with your team leaders, PeopleFirst representatives or any one of the Company's in-house attorneys when in doubt about the best course of action in a particular situation.

Any concerns with respect to questionable accounting or auditing matters or internal accounting controls may be reported to the the Audit Committee of the Board of Directors or the Company's Legal Department as follows:

| | |
|---|---|
| Audit Committee of the Board of Directors<br>c/o Director of Internal Audit<br>Domino's Pizza LLC<br>30 Frank Lloyd Wright Drive<br>Ann Arbor, Michigan 48106 | Legal Department<br>c/o Executive Vice President and General Counsel<br>Domino's Pizza LLC<br>30 Frank Lloyd Wright Drive<br>Ann Arbor, Michigan 48106<br>734-930-3030 |

These reports may be made anonymously. Concerns will be fully investigated and will be treated as confidential to the extent possible without impeding the ability of the Company to conduct a discreet and thorough investigation. The Company will not allow any form of retaliation against team members who report a concern pursuant to this policy or who cooperate in the Company's investigation of such reports. Team members engaging in any form of retaliation in violation of this policy will be subject to disciplinary action up to and including termination of employment.

# 2018 CODE OF ETHICS POLICY

Following is the electronic signature of the team member acknowledging the receipt and reading of the 2018 Code of Ethics Policy.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.17.27.000000 |