# EXHIBIT

# 12

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# CORPORATE EXPENSE POLICY AND PROCEDURES

The purpose of this Corporate Expense Policy (this "Policy") is to specify consistent standards for allowable expenses and expense reimbursement with respect to Team Member's business travel and entertainment and related business expenses. These policies are intended to meet Domino's Pizza LLC (hereinafter "Domino's" or the "Company") standards of conduct and corporate objectives, and to fulfill applicable requirements of all taxation authorities.

## APPLICATION OF POLICY

- This Policy applies to all Domino's Team Members and/or contractors, vendors and suppliers traveling or incurring business expenses on behalf of Domino's.
- All Team Members who incur travel and entertainment and business expenses are responsible for complying with this Policy.
- Each Team Member is responsible for ascertaining that travel and entertainment and business expenses comply with this Policy.
- Each Team Member has the responsibility to use good business and ethical judgment when incurring travel expenses and entertainment and business expenses.
- Videoconferencing and teleconferencing, where available, should be considered as an alternative to travel when appropriate.

## SUMMARY OF INFORMATION CONTAINED IN THIS POLICY

This Policy is ordered as followed:


- Page 1: Policies and procedures with respect to business travel and entertainment expenses.
- Page 11: An overview of key considerations with respect to general corporate expenses.
- Page 12: Policies and procedures with respect to corporate and personal credit card usage.
- Page 14: Guidelines with respect to general expense reporting and reimbursement.
- Page 16: Where Team Members should look for policies for certain expenses not intended to be covered by this Policy.


TM

## TRAVEL

Domino's has outsourced travel programs to specific vendors, who have exclusive responsibility for booking itineraries for Team Members' business travel needs. The appointed travel agency and vendors or the agency's online booking tool must be used for all travel bookings. Domino's Manager - Travel & Events is responsible for managing these relationships and for establishing preferred vendors for air and ground transportation and hotels. For

contact information regarding the appointed travel agency, Domino's Manager – Travel & Events and other Domino's points of contact under this Policy, please see the Appendix at the end of this Policy.

The Company will reimburse Team Members for ordinary, necessary and reasonable documented travel expenses incurred when directly connected with, or pertaining to, Company business. Such reimbursement, whether directly or through credit card or travel rewards, is not intended to provide supplemental income to the Team Member. For specific considerations with respect to such rewards, see "Travel and Credit Card Rewards" below.

- Travel costs incurred by anyone accompanying a Domino's Team Member on a business trip (such as suppliers or consultants with the prior approval of the Team Member's manager) should be billed to the Company in accordance with the applicable contractual agreement.
- All business travel charges for interns should be charged to the host Team Member's corporate credit card from the related department.
- Expense reports relating to travel are subject to regular and ongoing compliance review and Team Members shall be responsible for providing all applicable documentation for expenses requested to be reimbursed under this Policy. Expenses not in line with this Policy will be the responsibility of the Team Member.

## TRAVEL ARRANGEMENTS

All Team Members who travel or anticipate travelling more than once per year must complete their Concur Travel Profile to ensure that pertinent details and preferences are adhered to in the reservation process. Information obtained for travel profiles will be maintained in a manner consistent with local privacy laws. Travelers shall promptly notify the travel agency or Domino's Manager - Travel & Events with any changes or updates to their profiles to ensure such profile remains accurate.

- All business travel should be booked through the appointed travel agency or the agency's online booking tool.
- All air, lodging and transportation requests, including en-route changes, should be booked through the appointed travel agency or the agency's online booking tool.
- Direct bookings on the Internet using outside sources should not be used.
- If emergency reservations or assistance is required outside of normal business hours, travelers should contact the afterhours desk of the appointed travel agency.
    - Team Members should only contact the afterhours number for emergency assistance as additional charges do apply.

## AIR TRAVEL

All air travel must be booked through the appointed travel agency or the agency's online booking tool. Special airline discounts have been negotiated for Domino's travelers. The

appointed travel agency will offer flights that have been selected with preferred suppliers and/or the best option based on cost, schedule and other applicable considerations. Any deviations from the use of these suppliers and/or selection of higher cost options will be reported to the Manager - Travel & Events in accordance with monthly reporting procedures.

