# EXHIBIT

# 14

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

Dear Team Member,

Domino's Vacation and Paid Sick Time Policies have been updated to reflect any changes to state and/or local law. Updated policies have been posted to PieNet and TMSC.

Sincerely,

The Benefits Team

# PTO Policy Update

Following is the electronic signature of the team member acknowledging the receipt and reading of the PTO Policy Update.

## Team Member eSignature

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-12.36.19.000000 |