# EXHIBIT

# 15

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

**Employee State Tax Withholding**

This document contains the appropriate forms to change a team member's State tax withholdings.

**Important:** If a tax withholding form is not submitted, the team member will be defaulted to the status of Single with Zero exemptions.

**Exempt Status:** To file as ***Exempt***, a new Tax Withholding form must be submitted each year by February 15th, or the team member's withholding will default to Single with Zero Exemptions.

**Note:** The States of Alaska, Florida, Nevada, Tennessee, Texas, and Washington do not impose a State income tax.

Please direct any questions to the PeopleFirst Service Center at 877-921-TEAM.

| | | |
|---|---|---|
| Alabama | Kansas | New York |
| Arizona | Kentucky | North Carolina |
| Arkansas | Louisiana | North Dakota |
| California | Maine | Ohio |
| Colorado | Maryland | Oklahoma |
| Connecticut | Massachusetts | Oregon |
| Delaware | Michigan | Pennsylvania |
| District of Columbia | Minnesota | Rhode Island |
| Georgia | Mississippi | South Carolina |
| Hawaii | Missouri | Utah |
| Idaho | Montana | Vermont |
| Illinois | Nebraska | Virginia |
| Indiana | New Jersey | West Virginia |
| Iowa | New Mexico | Wisconsin |

**Completed Forms:** Once the state withholding form is completed, please fax it to Payroll at (800)608-6014 or mail it to PO Box 997, Ann Arbor, MI 48106-0997, Attn: Payroll.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | | | |