# EXHIBIT

# 16

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

**DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

# Domino's Acceptable Use Policy

Domino's business is highly dependent on information and information systems. If important information were disclosed to inappropriate persons, the Company could suffer serious losses or go out of business. The good reputation that Domino's enjoys is also directly linked with the way that it manages both information and information systems. For example, if private customer information were to be publicly disclosed, the organization's reputation would be harmed. For these and other important business reasons, executive management working in conjunction with the Board of Directors has initiated and continues to support an information security effort.

To be effective, information security must be a team effort involving the participation and support of every team member, contractor, consultant, temporary worker, or other associated third party who deals with information and information systems. In recognition of the need for teamwork, this policy statement clarifies the responsibilities of users and the steps they must take to help protect Domino's information and information systems.

This Information Security policy applies to all computer, network systems, and electronic communication equipment owned by or administered by Domino's, including corporate desktop and laptop computers, tablets and mobile devices. This policy applies to all electronic operating systems, e-mail, internet, computer sizes, and application systems.

Every team member, contractor, consultant, temporary worker, or other associated third party at Domino's must comply with the information security policies found in this and related information security documents. Team members working with contractors, consultants, temporary worker, or other third parties are responsible for providing these policies to them. Individuals who deliberately violate this and other information security policy statements will be subject to termination of their work assignment, employment, and/or business relationship with Domino's.

This policy will not be interpreted or applied so as to interfere with the protected rights of employees, individually or collectively, to discuss or share information related to their wages, benefits, and/or terms of employment amongst themselves or outside parties.

Access to information in the possession, or under the control, of Domino's must be provided on a "need to know" basis. Information must be disclosed only to people who have a legitimate business need for the information. Each Individual must be positively authenticated and authorized prior to being granted access to Domino's information resources. Access must be limited to the minimum necessary to perform the job function. At the same time, individuals must not withhold access to information when the owner of the information instructs that it be shared.

Access to Sensitive Information must be controlled through a managed process that addresses authorization, accountability, modifying and revoking access, and periodic review of access to information. Access requests must be directed to the IS Core Service Desk, so the process can be tracked in an auditable issue tracking system. Individuals must not attempt to access sensitive data unless the relevant owner/custodian has granted them access rights.

Domino's requires that each individual accessing a Domino's information system have a unique user ID. Shared or Group IDs are not permitted on any system. Unique user IDs have rights provisioned to grant only the access

needed based on job duties, project responsibilities, and other business activities. Each individual is personally responsible for the usage of his or her user ID and password. ID creation and access grants must be tracked in an auditable issue tracking system. Granting of rights must be approved by a manager, and the owner/custodian of the data or system. All systems containing sensitive or non-public information shall be capable of authenticating a user and displaying only the information they are authorized to access.

Access to sensitive data must be provided only after the written authorization of the information owner has been obtained. Custodians of the involved information must refer all requests for access to the relevant owners or their designees.

Sensitive Domino's data may not be downloaded from a Domino's electronic system to a personal or supplier computer, device or private or public website unless specifically authorized in advance by the information owner and the Vice President of Information Security. This applies regardless of the media on which information is stored, the locations where the information is stored, the systems technology used to process the information, the people who handle it, or the processes by which information is handled. Individuals requiring access to certain types of sensitive data may be required to pass a background check. Examples of sensitive information not to be stored on corporate desktop and laptop computers or distributed without encryption include, but are not limited to:

- Domino's customer information
- Domino's franchisee information
- Personally identifiable information ("PII") or Protected Health Information ("PHI") pertaining to Domino's employees or their family
- Credit card numbers
- Domino's financial information
- Domino's marketing plans or other intellectual property

Domino's requires that each user complete security awareness training upon onboarding, and will provide periodic training thereafter as necessary.

Unless it has specifically been designated as public, all Domino's restricted, sensitive, internal use only confidential information must be protected from disclosure to third parties. Third parties may be given access to Domino's internal information only when a demonstrable need to know exists, when a Domino's non-disclosure agreement, available from the Legal Department has been signed, and when such a disclosure has been expressly authorized by the relevant Domino's information owner. If sensitive data is lost, is disclosed to unauthorized parties, or is suspected of being lost or disclosed to unauthorized parties, the information owner and the Vice President of Information Security must be notified immediately.

Nothing in this section is intended to prohibit any employee from speaking with others about their terms and conditions of employment. This section only applies to information stored and/or maintained on computer and network systems owned and operated by Domino's. Nothing in this policy shall restrict employees from communicating directly with a governmental agency or authority regarding a possible violation of federal law or regulation involving the Company or making other disclosures that are protected under the whistleblower provisions of federal law or regulation, in each case to the extent that a restriction on such communication or disclosure would violate applicable law.

**Domino's Acceptable Use Policy**

All methods of remote access must be pre-approved and authorized by the Vice President of Information Security.

Domino's company laptops will have full remote access, meaning the same level of network connectivity as if the laptop were plugged into the network onsite. Consequently, Domino's laptops require two-factor authentication to connect. Domino's current two-factor authentication method is user ID and password plus Duo secondary prompt in order to successfully establish access to the Domino's network via the VPN tunnel. Third party or untrusted laptops will have very limited access to the systems and information as legally approved, authorized and required for their work. The VPN tunnel is set to automatically disconnect after 30 minutes of inactivity.

Personal computers and devices must never be connected to the Domino's corporate network without prior approval of the Vice President of Information Security. Connecting to guest wireless is permissible; however, guest wireless access may be blocked or terminated at any point without notification.

Every team member, contractor, consultant, temporary worker, or other associated third party at Domino's should know that the Company has the right to and will monitor any information created, transmitted, downloaded, exchanged or discussed on its computer, telephone, and other equipment and systems, as well as any publicly accessible social media, consistent with the law. These individuals should have no expectation of privacy while using the Company's computer, telephone, and other equipment and systems, as well as any publicly accessible online social media.

I have read and agree with the above statements regarding information and information systems at Domino's.

# 2018 ACCEPTABLE USE POLICY

Following is the electronic signature of the team member acknowledging the receipt and reading of the 2018 Acceptable Use Policy.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | | | |