# EXHIBIT

# 17

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

*Effective January 1, 2024, the following policies in the Team Member Handbook have been updated:*

- *Paid Sick Time Policy*
- *Bereavement Leave Policy*
- *Witness and Jury Duty Policy*
- *ADA Accommodation Policy*

*These updated policies may be viewed on PieNet, accessible from login.dominos.com, or on TMSC under the "Benefits" tab and supersede all prior versions of these policies.*

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | | | |