# EXHIBIT

# 18

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

## TMSC Log in




- TMSC.DOMINOS.COM
- Know your 7 digit employee ID
- If it is your 1st time logging in then your password is your social security number.

## Direct Deposit Set Up




- **Routing Number:** 9 digits provided by your bank
- **Account Number:** This will NOT be your debit card number. This is the actual account number provided by your bank.
- **Retype the account number**
- **Account Type:** Checking or savings
- **Deposit Type:** Percent
- **Amount of Percent:** 100
- **Deposit Order:** 1

## The New Look of TMSC




TMSC Updates | PAGE 4

## Paycard Setup




- Obtain an ADP Paycard packet from your manager.
- **Routing number:** Paycard
- **Account number:** This will NOT be the card number. This is the account number provided on the same paper where the card is attached. (starts with 00000)
- **Retype the account number**
- **Account type**: Paycard
- **Deposit type**: percent
- **Amount of Percent**: 100
- **Deposit order**: 1
- **Enter the last 4 of your SSN and type your name before hitting submit.**

## Direct Deposit and Paycard Setup




- Go to **Direct Deposit & Paycard Setup**
- Make sure you have your Bank account information ready or your ADP Paycard Packet ready.

**Questions?**

**Contact your MCO, PF Coach, REP or call**

**TMSC 1-877-921-TEAM (8326)**

**Monday-Friday 9:00am – midnight EST**

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | | | |