# EXHIBIT

# 19

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

FILED
2021 MAR 29 02:32 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 20-2-14563-7 KNT

The Honorable Maureen A. McKee

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JUSTIN L. OAKLEY, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC, a foreign limited liability company<br><br>Defendant. | No. 20-2-14563-7 KNT<br><br>DECLARATION OF JAMES B. PIZL IN SUPPORT OF PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION |

I, JAMES B. PIZL, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am over the age of eighteen and competent to testify in matters herein.

2. I am one of the attorneys representing Plaintiff, Justin Oakley in the above-entitled case.

3. Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of Domino's Pizza LLC's website, downloaded from https://biz.dominos.com/about/ and https://biz.dominos.com/about/fun-facts/ on December 18, 2020.

4. Attached hereto as Exhibit 2 is a true and correct copy of relevant pages from the 2019 version of the "Team Member Handbook – Domino's Supply Chain Center" produced by Domino's to me in another matter.



ENTENTE LAW PLLC
315 THIRTY-NINTH AVE SW STE 14
PUYALLUP, WA 98373-3690
(253) 446-7668

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant pages from the "Domino's Pizza Supply Chain Services Driver Operational Protocol Manual" produced by Domino's to me in another matter.

6. Attached hereto as Exhibit 4 is a true and correct copy of the SAFER Company Snapshot for Domino's downloaded from the United States Department of Transportation website on December 4, 2020.

7. Attached hereto as Exhibit 5 is the Domino's arbitration agreement with Plaintiff Justin Oakley and accompanying materials submitted to the Court in this case.

8. I have reviewed a large volume of documents relating to the employment relationship between Mr. Oakley and Domino's, including the Domino's arbitration agreement and the *Team Member Handbook – Domino's Supply Chain Center*. As far as I could see, none of those documents contained a choice of law provision or any reference to Washington law or the law of any other state as generally governing the employment relationship between the parties. Nor did any of those documents select Washington law or the law of any other state as governing the arbitration agreement in the event the Federal Arbitration Act did not apply. The only references to Washington law that I saw were appendices outlining the application of City of Seattle sick leave rules and Washington rest and meal break rules to employees working in those jurisdictions.

9. My solo law firm, Entente Law PLLC, almost exclusively represents Plaintiff employees in various disputes with their current or former employers.

10. I typically do not handle individual wage and hour cases unless they involve unpaid wages of approximately $75,000 or more or if they also involve other claims such as abusive employment practices, retaliation, discrimination, and/or wrongful termination. In particular, I don't generally take cases with only smaller wage and hour claims against large entities like Domino's unless they can be filed on a class action basis. I have learned that handling smaller wage-only claims on an individual basis is not viable from a financial standpoint, even with the



ENTENTE LAW PLLC
315 THIRTY-NINTH AVE SW STE 14
PUYALLUP, WA 98373-3690
(253) 446-7668

fee-shifting provisions of Washington's wage laws. In addition, clients with such claims typically have no money to fund the costs of litigation and can be deterred just by the expense of the court filing fee. In the class action context, however, this concern is obviated by the exception in the Washington Rules of Professional Conduct permitting attorneys to advance the costs of litigation in class actions.

11. Previously, I represented another driver in a putative class action case against Domino's with similar and additional issues as this case. I would not have represented that client solely on his individual wage and hour claims and only did so because the client agreed to be the class representative and I believed it was appropriate to file the case as a putative class action. I continued to represent the client on an individual basis after Domino's disclosed the arbitration agreement and class action waiver out of a sense of ethical obligation.

12. In the normal course of handling that prior case, I interviewed witnesses including Mr. Oakley. When Mr. Oakley requested that I represent him on an individual basis, I initially agreed to do so out of a sense of obligation for his help on the prior case and because I believed I could negotiate a relatively quick resolution of his claims. I would not have represented him in an individual case had he not provided information for and been willing to help on the prior case.

EXECUTED this 24th day of March, 2021 in Las Vegas, Nevada.

James B. Pizl

James B. Pizl



**ENTENTE LAW PLLC**
**315 THIRTY-NINTH AVE SW STE 14**
**PUYALLUP, WA 98373-3690**
**(253) 446-7668**

# EXHIBIT 1




# THE WORLDWIDE LEADER IN PIZZA DELIVERY

Founded in 1960, Domino's is the recognized world leader in pizza delivery operating a network of company-owned and franchise-owned stores in the United States and international markets. Domino's is a company of exceptional people on a mission to be the best pizza delivery company in the world. To learn more about Domino's, please use the links below or select from the "About Domino's" drop-down menu near the top of the page.

What We're About (https://biz.dominos.com/about/)

Fun Facts (https://biz.dominos.com/about/fun-facts/)

History (https://biz.dominos.com/about/history/)

Community (https://biz.dominos.com/about/community/)

Partners Foundation (https://biz.dominos.com/about/partners/)

Diversity (https://biz.dominos.com/about/diversity/)

Fundraising (https://biz.dominos.com/about/fundraising/)

News (https://ir.dominos.com/news-releases)

## MORE BIZ

# DOMINO'S 101: FUN FACTS

## PIZZA, PRODUCT & MENU:



- The majority of items on Domino's menu are new since 2008.
- There are more than 34 million ways to create a single Domino's pizza.
- Pepperoni is the most popular Domino's pizza topping in the U.S., followed by sausage, bacon, mushrooms and pineapple.
- Breadsticks were the first national nonpizza menu item offered at Domino's, in 1992.
- Domino's two-time **World's Fastest Pizza Maker** Werner Lomker can make three large pizzas in just **47.56 seconds.**

## STORE & FRANCHISE OWNER FACTS:

- More than **94% of Domino's stores in the U.S. are franchise-owned.**
- Domino's has about **760 independent franchise owners** in the U.S.

- More than 95% started their careers as drivers, pizza makers or hourly workers.

## INTERNATIONAL & GLOBAL FACTS:




- Domino’s stores across the globe sell an average of **3 million pizzas a day.**
- Domino's operates **17,200 stores in more than 90 countries** around the world (Q3 2020).
- Domino’s estimates that it has **more than 350,000 franchised and corporate team members worldwide**.
- More than half of Domino's sales now come from outside the U.S.
- Domino’s had global retail sales of more than $14.3 billion in 2019, with over $7 billion in the U.S. and nearly $7.3 billion internationally.
- Domino's International has experienced **107 consecutive quarters of positive same-store sales growth** (Q3 2020).
- Domino's largest markets are the following (by number of stores as of Q3 2020):

| | | |
|---|---|---|
| U.S. – 6,239 | Mexico – 785 | South Korea – 466 |
| India – 1,260 | Japan – 688 | France – 413 |
| U.K./Ireland – 1,192 | Turkey – 545 | Spain – 335 |
| Australia/N.Z. – 839 | Canada – 534 | Germany – 334 |

## BUSIEST DAYS FOR DOMINO'S:

- **New Year’s Eve** is the busiest delivery day of the year for Domino’s.
- New Year’s Eve is followed by **Halloween, Super Bowl Sunday, Thanksgiving Eve and New Year’s Day.**
- Domino’s in the U.S. typically sells around **2 million pizzas on Super Bowl Sunday** – about 40% more than on a normal Sunday.

