# EXHIBIT

# 20

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

FILED
2021 MAR 29 02:32 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 20-2-14563-7 KNT

The Honorable Maureen A. McKee

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JUSTIN L. OAKLEY, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC, a foreign limited liability company<br><br>Defendant. | No. 20-2-14563-7 KNT<br><br>DECLARATION OF JUSTIN A. OAKLEY IN SUPPORT OF PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION |

I, JUSTIN L. OAKLEY, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

1. I am over the age of eighteen and competent to testify in matters herein.

2. I worked for Domino's Pizza, LLC from November, 2018 through January, 2020.

3. For most of my tenure with Domino's, I drove a semi-truck with a sleeper berth hauling a refrigerated trailer delivering supplies from Domino's' Kent, Washington supply center to corporate-owned and franchised restaurants throughout a multi-state region including Washington, Oregon, Idaho, Montana, and Wyoming. My routes usually involved deliveries to Oregon, but I also delivered to the other states outside Washington.

4. During my employment I became aware that most of the Class A drivers operating out of the Domino's Kent supply center also routinely delivered supplies across state lines.



ENTENTE LAW PLLC
315 THIRTY-NINTH AVE SW STE 14
PUYALLUP, WA 98373-3690
(253) 446-7668

5. During my employment, I became aware that deliveries to restaurants in Washington state were mostly handled by Class B drivers who drove refrigerated box trucks.

6. I delivered almost all items needed to operate a Domino’s pizza restaurant such as dough balls; pizza toppings such as cheese, meat, and vegetables; seasonings; sauces; beverages; napkins; pizza boxes; and branded hats, as well as lots of other ingredients and supplies.

7. The only item that was made or altered at the Kent supply center was the dough balls. The rest of the items came in from a variety of other states, including Maine and Michigan.

8. My sole job at Domino’s was delivering and unloading supplies although on occasion, I would pick up empty dough trays and return them to the supply center for future use.

9. During my employment, I learned that Domino’s franchisees were required to buy these supplies from the Kent supply center.

10. I was required to have a Class A Commercial Driver’s License to do my job at Domino’s.

11. In order to comply with the United States Department of Transportation Hours of Service rules, I was required to maintain an electronic log of my time, which I did using PeopleNet, an application that I used at Domino’s.

12. Domino’s did not pay me on an hourly basis, but rather primarily by the mile and by the weight of load which I know to be typical in the commercial trucking industry.

13. When I started employment with Domino’s, I was instructed that to work there, I had to sign several documents, including an arbitration agreement.

14. The documents presented to me for signature were pre-printed and I did not have any ability to alter or negotiate any changes to them.

15. In approximately October, 2019, due to accumulating too many points from some traffic infractions, Domino’s suspended me from driving even though my CDL was still valid.

16. While I was suspended from driving, I worked as a driver’s helper traveling with other drivers and helping them load and unload. I was paid the same as I was as a driver.



ENTENTE LAW PLLC
315 THIRTY-NINTH AVE SW STE 14
PUYALLUP, WA 98373-3690
(253) 446-7668

17. I do not have the money to pay a lawyer to take my claims against Domino's on an individual basis. I believe it would be difficult, if not impossible, for me to find a lawyer to take my individual claims on a contingency basis because of the relatively small size of my claims and the resources that a huge corporation like Domino's could bring to bear to fight my claim.

EXECUTED this 24th Day of March, 2021 in Rochester, Washington.

DocuSigned by:

EC889DDBC5504CE...

Justin L. Oakley



**ENTENTE LAW PLLC**
**315 THIRTY-NINTH AVE SW STE 14**
**PUYALLUP, WA 98373-3690**
**(253) 446-7668**