# EXHIBIT

# 22

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Safety Performance History pursuant to 49 CFR Section 391.23 of the FMCSA regulations**

X **04-04-2026**
Date

X **###-##-7133**
Social Security Number

Santrel McClusky
8426 198th St E
Spanaway, WA 98387
253-576-6772

X **Santrel McClusky**
Print Name (First, MI, Last)

X 
Signature

I, the above mentioned signer, hereby authorize

| Dominos warehouse | |
|---|---|

To release and forward in accordance with the following regulation, all known information pertaining to my Safety Performance History to **Centerline Drivers, LLC.**

## DOT DRUG AND ALCOHOL RELEASE

I authorize, per 49 CFR Part 40, the release of information from my DOT regulated drug and alcohol testing records by the carriers (company/school) listed to Asurint or other designated provider for the sole purpose of transmitting such records to Centerline Drivers, LLC or directly to Centerline Drivers LLC. I authorize release of the following information concerning DOT drug and alcohol testing violations including pre-employment tests during the past three years: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested (including verified adulterated or substituted results); (iv) other violations of DOT drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation(s); and (vi) documents, if any, of completion of a return-to-duty process following a rule violation. Additionally, Record of safety performance history, including employment dates, work history and accidents, in accordance with Part 391 of the Federal Motor Carrier Safety Regulations (49 CFR Part 391).