- Nonrefundable tickets should be purchased whenever possible.
  - Discretion may be used when there is minimal difference between a refundable versus nonrefundable fare.
- Team Members are expected to travel in economy (coach) class, or the lowest available airfare. (Basic Economy Fares excluded.)
- Executive Leadership Team Members and the Board of Directors are eligible for first class or business class travel.
- Senior Vice Presidents may travel by first class or business class on flights with legs of four hours or more.
- Vice Presidents and approved Team Members may travel in business class on international flights with legs of six hours or more.
- Directors may travel in Premium Economy on international flights with legs of 8 hours or more. One business class trip per year is allowed with advance approval. Additional business class trips may be requested but are not guaranteed for approval.
  - Requests for business class travel must be submitted with detailed cost comparison and justification. The EVP responsible for the Team Member's function is ultimately responsible for approval but may at their discretion authorize an SVP or RVP to approve such travel as appropriate.
- Team Members must submit all travel receipts with their expense report. For additional information regarding the form of acceptable receipts under this Policy, see "Documentation and Receipt Requirements" below.
- In every case, due consideration should be given to the cost differential between coach class and first or business class.
  - **Exceptions to this rule must have advance approval by the EVP responsible for the Team Member's function.**

Team Members should confirm arrangements as expediently as possible to take advantage of advance purchase discounts. Team Members should endeavor to make flight arrangements at least 7-14 days prior to the date of departure when possible. Team Members should limit advance travel bookings to no more than 90 days from the date of departure.

No more than four Executive Leadership Team Members may travel together on the same flight without the approval of the Chief Executive Officer or the Executive Vice President & General Counsel. In addition, the Chief Executive Officer, Chief Operating Officer and Chief Financial Officer should avoid travelling on the same flight when possible. All Team Members must endeavor to avoid having a significant number of Team Members, particularly those in the same functional area, travel together on the same flight.

If a Team Member must cancel a trip, the Team Member should notify the appointed travel agency as soon as possible and, in any event, no later than the scheduled departure. Failure to do so could result in the loss of a possible credit to Domino's.

- Upgrades not affecting the cost of the ticket (i.e., mileage and status upgrades) are allowed.
- Airline Club Memberships will be reimbursed for Team Members that travel extensively as determined by an Executive Leadership Team Member (upon written approval which must be submitted along with the corresponding membership expense via the Concur expense system) or who otherwise have a contractual entitlement to such reimbursement. If you are entitled to such reimbursement, please contact the Manager - Travel & Events for further information.
- Airport Expediting Programs (i.e., TSA Pre-Check, Global Entry, CLEAR, etc.) will be reimbursed for Team Members that travel extensively as determined by an Executive Leadership Team Member (upon written approval which must be submitted along with the corresponding expense via the Concur expense system) or who otherwise have a contractual entitlement to such reimbursement. If you are entitled to such reimbursement, please contact the Manager - Travel & Events for further information.
- Team Members may retain frequent flyer program benefits. However, participation in these programs may not result in any incremental cost to the Company and should not influence travel arrangements. Frequent flyer program benefits will be treated as a nontaxable employee fringe benefit, in the absence of applicable IRS guidance.
- Team Members will not be reimbursed for any free or discounted tickets received from air mileage programs and used for business purposes.
- Team Members' travel paid for by the Company that is found to be of a personal nature must be reimbursed by the Team Member as soon as possible and in any event no later than 30 days from the incurred charge and may be subject to further disciplinary review.

## INTERNATIONAL TRAVEL

- Any Domino's Team Member expected to travel internationally must have a valid passport.
- Passport, Visa and other government documentation, as required, are reimbursed if directly related to Company business travel.
- Immunizations required for International Travel are reimbursed if directly related to Company business travel.
- All International Travel Itineraries must be submitted to Global Guardian. This is an automated process when booked through the appointed travel agency or the agency's online booking tool.
  - If, because of necessary circumstances, travel is booked outside of this Policy through a third-party vendor, the traveler is required to forward the itinerary to travel@dominos.com or dominos@conlintravel.com.

- If the Team Member needs to obtain a passport or visa, links to Domino's preferred vendor for this service can be found on PieNet as well as in the Concur Travel tool.
- Once the passport or visa is obtained, a copy of the information page should be sent to the travel agency for its files.
- Team Members who anticipate traveling internationally should submit a ServiceNow ticket to have international dialing features added to their Company-issued IT equipment.
- Team Members who anticipate travelling internationally and are reimbursed for a personal phone plan should request international dialing features be activated directly with their service provider.
- To avoid unauthorized activity alerts, Team Members should notify the Corporate Credit Card Administrator of their plans to travel outside of the United States and Canada five days prior to departure.