## TECHNOLOGY & ONLINE:

- Domino’s AnyWare is a suite of ordering technology that gives customers **15 digital ways to order** – allowing them to order from anywhere, at any time, using whatever device they’d like.
- Domino’s generated more than **65% of sales via digital ordering channels** in the U.S. in 2019.
- More than **90% of Domino's international markets** feature online ordering.

## MORE BIZ

# EXHIBIT 2

JOIN

# TO FILL YOUR POCKETS WITH DOUGH



STAY

# BECAUSE YOUR CAREER IS ON THE RISE

Domino's

POSSIBILITIES, TOPPED WITH PRIDE

- Consistently provide delicious pizza at a great value
- Handcraft every pizza just for you
- Give exceptional service every time

### OUR PROMISE TO EACH OTHER

- Be courageous
- Handle the rush
- Respect others
- Make disciplined decisions
- Champion our customers
- Celebrate success

### OUR HISTORY

Here's the condensed version of our 50+ year history:

- In 1960, founder Tom Monaghan and his brother buy a single pizza shop in Ypsilanti, Michigan. One year later, Tom's brother traded his half of the business for a Volkswagen Beetle.
- By 1983, Domino's has 1,000 stores and by 1989, there are approximately 5,000 stores and 1,000 franchisees.
- In 1998, Tom Monaghan retires and sells a 6,000-store system to Bain Capital Inc. Dave Brandon is selected as our Chairman and CEO.
- In July 2004, Domino's Pizza, Inc. becomes a publicly-traded entity on the New York Stock Exchange under the symbol DPZ.
- In 2006, we celebrate the grand opening of our 8,000th store worldwide.
- In 2010, Patrick Doyle took over as the CEO, while Dave Brandon remains as Chairman.
- In 2009, Domino's announces its New and Inspired Pizza. Reinvented from the crust up, the reformulation is one of the biggest moves in the brand's history, and was inspired by its toughest consumer critics.
- In 2010, we opened our 9,000th store and celebrate 50 years as the world leader in pizza delivery.
- In 2011, Pizza Today Magazine names Domino's its "Chain of the Year" for the second straight year – making the brand a three-time overall winner, and the first pizza delivery brand to receive the honor in back-to-back years.
- In 2012, we opened our 10,000th store, roll out pan pizza and launch our new re-imaged logo.
- In 2013, we announce a plan to have all stores worldwide adopt our new "pizza theater" store design.
- In 2014, we opened our 11,000th store and roll out Specialty Chicken
- In 2015, we opened our 12,000th store, introduce the AnyWare suite of ordering technology, and introduce the Domino's DXP™ pizza delivery vehicle.
- In 2016, we opened our 13,000th store, launch salads, and add Amazon Echo, Apple Watch and zero-click ordering to AnyWare ordering.
- In 2017, we opened our 14,000th store and launch a new and improved bread line.
- In 2018, we opened our 15,000th store and launched a new delivery revolution: Domino's Hotspots.
- In 2018, Patrick Doyle stepped down and Ritch Allison took over as CEO.
- In 2018, we opened our largest supply chain center in New Jersey with the capability to produce 60,000 trays of dough per day
- And we're still getting bigger and better every year!

### DOMINO'S SUPPLY CHAIN DIVISION

The Company's Supply Chain division is the primary source of products for Domino's stores. Through its network

of 19 domestic and 5 Canadian Supply Chain Centers, a vegetable processing facility, a pressed product plant, and an Equipment & Supply center, the division regularly supplies stores with more than 225 different types of products. These products cover a wide range – from basic food items to pizza boxes and cleaning supplies – and the number of items continues to grow. Similarly, the ongoing demand for new technology and basic equipment is supported by the division's Equipment & Supply center, which offers items such as makelines, Domino's apparel items, and ovens as well as merchandise support for national promotional programs.

The Supply Chain division is one of many contributors to strong relationships between Domino's and our franchisees. A program based on ordering levels gives half of a Supply Chain Center's profits back to its participating franchisees, driving a 99% voluntary participation rate across the franchise system.

Beyond its function as a product distributor, the Supply Chain division also maintains dough production operations. In 2017, the division produced 512 million pounds of dough. To ensure top quality and performance of this primary product, each dough production team member is trained in the specifics of dough production as well as the science involved in the production of dough. On-the-job safety and product quality are given top priority and are continuously being evaluated through regular audits.

The Supply Chain division's method of product distribution clearly reflects a teamwork approach to operations. To create a systematic and efficient delivery system, routing strategies are employed to reduce the frequency of late deliveries and help stores meet the rush with necessary product inventory. In addition, Supply Chain drivers are trained as delivery and service specialists to arrange store coolers according to product usage dates.

From its fleet of drivers to its team members and team leaders in warehouse, production, maintenance, sanitation, office, and customer service functions, each Supply Chain facility acts as a channel of support for the stores it services, whether it is producing dough, delivering products, or assisting Company trainers with product quality classes. This cooperation and teamwork is a proven system that has helped to make Domino's the world leader in pizza delivery.

### SUPPLY CHAIN VISION

To be a world class supply chain partnering with our customers on the Road to Dominant #1

### SUPPLY CHAIN MISSION

Together we bring products and profits to life for our customers… We safely, responsibly & efficiently plan, source, make, warehouse, and deliver quality products… Everyday! In every neighborhood!

# We Continuously Encourage Our Team to Learn

**Today's business environment challenges us to learn and grow, discover creative solutions, and expect excellence. Domino's is committed to providing you with the tools to make that happen for the Company and for yourself.**

### LEARNING AND DEVELOPMENT PROGRAMS

DPZ University, located at *dpzuniversity.com*, is an online learning management system designed to deliver compliance training to the Company's team members in a consistent manner aligned with Domino's standards.

Our *dlive.dominos.com* site is also available for all Supply Chain team members to review best practices, training modules and videos, and much more. The training site also includes a library of leadership materials, known as the Career Development Center.

The FMLA does not affect any federal, state, or local law prohibiting discrimination, or supersede any state or local law which provides greater family or medical leave rights. For additional information concerning leave entitlements and obligations that might arise when FMLA leave is either not available or exhausted, please consult the Company's other leave policies in this Handbook or the Domino's Policy Manual posted on *tmsc.dominos.com* or contact your PeopleFirst representative or the Team Member Service Center at (877) 921-TEAM.