## GROUND TRAVEL

Team Members are expected to follow all local laws while driving on Company business and should make reasonable efforts to minimize costs associated with travel to and from airports, as well as parking at airports, taking into consideration the length of trip, schedules and other relevant considerations.

Parking and tolls incurred while on Company business will be reimbursed to the Team Member when accompanied by a receipt; however, the Company will not reimburse the cost of fines for parking or moving violations.

When travelling internationally, Team Members should inquire with their local contact as to the safest ground service provider (including whether rental cars are an appropriate option for travel) and confirm accordingly.

### Rental Cars:

- All rental cars must be booked through the appointed travel agency or the agency's online booking tool.
- Domino's Manager - Travel & Events will designate a primary vendor for car rentals. Negotiated rates can be obtained by contacting the appointed travel agency, or by using the agency's online booking tool.
- Team Members should check to ensure that they are charged the correct Domino's rate when renting. An intermediate car with UNLIMITED MILEAGE is considered standard policy for all rentals. Larger vehicles will be made available under the following circumstances:
    - If transporting materials and cargo space is a factor.
    - If three or more persons are traveling together.
    - If EVP/SVP status.
    - If the preferred car class is sold out and there is no lower alternative.

- The addition of special equipment to a rental vehicle is permissible if said equipment is necessary to perform the job duties safely and effectively (I.e., GPS)
- Upgrades may be taken if they do not result in a higher cost to Domino's.
- When renting cars in the U.S. for Company business, Team Members should decline any insurance offered by the rental agency if booked with Domino's preferred vendor.
- If using Domino's negotiated rates for personal rentals, Team Members must indicate the rental is of a person nature when booking. If a personal rental, Team Members should opt "for" insurance unless they have coverage under their personal plan.
- When returning a rental vehicle, the Team Member should refuel the fuel tank, as the cost per gallon to refill charged by the rental company generally exceeds current fuel prices.
- Except in cases where travel logistics make it difficult (such as congested metro areas), Team Members should decline any fuel service options offered by the rental agency, such as pre-buying a tank of gas.
- In the event of an accident involving a rental vehicle, the Team Member must promptly report the incident to their supervisor and the Domino's Safety Hotline. Team Members should:
  - Obtain a police report.
  - Notify the agency that issued the rental and prepare an accident report with the agency upon rental return.
  - Provide a copy of the rental receipt and any additional paperwork regarding a claim to Risk Management within five days of the incident.

Damage to rental cars caused by a Team Member's misconduct (e.g., accidents while texting or driving under the influence of drugs or alcohol or the result of gross negligence) will be the responsibility of the Team Member.

### Black Car Services:

- Generally, a Black Car Service (i.e., limo) should only be utilized in exceptional circumstances (if four or more persons are traveling together, if EVP/SVP status, safety or logistical considerations, there is no lower alternative, etc.).
- All Black Car Services should be booked in advance through the appointed travel agency or the agency's online booking tool
- Domino's Manager - Travel & Events is responsible for selecting preferred vendors that will provide global services as needed. These companies should be used exclusively for any business-related transfer needs. Information regarding preferred vendors can be found on PieNet by selecting "Corporate Travel Services," located under "Employee Resources."
- Lowest cost must be considered when selecting car service.
- A detailed receipt must be submitted with expense reports.

### Uber/Lyft/Other Ride Share Services & Taxis:

- Team Members will be reimbursed for usual and customary ground transportation provided by ride share services or taxis.
- If utilizing Uber, "Uber Black" should be selected as drivers meet the necessary insurance requirements. If utilizing Lyft, all booking options meet the necessary insurance requirements.
- Team Members are expected to use the most economical ground transportation option available except where safety is a concern.
- A detailed receipt must be submitted with expense reports.

Personal Vehicle Usage:

- The Company will reimburse Team Members for the use of their personal vehicle used for Company business.
- Reimbursement for Company business will be at the current rate of $0.40 per mile.
  - In California, Team Members will be reimbursed at the standard IRS rate in effect at the time of travel.
  - Fuel charges are not allowed when requesting mileage reimbursement.
  - Mileage to and from work (daily commute) is not reimbursable.
- All mileage reimbursement requests should indicate the points of travel and the miles eligible for reimbursement.
- Mileage reimbursement must be submitted at least monthly.
- Mileage reimbursement requests should not exceed $1,000 per report.
- When travelling longer distances, or for longer time periods, Team Members should explore the cost of renting a vehicle instead of using their personal vehicle and utilize the less expensive option.