### Returning to Work and Benefits

Upon return from an approved FMLA leave, team members generally have a right to return to the same or equivalent positions with equivalent pay, benefits, and other employment terms subject to the following limitations:

- The Company may choose to exempt certain designated "key team members" from this requirement and not return them to the same or similar position if restoration would cause the Company substantial and grievous economic injury.
- A team member is entitled to reinstatement only if he or she would have continued to be employed had the leave not been taken. If the team member is not entitled to reinstatement because of a layoff, reduction-in-force, or other reason, the team member will be separated from the Company at the time job restoration is sought.

The Company will notify team members if they qualify as "key team members," if it intends to deny reinstatement, and of their rights in such instances. A "key employee" is a team member who is salaried and is among the highest paid ten percent of the work force within 75 miles of the place where the team member reports to work. Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an eligible team member's FMLA leave.

### Delivery and Service Drivers

When required or permitted by federal Department of Transportation regulations or other applicable laws, any delivery and service driver who is returning from a medical or workers' compensation disability leave must undergo and pass a federal Department of Transportation medical examination performed by a Domino's-specified medical facility, even if their current medical certificate has not expired. If the leave exceeds 30 days or more, testing for illegal controlled substances will also be required.

Any CDL certified driver who has received physical or mental injury or disease which has impaired his/her ability to perform his/her normal duties must have a physical examination and obtain a new medical examiner's certificate pursuant to 49 C.F.R. § 391.45. If an absence exceeds 30 days, a controlled substances test will be required.

### Failure to Return to Work Following Leave of Absence

If a team member does not return to work following the conclusion of a leave of absence, or refuses an offer of reinstatement to a job for which he or she is qualified, the team member's absences will be handled under applicable attendance guidelines to the extent permitted by law. This includes failure to provide required documentation. If the team member is unable to return after exhausting his/her available FMLA leave that is based upon his/her own serious health condition that qualifies as a disability under the Americans with Disabilities Act or applicable state or local law, additional leave may be provided to reasonably accommodate the disabled team member. The Company will comply with state or local law that provides additional or different obligations.

### Questions

Please refer to the full FMLA policy in the Domino's Policy Manual posted on *tmsc.dominos.com*. If you have questions regarding this FMLA policy, please contact your PeopleFirst representative or the Team Member Service Center at (877) 921-TEAM. The Company is committed to complying with the FMLA and, whenever necessary, shall interpret and apply this policy in a manner consistent with the FMLA. A copy of the U.S. Department of Labor's Employee Rights and Responsibilities under the Family and Medical Leave Act notice is attached as an appendix to this Handbook.

protective equipment. Team members who fail to use the required PPE are subject to disciplinary action up to and including termination of employment.

### Workplace Security

Any attempted or actual incidents of theft, vandalism, sabotage, or similar conduct must be reported immediately to the Safety Hotline and local law enforcement. You are responsible for securing personal items whenever you leave your work area. The Company is not responsible for lost, damaged, or stolen personal items.

Individuals who are not employed by Domino's are not allowed in work areas unless accompanied by a Domino's Team Member. If an individual requires unaccompanied building access, they must get prior approval from the Safety, Security & Loss Prevention Department.

Team Members are prohibited from bypassing physical security controls for another individual that does not possess a valid Domino's badge. The terms 'tailgating' and 'piggy-backing' are common references in which an individual utilizes their badge to hold/prop open a door for another individual without a badge. Both 'tailgating' and 'piggy-backing' are prohibited.

If you are issued equipment from Domino's (such as laptops, tablets, cell phones, or any other equipment), you must maintain the equipment as if it belonged to you and immediately return the equipment to Domino's when your employment ends. You must immediately report any lost or stolen equipment to the Safety Hotline at (800) 284-0911.

## COMMERCIAL MOTOR VEHICLE DRIVING STANDARDS

Driving standards for delivery and service drivers operating a commercial motor vehicle ("CMV") are determined by the Company's National Transportation Department at the World Resource Center. These standards are based on federal Department of Transportation regulations and good business practices. Drivers must meet the minimum driving standards at all times to remain qualified to operate CMVs for the Company. It is the responsibility of the team member to provide his/her delivery and service team leader with a copy of any personal vehicle or CMV citation within 24 hours of receipt. Team members who violate this policy will be subject to disciplinary action up to and including termination of employment.

Subject to federal Department of Transportation regulations, team members operating CMVs for the Company will be subject to testing for illegal controlled substances and alcohol in compliance with such regulations.

### MVR Standards

The Company is committed to having team members deliver our product to customers in a safe manner.

All team members who work in driving-related positions must have their Motor Vehicle Records ("MVRs") verified just prior to the start of their employment and on a regular basis thereafter. A team member must carry a valid driver's license, and his/her MVR must meet certain Company-defined standards while employed in a driving-related position. No one under 18 years of age are not permitted to operate a motor vehicle for the Company while in the course and scope of employment.

A conviction for a criminal offense does not automatically disqualify a team member or candidate from employment. Before taking an employment action based on the criminal history of a team member or candidate, the Company will consider several factors that include the nature and gravity of the offense(s), the time that has passed since the conviction(s) and/or completion of the sentence(s), the nature of the job, and any other relevant records and/or information provided by the team member or candidate.

MVR criteria for commercial motor vehicle drivers are determined by the Supply Chain Center Department's Logistics team. These standards are developed based on Federal Motor Carrier Safety Regulations and good business practices. Regular auditing of driver qualifications and MVRs are conducted to ensure compliance with federal law and Company standards.

It is the responsibility of the team member to provide his/her Delivery and Service team leader with a copy of any personal vehicle or CMV citation(s) to include CSA violations or warnings within 24 hours of receipt. Failure to

2. *Injury Accidents/Incidents*

Supply Chain Center team members who are involved in a work-related accident or incident or that caused a work related accident or incident may be subject to reasonable suspicion testing based on the findings of the investigation where reasonable belief exists that drugs or alcohol may have contributed to the accident.

*Reasonable Suspicion Testing*

- When the Company believes that a team member is impaired and determines that substance abuse may be a contributing factor based on physical or behavioral signs, the Company reserves the right to require a drug and/or alcohol test.
- Reasonable suspicion should be based, among other things, on the following: Specific objective facts and/or conduct observed by a team leader or other credible witness(es), including the observation of appearance, behavior, speech, conduct or body odors of the team member, and the reasonable inferences from those facts. Specific objective facts may also be information in the team member's performance, safety or attendance record that show a pattern of suspected abuse, disciplinary problems or otherwise unexplained behavior.
- Once the decision is made to substance test, the team member will be taken immediately to an authorized collection site by a member of management or a Company-secured service (taxi, medical van, etc.). The team member is not allowed to drive.