OVERNIGHT ACCOMMODATIONS

Hotel:

- Nightly room rates should not exceed the Policy limits listed below unless special circumstances apply (i.e., peak periods, high-cost areas, conferences, conventions and/or Executive Leadership Team Member status). All exceptions to these limits except in special circumstances require an explanation.
  - North America
    - $150USD nightly base rate
  - South America; Africa; Europe; Asia; Australia
    - $250USD nightly base rate
- In all circumstances, Team Members should endeavor to select hotels that are safe, reasonably priced and within close proximity to their meeting location.
- Hotel reservations should be booked through the appointed travel agency or the agency's online booking tool.
- Team Members should use preferred hotels when available. Preferred hotels are noted as such when booking through the appointed travel agency or using the agency's online booking tool.

- If requesting a specific hotel not listed as a preferred hotel, Team Members should advise the travel agency of any locally negotiated or preferred discounted rates that may apply (i.e., conference, meeting or client rates).
- All rooms will be guaranteed for late arrival when booked through approved channels.
- Team Members must cancel the reservation prior to the cancellation deadline specified on their itinerary to avoid penalties. Cancellations may be made by calling the travel agency. If the cancellation is made directly with the hotel, the traveler is required to obtain a "cancellation number" as documentation of the transaction. Cancellation fees are not reimbursable expenses in the absence of unusual circumstances.
- In-room "pay-per-view" movies are not reimbursable and will be at Team Member's expense.
- Charges from in-room mini-bar are discouraged.
- Hotel charges (room, taxes, meals, etc.) must be itemized by day.
- Room folios for hotel expenses must be submitted with expense reports.

### AirBNB or Other Similar Lodging Options Approved for Business Travel:

- Team Members will be reimbursed for standard room types and/or single accommodations at Sharing Economy Service providers when used as a cost-effective alternative for business purposes.
- To comply with Domino's duty of care, reservations should be made through the approved agency or the agency's online booking tool.
- Team Members must select an AirBNB (or similar approved lodging option) that is designated as "For Work."
- A detailed receipt must be submitted with expense reports.

Regardless of the form of overnight accommodations, Team Members should exercise due caution when utilizing internet services at all lodging locales.

## MEALS AND ENTERTAINMENT

- Team Members will be reimbursed for reasonable meal costs incurred while traveling on Company business. Meal costs, which include tips, must be supported by a receipt.
- Team Members are allotted a per diem of $75 for meals unless special circumstances apply (i.e., high-cost areas, conferences, conventions and/or Executive Leadership Team status).
- Receipts must be submitted for all meals (including those within the per diem), and all meals greater than $25 must be accompanied by an original and itemized receipt.
- Team Members who incur expenses while on international travel must submit itemized receipts for all expenses to allow the Company to file for refund of foreign taxes paid (VAT), where applicable.
- Entertainment expenses with respect to clients or outside business associates will be reimbursed provided they are directly related to or associated with Company

business. All expenditures must be supported by an itemized receipt and detailed on the expense report.

- When entertainment is for sporting or social events, (i.e., golf or tennis tournaments, semi pro or professional sports (single game or season tickets), Nascar, concerts, etc.), prior approval by the Team Member's supervisor should be obtained. The expense report must indicate the business purpose and contain a written approval authorization.
- Any expenditure submitted for multiple persons (Domino's Team Members, Franchisees, customers, suppliers, contractors, etc.) should indicate the Team Member and/or non-Domino's employee(s) names and business purpose. **The senior Domino's member in the group attending the event is responsible for the charges, and all charges must be supported by an itemized receipt and recorded on the monthly expense report.**

## MISCELLANEOUS TRAVEL EXPENSES

All travel-related technology-related purchases must be coordinated through the IS Core Services Desk. There will not be any travel-related technology-related expenses reimbursed, except in cases of travel emergencies. **Examples of purchases and charges that are prohibited and which will not be reimbursed include, but are not limited to, the following:**

- Computers and mobile devices such as iPads, Surface tablets and iPhones (procurement requests for equipment of this type must be directed to the IS Core Service Desk);
- Multiple chargers for iPhones, iPads, or Company-issued laptops;
- Cases or covers for iPhones, iPads, or Company-issued laptops;
- Docking Stations, speakers or other ancillary items for iPhones, iPads, or Company-issued laptops;
- Early termination fees for personal cell phone service, including fees incurred because of transferring personal cell numbers to a business account; and
- International calling or wi-fi fees associated with personal phone use (as opposed to use of a personal phone for business while on Company travel).