For further information on Domino's Drug-Free Workplace policy and testing locations/hours, check *tmsc.dominos.com* or contact your PeopleFirst representative. Domino's will comply with applicable federal, state, or local law to the extent they are inconsistent with or prevent application of the terms of this policy.

Team members operating CMVs on behalf of the Company are subject to more stringent illegal controlled substance and alcohol testing standards set forth by the federal Department of Transportation. For additional information regarding federal Department of Transportation testing standards, please contact your team leader or PeopleFirst representative.

## SUPPLY CHAIN CENTER DRIVERS DRUG AND ALCOHOL TESTING AND TRANSPORTATION TEAM MEMBERS ADDENDUM

Domino's Supply Chain ("SCC" or the "Company") has a vital interest in providing for the safety and well-being of all team members and the public and maintaining efficiency and productivity in all of its operations. In fulfillment of its responsibilities, SCC is committed to the maintenance of a drug and alcohol free workplace.

To assure conformance with all applicable laws and regulations enforced by the Federal Department of Transportation ("DOT"), Federal Motor Carrier Safety Administration ("FMCSA") and any other applicable federal and state regulatory requirements. In accordance with DOT regulations, Company team members performing designated safety-sensitive functions, and candidates selected for hire for designated safety-sensitive positions shall be subject to specified alcohol and drug testing as a condition of employment. For the purposes of this policy, any team member performing under the definitions described below will be referred to as "SCC driver."

The testing provided for under this policy shall be in addition to any testing authorized or required under the Company's Alcohol and Drug policy, which applies to all team members regardless of their classification.

**NOTE:** Unless otherwise specified, all regulations listed in this section refer to Title 49 of the Code of Federal Regulations.

### Prohibitions

Any driver who engages in prohibited conduct as set forth herein will be removed immediately from safety-sensitive functions, including driving a commercial motor vehicle, and must comply with the requirements of 49 C.F.R. Part 40, Sub-part O, as described below before performing any safety-sensitive functions. Additionally, any driver who engages in prohibited conduct may be subject to discipline, up to and including termination.

The following prohibitions will be strictly enforced and may lead to discipline, up to and including termination:

- No driver shall report for duty or remain on duty requiring the performance of safety-sensitive functions while having an alcohol concentration of 0.04 or greater.
- No driver shall be in possession of alcohol while on duty.
- No driver shall use alcohol while, or within four hours prior to, performing a safety-sensitive function.
- No driver shall use alcohol within eight hours after a fatal accident or an accident for which the SCC driver receives a citation for a moving violation (within a specified period of time pursuant to § 382.303), or before undergoing a post-accident alcohol test, whichever occurs first.
- No driver shall perform or continue to perform safety-sensitive functions, including driving a commercial motor vehicle, if found to have an alcohol concentration of 0.02 or greater but less than 0.04 until the start of the driver's next regularly scheduled duty period, but not less than 24 hours following administration of the test.
- No driver shall report for duty or remain on duty requiring the performance of safety sensitive functions when the driver uses any drug or controlled substance, identified in 21 C.F.R. § 1308.11 Schedule I.
- No driver shall report for duty or remain on duty requiring the performance of safety-sensitive functions when the driver uses any non-Schedule I drug or substance that is identified in the other Schedules in 21 C.F.R. Part 1308 except when use is pursuant to the instructions of a licensed medical practitioner, as defined in 49 C.F.R. § 382.107, who is familiar with the driver's medical history and has advised the driver that the substance will not adversely affect the driver's ability to safely operate a commercial motor vehicle.
- No driver shall report for duty, remain on duty or perform a safety-sensitive function, if the driver tests positive or has adulterated or substituted a test specimen for controlled substances.
- No driver shall refuse to submit to any test required by this policy or DOT regulations, including a pre-employment controlled substance test, a post-accident alcohol or controlled-substance test, or a follow-up alcohol or controlled substance test.
- If the Company has actual knowledge that a driver has used a controlled substance, it will not permit the driver to perform or continue to perform a safety sensitive function.

**Voluntary Self-Identification Policy**

A driver performing safety-sensitive functions may admit to alcohol misuse or controlled substances user are not subject to referral and may use an exemption to the referral, evaluation and treatment requirements under Part 382 and Part 4 provided the following conditions are met:

- The driver does not self-identify in order to avoid testing under Part 382 of the FMCSA
- The driver makes the admission of alcohol misuse or controlled substance use prior to performing a safety sensitive function (i.e. prior to reporting for duty)
- The driver does not perform a safety sensitive function until the driver has been evaluated and has successfully completed education or treatment requirements in accordance with the program guidelines.

Drivers who chose to avail themselves of the Voluntary Self-Identification must utilize the Company's Employee Assistance Program ("EAP") provider, ComPsych. ComPsych will coordinate a DOT Specialist to provide referral to a DOT qualified Substance Abuse Professional(SAP) and coordinate services necessary as part of the SAP assessment. ComPsych will manage follow up and compliance to the SAP treatment plan. The cost of treatment, education and testing is the responsibility of the driver, but may be covered by the team member's health insurance. Adverse action will not be taken against a driver actively participating in the EAP program and following the treatment plan.

A driver will be allowed to return to a safety sensitive function upon the successful completion of an educational or treatment program as determined by the SAP, a return to duty test with a result indicating an alcohol concentration of less than .02 and a controlled substance test with a verified negative test result for controlled substances use. Any driver monitoring, including non-DOT follow-up testing must be completed as outlined in the SAP recommendations.

Failure to follow the treatment program will result in the exemption not being used and the driver would be fully

subject to all the consequences of prohibited conduct, including referral and treatment in accordance with Part 40 Subpart O and reporting to subsequent employers in accordance with §40.25 and §391.23(e).

### Types of Tests

A driver performing safety-sensitive functions will be tested for controlled substances (marijuana, cocaine, amphetamines, opiates, and phencyclidine) and alcohol as follows:

- *Pre-employment* – A candidate for, or a team member transferring to, a covered position will be tested for controlled substances, with a negative result, before the first time a safety-sensitive function is performed. Job offers to candidates for covered positions will be conditioned on successful completion of the pre-employment testing. Current SCC covered employees who have been on leave of absence for 30 days or longer must submit to a DOT pre-employment controlled substances test prior to resuming safety-sensitive functions.
- *Post-accident* – A covered employee (1) who was performing a safety-sensitive function at the time of a fatal accident, or (2) who received a citation for a moving violation arising from an accident resulting in (a) injury to any party requiring immediate medical treatment away from the scene or (b) disabling damage to any involved vehicle requiring tow away, must be tested as soon as practical but in all cases within two hours for alcohol and within 32 hours for controlled substances. The team member must remain available for testing during this period or may be deemed to have refused testing, unless the driver's unavailability is to obtain assistance in responding to the accident, or to obtain necessary emergency medical care.
- *Random testing* – At least 10% of covered employees will be selected each year for random alcohol testing, and at least 25% for random controlled substances testing. Random alcohol and controlled substances tests will be unannounced. The minimum drug and alcohol random testing rates established by FMCSA are determined annually and the Company will test at or above the required rates. A team member may be selected more than once per year. A team member who is notified of selection must report immediately to the test site (or, if the driver is performing a safety-sensitive function, other than driving a commercial motor vehicle, at the time of notification, the driver must cease to perform the safety-sensitive function and proceed to the testing site as soon as possible). Random tests for alcohol shall only be conducted just before, just after, or while the team member is performing safety-sensitive functions.
- *Reasonable suspicion* – When a team leader, or other supervisor who has received the training required by federal law has a reasonable suspicion, based on specific, contemporaneous, articulable observations concerning appearance, behavior, speech or body odors, that a covered employee has violated the provisions above, the team member must be tested immediately. The team leader will arrange transportation to the test site. The team leader or other supervisor must make a written statement of the observation justifying reasonable suspicion testing within 24 hours of the observation or before the results of the alcohol or controlled substance are released, whichever is earlier.
- *Return-to-duty* – A return-to-duty test is required for all covered employees who have violated DOT drug and alcohol regulations, after referral to a SAP. The covered employee must have a negative drug test result and/or an alcohol test with an alcohol concentration of less than 0.02 before resuming performance of safety-sensitive duties
- *Follow-up testing* – A team member who has violated DOT drug and alcohol regulations must submit to six or more unannounced tests for drugs and/or alcohol following return to duty, as determined by the SAP. Follow-up testing may continue for a period of up to 60 months following the driver's return to duty. The costs of any SAP evaluation or prescribed treatment shall be borne by the driver to the extent permitted by applicable federal, state, or local law. The Company does not guarantee or promise a position to the driver should he/she regain qualified status.

No team leader having actual knowledge of a violation of this law shall allow a SCC driver he/she supervises to perform a safety-sensitive function while in violation. "Actual knowledge" means actual knowledge by the team leader that a driver has used alcohol or controlled substances based on the team leader's direct observation of the employee's use of alcohol or controlled substances or the driver's admission of alcohol or controlled substances use.

performing normal job responsibilities, attending on or off-site training classes or meetings at the direction of the Company, as well as performing any other tasks/duties as required or allowed by the Company. Non-exempt is any team member who receives an hourly rate and does not qualify for a specified "exemption" under the FLSA or applicable state or local law. To ensure fair pay practices that comply with applicable federal, state, and local law.

Domino's requires that non-exempt team members be paid an overtime rate of 1.5 times his or her hourly pay rate for any hours worked over 40 in one week unless required otherwise by applicable state or local law. Flexible hours may also be available to those team members who need an intermittent leave schedule under the Family and Medical Leave Act or other applicable law. Time spent by a non-exempt team member in travel as part of the Company's principal activity must be counted as hours worked.

You must maintain a record of the total hours you work each day. These hours must be accurately recorded via the automated timekeeping system on *tmsc.dominos.com.* Each team member must verify that the reported hours worked are complete and accurate (and that there is no unrecorded or off-the-clock work). Your time card or the time clock system appropriate for your position must accurately reflect all regular and overtime hours worked, any absences, early or late arrivals, early or late departures, and meal breaks. When you review each pay stub, please verify immediately that you were paid correctly for all regular and overtime hours worked each workweek.

### Exempt Delivery and Service Drivers

If you are classified as a delivery and service driver you are exempt from overtime pay pursuant to the Motor Carrier Act and are paid based upon multiple components that include: miles driven, pounds delivered and an hourly downtime rate for certain non-driving activities. These components must be accurately recorded on your driver logs and the PeopleNet computer system. When you receive each pay stub and driver detail report, please verify immediately that you were paid correctly.

### Exempt Salaried Team Members

If you are classified as an exempt salaried team member, you will receive a salary which is intended to compensate you for all work performed for the Company. This salary will be established at the time of hire or when you become classified as an exempt salaried team member. While it may be subject to review and modification from time to time, the salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of the work you perform.

You will receive your full salary for any workweek in which work is performed. However, under federal law, your salary is subject to certain deductions. For example, absent contrary applicable state or local law, your salary can be reduced for the following reasons in a workweek in which work was performed:

- Full-day absences for personal reasons, including vacation.
- Full-day absences for sickness or disability, since the Company offers Emergency/Medical PTO and a short-term disability insurance plan.
- Full-day disciplinary suspensions for infractions of safety rules of major significance (including those that could cause serious harm to others).
- FMLA absences (either full-day or partial-day absences).
- To offset amounts received as payment for jury and witness fees or military pay.
- Unpaid disciplinary suspensions of one or more full days for significant infractions of major workplace conduct rules set forth in written policies.
- The first or last week of employment in the event you work less than a full week.

Your salary also may be reduced for certain types of deductions, such as: your portion of health, dental, or life insurance premiums; federal, state or local taxes; social security; garnishments; or voluntary contributions to a 401(k) or pension plan. In any workweek in which you performed any work, your salary will not be reduced for any of the following reasons:

- Your absence because the worksite is closed on a scheduled workday.

# EXHIBIT 3

# DOMINO'S PIZZA
## SUPPLY CHAIN SERVICES
## DRIVER OPERATIONAL PROTOCOL MANUAL
## (DROP)




Effective 4/ 22/ 2014

MARCH 2014

On our Road to Number One, our brand must continue to work together to provide the best experience for our pizza consumers. Keeping that in mind, thousands of stores across the U.S. and Canada must be set up for success every day, every shift, and we are a major contributor to their success. With hundreds of delivery and service professionals hitting the road to deliver products to our stores this manual is here to take the best practices and ideas from team members, just like you, and provide that knowledge in a single source so that we can all deliver safe, efficient, and consistent world class service to our customers.

The material contained in the DrOP manual is part of our culture, it's who we are, it's what we do. Our franchisees and stores count on us every day to be the reliable constant, the ones they can count on to make sure all of the product they order is delivered correctly and in a timely manner.

Thank you for all that you do every day to take care of our customers and always remember to keep yourself safe. Your most important stop is your last one, getting home safely.

John D. Macksood

John Macksood

Executive Vice President

Supply Chain Services

# Driver Vehicle Inspection Report

**As a summary of the federal regulations listed below, Domino's Pizza requires all drivers to:**

Review the last DVIR making sure the previous driver has signed and dated the book
Verify that any defects or deficiencies have been repaired or corrected with mechanics' legible signature
Complete a thorough vehicle inspection before and after your trip
Write-up any defects or deficiencies in the DVIR legibly dating and signing the book.