Miscellaneous travel expenses of any kind must be supported by an itemized receipt. Expenses not directly related to Company travel are the responsibility of the traveler and will not be reimbursed. **Examples of charges that will not be reimbursed include, but are not limited to, the following:**

TM

- Charges for movies, whether in a hotel room or on an airplane;
- Personal reading material;
- Flight upgrades;
- Laundry and dry cleaning;
  - Fees for dry cleaning will be reimbursed if service is required during a business trip lasting 3 or more consecutive nights;
- Briefcase/luggage purchases;
- Traffic or parking fines and court costs;
- Grooming, manicurist, shoeshine, masseur, etc.;

- Toiletries and personal clothing items;
- Babysitting and/or day care services;
- Kennel fees; and
- Loss of personal belongings. (PLEASE NOTE: There is no insurance coverage for your personal belongings. You will need to file a claim with your homeowner's insurance).

## SPOUSAL TRAVEL

There may be occasions when for business reasons it is necessary that a Domino's Team Member is accompanied by his or her spouse. In these cases, Team Members requesting spousal travel to be reimbursed by the Company are required to complete the Spousal Travel Request form and have it approved by the EVP responsible for the Team Member's function (or in the case of an EVP, by their supervisor). Spousal expenditures are subject to the same guidelines as outlined in this Policy, and all charges must be accompanied by a receipt and submitted on the Team Member's expense report along with the authorized request form.

- The Company will reimburse a Team Member only for the expenses of his/her spouse to the extent it is directly associated with the business nature of the trip.
- Childcare and/or pet care expenses during the absence of a Team Member and spouse will not be reimbursed.
- The Company will not reimburse a Team Member for expenses incurred by his/her children and/or pets while on a business trip.

## OUT-OF-TOWN ASSIGNMENTS

A Team Member on an out-of-town assignment may return home every weekend at the Company's expense. Good judgment must be exercised when setting the time leaving the work assignment on Friday afternoon and the time reporting for work on Monday morning.

In those cases where the Team Member does not return home on a weekend, the Company will reimburse the Team Member for all reasonable expenses incurred over the weekend for hotel and car rental, if applicable. Reasonable expenses are that of an equal or lesser value than the cost of a return flight not taken.

## COMBINING BUSINESS/LEISURE TRAVEL

A Team Member, on occasion, may choose to extend a business-related trip for personal reasons, either before or after the business portion is complete. In these instances, the following requirements apply:

- The Team Member must use PTO for any hours/days the Team Member is absent from the office in excess of those used for the business portion of the trip.
- If the cost of the overall trip exceeds the cost of the business portion (i.e., additional daily expenses, higher air fares, additional rental car costs, etc.), the Team Member will be required to pay the difference.

    - The dates of business travel must be used to calculate the lowest reasonable fare, using the guidelines set forth in this Policy and preferred carriers. That airfare will be used to calculate whether any additional cost is owed by the traveler for the personal portion of the trip.
    - The appointed travel agency and vendors or the agency's online booking tool must be used for all travel bookings.
  - Hotel or meal costs associated with the additional night's stay are the responsibility of the Team Member and shall not be reimbursed.
  - Expense reports must clearly separate business and personal expenses (including approved spouse travel, if applicable).
  - The Company will only reimburse expenses incurred while actively conducting business for Domino's.

TRAVEL INSURANCE:

When your business transportation is charged on your Domino's Pizza LLC corporate credit card, you will be covered by the following:

  - $500,000 Accidental Death and Dismemberment protection.
  - $3,000 lost luggage insurance when flying a commercial airline.

Additional information on travel insurance coverage can be found on PieNet in the Benefits Resource Library. For claims, please contact the Risk Management team.

TRAVEL EXCEPTIONS – GUIDELINES

Exceptions to this Policy regarding travel must be requested in writing and sent to Domino's Manager – Travel & Events. The Manager – Travel & Events will contact the appropriate supervisor and advise the traveler of the final decision.

## CORPORATE EXPENSES

This Policy is not meant to address all situations where a Team Member may seek reimbursement from the Company for appropriate corporate business expenses, including ordinary course business expenses such as Team Member outings, professional dues, licenses or membership fees or technology or supply purchases. In any event, Team Members must use proper business and ethical judgment when attempting to seek reimbursement for such expenses and must, in all cases, obtain the approval of their supervisor prior to incurring such expenses and seeking reimbursement from the Company. Team Member gifts to fellow Team Members for personal celebrations (weddings, bridal or baby showers, births, etc.), whether purchased as part of an office gathering, are not reimbursable.