**396.7 Unsafe Operations Forbidden**

(a) General – A motor vehicle shall not be operated in such a condition as to likely cause an accident or a breakdown of the vehicle

**396.11 Driver Vehicle Inspection Report(s)**

(a) Report required. Every motor carrier shall require its drivers to report, and every driver shall prepare a report in writing at the completion of each day's work on each vehicle operated and the report shall cover at least the following parts and accessories:

Service brakes including trailer brake connections, Parking (hand) brake, steering mechanism, lighting devices and reflectors, tires, horn, windshield wipers, rear vision mirrors, coupling devices, wheels and rims, emergency equipment.

(b) Report Content. The report shall identify the vehicle and list any defect or deficiency discovered by or reported to the driver which would affect the safety of operation of the vehicle or result in its mechanical breakdown. If no defect or deficiency is discovered by or reported to the driver, the report shall so indicate. In all instances, the driver shall sign the report. On two-driver operations, only one driver needs to sign the driver vehicle inspection report, provided both drivers agree as to the defects or deficiencies identified. If a driver operates more than one vehicle during the day, a report shall be prepared for each vehicle operated.

(c) Corrective Action. Prior to requiring or permitting a driver to operate a vehicle, every motor carrier or its agent shall repair any defect or deficiency listed on the driver vehicle inspection report which would be likely to affect the safety of operation of the vehicle.

(1) Every motor carrier or its agent shall certify on the original driver vehicle inspection report that lists any defect or deficiency that the defect or deficiency has been repaired or that repair is unnecessary before the vehicle is operated again.

(2) Every motor carrier shall maintain the original driver vehicle inspection report, the certification of repairs, and the certification of the driver's review for three months from the date the written report was prepared.

# Stretches For the Professional Truck Driver

## For best results, hold each stretch for a minimum of 45 seconds



**Lower Wrist-** With Finger tips up, palm facing away, press fingers against steering wheel gently bending wrist back



**Upper wrist** -With palm down, hold top of finger tips to steering wheel gently bending wrist down and forward.



**Shoulder and neck-**Anchor arm by holding chair seat. Lift chin up and away from anchored arm.



**Upper arm and shoulder-** Place fist in the middle of your back then gently lean back against chair.



**Upper chest and neck-** Gently push with both hands on upper chest below shoulder Then move head up and away from hands



**Back of Leg, seat and lower back** While seated, hold ankle or lower leg with both hands and gently lean forward.



**Back of leg and seat-** While seated, place one ankle on opposite knee. With a Straight back, gently pull knee toward chest.



**Hip-** Hold onto truck to stabilize body. Put one leg back. With weight on the back let, lean into hip.



**Back of Leg and Seat – Leaning** on truck, put on leg on upper step. With straight back, gently lean body forward.



**Shoulder front and upper arm-** With arm extended and palm forward, grasp truck grab handle gently rotate body away from Truck.



**Thigh- Hold on to truck with one** hand. On the opposite side bend knee and pull up on ankle or foot with free hand.

## DRIVER PROCEDURES TO BE USED WHILE DRIVING DURING THE WORK DAY

1. Determine the best travel path between stores using the safest, most efficient and legal path
2. Drive professionally - You are representing Domino's Pizza while you are driving
   (1) Always wear your seatbelt
   (2) Follow all posted speed limits
   (3) Drive Defensively
   (4) Maintain a safe distance between other vehicles on the road
   (5) Recognize adverse road conditions and adjust your driving accordingly
3. Determine how and where you will enter the next store and where you will park
4. After every stop on the route, check that the 5th wheel is secure before driving
5. Throughout the route, check your available Hours of Service (HOS) to determine if there may be an Hours of Service issue
   (1) If there is the possibility of an HOS issue, contact Delivery and Service Management at your next stop
   (2) Drivers must utilize their meals and breaks in accordance with Hours of Service, Federal, State and Local regulations. **395.3 of FMCSR**
6. With approximately three stores left on the route or when about to leave a major metropolitan area, take inventory to verify you have the proper products and quantities to complete your route
   (1) This is a precautionary step taken to ensure no errors have been made and to minimize any backtracking miles if an error is discovered
   (2) Any significant shortage must be immediately reported to Delivery and Service Management to discuss options
7. If store is on COD, follow the Delivery and Service COD National policy
   (1) Contact Store Management before arriving at store
8. Any items which need to be added to the Trip Sheet must be identified and communicated to Delivery and Service Management (i.e. Store Access Point, Store Hazards and Store Alarm Code Changes)

# Section Nine: PeopleNet



## eDRIVER LOGS CHECKLIST

The following is a checklist of typical actions drivers are expected to perform with the eDriver Logs® system. Each action includes a reference to a heading within this document where drivers can find more information about the eDriver Logs function.

### BEFORE TRIP

- Log in (**Driver⇨Login**, pg 4)
- Perform required vehicle inspections (**eDriver Logs⇨Inspection⇨Pre**, pg 16)
- Update shipping/trailer information (**eDriver Logs⇨Updates⇨Shipping** or **Trailer**, pg 17)

### DURING TRIP

- Update duty status (**eDriver Logs⇨Duty Status**, pg 9)
- Perform required vehicle inspections (**eDriver Logs⇨Inspection⇨Inter**, pg 16)
- Update shipping/trailer information (**eDriver Logs⇨Updates⇨Shipping** or **Trailer**, pg 17)

### AFTER TRIP

- Update duty status (**eDriver Logs⇨Duty Status**, pg 9)
- Perform required vehicle inspections (**eDriver Logs⇨Inspection⇨Post**, pg 16)
- Update shipping/trailer information (**eDriver Logs⇨Updates⇨Shipping** or **Trailer**, pg 17)

**DOT INSPECTIONS**

*Instructions for viewing a driver's current log information can be found under the* ***Review HOS*** *section (pg 11).*

*For more detailed information, including company and terminal location, 24-hour period starting time, vehicle and trailer #, co-driver, time and location of each duty status change, and miles traveled, see any of the* ***Review Log Sheet*** *sections.*

## DRIVER PROMPTS

The eDriver Logs system has several built-in warnings to help the driver avoid violations. In addition, when a Safety Manager enters a correction, the driver is notified with a new message.

A proactive warning is given to the driver one hour prior to running out of Driving or On Duty time. A second warning is given when the driver runs out of Driving or On Duty time.

The system will warn the driver if attempting to exit a Sleeper Berth or Off Duty status within one hour before minimum requirements are met.

# REVIEW HOS — U.S.A.

This option allows you to view your available hours, total hours in each duty status for the current day, time on and off duty per regulation, and miles traveled.

Use this screen to plan your day.

1. Select **eDriver Logs⇨Review HOS⇨Summary** in the menu bar to display the ***Summary*** screen.
2. Use the scroll bar (or Up/Down keys) to view the entire contents of the summary.