With respect to Team Member off-site events where more than 10 Team Members are expected to be present, the Team Member organizing the event must have approval from the EVP responsible for the Team Member's function and careful consideration must be given to appropriate and reasonable expenses and activities notwithstanding the fact such event may be within budget.

## PURCHASES FROM REGULAR COMPANY VENDORS AND RECURRING EXPENSES

To provide the Company with appropriate visibility into regular and recurring expenses, before purchasing from a regular Company vendor from which the Company has established a corporate purchasing account (e.g., Amazon, Home Depot, etc.), due consideration must be given to making such purchase directly through the existing Company account with such vendor as opposed to making such purchase directly and seeking reimbursement under this Policy. In instances of purchases from regular Company vendors, Team Members must avoid making such direct purchases and seeking reimbursement to the extent reasonably possible.

Before purchasing from a vendor from which the Company makes recurring purchases (e.g., Indeed, etc.), the Company's standard procurement process must be followed, which includes but is not limited to establishing a contract with such vendor prior to incurring such expenses and paying such vendor through the established Company accounts payable process.

## COMPANY-ISSUED CREDIT CARDS

Full-time Team Members who travel on Company business and/or who incur business-related expenses may be issued a corporate credit card upon the approval of the Team Member's supervisor.

- The corporate credit card must be used exclusively for Company business and is intended for travel and entertainment and personal business-related expenses only. Additional limitations to corporate credit card usage may be detailed in the corporate credit card agreement with the Team Member. Expenses outside of that scope must follow the standard procurement process.
- Except in the case of exceptional circumstances, all business-related expenses (including professional dues, licenses and membership fees) should be charged to the corporate credit card. Some charges may require Team Members enter a pin #.
    - Team Members are responsible for knowing the pin# for their corporate credit card.
    - Team Members should contact the corporate credit card administrator for assistance with creating or resetting a pin #.
- If the corporate credit card is not accepted at a specific location, the Team Member will be reimbursed for any approved out-of-pocket expense incurred in accordance with this Policy notwithstanding the inability to charge such expense to the corporate credit card.

Use of a personal card in instances where a corporate credit card would be accepted is a violation of this Policy and in all cases must be accompanied with an itemized receipt or invoice. Violations will be reported to the Team Member's manager, as well as the department VP/EVP. Repeated violations may result in disciplinary action. If a Team Member charges business expenses to a personal credit card in lieu of the corporate credit card, such expenses may not be reimbursed, and the employee may be subject to taxable implications of the expensed value.

The Team Member is responsible for ensuring timely Company payment of the corporate credit card charges through submission of monthly expense reports via the Concur expense system.

- Finance charges or late fees incurred because of a Team Member's failure to submit timely expense reports will not be reimbursed by the Company.
- Annual fees associated with the participation in any rewards program will not be reimbursed by the Company.

Bank of America Corporate Visa card holders should direct questions to the Corporate Credit Card Administrator.

**APPROVED EXCEPTION:** Team Members located in the Netherlands and India who do not have the option of being issued a standard corporate credit card are exempt from the rules relating to personal card use. These specific Team Members can utilize either their local currency corporate card or their personal credit card for all business-related travel expenses. All other travel rules stated in this Policy must be followed.

## PERSONAL CARD USAGE

If a Team Member is not issued a corporate credit card, he/she will be responsible for paying all travel and related expenses and will be subsequently reimbursed after submission and approval of an expense report in the Concur expense system.

Finance charges, late or annual fees are the responsibility of the Team Member and will not be reimbursed by the Company.

## TRAVEL AND CREDIT CARD REWARDS

TM

Travel and credit card rewards are intended for personal travel or business expenses under this Policy. Participation in rewards programs is limited to Team Members that travel extensively as determined by an Executive Leadership Team Member or who otherwise have a contractual entitlement to such participation. If you are entitled to such participation, please contact the Manager – Travel & Events for further information including enrollment information. Any rewards earned in conjunction with applicable travel and entertainment expenses under this Policy are intended for the applicable Team Member incurring the expense hereunder. Any credit card rewards earned in conjunction with general Company or

department-specific purchases should be deposited into a Company rewards program and are not intended to be earned by a specific Team Member for their personal account.