## SUMMARY SECTIONS

Information in bold represent field names. Parentheses in field names contain descriptions of fields with variable names.

### (Header Information)

- **(Driver name)**
- **(Today's date and BLU's device time)**; includes time zone
- **(Applicable regulation)**

### Hours Available

This section displays available driving, on duty, and cycle time per regulation.

- **Driving**
- **On Duty**
- **(Regulation cycle)**; such as, 60/7, 70/8, etc.

### (Regulation Cycle) Rules

The following fields represent accumulated hours;

- **(Regulation cycle)**
- **Driving** for current day
- **On Duty** for current day
- **On Duty + Drive** for current day
- **Sleeper Berth** for current day
- **Off Duty** for current day
- **Drive (workshift) hours;** may include time prior to the midnight hour
- **On Duty + Drive (workshift);** may include time prior to the midnight hour

## REVIEW HOS — U.S.A.

### (Regulation Cycle) Rules *(continued)*

- **Cycle Reset** for current off duty period **(Off Duty** and/or **Sleeper Berth)**
- **Hours Gained** when **On Duty + Drive** hours from the oldest day in cycle is dropped off at the end of the current day

### Split Sleeper Berth

The following fields represent accumulated hours;

- **Current Sleeper Berth** for most recent qualifying Sleeper Berth period
- **Previous Sleeper Berth** for previous qualifying Sleeper Berth period (This is the first part of the split, and may be 0 if the **Current Sleeper Berth** is 10 or more.)
- **Miles Today** for the current 24-hour period

### Border Snapshot

This section displays the available time under your assigned Canadian regulations;

- **Current Driving**
- **Current On Duty**
- **Canadian Regulation Cycle**
- **Day Driving**
- **Day On Duty**
- **Work-shift Driving**
- **Work-shift On Duty**
- **Work-shift Clock**
- **Next 24 Off**

# EXHIBIT 4

USDOT Number MC/MX Number Name

Enter Value: 302173

Search

# Company Snapshot

**DOMINO'S PIZZA LLC**

USDOT Number: 302173

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

**Other Information for this Carrier**

- SMS Results
- Licensing & Insurance

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 12/03/2020.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **Operating Status:** | AUTHORIZED FOR Property | **Out of Service Date:** | None |
| **Legal Name:** | DOMINO'S PIZZA LLC | | |
| **DBA Name:** | DOMINO'S | | |
| **Physical Address:** | 30 FRANK LLOYD DRIVE<br>ANN ARBOR, MI 48105 | | |
| **Phone:** | (734) 930-3357 | | |
| **Mailing Address:** | 30 FRANK LLOYD DRIVE<br>ANN ARBOR, MI 48105 | | |
| **USDOT Number:** | 302173 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-356668 | **DUNS Number:** | 17-460-668 |
| **Power Units:** | 396 | **Drivers:** | 1,013 |
| **MCS-150 Form Date:** | 08/12/2020 | **MCS-150 Mileage (Year):** | 62,851,555 (2020) |
| **Operation Classification:** | | | |

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| X Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | X Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | X Beverages |
| Drive/Tow away | Livestock | X Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | X Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| X Fresh Produce | US Mail | |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**US Inspection results for 24 months prior to: 12/03/2020**

Total Inspections: 600
Total IEP Inspections: 0
**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 327 | 595 | 0 | 0 |
| Out of Service | 34 | 15 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| Out of Service % | 10.4% | 2.5% | % | 0% |
| Nat'l Average % as of DATE 10/30/2020* | 20.65% | 5.13% | 4.43% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**Crashes reported to FMCSA by states for 24 months prior to: 12/03/2020**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 1 | 15 | 24 | 40 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Canadian Inspection results for 24 months prior to: 12/03/2020**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 12/03/2020**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

**The rating below is current as of: 12/03/2020**

**Review Information:**

| | | | |
|---|---|---|---|
| **Rating Date:** | **08/28/1996** | **Review Date:** | **11/24/2020** |
| **Rating:** | **Satisfactory** | **Type:** | **Non-Ratable** |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

# EXHIBIT 5

Dear Team Member:

Domino's Pizza prides itself on treating its team members fairly and has implemented extensive procedures to ensure that any team member issues that are brought to our attention are resolved quickly and appropriately. However, for those rare situations where we cannot resolve employment disputes through these internal procedures, we are introducing the Domino's Pizza Arbitration Program.

We have developed the Domino's Pizza Arbitration Program to promote a simpler, friendlier, quicker, less-costly system of alternative dispute resolution to resolve disputes between the Company and its team members that may arise out of the employment relationship. The enclosed flyer highlights some of the significant features of arbitration as compared to litigation through the court system.

Here is how the Domino's Pizza Arbitration Program works. If you or the Company have a dispute subject to arbitration which was not able to be resolved satisfactorily by your managers, PeopleFirst representative, or through the other internal procedures available to you, simply visit http://www.adr.org or call (800)778-7879 to obtain the forms necessary to initiate arbitration. A neutral arbitrator will then be selected to hear the case. The arbitrator will make a decision in the case that will be final and binding on the parties unless a party appeals that decision to a neutral appellate arbitrator. If an appeal takes place, the decision of the appellate arbitrator will be final and binding.

Enclosed is the Arbitration Agreement which, after you carefully review, you must sign in order to commence or continue your employment. You have 30 calendar days from the date you sign the Arbitration Agreement to opt out of the duty to arbitrate through the procedures described in the Agreement. **By signing the Arbitration Agreement and not opting out, both you and the Company are giving up various rights, including the right to a trial by jury as well as any right to arbitrate as a class representative, as a class member, in a collective action, or in or pursuant to a private attorney general capacity.**

Your PeopleFirst representative will be able to answer any questions you may have regarding the Domino's Pizza Arbitration Program. Thank you for your commitment to Domino's Pizza.