## GENERAL EXPENSE REPORTING - GUIDELINES

- All Team Members, with the exception of certain international Team Members not on Domino's U.S. payroll, must submit monthly expense reports using the Concur expense system.
- Team Members are responsible for incurring and reporting their own expenses or authorizing a delegate to do so on their behalf via the Concur expense system. Regardless of any delegation of authority, all Team Members remain responsible for appropriate and accurate reporting of all expenses.
- A Team Member may be required to personally pay for expenses that are not properly supported or exceed the maximums set forth in this Policy.

### Compliance with Expense Reporting Policy:

- Compliance with this Policy is mandatory and will be enforced.
- Falsifications of any expense report documents and/or fraudulent submissions are grounds for immediate termination of employment.
- The Company will only reimburse for expenses incurred and submitted in compliance with this Policy or an approved exception.
- Expenses incurred that are not authorized by the Company will be treated as personal expenses and will not be reimbursed.
- Personal charges on the corporate credit card are prohibited. Usage is for Domino's business purposes only. Immediate reimbursement is required in the unlikely event that personal charges are incurred on the corporate credit card.
- The use of a personal card for business expenses is prohibited except in instances where the corporate credit card is not accepted. Any exception must be documented in the expense report and is subject to review by Accounts Payable.

### Approval of Expenses

- The Team Member's immediate supervisor or department head must approve all expenses. Team Members are not authorized to approve their own expenses.
- All expense reports require the approval of the Team Member's immediate Team Leader. It is the Team Leader's responsibility to review the report and verify that the receipts support all expenses and are supported by a legitimate business purpose; such Team Leader may not delegate responsibility for approval, review or verification and must personally perform such activities.
- The approver must review the expense report and should review all related receipts in detail for completeness and compliance with this Policy.

- The approver should monitor for any personal use of the corporate credit card and ensure reimbursement back to the Company is made in a timely manner.
- The approver should monitor for any business expenses charged to a personal credit card and verify the reason for this exception has been documented accordingly.
- All exceptions to this Policy must be reviewed by the approving manager. The approving manager must determine if the reason and justification for the exception to this Policy is sufficient for reimbursement.
- Exceptions to this Policy will be monitored and reported to senior management.

## Timing for Expense Report Completion and Submission:

- Team Members should submit expenses reports monthly, reconciling all charges as posted to their corporate credit card statement no later than 15 days following the statement closing date. This will ensure appropriate time for the approval and payment process and the elimination of any late fees.
- If a Team Member is terminated, either voluntarily or involuntarily, the Team Member's manager or team leader is required to submit any outstanding expenses the Team Member may have incurred, within 15 days of termination.

## Documentation and Receipt Requirements:

- Receipts must be submitted for all business expenses.
- All receipts and copies of travel itineraries issued by the travel agency must be attached to the expense report to allow for appropriate supervision and compliance with this Policy.
- Receipts should include the amount of expense, date expense was incurred, the place the expense was incurred and the business purpose. The Company may choose not to reimburse expenses that do not have proper documentation.
- Unless in circumstances where not reasonably possible, an acceptable receipt under this Policy means an itemized receipt obtained directly from the applicable vendor which can be used to validate appropriate charges under this Policy. Credit card statements do not qualify as original receipts as defined by the IRS and in no event shall a charge on a credit card statement without any further supporting detail constitute an acceptable receipt under this Policy.
- When original receipts cannot be obtained or have been lost and all measures to obtain a duplicate receipt have been exhausted, a comment should be provided in the Concur system explaining why such receipts are not being submitted with the expense report. It will be at the approver's discretion as to whether such expenses are ultimately approved.

## Reimbursement:

The Company will pay a Team Member's corporate credit card account based upon approved reimbursable expenses. Any amount owed to a Team Member that was not originally charged to the corporate credit card will be reimbursed to the Team Member via the payroll process (i.e., included in team member's bi-weekly paycheck).

- Amounts charged to the Team Member's corporate credit card that are personal in nature must be reimbursed to Domino's Pizza LLC, as outlined in the Concur system.
- All expenses must be accompanied by a receipt as detailed in this Policy.
- Expenses not in line with this Policy may not be approved for reimbursement.

## ADDITIONAL EXPENSES NOT INTENDED TO BE COVERED BY THIS POLICY

## MEETINGS AND EVENTS – GUIDELINES

The Domino's Meeting and Event Team is the authorized source for business arrangements of group or meeting travel or for any business-related group activity of ten or more people outside of the office. This team, or a representative thereof, will generally be responsible for all vendor contract negotiations (hotel, airlines, and ground transportation), on-site coordination and site inspections.