Sincerely,

Joseph Abraham

**Joseph Abraham**
**VP Compensation, Benefits and Shared Services**

Enclosures

# SIGNIFICANT FEATURES OF THE DOMINO'S PIZZA ARBITRATION PROGRAM

- Commonly a Quicker Resolution of Claims than Through the Court System
- Potentially Reduced Legal Fees and Expenses for Team Members and the Company
- More Simplified Process than Court System
- More Informal Forum than Court System
- Claims Resolved by Neutral Arbitrator not Jury
- Opportunity to Appeal Decision to Neutral Appellate Arbitrator
- Claims Resolved in Individual Action rather than Class, Collective, or Consolidated Action

## ARBITRATION AGREEMENT

Arbitration of Disputes. Both Employee and Domino's Pizza LLC ("the Company") (the Company is defined herein as including its parents, subsidiaries, affiliates, predecessors, successors and assigns, their (including the Company's) respective owners, directors, officers, managers (both direct and indirect), employees, vendors, and agents), acknowledge that the Company has a system of alternative dispute resolution that involves binding arbitration to resolve disputes that may arise out of the employment context. Because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both the Company and Employee, both the Company and Employee agree that any claim, dispute, and/or controversy that the Employee or the Company may have against the other shall be submitted to and determined exclusively by binding arbitration under the Federal Arbitration Act, 9 U.S.C. Sections 1-16. This specifically includes any claim, including any claim brought on an individual, class action, collective action, multiple-party, or private attorney general basis by Employee or on Employee's behalf, Employee may have against the Company, which would otherwise require or allow access to any court or other governmental dispute resolution forum arising from, related to, or having any relationship or connection whatsoever with Employee's seeking employment with, employment by, termination of employment, or other association with the Company, whether in contract, in tort, pursuant to statute, regulation, or ordinance, or in equity or otherwise (including, but not limited to, any claims related to wages, reimbursements, discrimination, and harassment, whether based on state law, Title VII of the Civil Rights Act of 1964, as amended, as well as all other federal, state or local laws or regulations). It also specifically includes any claim, dispute, and/or controversy relating to the scope, validity, or enforceability of this Arbitration Agreement. Unless the parties agree otherwise as to a particular dispute, any arbitration pursuant to this Arbitration Agreement shall be initiated with and conducted by the American Arbitration Association, whose rules may be obtained at http://www.adr.org or by calling (800)778-7879. The duty to arbitrate under this Arbitration Agreement survives any termination of Employee's employment with the Company.

Claims Excepted From Binding Arbitration. The sole exceptions to the mandatory arbitration provision are claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims for medical and disability benefits under Workers' Compensation, Unemployment Compensation claims filed with the state, claims on an individual basis only which are brought properly in, and only to the extent they remain in, small claims court, and any claims or disputes arising out of any other written contract(s) between Employee and the Company where the contract specifically provides for resolution through the courts. Nothing herein shall prevent Employee from filing and pursuing administrative proceedings only before the U.S. Equal Employment Opportunity Commission or an equivalent state or local agency (although if Employee chooses to pursue a claim following the exhaustion of such administrative remedies, that claim would be subject to arbitration). Nothing herein shall prevent Employee or Company from obtaining from a court a temporary restraining order or preliminary injunctive relief to preserve the status quo or prevent any irreparable harm pending the arbitration of the underlying claim, dispute, and/or controversy.

Form of Arbitration. In any arbitration, any claim shall be arbitrated only on an individual basis and not on a class, collective, multiple-party, or private attorney general basis. Employee and the Company expressly waive any right to arbitrate as a class representative, as a class member, in a collective action, or in or pursuant to a private attorney general capacity, and there shall be no joinder or consolidation of parties.

Rules of Arbitration. In addition to requirements imposed by law, any arbitrator herein shall be a retired state or federal court judge, or licensed attorney with arbitration experience and at least ten years experience as a lawyer, as mutually agreed to by the parties, and shall be subject to disqualification on the same grounds as would apply to a judge of a court of relevant jurisdiction. The arbitrator shall follow controlling law and issue a decision in writing within 45 days of the arbitration hearing with a supporting opinion based on applicable law. If the decision and supporting opinion are not appealed as described below within 90 days of issuance of the decision, then the decision is final, binding, and conclusive on the parties and may be entered in any court of competent jurisdiction. At either party's election, such decision and supporting opinion may be appealed to another arbitrator ("appellate arbitrator"), who shall be chosen in the same manner as described above. The appellate arbitrator shall apply to the underlying decision and opinion the same standard for review of civil cases as an appellate court in the relevant jurisdiction and issue a decision in writing with a supporting opinion based on such review and applicable law. The appellate arbitrator's decision shall be final, binding and conclusive on the parties and may be entered in any court of competent jurisdiction.

Waiver of Jury Trial. **EMPLOYEE AND THE COMPANY UNDERSTAND THAT BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH GIVE UP THEIR RIGHT TO TRIAL BY JURY OF ANY INDIVIDUAL, CLASS, COLLECTIVE ACTION, MULTIPLE-PARTY, PRIVATE ATTORNEY GENERAL, OR OTHER CLAIM EITHER MAY HAVE AGAINST THE OTHER, EXCEPT AS EXPRESSLY PROVIDED HEREIN.**

**Exclusive Opt-Out Right.** The Employee has the right to opt out of the obligation set forth herein to submit to binding arbitration. To opt out, the Employee must send via electronic mail or first-class mail, within **thirty (30) calendar days** of signing this Arbitration Agreement, an email to PeopleFirstSharedServices@dominos.com or a letter addressed to Domino's Pizza LLC, Attention: Manager-PeopleFirst Shared Services, 30 Frank Lloyd Wright Drive, Post Office Box 997, Ann Arbor, Michigan 48106-0997, stating that the Employee has elected to opt out of the Arbitration Agreement. The email/letter must clearly state the Employee's name, employee id and a telephone number where the Employee can be reached. Absent the proper and timely exercise of this opt-out right, the Employee will be required to arbitrate all disputes covered by this Arbitration Agreement.

**Severability.** Should any term or provision, or portion thereof, be declared void or unenforceable or deemed in contravention of law, it shall be severed and/or modified by the arbitrator or court and the remainder of this agreement shall be enforceable; provided, however, that if the "Form of Arbitration" provision above prohibiting classwide, collective action, consolidated, or other group arbitration is deemed invalid, then this entire Arbitration Agreement shall be null and void.

**Exclusive Agreement.** Any agreement contrary to, or modifying, the foregoing arbitration provisions must be entered into, in writing, by the President of the Company. **Oral representations made before or after Employee is hired do not alter this agreement.**

**Entire Agreement.** This agreement supersedes any and all prior agreements regarding arbitration, including, but not limited to, any arbitration provisions in employment applications.

**MY SIGNATURE ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS. I UNDERSTAND THAT, UNLESS I TIMELY SEND THE OPT-OUT EMAIL OR LETTER REFERENCED ABOVE TO THE PROPER ADDRESSEE, I WILL BE REQUIRED TO ARBITRATE ALL DISPUTES WITH THE COMPANY THAT ARE COVERED BY THIS ARBITRATION AGREEMENT.**

Domino's Pizza LLC

[signature]

By: *Joseph Abraham*

Its: *VP Compensation, Benefits & Shared Services*

Justin Oberthy

(Employee Name – Print)

[signature]

(Employee Signature)

0311656

(Employee ID)

11-13-18

(Date)

**If you are under the age of 18, your Parent or Guardian must complete the following section and sign the agreement on your behalf.**

Name of Parent/Guardian ______________________________

Signature of Parent/Guardian ______________________ Date______________