- No convention, meeting, conference or group travel expenses may be billed directly to the Company without the prior approval of an Executive Vice President.
- Any meeting planner points earned in conjunction with the planning or execution of a Domino's business meeting or event, should be deposited into a Company rewards program. Meeting planner points deposited into a Team Member's personal account is prohibited and may be subject to taxable implications.
- Conference Invitations and Registration requirements should be sent to the Domino's Events Team upon receipt, along with a complete list of Team Members attending.
- Additional travel needs, such as flight and car rental, are to be arranged based on individual needs through the Domino's Events Team, or the travel agency when necessary.
- Meeting space and any supplemental needs, including food and beverage, audio-visual, and pre-reserved entertainment, should be requested through the Domino's Meeting & Event Team.
- All meeting requests should be submitted as a ServiceNow ticket and will be reviewed and assigned within one business day.

For complete meeting, event and conference protocols, please reference Domino's Global Meeting and Events Policy.

## RELOCATION EXPENSES:

This Policy should not be used for relocation expenses. For questions regarding relocation expenses, contact the Human Resources department.

## CELLULAR PHONE EXPENSES:

This Policy should not be used for cellular phone expenses unrelated to travel. For the policies and procedures and any questions regarding cellular phone expenses unrelated to travel, please see the Mobile Device and Service Reimbursement Policy.

## WIRELESS NETWORK EXPENSES:

This Policy should not be used for wireless network expenses unrelated to travel. For the policies and procedures and any questions regarding wireless network expenses unrelated to travel, please see the Flex Work Policy. Generally, internet service for in-home use will not be subject to reimbursement by the Company unless required by applicable law or specifically approved on a case-by-case basis.

## EXCEPTIONS – GUIDELINES

Exceptions to this Policy must be requested in writing and sent to Domino's Manager – Travel & Events (for travel) or the Team Member's supervisor. The Manager – Travel & Events or supervisor, as applicable, will advise the Team Member of the final decision.

**Updated February 2022**

## APPENDIX –TRAVEL AND POLICY CONTACT INFORMATION

| **Title** | **Contact/Vendor Details** | **Contact Name** | **Backup Person** |
|---|---|---|---|
| Manager- Travel & Events | becky.kalucki@dominos.com | Becky Kalucki | N/A |
| Corporate Credit Card Administrator | katherine.clark@dominos.com | Katherine Clark | Cindy Szuch |
| Team Member Service Center | 877-921-8326 | | |
| Domino's Appointed Travel Agency | **FROSCH Conlin - WRC**<br>855-853-6293/734-794-1930<br>dominos@conlintravel.com<br><br>**FROSCH – Amsterdam**<br>+31 (0) 85 888 9388<br>After-Hours Pin: Sabre 0ODH<br>DominosNL@frosch.com<br><br>**FROSCH – Dubai**<br>+44 (0)20 3728 9140<br>800 032 1152 | Laura Lamar<br><br>Marvin Rennalls<br><br>Marvin Rennalls | Whit Wallace<br><br>Laura Lamar<br><br>Laura Lamar |

| | | | |
|---|---|---|---|
| | After-Hours Pin: Sabre 7Z9H<br>dominosUAE@fosch.com<br><br>**FROSCH – Hong Kong**<br>+852 5808 7408<br>After-Hours Pin: Sabre 9KOJ<br>dominosHK@frosch.com | Arielle McGuinness | Laura Lamar |
| Primary Vendor for Car Rentals | National/Enterprise | Becky Kalucki | Laura Lamar |
| Human Resources – Candidate Travel | kendra.clark@dominos.com | Kendra Clark | Zack Harper |
| IS Core Support Desk | ganjar.imansantosa@dominos.com | Ganjar Imansantosa | |
| Meeting Policies & Procedures/Domino's Meeting & Events Team | travel@dominos.com | Becky Kalucki | Maureen Kelley |
| Human Resources -Relocation | julie.shope@dominos.com | Julie Shope | Sandy Lollo |
| Domino's Safety Hotline | 1-800-284-0911 | Francis Florio | Nicole McDargh |

# Corporate Expense Policy & Procedures

Following is the electronic signature of the team member acknowledging the receipt and reading of the Corporate Expense Policy & Procedures.

### Team Member eSignature

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.18.28.000000 |