# EXHIBIT

# 23

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

# TEAM MEMBER HANDBOOK

## Domino's World Resource Center, Corporate Stores, and Supply Chain Centers








MADE BETTER TOGETHER

UPDATED FEB. 2025

# A Letter from Russell Weiner



Welcome to Domino's, I'm so glad you're here to help us fulfill our purpose to feed the power of possible, one pizza at a time.

I encourage you to read this handbook to familiarize yourself with the benefits and programs the company offers. You'll see that Domino's is committed to a positive work culture with strong values, inclusion and diversity practices, a broad range of health and wellness benefits, award-winning leadership and development programs … and so much more.

There are many things to love about Domino's, but my favorite is the people. Our team members. You! The passion and unwavering commitment of our team members and franchisees is what sets Domino's apart and allows us to provide exceptional value and unmatched service to customers around the world. Since becoming the number one carryout pizza company in the U.S. in 2022, Domino's has been on a remarkable journey to drive and support our growth by investing in our people and process.

These efforts have laid a strong foundation that has resulted in offering consistent and sustainable value to our customers and driven franchisee profitability. And in 2025, we are hungry for even more. In 2024, we introduced our new Hungry for MORE strategy, which isn't just a catchphrase; it embodies the passion and dedication within every Domino's team member and franchisee.

Hungry for MORE lays out a long-term plan that will drive our collective efforts and unlock growth over the next five years. More specifically, Hungry for MORE will drive MORE sales, MORE stores, MORE profits, and MORE opportunities for each of us to contribute and benefit from our success.

With this strategy, the stage has been set for an exciting future at Domino's. Our ambition and confidence in our brand and Domino's ability to win has never been higher. Thank you for joining us on this journey.



Russell Weiner

# Table of Contents

**A LETTER FROM RUSSELL WEINER** .......... **2**
**TABLE OF CONTENTS** .......... **3**
**OUR HANDBOOK** .......... **6**
AT-WILL EMPLOYMENT .......... 6
**WE HAVE A STRATEGY** .......... **7**
OUR STRATEGY: HUNGRY FOR MORE .......... 7
OUR PURPOSE .......... 8
OUR VALUES .......... 8
OUR HISTORY .......... 8
**WE CONTINUOUSLY ENCOURAGE OUR TEAM TO LEARN AND GROW** .......... **9**
LEARNING AND DEVELOPMENT PROGRAMS .......... 9
MANAGER IN TRAINING PROGRAM .......... 10
DOMINO'S PIZZA PREP SCHOOL .......... 10
PERFORMANCE ACHIEVEMENT .......... 10
INTERNAL JOB OPPORTUNITIES .......... 11
CAREER FRAMEWORK .......... 11
FRANCHISING: GREAT OPPORTUNITIES FOR GREAT OPERATORS .......... 11
RELOCATION .......... 12
**WE KEEP COMMUNICATION OPEN** .......... **13**
COMMUNICATION AVENUES .......... 13
DOMINO'S WEBSITE (*DOMINOS.COM*) .......... 13
PIENET (*PIENET.DOMINOS.COM*) .......... 13
DOMINO'S JOBS WEBSITE *(JOBS.DOMINOS.COM)* .......... 13
DOMINO'S BUSINESS WEBSITE *(BIZ.DOMINOS.COM)* .......... 13
DOMINO'S DISH .......... 13
THE RUSH .......... 13
ORIENTATION .......... 14
TOWN HALLS .......... 14
DIGITAL SIGNAGE .......... 14
TEAM MEMBER SERVICE CENTER .......... 14
HUMAN RESOURCES SELF SERVICE (TMSC.DOMINOS.COM) .......... 15
OPEN-DOOR COMMUNICATION .......... 15
EMPLOYEE RELATIONS DEPARTMENT .......... 16
ARBITRATION .......... 16
**WE MAKE THINGS CONVENIENT** .......... **16**
WAGE PAYMENT OPTIONS .......... 16
EMPLOYMENT AND INCOME VERIFICATION .......... 16
**WE SAVE YOU TIME AND MONEY** .......... **17**
TEAM MEMBER DISCOUNT PROGRAMS .......... 17
ON-SITE EATING OPTIONS .......... 17
ON-SITE FITNESS CENTER .......... 17
MAIL SERVICES .......... 17
TEAM MEMBER CARRYOUT FOOD DISCOUNT PROGRAM .......... 17
**WE HAVE FUN** .......... **18**
FUN EVENTS .......... 18
DOMINO'S CHEER .......... 18
DEPARTMENT OUTINGS .......... 18

**WE SUPPORT OUR TEAM MEMBERS AND THE COMMUNITY ....19**
ST. JUDE CHILDREN'S RESEARCH HOSPITAL® ....19
FUTURE FARMERS OF AMERICA ....19
COMMUNITY SUPPORT ....19
PARTNERS FOUNDATION ....20

**WE PROVIDE A COMPREHENSIVE TOTAL REWARDS PROGRAM ....21**
TEAM ACHIEVEMENT DIVIDEND (TAD) CELEBRATION ....21
AWARD PROGRAMS ....21
TOTAL REWARDS PROGRAMS ....22
BENEFITS ....22
EMPLOYEE STOCK PAYROLL DEDUCTION PLAN (ESPDP) ....23
PAID PARENTAL LEAVE ....23
ADOPTION BENEFITS ....25
EMPLOYEE ASSISTANCE PROGRAM AND MENTAL HEALTH RESOURCES ....26
EDUCATIONAL ASSISTANCE PLAN ....27

**WE PROVIDE TIME OFF ....29**
VACATION PTO POLICY ....29
PAID SICK TIME POLICY ....33
BEREAVEMENT LEAVE ....38
WITNESS AND JURY DUTY ....38
TIME OFF TO VOTE ....39
PAID HOLIDAYS ....39
DOMINO'S DAYS ....40
LEAVES OF ABSENCE ....40
FAMILY MEDICAL LEAVE (FMLA) ....40
MILITARY CAREGIVER LEAVE ....41
REASONABLE ACCOMMODATION MEDICAL LEAVE (NON-FMLA) ....48
PAID AND UNPAID LEAVE ....50
DISCRETIONARY PERSONAL LEAVE ....50
MILITARY LEAVE ....52
MILITARY SPOUSE LEAVE ....54
OTHER LEGALLY PROTECTED ABSENCES ....54
OUTSIDE ACTIVITY DURING DISABILITY ....55
BREAK TIME FOR NURSING MOTHERS ....55

**WE CARE ABOUT YOUR SAFETY ....56**
SAFETY, SECURITY, AND LOSS PREVENTION ....56
SAFETY PRACTICES, SECURITY, AND FACILITY EVACUATIONS ....57
EMERGENCY RESPONSE PREPAREDNESS ....58
WEATHER & POWER OUTAGE ....58
PHYSICAL SECURITY ....58
PERSONAL CASH HANDLING ....59
WEAPONS-FREE WORKPLACE ....60
VIOLENCE-FREE WORKPLACE ....60
TOBACCO CONSUMPTION ....61
MOTOR VEHICLE RECORDS ....61
COMMERCIAL MOTOR VEHICLE DRIVING STANDARDS ....62
ACCIDENT AND INJURY REPORTING ....63
WORKERS COMPENSATION & RETURN TO WORK PROGRAM ....64
DRUG-FREE WORKPLACE ....64
SUPPLY CHAIN CENTER DRIVERS DRUG AND ALCOHOL TESTING AND TRANSPORTATION TEAM MEMBERS ADDENDUM ....68

**WE TAKE INFORMATION SECURITY AND TECHNOLOGY PROTECTION SERIOUSLY ....77**
INFORMATION SECURITY AND TECHNOLOGY PROTECTION ....77
PRODUCTS ....81
MOBILE DEVICE & SERVICE REIMBURSEMENT POLICY ....82

**WE HAVE EMPLOYMENT AND WORKPLACE STANDARDS ....... 83**
EQUAL EMPLOYMENT OPPORTUNITY ....... 83
INCLUSION AND DIVERSITY ....... 83
PREFERRED NAME POLICY ....... 84
HARASSMENT-FREE WORKPLACE ....... 84
RETALIATION IS PROHIBITED ....... 85
WORKPLACE INVESTIGATIONS ....... 85
REASONABLE ACCOMMODATIONS ....... 86
IMPROPER RELATIONSHIPS ....... 86
MANAGEMENT CONDUCT EXPECTATIONS ....... 87
EMPLOYMENT CLASSIFICATIONS ....... 87
INTERNAL TRANSFERS ....... 87
REHIRE STATUS ....... 88
HIRING OF EMPLOYEES OR FORMER EMPLOYEES OF AUDIT FIRMS ....... 88
IMMIGRATION AND EMPLOYMENT ....... 88
NEW HIRE LEGAL DOCUMENTATION ....... 89
EMPLOYMENT BACKGROUND CHECKS ....... 89
EMPLOYMENT OF MINORS ....... 90
PERSONNEL FILES AND RECORDKEEPING ....... 91
EUROPEAN DATA PROTECTION LAW SCOPE ....... 92
EU DATA TRANSFERS ....... 94
GENERAL DATA PROTECTION REGULATION ....... 94
CALIFORNIA PRIVACY NOTICE ....... 95
HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (“HIPAA”) POLICY ....... 97
PROFESSIONAL CONDUCT ....... 98
CODE OF BUSINESS CONDUCT AND ETHICS FOR DIRECTORS, OFFICERS & EMPLOYEES ....... 99
SUPPLIER CODE OF CONDUCT ....... 99
MODERN SLAVERY PREVENTION POLICY ....... 99
CODE OF ETHICS & USING GOOD JUDGMENT ....... 99
CONFLICT OF INTEREST ....... 102
HANDLING CONFIDENTIAL AND PROPRIETARY INFORMATION ....... 103
VIDEOTAPING, PHOTOGRAPHY, AND AUDIO RECORDING PROHIBITED ....... 104
EMAIL, VOICEMAIL, SOCIAL NETWORKING, AND INTERNET ....... 105
INFORMATION PRIVACY – INTELLECTUAL PROPERTY LAWS ....... 107
INFORMATION PRIVACY – SOCIAL SECURITY NUMBER PRIVACY AND PROTECTION OF PERSONAL INFORMATION ....... 108
MOBILE TECHNOLOGY DEVICES ....... 108
APPEARANCE GUIDELINES ....... 109
ATTENDANCE ....... 109
HOURS OF WORK (TEAM USA STORES) ....... 111
HOURS OF WORK (SUPPLY CHAIN CENTER) ....... 112
TEAM MEMBER PAY ....... 112
TIME CLOCK POLICY SUPPLY CHAIN CENTERS ....... 116
BUSINESS EXPENSES – SUPPLY CHAIN CENTER ....... 117
SOLICITATION AND DISTRIBUTION ....... 117
BULLETIN BOARDS ....... 117
CORPORATE TRAVEL & ENTERTAINMENT EXPENSE POLICY AND PROCEDURES ....... 118
CORPORATE CARD POLICY ....... 118
WEX CARDS FOR USE WITH DOMINO’S FLEET VEHICLES ....... 120
REPORTING ACCOUNTING OR AUDITING CONCERNS ....... 121
MEDIA CONTACTS ....... 121
FLEX WORK POLICY ....... 121
DOMINO’S PIZZA LLC APPEARANCE GUIDELINES FOR OFFICE TEAM MEMBERS ....... 125
DOMINO’S PIZZA LLC APPEARANCE GUIDELINES FOR SUPPLY CHAIN CENTER TEAM MEMBERS ....... 127
DOMINO’S PIZZA LLC APPEARANCE GUIDELINES FOR TEAM USA STORE TEAM MEMBERS ....... 138
TEAM MEMBER ACKNOWLEDGEMENT ....... 144

# Our Handbook

This Handbook is applicable to Domino's Pizza LLC ("Domino's" or the "Company") team members and supersedes all previous handbooks, manuals, and memos. While every effort is made to keep the contents of this document current, the Company reserves the right to modify, suspend, or terminate any of the policies, procedures, and/or benefits described in the Handbook with or without prior notice to team members.

The Company will enforce this Handbook consistent with all applicable federal, state, and local laws including, but not limited to, those relating to medical, family, or military leave; equal employment opportunity; the environment; safety and health; and pay and any other terms and conditions of employment. Similarly, we expect our team members to comply with all laws that apply to their jobs as a condition of their continued employment.

If applicable state or local law contradicts or conflicts with any statement contained in this Handbook, state and/or local law will apply. Domino's complies with all applicable state and local laws. Domino's operates in multiple states and it is not practical to include in this Handbook every state and local law that may be applicable to select team members. If you have any questions regarding any policy contained in this Handbook as it relates to any state or local law, please contact your Human Resources representative.

If you are unable to access or use any of the online sites referenced in this Handbook due to a medical condition, disability, or other reason, please contact the Team Member Service Center at (877) 921-TEAM.

## AT-WILL EMPLOYMENT

Your employment with the Company is at-will. This means that you or the Company may unilaterally terminate your employment at any time for any lawful reason or for no reason at all with or without notice. Similarly, the policies included in this Handbook, whether standing alone or combined, are intended to be guidelines only and are in no way to be interpreted as a contract between the Company and its team members. Therefore, nothing in this Handbook should be construed as an express or implied contract or a guarantee of continued employment. At-will employment cannot be changed by any oral statement; it can only be changed pursuant to a written agreement covering employment status signed by the Company's CEO and Executive Vice President of Human Resources.

# We Have a Strategy

At Domino's, we are driven by our strategy, purpose and values. They are the roadmap we follow in making our decisions as individuals and as a Company.

## OUR STRATEGY: HUNGRY FOR MORE

Hungry for MORE is Domino's strategy to drive significant growth over five years (2024-2028).

Each letter in MORE represents a strategic pillar to help Domino's grow to deliver MORE Sales, MORE Profits, and MORE stores. It also provides the framework for the brand to deliver MORE Opportunities, MORE for our communities and MORE fun!




### Most Delicious

We know we have the most delicious food in the industry. And we're improving the way we showcase it in our marketing and through product innovation.

### Operations Excellence

We are focusing on driving operations excellence to consistently deliver a great product experience to customers.

### Renowned Value

We've always offered incredible value to our customers. Renowned value is about providing value that is innovative and memorable.

### Enhanced by Best-in-Class Franchisees and Team Members

Dominoids across the brand enhance everything we do and make us better; they are the key to bringing Hungry for MORE to life.

## OUR PURPOSE

Domino's is a purpose-inspired and performance-driven company with exceptional people committed to: feeding the power of possible, one pizza at a time.

## OUR VALUES

### Do The Right Thing

We act with integrity and make disciplined decisions, even when it's difficult or unpopular. High ethical standards and uncommon honesty are at the heart of how we work together. We are committed to safely and responsibly serving our customers, and to giving back to the communities where we live and work.

### Put People First

We create an inclusive culture, knowing our people are core to our success. We treat each other with dignity and respect, and we value the differences each team member brings. We strive to be a company where all team members can bring their full selves to work and know that they can belong, contribute, and reach their potential.

### Create Inspired Solutions

We are a company built on entrepreneurship and innovation. We get better every day by having the humility and the courage to embrace and lead change. Together, we unlock our collective potential to be bold and think big. We have a bias for action – to solve customer needs in new and relevant ways.

### Champion Our Customers

We deliver on our promises, treating each order and interaction as an opportunity to deepen relationships by delivering great product, service, and experience. We hold ourselves accountable, and if we don't deliver on a promise, we are committed to making it right.

### Grow And Win Together

We are not playing a finite game. We are committed to building an enduring brand that outlives any of our individual contributions. We will grow together, deliver exceptional results together, celebrate wins together, have fun together, and leave the Domino's brand in a better place for those who come after.

## OUR HISTORY

Here's the condensed version of our 60 -year history:

- In 1960, founder Tom Monaghan and his brother buy a single pizza shop in Ypsilanti, Michigan. One year later, Tom's brother traded his half of the business for a Volkswagen Beetle.
- By 1983, Domino's has 1,000 stores and by 1989, there are approximately 5,000 stores and 1,000 franchisees.
- In 1998, Tom Monaghan retires and sells a 6,000-store system to Bain Capital Inc. Dave Brandon is selected as our Chairman and CEO.
- In July 2004, Domino's Pizza, Inc. becomes a publicly traded entity on the New York Stock Exchange under the symbol DPZ.
- In 2006, we celebrate the grand opening of our 8,000th store worldwide.
- In 2010, Patrick Doyle takes over as the CEO, while Dave Brandon remains as Chairman.
- In 2009, we announce our New and Inspired Pizza. Reinvented from the crust up, the reformulation is one of the biggest moves in the brand's history, inspired by our toughest consumer critics.
- In 2010, we open our 9,000th store and celebrate 50 years as the world leader in pizza delivery.
- In 2011, *Pizza Today Magazine* names Domino's its "Chain of the Year" for the second straight year – making the brand a three-time overall winner, and the first pizza delivery brand to receive the honor in back-to-back years.

- In 2012, we open our 10,000th store, roll out pan pizza and launch our new re-imaged logo.
- In 2013, we announce a plan to have all stores worldwide adopt our new “pizza theater” store design.
- In 2014, we open our 11,000th store and roll out Specialty Chicken.
- In 2015, we open our 12,000th store, introduce the AnyWare suite of ordering technology, and introduce the Domino’s DXP™ pizza delivery vehicle.
- In 2016, we open our 13,000th store, launch salads, and add Amazon Echo, Apple Watch and zero-click ordering to AnyWare ordering.
- In 2017, we open our 14,000th store and launch a new and improved bread line.
- In 2018, we open our 15,000th store and launch a new delivery revolution: Domino’s Hotspots,
- In 2018, Ritch Allison takes over as CEO.
- We open our largest supply chain center in New Jersey with the capability to produce 60,000 trays of dough per day.
- In 2020, we open a new supply chain center in Columbia, South Carolina, and launch Domino’s Carside Delivery, which allows customers to stay in their vehicle while a team member delivers their order to the car.
- In 2022, Russell Weiner takes over as CEO and we announced the rollout of more than 900 custom-branded 2023 Chevy Bolt electric vehicles – making us the largest electric pizza delivery fleet in the U.S.
- In 2023 Domino’s launched its Emergency Pizza program, giving customer a free medium two-topping pizza when they needed it the most, and we launched our Hungry for MORE strategy.
- And we’re still getting bigger and better every year!

# We Continuously Encourage Our Team to Learn and Grow

## LEARNING AND DEVELOPMENT PROGRAMS

At Domino's, we believe that continuous learning and development are key to our success, empowering our team members to grow both personally and professionally. Our philosophy is rooted in our values of putting people first and growing and winning together, by creating engaging, practical development that empowers team members and leaders to excel in their roles. Through innovative solutions, we aim to equip our team members with the skills, knowledge and experience needed to bring our brand's passion to life. Below is a list of programs and platforms that reflect our commitment to your growth, offering you the tools and resources needed to succeed in your role and beyond.

### Learning Hub

Located on login.dominos.com, Learning Hub is the digital learning platform used across the entire Domino’s organization to deliver personalized learning experiences. Through Learning Hub, all Domino’s Team Members can enroll in various types of training. Whether you're looking to attend a Coffee Talk with one of our senior leaders, complete compliance training, attend Pizza Prep School or enroll in Leadership Essentials — Learning Hub has it all.

**LinkedIn Learning**

Accessible via login.dominos.com, LinkedIn Learning is a vital resource for all Domino's corporate team members. With over 21,000 courses, it covers virtually every professional skill, including Domino's-specific collections like problem solving, emotional intelligence, understanding franchisee business models, and thriving in a hybrid workplace. More than just a course library, LinkedIn Learning is a powerful career development tool. You can create personalized learning paths, explore role guides that provide curated learning content for specific positions, and earn certificates and certifications to showcase your achievements. Whether you're focused on personal growth or supporting your team's development, LinkedIn Learning offers the resources you need to succeed.

**Business Unit-Specific Learning Resources**

In addition to Learning Hub and LinkedIn Learning, business unit-specific educational resources are available for team members. These role-specific resources provide focused learning materials tailored to the needs of different roles within Domino's. For example, specialized content for business units, like the Supply Chain Driver Development Program, Supply Chain orientation and leadership development, or department-specific guides can be found within your business unit's designated platforms or sites.

## MANAGER IN TRAINING PROGRAM

Domino's offers an outstanding manager-in-training program for its Team USA store team members. This comprehensive, hands-on program includes learning for Assistant Managers aspiring to become General Managers. Please contact your Manager of Corporate Operations or Human Resources representative for additional information.

## DOMINO'S PIZZA PREP SCHOOL

Pizza Prep School is an intense training class where non-store team members and business partners immerse themselves into the Domino's store culture.

Participants learn about store operations in classroom sessions all while operating the Pizza Theater store located in the WRC. Specialists and Coaches develop the participants' skills, including order taking, pizza making, oven tending, routing, and safe delivery. Pizza Prep School also allows the participants an opportunity to visit stores in the nearby TUSA Market to experience a true "Rush". The training culminates with a written final exam and a timed individual pizza making test.

This award-winning training program also teaches teamwork, leadership, and performance coaching techniques. When participants complete this training, they have a new appreciation for the daily responsibilities of store team members and are more equipped to positively impact store operators.

## PERFORMANCE ACHIEVEMENT

Exceptional people are the core of our business. Domino's strives to recognize your individual performance and enable you to realize career development opportunities. We have a performance achievement process to assist team members in meeting this goal. The process helps you and your supervisor communicate about:

- Your performance objectives
- Feedback on your progress
- New goals and objectives
- Career and skill development

Please consult with your supervisor for more details.

## INTERNAL JOB OPPORTUNITIES

Domino's is committed to putting people first and our fair and equitable internal recruiting strategy supports the growth and development of our people. At Domino's, we encourage promotion and lateral moves within the Company.

After completing one year in your current position, you may be eligible to apply for other jobs within the Company. Domino's store, supply chain center, or office team members interested in applying for new job opportunities should notify their immediate manager and complete the internal job application provided they are in good standing. Available corporate positions are posted on our internal job site that can be found at login.dominos.com by clicking on the "Internal Jobs" icon. It can also be accessed through jobs.dominos.com when you switch over to the Internal Corporate job site. Domino's reserves the right to hire the best qualified candidate for each open position, including external candidates, at its sole discretion. Store drivers and customer service representatives interested in a Team USA store management position should notify their General Manager, Manager of Corporate Operations, or Human Resources representative.

## CAREER FRAMEWORK

At Domino's, we're career-focused and the Career Framework Job Catalogue is your roadmap. To access this roadmap, go to PieNet. Choose Corp Resources > Personal Development > Career Framework Job Catalogue

We have adopted a career structure that emphasizes opportunity & development possibilities and rewards team members as they gain experience, new skills, and aligns with their contribution to the Company. Specifically, Domino's supports a high performance, quality environment and provides many choices for career growth:

- **Developmental job changes** occur when a team member moves to a different job within a job function or family that supports cross-training, puts emphasis on teamwork and opens broad-based career paths. A developmental job change involves a move within the same career level.
- **Promotions** are job changes where job responsibilities increase significantly, and a team member normally moves from a lower career level to a higher career level.
- **Realignments** are job changes led by team member choice to a lower career level to pursue other areas of career development.

Through the Team Member Self Service (TMSC) website, team members can also update their personal training and development information, including areas to document certifications, prior work experience, and training.

## FRANCHISING: GREAT OPPORTUNITIES FOR GREAT OPERATORS

Domino's 60-year history has been built on great franchisees and team members running great stores. Requirements to become a franchisee include, but are not limited to:

- Demonstrated success as a General Manager of a Domino's store for a minimum of one year
- Demonstrated ability to maintain high service, and drive sales & profits
- Experience with hiring, training, and motivating your team
- Minimum of $50,000 in liquid capital
- Strong credit rating

If you have the desire to become a great Domino's franchisee, contact Domino's New Franchisee Engagement today at franchising@dominos.com.

## RELOCATION

Domino's offers a relocation experience that leads to personal growth, further career development, and is proven to be mutually beneficial. Domino's relocation programs provide relocation assistance to eligible team members to support them and their applicable family members during their relocation at the Company's request.

These programs are intended to facilitate a timely transition to the destination location, minimize out-of-pocket expenses to the team member while effectively managing Domino's costs, and comply with Internal Revenue Service regulations. Domino's partners with a third-party relocation management company who assists in the coordination of the relocation benefits and services.

If a team member voluntarily terminates employment with Domino's or is involuntarily terminated with cause (including but not limited to violation of Company policy, intentional misconduct, gross negligence in performance of job duties, and insubordination) within two years of the effective date of the new position, they will be required to reimburse Domino's of all the relocation expenses incurred on their behalf as set forth below:

| Length of Service from Effective Date of New Position | % Due Back to the Company |
|---|---|
| 0-12 Months | 100% |
| 13-24 Months | 50% |

To be eligible for this relocation benefit, team members must sign a Relocation Agreement or other similar document outlining the terms and conditions of the Relocation Program. If there is any conflict between this policy and the Relocation Agreement or other similar document, the Relocation Agreement supersedes this policy and is controlling. The Company reserves the right to grant or decline relocation assistance at its sole discretion. Please contact your Human Resources representative with any questions.

# We Keep Communication Open

## COMMUNICATION AVENUES

Open communication and sharing information are vital for our Company. Team members perform best when they know what's happening in the Company, where they fit and how their contributions make a positive impact. In addition to individual and office-level communications, we have an extensive corporate communications program.

## DOMINO'S WEBSITE (*dominos.com*)

*Dominos.com* is the primary access for our customers to order online, see their local menu and coupons, and get quick access to store contact information. This interactive ordering channel is also used to create awareness around key programs, such as gift cards, St. Jude donations, partnership promotions and sweepstakes. The key focus of this site is to get customers to order pizza!

## PIENET (*pienet.dominos.com*)

This internal website provides corporate team members with Company news, best practices, videos, training materials, safety, security and loss prevention information, and much more. There's also a mobile app for iOS and Android if you'd like to check out the news or post to the PieNet Social Feed on the go.

## DOMINO'S JOBS WEBSITE *(jobs.dominos.com)*

This interactive website allows people around the country to view available positions and career opportunities within the Domino's brand. Our internal job site allows internals to peruse corporate jobs when they are ready for their next opportunity.

## DOMINO'S BUSINESS WEBSITE *(biz.dominos.com)*

This website provides information to investors, the media and the general public about all things related to the business side of the Domino's brand. The site covers everything from our history and where we operate in the world, to our latest DPZ earnings report.

## DOMINO'S DISH

Domino's Dish is a weekly electronic communication for all corporate team members at the WRC, in supply chain centers and Team USA stores. It includes news that employees and their families need to know, like benefits information, and also things they need to take action on in their roles, details about new internal positions, team member moves and promotions, company-wide events and more. This communication is emailed to corporate team members every Monday. The Domino's Dish should be read each week during normal working hours.

## THE RUSH

The Rush is a weekly electronic communication for the Domino's system that is written in a fun, conversational tone, and contains pertinent news and information about the Domino's brand and its competitors. This communication is emailed to Domino's franchisees and their designees, along with corporate team members every Monday. The Rush should be read each week during normal working hours.

## ORIENTATION

We are excited that you made the decision to join Domino's and we want to help you learn about our history, how the pizza business works and our unique culture. During New Hire Orientation we will focus on what matters most; our people, our communities and opportunities to grow. You will have the chance to meet senior leaders and other Dominoids, ask questions, and learn about the benefits of working at Domino's.

New Team USA store team members must attend a New Team Member Orientation ("NTO") class prior to working in a store. This is an opportunity to learn more about Domino's – our history and culture, benefits, future opportunities with the Company, and policies and procedures. We encourage questions!

We're committed to providing you with a fantastic Team Member experience at Domino's right from the start. No matter where you work – a supply chain center, in the field or at the World Resource Center – thank you for joining us. We are so happy to have you on our team.

## TOWN HALLS

These are opportunities for team members working across the globe to ask questions and learn about current initiatives from our CEO, Russell Weiner, and other team members leading important projects for the Company.

## DIGITAL SIGNAGE

We have digital screens located throughout the WRC, supply chain centers and in the back of house in Team USA stores where slides, created by Communications and local leadership, rotate with pertinent information and timely reminders. This is a great way to communicate with our busy frontline team members. These digital screens are the property of Domino's.

## TEAM MEMBER SERVICE CENTER

The Team Member Service Center is your primary entry point to the following:

- Human Resources Shared Services
- The Domino's Partners Foundation

The hours of operation are as follows:

- Team Member Service Center, Monday through Friday, 9 a.m. - 9 p.m. EST

You can reach the Team Member Service Center by:

- **Email:** PeopleFirstServiceCenter@dominos.com
- **Phone:** (877) 921-TEAM or (877) 921-8326
- **Chat:** *Chat.TMSC.dominos.com*
- Fax: (800) 608-6014

Our representatives can assist Domino's team members with Human Resources related questions or issues, including the following:

- Human Resources Self Service access (tmsc.dominos.com)
- Company policies and procedures
- Payroll (pay stubs, paper checks, direct deposit, paycards, time reporting, bonus questions, etc.)
- Paid time off
- Benefits inquiries, including how to enroll, how to navigate Destination Health, etc.
- Leaves of absence, including medical, personal, etc.

## HUMAN RESOURCES SELF SERVICE (tmsc.dominos.com)

The Human Resources Self Service section of the Team Member Service Center website allows team members to access their personal and payroll information 24 hours a day, seven days a week. This site uses industry-standard security and encryption technology. Team members can use the website for tasks that include, but are not limited to, the following:

- Review and update your address, and email information
- Review and request an update to your name
- View past and current pay stubs
- Enter paid time off
- Change federal, state, or local W-4 elections
- View your federal, state, or local W-2 and request reprints
- View important acknowledgements
- Elect or change your method of payment, including direct deposit or paycard
- Enter voluntary payroll deductions for the Domino's Partners Foundation
- Update your team member profile (education, training, certifications, languages, etc.)

When logging into the Human Resources Self Service section on the tmsc.dominos.com website using an employee identification number and password, a team member is creating an electronic signature. This electronic signature is a way to sign an electronic message that identifies and authenticates a particular person as the sender of the message and indicates the person's receipt and approval of the information contained in the message.

For security purposes, you will be prompted to change your password upon your initial login and again every 90 days. Please also take a moment to set up a security question from the Change Password page. This will allow you to reset your password yourself in the event it is forgotten in the future. Team members sharing their password, using, or attempting to use another team member's password, and/or engaging in the unauthorized manipulation of another team member's employee information or data will be subject to disciplinary action up to and including termination of employment. If you believe that any of these actions have been taken with respect to your password or employee information or data, you should immediately contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM.

## OPEN-DOOR COMMUNICATION

When you have a question or concern about your job or work environment, we encourage you to take the following steps:

- Talk to your supervisor about your question or concern. We prefer to allow your supervisor to have the first opportunity to resolve your question or concern.
- Talk to their supervisor, who will investigate your question or concern and provide a response as soon as possible.
- If your question or concern is still unresolved or involves your supervisor, contact your Human Resources representative.
- If your question or concern has still not been resolved to your satisfaction, if you do not feel comfortable raising your question or concern with the individuals identified in the previous steps, or if you wish to remain anonymous, you can call NAVEX at (844) 850-2250 or go online at www.dominos.ethicspoint.com.
- At all times, you are free to discuss any question or concern you have with your Human Resources representative. Human Resources' door is always open.

While the Company may not be able to resolve every issue to a team member's satisfaction, the Company will listen to the team member's questions or concerns and have open and frank discussions with the team member. Specific contact information for the individuals listed above is posted in your worksite.

### EMPLOYEE RELATIONS DEPARTMENT

The Employee Relations Department is available to support our team members who have workplace-related issues or concerns. The goal of the Employee Relations Department is to address and resolve employee concerns while ensuring fair treatment for all team members and promoting a healthy workplace culture. The contact number for the Employee Relations Department is 833-670-0495. The Department is here to support all team members and ensure a positive work environment for all. Team members are encouraged to continue to utilize the avenues outlined in the open-door communication policy, before reaching out to the Employe Relations department with work-related questions or concerns.

### ARBITRATION

Domino's prides itself on treating its team members fairly and has implemented extensive procedures to ensure that any team member issues that are brought to our attention are resolved quickly and appropriately. However, for those rare situations where we cannot resolve employment disputes through these internal procedures, we have introduced the Domino's Arbitration Program. If a team member or the Company has a dispute subject to arbitration which was not able to be resolved satisfactorily by the team member's managers, Human Resources representative, or through the other internal procedures available, team members who have agreed to be subject to the Arbitration Program can simply visit adr.org or call (800) 778-7879 to obtain the forms necessary to initiate arbitration.

# We Make Things Convenient

### WAGE PAYMENT OPTIONS

Domino's offers our team members several methods through which they can elect to receive their wages: direct deposit, paycard, or paper check mailed to their home address (only where required by applicable law). Team members can elect (or change) their method of payment through the Team Member Service Center website at *tmsc.dominos.com*. To learn more about these options team members should visit tmsc.dominos.com. Team members should contact the Team Member Service Center at (877) 921-TEAM or *Chat.TMSC.dominos.com* with any additional questions or to request assistance regarding payment methods.

### EMPLOYMENT AND INCOME VERIFICATION

The Company cooperates with federal, state and local agencies in providing employment verifications.

THE WORK NUMBER®, a service of Equifax, is the Company's authorized employment and salary verification service. THE WORK NUMBER® provides team members with an automated process to handle employment and income verifications. This fast, secure service is used for mortgage applications, reference checks, loan applications, apartment leases, and anything else that requires proof of employment or income. It is quick, accurate, and best of all, easy. To allow salary information to be available to a verifier, a salary key must be created.

Call (800) 367-2884 with a PIN (last four digits of your SSN and MMYY of your birth date) and the Company code: 10386. Requested information can be printed directly from THE WORK NUMBER® website at *theworknumber.com* or voiced and/or faxed to verifiers who access the system by calling (800) 367-5690. All written verification requests should be forwarded to THE WORK NUMBER®.

It is our policy to only utilize this means to verify income and employment with Domino's. Please refer all verification requests directly to THE WORK NUMBER®. Supervisors should not perform the functions we have assigned to THE WORK NUMBER® and should refer all verification requests to (800) 367-5690. If you are unable to access or use the means identified in this policy to verify income and employment due to a medical condition and/or disability, please contact the Team Member Service Center at (877) 921-TEAM.

# We Save You Time and Money

## TEAM MEMBER DISCOUNT PROGRAMS

Domino's has made arrangements with a number of national product and service providers to pass on discounts to our team members. Discounts are offered on things such as entertainment, travel, shopping, banking, and other services at numerous national chains. The perks are updated frequently, so check out Destination Health at *benefits.dominos.com* and PieNet.

## ON-SITE EATING OPTIONS

These eateries are conveniently located on the first floor of the WRC for your enjoyment:

- **EBA Cafeteria:** Open for breakfast and lunch (7:30 a.m. - 2 p.m. ET).
- **Bison Bistro:** Need lunch on the run? Pre-made sandwiches and snacks are offered near Lobby C (8 a.m. - 3 p.m. ET).

## ON-SITE FITNESS CENTER

Anyone who is based out of the WRC qualifies for a free membership to Domino's Farms Fitness Center. This includes full time employees, part-time, contractors, and interns. Employment verification and a membership form will be needed for each member. Anyone who does not meet those requirements can still join at our sponsored member rates.

Membership rates, membership form, facility features, and much more can be found at dffc.dominosfarms.com.

## MAIL SERVICES

Forget to mail that bill? There's a U.S. Post Office on the first floor of the WRC for your postal needs.

## TEAM MEMBER CARRYOUT FOOD DISCOUNT PROGRAM

Active Team USA store team members are eligible for a 50% discount on carryout food purchases from the Team USA store at which the team member works. The team member must be present when picking up the carryout order to be eligible for the discount. Please contact your manager for details and restrictions regarding this discount program. The Company reserves the right to deny a discount in its sole discretion.

## Employee Meal

At Domino's, we recognize the value of our employees and their well-being. Providing a meal during an eligible work shift is one way we show appreciation for their hard work and dedication. This policy outlines the procedures and guidelines for employee meals.

Employee meals contribute to a positive work environment, enhance job satisfaction, and improve overall morale. By offering this benefit, we aim to create a supportive atmosphere where employees feel valued and motivated.

In order to be eligible for an employee meal, a team member must meet the following requirements:

- Must be an active TUSA Store team member, scheduled for and work a minimum of a 2-hour shift.
- Team members are afforded a single-use meal, defined as one entrée and one drink.
- The team member must place this order as a customer, and the food item must be made by another on-duty team member to ensure proper portioning and reduction of waste. For team members that do not meet the scheduling requirement to receive an employee meal, the Team Member Carry-Out Food Discount Program will apply. Any deviation or non-compliance with this policy will be subject to disciplinary action, up to and including termination.

# We Have Fun

## FUN EVENTS

The Domino's event team creates opportunities for team members to connect with colleagues through our Moments That Matter.

We celebrate milestone service anniversaries and recognize exceptional team member contributions with special awards and receptions. We also have moments to gather, like our annual Boo Day that invites families to trick or treat at the WRC. You might even be surprised in the moment with a spontaneous treat to welcome the seasons (like a hot cocoa cart, ice cream truck, or hot cider and donuts.)

## DOMINO'S CHEER

When we get together at Domino's, we can get pretty excited. Here's a cheer we often shout to celebrate our success:

| | |
|---|---|
| **"Who are we?"** | **"Domino's Pizza!"** |
| **"What are we?"** | **"Number 1!"** |
| **"What's our goal?"** | **"Sell more pizza, have more fun!"** |

## DEPARTMENT OUTINGS

During the year, individual departments may take time to celebrate hard work and team accomplishments. Team building activities are a great way for team members to spend personal time with peers, including some who they may not work with on a regular basis.

# We Support Our Team Members and the Community

Domino's believes that it is essential to support charitable organizations that benefit the communities where our team members and customers work and live. We're committed to supporting local and national causes that align with our vision and guiding principles.

## ST. JUDE CHILDREN'S RESEARCH HOSPITAL®

St. Jude Children's Research Hospital®
Finding cures. Saving children.

Domino's has been a proud supporter and strong ally of St. Jude Children's Research Hospital since it was named as our national partner in 2004. The mission of St. Jude is to advance cures, and means of prevention, for pediatric catastrophic diseases through research and treatment. No child is denied treatment based on race, religion or a family's ability to pay. Families never receive a bill from St. Jude for treatment, travel, housing or food — because all a family should worry about is helping their child live.

As part of our alliance with St. Jude, we assist them with national fundraising efforts through the *Thanks and Giving*® campaign. Since our partnership began in 2004, Domino's has raised more than $126 million for St. Jude, thanks to the generosity of our customers and the support of our store and corporate team members.

In 2013, St. Jude and Domino's opened the Assessment and Triage Center, Delivered by Domino's. This is the first place that families visit each day at St. Jude. In 2015, the Domino's Event Center opened its doors on St. Jude's campus. In 2020, Domino's announced a $100 million commitment to build The Domino's Village – St. Jude's newest housing facility. This 140-unit building opened to St. Jude families in 2023 and accommodates patients and families for both short-term and long-term stays. The Domino's Village acts as a peaceful, fun home away from home for patients going through treatment, and their families.

In 2024, Domino's announced a historic commitment to St. Jude – to raise $300 million by 2034, in celebration of 30 years of partnership. This is St. Jude's largest corporate commitment to date and will ensure the hospital can continue to carryout it's lifesaving mission.

In addition to fundraising for this incredible organization, Domino's corporate and franchise team members across the US participate in the annual St. Jude Walk/Run – a fun, family friendly event that raises awareness for St. Jude.

## FUTURE FARMERS OF AMERICA

Domino's knows there would not be pizza if we didn't have farmers, which is why we've been a proud supporter of the National FFA since 2017. FFA is an intra-curricular student organization for youth interested in agriculture.

Since our partnership began, Domino's has funded over 100 collegiate scholarships and more than 90 supervised agriculture experience grants (SAEs) - an opportunity for students to pursue hands-on, independent learning experiences. In addition to scholarships and SAEs, Domino's support of FFA helped fund the development of sustainable agriculture education resources, supports workforce development in careers relating to food products and processing, and aids local chapters across the country. As a pizza company, Domino's appreciates the farmers who work hard every day to produce the food used in our restaurants, and we take pride in supporting FFA.

## COMMUNITY SUPPORT

Domino's is proud to support local organizations across the country where we have corporate operations. Our brand is involved with nonprofits who conduct work that falls within our three giving priorities – Food & Housing Insecurity, Agriculture & Environmental Responsibility, and Empowerment.

Through monetary and in-kind contributions, Domino's supports over 200 local nonprofits annually who work to strengthen our communities. In addition to these contributions, Domino's team members enjoy pursuing

volunteer opportunities to further our impact. In 2018, Domino's launched our annual corporate holiday giving initiative wherein team members get the opportunity to elect organizations they want Domino's to donate to. In addition, Domino's franchisees often conduct their own charitable work in the communities where they own stores.

Stores across the country graciously deliver pizzas to people in unexpected times of need. We put corporate dollars behind that effort to amplify our franchisees' good work. Our system has a unique ability to help in times of crisis by doing what we do best – efficiently bringing someone a fresh, hot meal when others can't.

## PARTNERS FOUNDATION

Dominos Partners Foundation is a non-profit, independent organization founded to assist qualifying corporate and franchise team members in times of crisis, tragedy or hardship. Assistance is based on financial need and any award provided is a gift, not a loan, benefit, or part of any insurance plan.

Each year, the Partners Foundation strives to serve its mission of "team members helping team members" by aiding more Domino's franchise and corporate team members than the previous year. 2023 exemplified this as the Partners Foundation distributed $2.75 million in assistance to nearly 2,000 active franchise and corporate team members, including $200,000 to team members in Turkey following the devastating earthquake there in February 2023.

Situations vary from natural disasters (flood, fire, hurricane, earthquake) to personal/family illnesses, accidents, or death of a team member or close family member. One of Partners largest categories for assistance is medical crises, accounting for 40 percent of Partners assistance to franchise and corporate team members in 2023. Medical crises include dental and mental health needs.

More than 80 percent of Partners annual funds are raised through team member payroll deductions where the average donation was just $1.25 in 2023.Other sources of funding include special events at regional, national, and international meetings, and other Company and franchise-wide projects. If you are interested in supporting the Foundation through payroll deduction, please log onto *tmsc.dominos.com* and select *Partners Foundation.*

To apply for assistance or for more information, Partners Foundation can be reached at (734) 930-3297 or contacted by email at *partners@dominos.com*.

# We Provide a Comprehensive Total Rewards Program

## TEAM ACHIEVEMENT DIVIDEND (TAD) CELEBRATION

Each year, the Company sets an EBITDA (Earnings Before Interest, Taxes, Depreciation, and Amortization) goal, which is how much money we strive to bring in by year end. If we meet or exceed that dollar amount at the end of the year, we celebrate as a Company! For more information regarding our company's TAD plan and eligibility, please see your Human Resources representative.

## AWARD PROGRAMS

Domino's believes it is extremely important to celebrate and recognize the achievements of our franchisees and team members all over the world, and we do that very well! The following are just a few of the more formal ways we recognize achievements.

### Recognizing Exceptional People

The Recognition (Reppy) Awards recognize those exceptional team members within our WRC and select office-level marketplace positions. These award recipients are recognized at a special event, where their families are invited to attend and enjoy the celebration.

### Global Awards

This is an annual program that rewards team members who consistently reach extraordinary sales and operational performance and motivate others to reach the same level. Awards are granted annually to top-performing franchisees and store managers. We alternate between providing recognition at regional award ceremonies and at our bi-annual Worldwide Rally (a system-wide event that draws nearly 9,000 franchisees and team members from across the globe). Awards range from the coveted Gold Franny award (presented to the top 2% of our franchise owners), to the U.S. and International Managers of the Year, and many more.

### Team USA Awards

Each year we honor the top-performing store managers and marketplace team members who work exclusively in Team USA. Team USA managers, drivers, supervisors, and support personnel are honored with a special program designed just for them.

### Oh Yes You Did! Rewards and Recognition Program

We want to reward Company team members who embody our values, work hard, go above and beyond, come up with great ideas, and improve our processes. "Oh Yes You Did" is an online platform that takes us further down our road to dominant #1 in pizza by helping us create and expose our culture of recognition where people and their contributions are valued and recognized both informally and formally.

- Receive points from people leaders for living our values or for participating in incentives.
- Celebrate the success of others with "free" recognition highlighted on the newsfeed in the system.
- Collect points and redeem them through an online rewards catalog of name-brand products, gift cards, Expedia travel, event tickets and more!
- Team members must redeem any accumulated points within 30 days of their separation date.

### Years of Service Awards

Celebrating exceptional people has always been an important part of the culture of Domino's. Each year on (or near) the company's anniversary, we celebrate the people who have helped make Domino's what it is today. During our Years of Service events, we recognize those team members who celebrated a milestone anniversary (5, 10, 15 years, etc.) during the calendar year. Recipients are invited to come together and celebrate the contributions they have made while working for Domino's. Additionally, those celebrating milestone

anniversaries (years 5 through 25) are awarded a token within Oh Yes You Did! that they can redeem for an item of their choice within the special years of service catalog. Items in the years of service catalog are subject to change without notice. For years of service anniversaries 30 years and up, we handle outside of the Oh Yes You Did! Program.

## TOTAL REWARDS PROGRAMS

We provide Domino's team members with information about all the rewards a team member can earn by working at the Company through the *Total Rewards* program. The program describes all the details that make up a team member's total rewards package, which includes: base pay, benefits, equity participation plans, bonuses, and discount programs. We want to deliver exceptional pay for exceptional performance and recognize our team members' dedication to our vision. Please refer to *tmsc.dominos.com* for more details.

## BENEFITS

### Team Member Eligibility

Team members are eligible for various benefits, dependent on approximate hours worked per week.

### Enrollment

Team members are responsible for enrolling in coverage on the Destination Health site, which is accessible from login.dominos.com. Team members have 30 days from their date of hire or becoming eligible to enroll in coverage.

### Effective Date of Coverage

All benefit elections take effect on your date of eligibility, along with any applicable payroll deductions. Additionally, you will be charged for any pay periods missed. Coverage for your eligible dependents will be effective on the date that your coverage is effective.

### Plan Information

All plan documents, plan summaries and Summary of Benefits and Coverage (SBCs) are accessible on Destination Health and all such plan documents and summaries are controlling.

- Basic Life
- Supplemental Life
- Short-Term Disability
- Long-Term Disability
- Paid Parental Leave
- 401(k)
- Employee Assistance Program (EAP)
- Group Legal
- Adoption Assistance
- Education Assistance
- Employee Stock Purchase
- Business Travel Accident

### Dependent Verification

As part of Domino's dependent eligibility verification process, you will be required to provide documentation for each of your covered dependents. Examples of valid documentation are your marriage certificate and proof of marriage for your spouse, domestic partner Declaration and proof of joint residency for your domestic partner or a birth certificate for your child. You may also be required to submit document(s) to substantiate that your marriage or domestic partnership is current. Coverage will be pended until the required documentation has been approved. Once documentation is approved, coverage will take effect retroactive to your date of hire or date you first became eligible. Payroll deductions will be adjusted to account for any pay periods missed. If you fail to provide documentation, benefits for your dependents will be denied.

### Appeals Process

Team members who have missed their enrollment window and would like to request enrollment must submit an appeal to the Benefits Team by e-mailing benefitsappeals@dominos.com. Each appeal form will be reviewed within 30 days of receiving the form and any supporting documentation. Appeals for New Hire or Life Events must be submitted within 30 days of a missed deadline, and any appeals for Annual Enrollment must be received by February 15th of the plan year in which coverage is being requested. All appeals not submitted within the allotted timeframes will be denied.

For plan details and summaries, please visit *benefits.dominos.com* and click on Destination Health.

## EMPLOYEE STOCK PAYROLL DEDUCTION PLAN (ESPDP)

The Domino's Employee Stock Payroll Deduction Plan gives you the opportunity to buy shares of Domino's common stock at a 15% discount. The plan allows you to own a piece of Domino's and builds financial resources for your future.

There are two enrollment windows each year, and they are from June 1 – June 15 and December 1 – December 15. To be eligible to enroll, you must be a full-time team member, or a part-time team member who worked an average of 20 hours per work for the 6 months before the enrollment period. Additional communications will be distributed to all eligible team members before each enrollment period opens.

## PAID PARENTAL LEAVE

### Description

Domino's Pizza LLC (the "Company") will provide paid parental leave to eligible employees following the birth of an employee's child or the placement of a child with an employee in connection with adoption or foster care. Parental leave includes two separate types of leave: childbirth medical recovery leave and bonding leave. The purpose of childbirth medical recovery leave is to enable the birthing employee to medically recover from childbirth. The purpose of bonding leave is to enable the employee to care for and bond with a newborn or a newly adopted or newly placed child. This policy will be in effect for births, adoptions, or placements of foster children occurring on or after January 1, 2025.

### Eligibility

Eligible employees must meet the following criteria:

- Be a full-time, regular employee (temporary employees and interns are not eligible for this benefit).
- Be an active employee on the first of the month following the date he or she completes 6 consecutive months of full-time employment with the Company.

Eligible events are those that occur on or after the team member's date of hire with Domino's. Employees who are on Personal Leave at the time of the birth, adoption, or placement for foster care are not eligible for paid parental leave.

Employees must meet the following additional criteria for childbirth recovery leave:

- Have given birth to a child, and if available to the employee, the employee must file a claim for short-term disability benefits or comparable state paid benefits.

Employees must meet one of the following additional criteria for bonding leave:

- Have given birth to a child.[1]
- Be the parent of a newborn child as identified on birth certificate.
- Have adopted a child or been placed with a foster child (in either case, the child must be age 17 or younger) and provide appropriate legal documentation of the adoption or placement for foster care. Eligible employees who are placed with a foster child and subsequently adopt that child may take bonding leave for both events. The adoption of a child by a new spouse is excluded from this policy.

1 Because the purpose of bonding leave is to enable the employee to care for and bond with a newborn or a newly adopted or newly placed child, bonding leave will not be available if the birth mother is a surrogate mother or if the child is given up for adoption.

### Amount, Time Frame, and Duration of Parental Leave

- Eligible employees will receive a maximum of 8 weeks of childbirth medical recovery leave per birth of a child/children. The fact that a multiple birth occurs (e.g., the birth of twins) does not increase the 8-week total amount of childbirth recovery leave granted for that event.
- Approved childbirth recovery leave may be taken at any time during the 8-week period immediately following the birth of a child/children. Childbirth medical recovery leave may not be used or extended beyond this 8-week time frame.
- Eligible employees will receive a maximum of 6 weeks of bonding leave per birth, adoption, or placement of a child/children. The fact that a multiple birth, adoption, or placement occurs (e.g., the birth of twins or adoption of siblings) does not increase the 6-week total amount of bonding leave granted for that event. Approved bonding leave may be taken at any time during the 12-month period immediately following the birth, adoption, or placement of a child/children. Bonding leave may not be used or extended beyond this 12-month time frame. Eligible employees may take childbirth recovery leave and bonding leave consecutively, but not simultaneously.
- For salaried employees, each week of parental leave is compensated at 100 percent of the employee's base salary rate. For hourly employees, each week of parental leave is compensated based on the employee's: (1) regular hourly rate, excluding any tips, for the normal number of hours typically paid in a work week, measured over the prior twelve weeks, with a maximum of 40 hours per week, or (2) PTO rate, for delivery and service drivers. Bonding leave will be paid on a bi-weekly basis on regularly scheduled pay dates. Childbirth recovery leave will supplement short-term disability benefits in coordination with short-term disability by the Company's third-party administrator (currently Unum).
- Employees must take paid bonding leave in one continuous period of leave and must use all parental leave during the time frames indicated above. Any unused paid parental leave will be forfeited at the end of these time frames.
- Upon termination of the individual's employment at the Company, he or she will not be paid for any unused paid parental leave for which he or she was eligible.
- The Company reserves the right, in its sole discretion, to deny or grant parental leave requests based upon business and/or operational needs. The Company will comply with applicable federal, state, or local law to the extent they are inconsistent with or prevent application of the terms of this policy.

### Coordination with Other Policies and Laws

- Leaves under this policy will run concurrently with leave under the Family and Medical Leave Act ("FMLA") and any other applicable federal, state, and local paid or unpaid leave laws that may apply depending upon the employee's place of employment, and as allowed under applicable law. Thus, for example, any leave taken under this policy that falls under the definition of circumstances qualifying for leave due to the birth or placement of a child due to adoption or foster care, the leave will be counted toward the 12 weeks of available FMLA leave per a 12-month period. All other requirements and provisions under the FMLA and any other applicable federal, state, and local leave laws will apply. Please refer to the Company's Handbook for details on the FMLA and other federal, state, and local leave laws.
- Leaves under this policy will run concurrently with any short-term disability leave/benefits provided to the employee. Any paid leave (including, but not limited to, paid leave under federal, state, and local laws) and short-term disability leave/benefits will be coordinated so as not to exceed 100 percent of the employee's regular, straight-time weekly pay.
- An employee who takes parental leave that does not qualify for or has exhausted FMLA leave will be afforded the same level of job protection for the period of time that the employee is on parental leave as if the employee was on FMLA-qualifying leave.

### Requests for Paid Parental Leave

- The employee will provide his or her Human Resources representative with notice of the request for leave at least 60 days prior to the proposed date of the leave (or if the leave was not foreseeable, as soon as possible). The employee must contact Unum to initiate a leave of absence and complete the necessary leave documents that Unum requests and provide all documentation as required by Unum to substantiate the request. Unum's phone number is 866-779-1054 or www.unum.com. The Company reserves the right to deny a paid parental leave request when foreseeable leaves are not scheduled in advance, when eligible employees fail to provide appropriate documentation, or for any other business reason.
- As is the case with all Company policies, the organization has the exclusive right to interpret this policy.

### Questions or Concerns

Team members with any questions or concerns regarding this policy should contact their Human Resources representative or Unum at:

- Phone: (877) 779-1054
- Online: www.unum.com or download the free Unum Mobile App

## ADOPTION BENEFITS

### Plan Description

The Domino's Pizza LLC Adoption Assistance Plan provides eligible Domino's Pizza LLC (the "Company") team members in the U.S. who are building families through adoption with financial assistance.

### Financial Benefits

Eligible adoption related expenses will be reimbursed up to a maximum of $10,000 for a child and up to a maximum of $12,000 for a child classified as a "special needs" child. A "special needs" child will be defined as a child qualified with special needs as described by each state agency under the Title 4 E Program. The maximum benefit allowed for adopting an eligible sibling group at one time will be $10,000 or $12,000 per child with a $22,000 total maximum.

In addition, the Company will reimburse expenses up to a maximum of $1,000 in an unsuccessful adoption attempt. Team members must show documentation of these charges and are limited to one such reimbursement per calendar year.

- Reimbursement expenses include reasonable costs for:
  - Agency and placement fees
  - Related legal fees and court costs
  - Medical expenses of the birth mother
  - Medical expenses of the child prior to adoption
  - Temporary foster care costs
  - Immigration, immunization and translation fees
  - Transportation and lodging expenses

According to IRS Publication 968, 'Tax Benefits for Adoption', adoption benefit reimbursements are not considered taxable income for state or federal income tax. However, social security taxes, Medicare, and federal unemployment taxes must be deducted from the payment(s). As described below, an adoption reimbursement amount made for the birth of a married couple's child might be taxable income. Voluntary donations or contributions and other costs that are not legally required will not be reimbursable.

### Procedure for Reimbursement

Upon final placement of the child(ren) in the team member's home, he or she should complete the **Adoption Assistance Claim Form**, which can be obtained from the Team Member Service Center. Itemized receipts for expenses incurred should be attached as supporting documentation.

### Leave of Absence under Parental Leave Policy

Team members who adopt a child may also be eligible for up to six (6) weeks of paid Bonding Leave under the Paid Parental Leave Policy. Please review the Parental Leave Policy for more information on eligibility and the process to request a leave.

### Coverage for Dependents under Healthcare Plans

Qualified benefit eligible team members may be eligible to add their adopted child(ren) to their medical, dental, vision and group life insurance policies. In addition, qualified team members may enroll in the Dependent Care and Health Care Flexible Spending Accounts consistent with the Plan's terms.

Team members should complete a Qualified Life Event on Destination Health ***within 60 days*** of birth or adoption and submit a copy of Proof of Birth/Adoption/Placement for Adoption.

### Eligibility

All full-time team members are eligible for adoption assistance on the first of the month following their completion of six consecutive months of service. If adopting spouses are both team members, only one team member can utilize the adoption assistance.

To be eligible for adoption assistance, the adopted child must be under 18 years of age and **may not be a stepchild.** In circumstances where state law treats the newborn of a married couple as a child to one of the spouses and requires the newborn to be legally adopted by the other spouse for parental rights to confer, taxable adoption assistance, for such an adoption, will be available pursuant to the terms of this plan.

**The Company reserves the right**, in its sole discretion, to deny or grant adoption assistance requests based upon business and/or operational needs. As is the case with all Company policies, the Company has the exclusive right to interpret this plan.

### Contacts

Team members with members with any questions regarding the adoption assistance plan can contact the Team Member Service Center at (877) 921-8326.

## EMPLOYEE ASSISTANCE PROGRAM AND MENTAL HEALTH RESOURCES

### Lyra Health EAP

As a Domino's Team Member, you are eligible for Lyra Health Employee Assistance Program (EAP) which offers you free, confidential solutions to life's challenges for you and your family members. You and any members of your household have access to eight free confidential counseling sessions per year with the Domino's EAP. This program is available to you 24 hours a day, 7 days a week.

For more information:

- Call 877.217.9190
- Online at Dominos.lyrahealth.com
- App: Lyra

## EDUCATIONAL ASSISTANCE PLAN

### Plan Description and Degrees Covered

The Domino's Educational Assistance Plan provides eligible team members with financial assistance as they pursue higher education from an accredited college or university.

Team members are encouraged to take classes in pursuit of a degree. Up to two (2) degree programs will be covered for any team member over the course of their career with Domino's. (Associate degrees are excluded if a 4-year degree is then pursued.) However, the two-degree programs cannot be the same degree level, such as two separate Master degrees. Examples of degree combinations eligible for reimbursement include:

- Associate, Bachelor, and Master
- Bachelor and Master
- Master and Doctorate

Domino's has the exclusive right to interpret this Educational Assistance Plan, and may amend, modify, replace or terminate this Educational Assistance Plan, in whole or in part, at any time, in its discretion.

### Defined Terms

"Termination Date" means (1) in the event a team member separates from the company voluntarily, their last day worked; or (2) in the event their employment is terminated by the company, the later of the team member's last day worked and the end of the notice period under any applicable minimum employment standards.

*For Canadian team members: termination for "Cause" means the unilateral termination of a team member's employment by the company for (1) willful violation of company policy; or (2) a reason or reasons that are recognized under applicable law as justifying such termination of employment without the requirement to give any notice of the termination of employment to the team member or provide pay in lieu of such notice, including, but not limited to, any entitlements that may be required upon termination of employment under applicable employment standards legislation.

### Plan Benefits

Domino's will reimburse US, Canadian and Expatriate team members 75% of eligible expenses, up to a maximum of $5,250 per calendar year. Third country team members that are otherwise eligible to participate in the Plan but are subject to taxes on their education assistance reimbursement will receive the same $5,250 benefit maximum in addition to an amount to cover applicable taxes. Eligible expenses include tuition and required textbooks. Fees for parking, student activities, and general supplies are not reimbursable.

If the team member is receiving financial aid from other sources, including the G.I. bill or a scholarship program, the company will reimburse costs in excess of other financial aid up to the 75% maximum reimbursement. CLEP (College Level Entrance Program) tests and entrance exams (for example – GMAT, LSAT, etc.) are not covered.

*For Canadian team members: Domino's intends that reimbursements provided under this Educational Assistance Plan for expenses that satisfy the Reimbursement Rules will not result in a taxable benefit to team members and the amount of the reimbursement is not intended to be included in income. This means that team members may not claim a tuition tax credit for the same expense for which they receive a reimbursement under this Educational Assistance Plan. However, if the Canada Revenue Agency determines that a team member has received a taxable benefit as a result of receiving a reimbursement under this Educational Assistance Plan, and the team member is liable for additional taxes or other amounts as a result, the team member shall be solely responsible for any such taxes or other amounts owing.

*For US Employees – This Plan is intended to qualify as a plan providing qualified educational assistance under Section 127(b) of the Internal Revenue Code (IRC), and, as such, the educational refund is intended to be eligible for exclusion from the employee's income under Section 127(b) of the IRC. The rules and regulations in effect at the time of payment determine taxability of reimbursements under this Plan.

## Plan Eligibility

All regular, full-time team members with a minimum of 12 consecutive months of full-time service are eligible for the Educational Assistance Plan. Team members must be in good standing and actively employed at the beginning and the end of the course work to qualify for reimbursement. For purposes of this Plan, "good standing" means you are not on a performance improvement plan or subject to other disciplinary action and you have received a 3 or higher on your last performance assessment.

## Application Process

All full-time team members are eligible to request assistance once they complete the eligibility waiting period. The Education Assistance Application must be completed, signed by VP of the Division, and submitted to Human Resources – Benefits. The Education Assistance Application must be completed and submitted at least 14 days prior to the start of class(es).

Team members may obtain a copy of the application online at Destination Health under Reference Center / Education Assistance Plan.

## Reimbursement Rules

All of the following must be met in order to be eligible for reimbursement:

1. Courses must be sponsored by an accredited secondary school, post-secondary vocational or trade school, community or junior college, college or university. Correspondence courses do not qualify for reimbursement.
2. The degree must be job-related, and should contribute to the team member's career, performance and/or advancement within the company. It is up to the discretion of the team member's department head and the Human Resources Department to determine if this standard is met.
3. Courses must be approved for reimbursement at least 14 days before class start date.
4. Courses must be completed with a grade of "C" or better or equivalent if different grading scale (or "pass" if the course is graded pass/fail). For courses where no letter grade is given, a certificate indicating satisfactory completion must be provided (A C- is not a reimbursable grade).

## Meet Employment Requirement Set Forth Below

A team member who separates from the company voluntarily or who is involuntarily terminated for Cause and whose Termination Date occurs before an otherwise approved course has been completed will not be reimbursed. The team member will not be entitled to compensation or damages with respect to any reimbursement not paid in accordance with this provision.

Team members involuntarily terminated before an approved course has been completed, for any reason other than for Cause, are eligible for reimbursement when the course has been completed, provided all other requirements are met. Notwithstanding the foregoing, a Canadian team member who is involuntarily terminated, for any reason other than for Cause, and whose Termination Date occurs before an approved course has been completed, is not eligible for reimbursement.

In order to be eligible to receive educational assistance, team members must agree to abide by the following requirements:

- Team members must remain employed by Domino's for 12 calendar months following the date the last class ended. If a team member separates from the company voluntarily or is terminated for Cause and their Termination Date occurs within 12 months of the date the last class ended for which the team member was most recently reimbursed, the team member must pay back a percentage of the reimbursement he/she received within the last 12 months of employment with the company, based on the following scale:

| If a Team Member leaves Domino's within___ of reimbursement... | ...the Team Member must pay back ____% reimbursed during last 12 months of employment |
|---|---|
| 1-6 months | 100% |
| 7-9 months | 50% (6/12) |
| 10-12 months | 25% (3/12) |

** Team Members involuntarily terminated for any reason other than for Cause will not be required to pay back any educational assistance reimbursements. However, if the Canadian team member's Termination Date occurs within 1-6 months of the date the last class ended for which the team member was most recently reimbursed, the team member must pay back 100% of the reimbursement he/she received within the last 6 months of employment with the company.*

# We Provide Time Off

We want our Team Members to have a fulfilling life in and outside of work, so we offer a multifaceted time-off policy.

## VACATION PTO POLICY

### Description

Some states and localities have laws that contain specific obligations and requirements for paid time off. As a result, Domino's Pizza LLC ("Domino's" or the "Company") has developed state-specific or locality-specific policies on paid time off. To the extent such a state-specific or locality-specific policy conflicts with the policy contained herein, the state-specific or locality-specific policy controls for team members employed in that state or locality. If you have any questions regarding paid time off, please contact Human Resources.
Domino's provides a paid time off ("PTO") program that includes separate Vacation PTO and Paid Sick Time. This document covers the Vacation PTO program. Details on Paid Sick Time may be found in the Paid Sick Time Policy.

### Eligibility for Vacation PTO

Eligible employees must meet the following criteria:

- Be a full-time Office, Supply Chain or Team USA store team member, or
- Be a part-time Office or Supply Chain team member

CSRs and delivery experts in Team USA are not eligible for Vacation PTO unless required by applicable state or local law. Temporary employees and interns are not eligible for any PTO program unless required by applicable state or local law.

**Amount of Vacation PTO**

- Vacation PTO is accrued on the schedule set forth in the table below, to the extent consistent with applicable law. Team members are advanced Vacation PTO on January 1st for use during that calendar year.
- The amount of Vacation PTO is provided in accordance with the table on the following page.
- "Years of Service" refers to years of employment completed during the current calendar year.
- "Position" refers to the role or position that the team member holds that determines the appropriate Vacation PTO program (for Team USA team members only). A Team USA team member who is promoted to a full-time position during the year will receive a pro-rated amount of vacation time for the remainder of the year.

| Business | Employment Group | Position (if applicable) | Years of Service | Vacation PTO Program |
|---|---|---|---|---|
| Office | Full-Time Team Members | n/a | 0-3 | 1 day per month, up to 12 days per year |
| | | | 4-6 | 1.5 days per month, up to 18 days per year |
| | | | 7 or more | 1.67 days per month, up to 20 days per year |
| | Part-Time Team Members | n/a | 0-3 | 3.33 hours per month, up to 40 hours per year |
| | | | 4-6 | 5 hours per month, up to 60 hours per year |
| | | | 7 or more | 6.66 hours per month, up to 80 hours per year |
| Supply Chain | Full-Time Salaried Team Members | n/a | 0-3 | 1 day per month, up to 12 days per year |
| | | | 4-6 | 1.5 days per month, up to 18 days per year |
| | | | 7 or more | 1.67 days per month, up to 20 days per year |
| | Full-Time Hourly Team Members and Delivery & Service Drivers | n/a | 0-3 | up to 80 hours per year |
| | | | 4-5 | up 120 hours per year |
| | | | 6 or more | up to 160 hours per year |
| | Part-Time Hourly Team Members | n/a | 0-3 | up to 20 hours per year |
| | | | 4-5 | up to 40 hours per year |
| | | | 6 or more | up to 60 hours per year |
| Team USA | Full-Time Team Members | General Managers | 0-5 | Up to 12 days per year |
| | | | 6 or more | Up to 17 days per year |
| | | Assistant Managers | n/a | Up to 6 days per year |
| | Part-Time Hourly Team Members | CSR, Delivery Expert | n/a | Not Eligible |

### Requests for Vacation PTO

- Vacation PTO requires advance approval by your team leader. Pre-approved Vacation PTO requests are subject to modification or revocation by your team leader if you exhaust your Vacation PTO balance prior to taking the Vacation PTO.
- Your team leader has the right, in their discretion, to deny or grant Vacation PTO requests based upon business and/or operational needs.
- With the prior approval of their team leader, team members may borrow against Vacation PTO that they have not yet accrued. In the rare instance your accrued Vacation PTO balance is negative at the end of the year it will be taken against your Vacation PTO balance the following year.
- It is the responsibility of every team member to track and record the number of days used for Vacation PTO throughout the year. Team members who fail to do so, and/or who engage in misrepresentation, will be subject to disciplinary action up to and including termination of employment.
- The team leader shall ensure that appropriate records are maintained and shall approve all Vacation PTO and attendance reports.
- As is the case with all Company policies, the Company has the exclusive right to interpret this policy.

### Administration and Entry of Vacation PTO

- Team members may take Vacation PTO in half day or full day increments, regardless of how many hours make up their workday, except as provided by the FMLA and/or other applicable federal, state, or local law.
- As soon as practical, team members must log their Vacation PTO appropriately via the Human Resources Self Service website, or report the time taken to their manager or designated resource. To access the self-service portal, log on to tmsc.dominos.com. No team member will be paid in excess of 40 hours per week in a week where 40 hours is exceeded because of the use of Vacation PTO.

### Vacation PTO Payment Calculations

- Pay for Vacation PTO shall be at the team member's base salary rate, hourly rate or defined PTO rate for delivery and service drivers.
- Vacation PTO taken on a regularly scheduled workday will be charged the same number of hours as the team member is typically scheduled to work. If an hourly team member typically works a 10-hour shift, they will be charged 10 hours against their Vacation PTO balance (resulting in a total of 8 days of vacation for 80 accrued hours). If a team member is regularly scheduled to work an 8-hour shift, they will be charged 8 hours against their Vacation PTO balance (resulting in a total of 10 days of vacation for 80 accrued hours). Similarly, delivery and service drivers will be charged the same number of hours as their typical route schedule. For example, if a driver typically works three routes per week, they will be charged 13.33 hours against their Vacation PTO balance (resulting in a total of 6 days of vacation for 80 accrued hours).
- When determining a delivery and service driver's pay rate for Vacation PTO, the basis for that calculation will be the team member's gross wages for the previous rolling 12 months. From those gross wages, deductions will be made for any bonuses, gifts, or incentives, or earnings related to sick leave or imputed income. The resulting total will be divided by eligible hours worked in the prior year (for a max of 2080 hours). Delivery and service drivers will be notified of their base pay rate for the following year in December of the current year. If a delivery and service driver has not completed a full year, their Vacation PTO pay rate will be determined by the Company's Human Resources Department.
- On an exception basis, the Company reserves the right to grant additional Vacation PTO, in its sole discretion. In this event, the team member shall receive the additional Vacation PTO until the year he/she qualifies for additional time according to the current policy's years of service requirement.
- On occasion, the Company may dictate that Vacation PTO must be taken due to Company shutdowns or other requirements. All such mandatory Vacation PTO time must be approved by an appropriate leadership team member and the Executive Vice President of Human Resources.

- When a holiday recognized by the Company falls on any day of the week during which a team member is on Vacation PTO, holiday pay will be received for that day and Vacation PTO time will not have to be used. Pay in lieu of Vacation PTO is not permitted, except where applicable state or local law dictates otherwise. Vacation PTO time does not count as "time worked" for purposes of calculating overtime.

**Carry Over Vacation PTO**

- We encourage you to enjoy time away from work and take advantage of all Vacation PTO earned each year, without going over your allotted time. However, up to 40 hours of unused Vacation PTO may be carried over for use in the following year but any carryover amount will not be subject to a Vacation PTO payout upon separation, unless required by applicable state or local law. Unless otherwise required by applicable state or local law, any unused Vacation PTO in excess of 40 hours cannot be carried over from one year to the next and will be forfeited at the end of the year. Team members must use any carryover Vacation PTO prior to using Vacation PTO earned within the current calendar year.
- Certain state and local laws may require that all unused annual Vacation PTO be paid to the team member at the end of the year. In these jurisdictions, there will be no carryover of Vacation PTO.

**Leave of Absence and Termination**

- Unless required by applicable law, no Vacation PTO may be earned during any unpaid leave of absence. Vacation PTO may be earned again when the team member returns to work.
- Vacation PTO is not paid out at termination of employment, unless required by applicable state or local law.

**Coordination with Other Policies and Laws**

- Team members eligible for Short-Term Disability ("STD") benefits must use available paid time off to receive compensation during the first week of illness, or the applicable waiting period in the event of an accident, both of which are unpaid under the current policy. Consult the STD policy for more information on how pay is determined for extended illnesses or accidents.
- To the extent permissible under applicable law, team members must use all available paid time off before they will be authorized to take unpaid time off.
- For full-time Team Members that are eligible for paid sick and medical leave under Michigan laws, any needed time off for reasons covered under those laws will be provided first under the Paid Sick Time Policy and then up to an additional 32 hours annually from this Vacation PTO Policy.
- For Team Members that are eligible for paid time off under the Minnesota Earned Sick and Safe Time law, any needed time off for reasons covered under that law will be exclusively provided under the Company's Paid Sick Leave Policy. Therefore, time off for reasons covered under that law will not be available to those Team Members under this Vacation PTO Policy.

**Questions or Concerns**

- Employees with any questions or concerns regarding this policy should contact their Human Resources representative or the Team Member Service Center at:
  - Phone: (877) 921-8326
  - Chat: chat.tmsc.dominos.com
  - Email: PeopleFirstServiceCenter@dominos.com

## PAID SICK TIME POLICY

Domino's Pizza LLC ("Domino's" or the "Company") recognizes that employees will need time off from work to address their own medical needs, those of family members, and for related purposes. To the extent that applicable state or local laws mandate the accrual and use of paid sick time ("PST"), this policy is intended to ensure that all eligible employees who regularly work in those jurisdictions receive PST in accordance with applicable law. PST under this policy is not being provided in addition to any applicable pre-existing PST policies or Domino's Emergency/Medical Paid Time Off ("PTO") policy, which are now superseded by this policy.

### Eligibility

This policy applies to all regular full-time and part-time employees. Temporary employees and interns are not eligible for PST under this policy unless required by applicable state or local law.

### Full-Time Employee Accrual

Beginning on the first day of employment, and on the first day of each subsequent annual period, eligible full-time employees will be provided with forty (40) hours of PST, except in state or local jurisdictions where additional PST is required, as show in Attachment A.

PST may be used during the annual period in which it is received. Accrued but unused PST will carryover at the end of each annual period only as required by applicable state or local requirements as shown in Attachment A. For more information on annual carryover requirements under applicable state and local law, see Attachment A. Unless required under applicable state or local law, any unused PST will not be paid out annually or upon termination or resignation of employment.

### Part-Time Employee Accrual

Beginning on the first day of employment, eligible part-time employees may accrue PST at a rate of one (1) hour accrued per 30 hours worked annually up to a maximum of forty (40) hours. Employees may accrue PST in an amount consistent with applicable state or local PST laws as shown in Attachment A. Employees will not accrue PST during an unpaid leave of absence.

PST may be used during the annual period in which it is received. Accrued but unused PST will carryover at the end of each annual period up to a maximum of forty (40) hours. Applicable state or local requirements may allow for carryover of more than forty (40) hours of PST as shown in Attachment A. For more information on annual carryover requirements under applicable state and local law, see Attachment A. Unless required under applicable state or local law, any unused PST will not be paid out annually or upon termination or resignation of employment.

### Use of PST

Eligible employees may use accrued PST beginning on their date of hire, or otherwise consistent with applicable state or local law. Eligible employees may use PST, where consistent with applicable state or local paid leave requirements, to:

- take unscheduled time off for emergencies, for example, a flat tire; or
- attend appointments or receive care for the employee's own physical or mental illness, injury, or medical condition, including conditions requiring home care, professional medical diagnosis or treatment, or preventive care; or
- attend appointments or provide care for an eligible family member's physical or mental illness, injury, or medical condition, including conditions requiring home care, professional medical diagnosis or care, or preventive care; or
- address the psychological, physical, or legal effects of domestic violence, harassment, sexual assault, or stalking involving an employee or a family member, or where applicable, a "household member" (including stepparents and stepchildren, grandchildren, current and former spouses and domestic partners, persons who have a child in common, adult persons related by blood or marriage, adult persons who have resided or are residing together, and persons 16 years of age or older who are or were residing together and who are or were in a dating relationship); or

- take time off when an employee's place of business or a child's school or place of care has been closed by order of a public official due to a public health emergency or for other health-related reasons; or
- take time off when an employee or a family member is quarantined by a public health authority or health care provider; or
- care for a family member whose school or place of care has been closed due to inclement weather, loss of power, loss of heating, loss of water, or other unexpected closure; or
- take time off for bone marrow or organ donation by the employee or a family member; or
- take time off for maternity or paternity leave; or
- take time off in connection with an employee's child to attend a school-related conference, meeting, or other event requested or required by a school administrator, teacher, or other professional staff member responsible for the child's education, or to attend a meeting regarding care provided to the child in connection with the child's health conditions or disability; or
- any other reason permitted under state or local law.

The use of PST for other purposes (such as vacation, or "personal days") is prohibited.[1] Specifically, abuse of legally-mandated PST under state or local law may result in disciplinary action up to and including termination. Employees must use PST in increments of at least one (1) hour.

### Notification to Domino's

If the need for PST is foreseeable, employees should provide advance notice as soon as possible under the circumstances, preferably at least seven (7) days in advance. If the need for PST is not foreseeable, employees should provide notice of the need for PST as soon as possible under the circumstances. When unable to report to work or complete a normal work schedule for PST purposes, team members must contact their supervisor as soon as possible to report the reason for the absence (a medical condition itself need not be identified) and when they expect to return. In cases of absences of unspecified duration, in addition to reporting as soon as practicable if the need for time off is not reasonably foreseeable, team members must call in daily to keep their supervisor updated on their expected return-to-work date, unless their medical or other covered condition prevents them from doing so.

### Documentation for PST

If an employee uses PST for more than three (3) consecutive scheduled work days, the Company may require reasonable documentation of the purpose for such leave. If the reason for PST is due to an employee's or a family member's own medical condition, verification from a health care provider is appropriate, but should not explain the nature of the condition and should not result in an unreasonable burden or expense on the employee. If the reason for PST is due to an employee's need for leave related to domestic violence, verification may include a police report, court order or other evidence from the court or a prosecuting attorney, other documentation from a victim advocate, attorney, member of the clergy, a medical or other professional, or an employee's own written statement.

The Company also reserves the right to require documentation verifying an employee's need to use PST, if there are indications of a pattern of abuse, such as repeated use of unscheduled PST on or adjacent to weekends, holidays, or pay day, regardless whether the employee has used PST for more than three (3) consecutive days.

### Compensation for PST

Timekeeping documentation should clearly reflect all PST taken. Employees are required to use the time and attendance system for recording and tracking the use of PST. PST will be compensated at the same hourly rate and with the same benefits as the eligible employee normally earns. PST for delivery and service drivers will be paid consistent with PTO and other paid leaves. When determining a delivery and service driver's pay rate for PST, the basis for that calculation will be the team member's gross wages for the previous rolling 12 months. From those gross wages, deductions will be made for any bonuses, gifts, or incentives, or earning related to sick

[1] Paid Leave for Illinois and Nevada can be used for any reason, including vacation and personal reasons.

leave or imputed income. The resulting total will be divided by eligible hours worked in the prior year (for a max of 2080 hours). Delivery and service drivers will be notified of their base pay rate for the following year in December of the current year. If a delivery and service driver has not completed a full year, their pay rate will be determined by the Company's Human Resources Department.

### Cessation of Employment and Re-Hire

If a part-time employee who accrues PST based on the number of hours worked separates from employment with the Company (whether voluntarily or involuntarily) and is re-hired by the Company within the timeframe required by applicable state or local law as shown in Attachment B, any previously accrued and unused PST will be reinstated and be made available for immediate use. Reinstatement of PST upon re-hire does not apply to full-time employees.

### Information Regarding PST Balance

The amount of an employee's accrued and available PST, in the current pay period and for the year, will appear on each paystub or wage statement. Please review the statement for accuracy and immediately contact the Human Resources Department if you have questions regarding the statement.

### Concurrence with Other Leaves

Absences that qualify under any state or local paid sick leave requirement may also qualify under the federal Family and Medical Leave ("FMLA") or similar state laws. PST related to such absences will be run concurrently with FMLA and state and local leave requirements to which an employee is entitled.

### State and Local PST Compliance

The Company prohibits discrimination or retaliation against employees because of an employee's request for, or use of, legally-mandated PST under state or local law. If you believe that you have been treated unfairly on account of your use of legally-mandated PST, or your request for legally-mandated PST, please immediately report this concern to the Human Resources Department so that the matter may be reviewed and appropriate corrective action may be taken.

### Definitions

For purposes of this policy, and where consistent with applicable law:

- **"Children"** shall include biological, adopted, and foster children, stepchildren, or legal wards of an employee or an employee's spouse, or children for whom an employee or an employee's spouse stands "in loco parentis" or to whom the employee stood "in loco parentis" when the individual was a minor.
- **"Designated Person"** means a person identified by the employee at the time the employee requests paid sick days.
- **"Eligible family member"** shall include an employee's: (1) spouse, (2) children, (3) parents, (4) grandparents, (5) grandchildren, (6) siblings, and, in limited jurisdictions (7) any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship, (8) a designated person.
- **"Grandparents"** and **"grandchildren"** include biological, adopted, foster, and step-relationships of the employee or the employee's spouse.
- **"Parents"** shall include biological, adopted, and foster parents or stepparents of an employee or an employee's spouse, or a legal guardian or person who stood "in loco parentis" to an employee or an employee's spouse as a minor child.
- **"Siblings"** shall include biological, adopted, and foster siblings, step-siblings, half-siblings, and their spouses.
- **"Spouse"** shall include domestic partners, registered domestic partners, civil union partners, life partners, or a designated person of the employee's choice.

Eligible employees should contact Human Resources with questions concerning whether any of the above definitions apply in a particular jurisdiction.

## Attachment A

| STATE | JURISDICTION | ACCRUAL CAPS | CARRY OVER LIMITATIONS |
|---|---|---|---|
| **California** | Statewide | 80 hours ***total.*** | Unlimited (subject to 80 hour total cap) for part-time employees; none for full-time employees. |
| | Los Angeles (workers that work in LA at least 2 hours in one week and 30 days in the year) | 48 hours ***total.*** | 72 hours. |
| | Berkeley, Oakland, and San Francisco CA | 80 hours ***total.*** | 72 hours. |
| **Colorado** | Statewide | 48 hours ***annually.*** | 48 hours for part-time employees; none for full-time employees. |
| **Illinois** | Statewide | 40 hours ***annually.*** | 40 hours annually. |
| **Illinois** | Cook County, IL | 40 hours ***annually.*** | Employees may carry over half their unused paid sick time, up to 20 hours. However, employers subject to the FMLA must allow carryover of up to 40 hours of additional unused paid sick time to use exclusively for FMLA-eligible purposes. But a covered employee who carries over 40 hours of paid sick time for FMLA-eligible purposes, and uses it, may not use more than 20 hours of additional paid sick time during the year. |
| **Illinois** | Chicago, IL | 40 hours paid sick leave. | 80 hours annually for paid sick leave. |
| **Maryland** | Statewide | 40 hours annually. Further, a ***total*** accrual cap of 64 hours applies. | 40 hours for part-time employees. |
| **Michigan** | Statewide | Unlimited subject to 72 hour annual use cap. | 72 hours for part-time employees; none for full-time employees. |
| **Minnesota** | Statewide | 48 hours annually. Further, a ***total*** accrual cap of 80 hours applies. | Unlimited (subject to 80 hour total cap) for part-time employees.<br>No carryover for full-time employees (unused hours paid out at end of the year). |
| **Nevada** | Statewide | 40 hours annually. | 40 hours. |
| **New Jersey** | Statewide | 40 hours annually. | 40 hours. |
| **New York** | Statewide | 56 hours annually.<br>Plus 20 hours for paid prenatal leave during a 52-week period. | Unlimited (subject to 56 hour total cap). |
| **Washington** | Statewide | Unlimited. | 40 hours. |
| | Seattle, WA | Unlimited. | 72 hours. |
| | Tacoma, WA | Unlimited. | 40 hours. |

### Attachment B

| JURISDICTION | REINSTATEMENT PERIOD |
|---|---|
| Arizona | 9 months |
| California | 12 months |
| Berkeley, CA | Not applicable (*but state law would apply*). |
| Oakland, CA | Not applicable (*but state law would apply*). |
| San Francisco, CA | Not applicable (*but state law would apply*). |
| Colorado | 6 months |
| Connecticut | Not applicable. |
| Illinois | 12 months |
| Chicago, IL | Not applicable (but state law would apply). |
| Maryland | 37 weeks. |
| Michigan | 2 months |
| Minnesota | 6 months |
| New Jersey | 6 months. |
| Washington | 12 months. |
| Seattle, WA | 12 months. |
| Tacoma, WA | 12 months. |

## BEREAVEMENT LEAVE

Full-time team members may take up to five days, or 40 hours, of paid bereavement leave in a rolling 12-month period to deal with a death in the immediate family or immediate stepfamily. "Immediate family" for this leave is defined as a spouse, domestic partner, child, parent, brother, sister, grandparent or grandchild, the immediate family of your spouse, stillborn child, anyone that you have served in the role of a parent or anyone that has served you in the role of a parent. Bereavement leave includes, in addition to any other leave under Domino's policies or required under applicable state or local law, absence due to miscarriage or failed adoption. One day of paid bereavement leave is available for the death of a non-immediate family member (e.g., aunt or uncle) in a rolling 12-month period. Part-time and temporary team members are eligible for unpaid bereavement leave, unless otherwise permitted under state or local law.

Subject to applicable state or local law, bereavement leave must be taken within 60 days of the event entitling the team member to take leave under this policy. Multiple qualifying events under this policy do not increase the total amount of paid bereavement leave available within a rolling 12-month period.

Full-time team members must be active in order to take time off with pay for bereavement leave. If you are on any leave including Family Medical Leave, medical, personal, military or workers' compensation, you are not eligible for paid bereavement leave.

Notify your supervisor or Human Resources Representative immediately if you need to take bereavement leave and log your time appropriately within the Human Resources Self Service website. Time off for paid bereavement leave will be paid at your base pay rate. Bereavement leave does not count towards hours worked for purposes of determining overtime.

When a holiday falls on any day of the week during which a team member is taking time off for bereavement, holiday pay will be received for that day and bereavement leave will not be used. For example, if a team member needs Monday through Friday off for the death in the immediate family and Friday happens to be a holiday, the team member will receive holiday pay for Friday and may take an additional day off the following week as the 5th bereavement day.

Dominos reserves the right to request appropriate documentation to substantiate the use of bereavement leave. The Company reserves the right to provide additional bereavement leave for extraordinary circumstances in its sole discretion.

Employees in certain states and municipalities may have different or greater entitlements under state or local laws. Employees with questions should contact Human Resources.

## WITNESS AND JURY DUTY

When team members are summoned for jury or witness duty, they should immediately notify their team leader and provide a copy of the official summons or subpoena. Full-time team members are eligible for up to two weeks, or 80 hours, of paid time off for jury or witness duty (paid at your base pay rate) in a rolling 12-month period. After a full-time team member exhausts 80 hours of paid time off for jury or witness duty, any remaining jury or witness duty time off will be unpaid, unless the team member elects to use other available paid time off. Part-time and temporary team members are eligible for unpaid jury or witness duty time off unless they elect to use other available paid time off. Team members on any leave including FMLA leave, medical, personal, military, or workers' compensation are not eligible for paid time off for jury or witness duty. Team members should maintain contact with their team leader daily to provide an update on their expected return to work date. Any team member on jury or witness duty is expected to return to work when dismissed from jury or witness duty. Jury or witness duty paid time off does not count toward hours worked for purposes of determining overtime. Any exception or extensions to paid time off for jury or witness duty must be approved by the Human Resources Department. Domino's will comply with applicable federal, state, or local law to the extent they are inconsistent with or prevent application of the terms of this policy.

## TIME OFF TO VOTE

The Company encourages all team members to fulfill their civic responsibilities and to vote in official public elections. Generally, working hours are such that a team member will have ample time to cast a vote before or after their work shift. If team members do not have sufficient time to vote, however, that team member should discuss the matter with their supervisor. The Company will comply with all applicable state and local voting time laws.

## PAID HOLIDAYS

The Company currently recognizes the following holidays for purposes of this policy:

- New Year's Day • Memorial Day • Independence Day
- Labor Day • Thanksgiving Day • Christmas Eve
- Christmas Day • New Year's Eve • Martin Luther King, Jr. Day

These covered holidays are subject to change at the Company's sole discretion – a schedule that includes covered holidays is issued at the beginning of each year. Regular, full-time team members will be paid eight hours for each covered holiday with the exception of those who are on a leave of absence and are not eligible to receive holiday pay. Regular, part-time team members whose normal work schedule includes a covered holiday will be paid their regularly-scheduled hours for the covered holiday, with the exception of those who are on a leave of absence and are not eligible to receive holiday pay. Exempt team members will receive their regular weekly salary for any week in which a holiday falls. Temporary team members are not eligible for holiday pay.

Domino's will determine those covered holidays on which corporate offices and Supply Chain Centers will remain open for business. The Company reserves the right to require a team member to work on a holiday.

If a covered holiday falls during a team member's paid time off ("PTO"), then the team member will receive holiday pay and will not need to take PTO for that day.

Team members must work his/her scheduled workday (excluding pre-approved PTO) immediately preceding and following a covered holiday to be eligible for holiday pay.

Non-exempt team members who work on a covered holiday will receive 1.5 times their normal hourly rate for all hours worked on that holiday. Holiday pay does not count toward hours worked for purposes of determining overtime. Absent the approval of the Human Resources department, holiday pay does not count toward days worked for purposes of providing two weeks' notice when separating from employment with Domino's. Exempt salaried team members will not receive extra pay for working on a covered holiday. General Managers will be paid eight hours for each covered holiday, with the exception of those who are on a leave of absence and are not eligible to receive holiday pay. General Managers will not receive extra pay for working on a covered holiday.

Team members who wish to observe holidays other than those listed above may request PTO for this purpose. The Company will comply with any applicable federal, state, or local laws that provide additional or different obligations.

If a team member cannot work a scheduled holiday due to sincerely-held religious beliefs or practices, he or she should notify their team leader or Human Resources representative as soon as possible to discuss potential accommodations.

If a driver is scheduled and works a holiday, he/she is paid eight hours of straight time (holiday) and then one and one-half times their regular wage (miles and weight). The holiday works from 12 midnight of the holiday to 12 midnight. If it is a half-day holiday - it is noon (of the holiday) to midnight. For the hours they work in that time frame they will receive one and one-half times their wage. If the driver does not work the holiday, they are paid eight hours at the "down time" rate.

## DOMINO'S DAYS

Domino's offers extra bonus days off to eligible corporate office team members to extend time off from work for certain holidays. These days will be announced prior to the beginning of each year.

## LEAVES OF ABSENCE

If you need to request a leave of absence, contact your Manager and Unum by calling 888-673-9940 or online at www.unum.com.

## FAMILY MEDICAL LEAVE (FMLA)

Team members may be entitled to a leave of absence under the federal Family and Medical Leave Act ("FMLA"). This policy provides team members information concerning FMLA entitlements and obligations team members may have during such leaves. If team members have any questions concerning FMLA leave, they should contact their Human Resources representative or the Team Member Service Center at (877) 921-TEAM.

### Team Members Eligible for FMLA Leave

FMLA leave is available to "eligible team members." To be an "eligible team member," a team member must:

- Have been employed by the Company for at least 12 months (which need not be consecutive);
- Have actually worked at least 1,250 hours during the 12-month period immediately preceding the commencement of the leave; and
- Be employed at a worksite where 50 or more team members are employed within 75 miles of the worksite
- Special hours of service eligibility requirements apply to airline flight crew employees

### Team Member Entitlement to FMLA Leave

As described below, the FMLA provides eligible team members with a right to leave, continuation of health insurance benefits and, with some limited exceptions, job restoration. The FMLA also entitles team members to certain written notices concerning their potential eligibility for and designation of FMLA leave.

### Basic FMLA Leave Entitlement

The FMLA provides eligible team members up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. For the qualifying reasons set forth below the Company measures the 12-month period in which leave is taken by the "rolling" 12-month method, measured backward from the date of any FMLA leave. Some state law leave provisions may vary from the federal requirements. Consult Human Resources with any questions. Leave may be taken for anyone, or for a combination, of the following reasons:

- To care for the team member's child after birth, or placement for adoption or foster care (such leave must be concluded within 12 months after the birth, adoption, or foster care placement)
- To care for the team member's immediate family member (spouse, domestic partner, child under 18 years of age, or a child 18 and over who is incapable of self-care because of a disability) or parent who has a serious health condition
- For the team member's own serious health condition that renders the team member unable to perform the essential functions of the team member's job; and/or
- Because of any qualifying exigency arising out of the fact that a team member's spouse, domestic partner, child, or parent, who is serving in any branch of the military (including the National Guard or Reserves), has been deployed or called to active duty in a foreign country

## MILITARY CAREGIVER LEAVE

A team member also may be eligible for Military Caregiver Leave to care for a spouse, domestic partner, son (of any age), daughter (of any age), parent, or next of kin who is: (1) a current member of the Armed Forces (including the National Guard or Reserves) and who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness, which is incurred in the line of duty (or for a pre-existing injury or illness which is aggravated in the line of duty) and that renders the service member medically unfit to perform the duties of his or her office, grade, rank, or rating; or (2) a veteran who was a member of any branch of the Armed Forces (including the National Guard or Reserves) and who is undergoing medical treatment, recuperation, or therapy, for a serious injury or illness that occurred in the line of duty (or for a pre-existing injury or illness which was aggravated in the line of duty) at any time within five years preceding the treatment, recuperation, or therapy.

A covered veteran incurs a serious illness or injury for purposes of this paragraph when one of the following occurs:

- The injury or illness makes him or her medically unfit to perform the duties of his or her office, grade, rank, or rating
- It causes the service member to have a Department of Veterans Affairs (“VA”) Service Disability Rating is at 50% or greater
- It is a mental or physical condition substantially impairs their ability to obtain gainful employment
- The VA enrolls the team member in the VA Program of Comprehensive Assistance for Family Caregivers

Eligible team members are entitled to a total of 26 weeks of unpaid Military Caregiver Leave during a single 12-month period. This single 12-month period begins on the first day an eligible team member takes Military Caregiver Leave (as long as it is within five years of the covered service member’s active duty) and ends 12 months after that date. Military Caregiver Leave applies on a per-covered service member, per-injury basis, so that a team member may be eligible to take more than one 26-week period of Military Caregiver Leave, but no more than 26 weeks of leave may be taken during any one 12-month period by a covered team member.

The single 12-month period begins on the first day an eligible team member takes leave to care for the injured service member and ends 12 months later. An eligible team member is entitled to a combined total of 26 workweeks of leave for all FMLA qualifying reasons during the single 12-month period described above. For example, if a team member takes 10 weeks of FMLA leave due to his/her own serious health condition, the team member may take only 16 weeks of Military Caregiver Leave during that same 12-month period.

In addition to the basic FMLA leave entitlement discussed above, an eligible team member who is the spouse, domestic partner, son, daughter, parent, or next of kin of a covered service member is entitled to take up to 26 workweeks of leave during a single 12-month period to care for the service member with a serious injury or illness. Leave to care for a service member shall only be available during a single 12-month period and, when combined with other FMLA-qualifying leave, may not exceed 26 weeks during the single 12-month period.

If spouses work for the Company, and each wish to take leave to care for a covered service member with a serious injury or illness, the spouses may only take a combined total of 26 workweeks of leave during the 12-month period.

### Definition of FMLA-Qualifying Reasons

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves:

- in-patient care (*i.e.*, an overnight stay) in a hospital or medical facility (including any period of incapacity or any subsequent treatment in connection with such in-patient care)
- a period of incapacity of more than 3 consecutive full calendar days, and any subsequent treatment or period of incapacity relating to the same condition that also involves (1) treatment two or more times by a health care provider or under the supervision of a health care provider within 30 days of the start of the incapacity; or (2) treatment by a health care provider on at least one occasion within seven days of the start of the incapacity which results in a regimen of continuing treatment under the supervision of a health care provider

- a period of incapacity or treatment which is permanent or long-term due to a condition for which treatment may not be effective, during which the team member (or family member) must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider
- incapacity due to pregnancy or prenatal care
- incapacity due to a chronic serious health; or
- any period of absence to receive multiple treatments by a health care provider or under the supervision of a health care provider, either for restorative surgery after an accident or other injury, or for a condition that will likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment

A "covered service member" means:

(1) a current member of the Armed Forces (which includes the Reserves and National Guard) or a member of the Armed Forces who is on the temporary disability retired list who has a serious injury or illness incurred in the line of duty on active duty (or a serious injury or illness that existed before active duty and was aggravated by service in the line of duty on active duty) for which he is undergoing medical treatment, recuperation, or therapy, or is otherwise on outpatient status, or is otherwise on the temporary disability retired list; or

(2) veterans who were discharged or released under conditions other than dishonorable and any time during the five year period preceding the first date on which the eligible employee takes leave to care for him/her who has a serious injury or illness that was incurred in the line of duty while on active duty (or a serious injury or illness that existed before active duty and was aggravated by service in the line of duty on active duty) and manifested itself before or after the service member became a veteran and is:

- a continuation of that injury or illness and rendered the veteran unable to perform the duties of his office, grade, rank, or rating
- a physical or mental condition for which the veteran received a VA Service Rated Disability Rating of 50% or greater, which is based in whole or in part on the condition requiring caregiver leave
- a physical or mental condition that substantially impairs (or would do so absent treatment) the veteran's ability to secure or follow a substantially gainful occupation by reason of a disability or disabilities related to military service; or
- an injury on the basis of which the veteran has enrolled in the VA Program of Comprehensive Assistance for Family Caregiver (including a psychological injury)
- A "qualifying exigency" refers to one or more of the following circumstances
- Short-notice deployment: to address issues arising when the notification of a call or order to active duty is seven or less days prior to the deployment
- Military events and related activities: to attend official military events or family support or assistance programs or informational briefings
- Childcare and school activities: for qualifying childcare and school-related reasons for a qualifying child, legal ward, or stepchild of a covered military member
- Financial and legal arrangements: to make or update financial or legal affairs to address the absence of a covered military member; or to act as the covered military member's representative before a government agency regarding military service benefits
- Counseling: to attend counseling provided by someone other than a health care provider for oneself, the covered military member, or a qualifying child, legal ward, or stepchild of the covered military member
- Rest and recuperation: to spend up to 15 days for each period in which a covered military member is on a short-term rest and recuperation leave during a period of deployment
- Post-deployment activities: to attend official ceremonies or programs sponsored by the military for up to 90 days after a covered military member's active duty terminates or to address issues arising from the death of a covered military member while on active duty
- Care of the covered military member's parent if the parent is incapable of self-care; or

- Additional activities: for other events where the Company and the Team Member agree that such leave shall qualify as an exigency and agree on the time and duration of the leave

### Intermittent Leave and Reduced Schedule Leave

FMLA leave may be all taken at once. However, team members also are entitled to take FMLA leave intermittently or on a reduced schedule leave when medically necessary due to a serious health condition of the team member or covered family member. Leave due to qualifying exigencies may also be taken on an intermittent or reduced schedule basis. In these cases, the team member's usual number of hours per workweek or hours per workday will be reduced. In all cases, the leave may not exceed a total of 12 workweeks over a 12-month rolling period. Military Caregiver Leave may be taken intermittently or on a reduced leave schedule when medically necessary, which would be limited to 26 workweeks over a 12-month period measured forward.

A team member may not take intermittent or reduced schedule leave following the birth, adoption, or placement of a healthy child in foster care unless the Company agrees to allow it.

### Scheduling of Planned Medical Treatment (Including Accepting Transfers to Alternative Positions) and Intermittent Leave or Reduced Schedule Leave

When intermittent or reduced schedule leave is required for planned medical treatment, team members must consult with the Company and make a reasonable effort to work out a schedule of treatment which suits the needs of both the Company and the team members so as not to unduly disrupt the Company's operations, subject to the approval of a team member's health care provider. If team members fail to provide notice of the need to take FMLA leave on an intermittent basis for planned medical treatment, the Company may require team members to attempt to make such arrangements, subject to the approval of the team member's health care provider.

When team members take intermittent or reduced work schedule leave for foreseeable planned medical treatment for the team member or a family member, including any period of recovery from the treatment or to care for a covered service member, the Company may temporarily transfer team members, during the period of intermittent or reduced schedule leave required, to alternative positions with equivalent pay and benefits for which the team members are qualified and which better accommodate recurring periods of leave. Time worked in the alternate position would not count toward the team member's FMLA leave entitlement.

### Team Member Responsibilities

Team members must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30-day notice is not possible, or the approximate timing of the need for leave is not foreseeable, team members must provide the Company (supervisor or Human Resources representative) notice of the need for leave as soon as practicable under the facts and circumstances of the particular case. In cases of unforeseeable leave, the employee at a minimum should be able to comply with the Company's call-in policy. Absent unusual circumstances, FMLA leave may be delayed or denied if the employee does not do so.

Failure to follow these practices may result in delay or denial of your leave. This can result in discipline for absences taken prior to FMLA coverage commencing. If a team member fails to give 30-day notice for foreseeable leave without a reasonable excuse for the delay, or otherwise fails to satisfy FMLA notice obligations, FMLA coverage may be delayed for a period of time.

### Notice of Eligibility for and Designation of FMLA Leave

A team member who wants to take FMLA must follow normal call-in policies and procedures and notify the person a team member would normally notify for an absence. Failure to adhere to normal the Company's call-in procedures can result in discipline, as with any other type of leave.

If FMLA applies or is believed to possibly apply, the team member will be required, thereafter, to contact the Human Resources Department to complete a request for leave. The team member will be required to complete prescribed forms requesting leave. Team members requesting FMLA leave are entitled to receive written notice from the Company telling them whether they are eligible for FMLA leave and, if not eligible, the reasons why they are not eligible. When eligible for FMLA leave, team members are entitled to receive written notice of: (1) their rights and responsibilities in connection with such leave; (2) the Company's designation of leave as FMLA-

qualifying or non-qualifying, if not FMLA-qualifying, the reasons why; and (3) the amount of leave, if known, that will be counted against the team member's leave entitlement.

In certain circumstances, even when the Company has not provided the notice and designation, it reserves the right to retroactively designate leave as FMLA-qualifying with appropriate written notice to team members.

### Certifications Supporting Need for FMLA Leave (Unrelated to Requests for Military Family Leave)

Depending on the nature of FMLA leave sought, team members may be required to submit medical certifications supporting their need for FMLA leave. As described below, there generally are three types of FMLA medical certifications: an initial certification, a recertification, and a return to work/fitness for duty certification.

It is the team member's responsibility to provide the Company with timely, complete, and sufficient medical certifications. Whenever the Company requests team members to provide FMLA medical certifications, team members must provide an initial certification or a recertification within 15 calendar days after the Company's request, unless it is not practicable to do so despite a team member's diligent, good faith efforts. The Company shall inform team members if submitted medical certifications are incomplete or insufficient and provide team members at least seven calendar days to cure deficiencies. If the team member fails to provide a timely certification after being required to do so, covered leave may be delayed moving forward until the certification form is finally submitted. Absences counted against the team member for a late certification will not be reversed absent exceptional circumstances. The Company will deny FMLA leave to team members who never return the completed form.

With the team member's permission, the Company (through individuals other than a team member's direct supervisor) may contact the team member's health care provider to authenticate or clarify completed and sufficient medical certifications. If team members choose not to authorize the Company to clarify or to authenticate certifications with health care providers, the Company may deny FMLA leave.

Whenever the Company deems it appropriate to do so, it may waive its right to receive timely, complete, and/or sufficient FMLA medical certifications.

### Initial Medical Certifications

Team members requesting leave because of their own, or a covered relation's, serious health condition, or to care for a covered service member, must supply medical certification supporting the need for such leave from their health care provider or, if applicable, the health care provider of their covered family or service member. A new initial medical certification will be required on an annual basis for serious medical conditions lasting beyond a single leave year.

For purposes of leave to care for a covered service member or covered veteran, an employee may provide certification from the DOD, VA, TRICARE, or a healthcare provider. Leave to care for a covered veteran may also be supported by documentation reflecting a covered veteran's enrollment in the VA Program for Comprehensive Assistance for Family Caregivers. If the foregoing enrollment form is provided, the Company may require the Team Member to provide confirmation of the family relationship to the veteran and/or documentation of the veteran's discharge date and status.

If the Company has reason to doubt initial medical certifications from healthcare providers, including those for covered service members, it may require team members to obtain a second opinion at the Company's expense. If the opinions of the initial and second health care providers differ, the Company may, at its expense, require team members to obtain a third, final, and binding certification from a health care provider designated or approved jointly by the Company and the team member.

Once the Company has received a complete and sufficient certification form from the team member, the Company will advise the team member whether he or she has been approved or denied FMLA and, if possible, will advise how much FMLA will be used.

## Medical Recertification

Depending on the circumstances and duration of FMLA leave, the Company may require team members to provide recertification of medical conditions giving rise to the need for leave. The Company will notify team members if recertification is required and will give team members at least 15 calendar days to provide medical recertification. In the following circumstances, the Company may, in its sole discretion, require recertification of the qualifying reason for FMLA: (1) where the team member needs more leave than the original certification justified; (2) where circumstances and facts cast doubt on the team member's need for FMLA; or (3) when the need for FMLA extends beyond six calendar months. In these situations, the team member will have 15 days in which to provide a completed Recertification form. Failure to provide a recertification may result in a denial of continuation of leave.

## Return to Work/Fitness for Duty Medical Certifications

Team members on FMLA leave must periodically inform the Human Resources Department of their status and intent to return to work while on FMLA leave. Team members returning from FMLA leave must be able to assume all of the essential functions of their jobs upon return, with or without reasonable accommodation. Unless notified that providing such certifications is unnecessary, team members returning to work from FMLA leave taken for their own serious health conditions must provide the Company medical certification confirming they are able to perform the essential functions of the team member's position, with or without reasonable accommodation. This certification from the team member's health care provider must state that the team member is able to resume work. This return-to-work statement is required for all serious health conditions unless the team member has previously provided one for that condition within the past year. If safety issues exist, the Company may require a return-to-work statement every 30 days. The Company may delay and/or deny job restoration until a team member provides a return to work/fitness for duty certification.

## Certifications Supporting Need for Military Family Leave

When seeking qualifying exigency leave for a military member's Rest or Recuperation ("R&R") leave, a copy of the military member's R&R leave or other military documentation setting forth the date of the leave must be provided. A request for Active-Duty Leave must be supported by the Certification of Qualifying Exigency for Military Family Leave form as well as appropriate documentation, including the covered military member's active duty orders or other documentation issued by the military for leaves for qualifying exigencies arising out of a different covered active duty or call to covered active duty status of the same or a different covered military member.

A request for Military Caregiver Leave must be supported by the Certification for Serious Injury or Illness of Covered Service member form or Certification for Serious Injury or Illness of a Veteran for Military Caregiver Leave form as well as any necessary supporting documentation. When leave is taken to care for a service member with a serious injury or illness, the Company may also require team members to obtain certifications completed by an authorized health care provider of the covered service member. In addition, and in accordance with the FMLA regulations, the Company may request that the certification submitted by team members set forth additional information provided by the team member and/or the service member confirming entitlement to such leave.

Once the Company has received a complete and sufficient certification form from the team member, the Company will advise the team member whether he or she has been approved or denied FMLA and, if possible, will advise how much FMLA will be used.

## Substitute Paid Leave for Unpaid FMLA Leave

The Company requires team members to use any available PTO while taking unpaid FMLA leave. The substitution of paid time for unpaid FMLA leave time does not extend the length of FMLA leaves and the paid time will run concurrently with a team member's FMLA entitlement. Leaves of absence taken in connection with a disability leave plan or workers' compensation injury/illness shall run concurrently with any FMLA leave entitlement.

### Protection of Group Health Insurance Benefits

During FMLA leave, eligible team members are entitled to receive group health plan coverage on the same terms and conditions as if they had continued to work.

### Team Member's Pay Their Share of Group Health Insurance Benefits

During FMLA leave, team members are entitled to continued group health plan coverage under the same conditions as if they had continued to work. Unless the Company notifies team members of other arrangements, team members must pay their portion of the group health premium through the administrator of the group health plan, Business Solver. Full-time team members will be responsible for sending in payment with the monthly bill they will receive from Business Solver. Failure to pay for benefits while on a leave of absence will result in your benefits being terminated in accordance with applicable law.

Team members on paid FMLA (because they are concurrently exhausting a paid leave benefit) will continue to have their premium payments deducted from their paycheck as if they were on non-FMLA paid leave. Team members on an unpaid FMLA leave (for which no paid leave is substituted or after all paid leave has been exhausted) will need to maintain the benefits they accrued prior to commencement of the leave by making premium payments. Coverage may stop if the Company learns that you do not intend to return to your employment or if you do not return to your employment.

The Company's obligation to maintain health care coverage ceases if a full-time team member's (Business Solver coverage) premium payment is more than 60 days late. If a full-time team member's payment has not been paid within the original remittance period, Business Solver will send a second bill notifying the team member of the missed premium and final due date. Benefits coverage will be dropped retroactively to the last day of the month the team member went on leave unless the co-payment is received before the grace period date.

Business Solver will send a bill to any full-time team members on a monthly basis in the amount of the payment, normally made through payroll deductions for the cost of the health and welfare benefits the team member was enrolled in at the commencement of the leave:

- Medical • Legal
- Dental • Long-term disability insurance
- Vision • Life insurance (Supplemental, Spouse and/or Child)

Team members on a leave of absence will not continue to be eligible for any benefits (other than their HSA or FSA and the benefits listed above) including, but not limited to 401(k), ESPP and incentive compensation. Nor will the team member earn PTO benefits during the leave. You will not be billed for your FSA or HSA while on leave. However, when you return your FSA or HSA deductions will re-amortize, changing your payroll deductions, to meet your total pledge amount before year end.

### Coordination of FMLA Leave with Other Leave Policies

The FMLA does not affect any federal, state, or local law prohibiting discrimination, or supersede any state or local law which provides greater family or medical leave rights. For additional information concerning leave entitlements and obligations that might arise when FMLA leave is either not available or exhausted, please consult the Company's other leave policies in this Handbook or contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM.

### Returning to Work and Benefits

Upon return from an approved FMLA leave, team members generally have a right to return to the same or equivalent positions with equivalent pay, benefits, and other employment terms subject to the following limitations:

- The Company may choose to exempt certain designated "key team members" from this requirement and not return them to the same or similar position if restoration would cause the Company substantial and grievous economic injury.
- A team member is entitled to reinstatement only if he or she would have continued to be employed had the leave not been taken. If the team member is not entitled to reinstatement because of a layoff, reduction-in-force, or other reason, the team member will be separated from the Company at the time job restoration is sought.

The Company will notify team members if they qualify as "key team members," if it intends to deny reinstatement, and of their rights in such instances. A "key employee" is a team member who is salaried and is among the highest paid ten percent of the work force within 75 miles of the place where the team member reports to work. Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an eligible team member's FMLA leave.

### Failure to Return to Work Following Leave of Absence

If a team member does not return to work following the conclusion of a leave of absence, or refuses an offer of reinstatement to a job for which he or she is qualified, the team member's absences will be handled under applicable attendance guidelines to the extent permitted by law. This includes failure to provide required documentation. If the team member is unable to return after exhausting his/her available FMLA leave that is based upon his/her own serious health condition that qualifies as a disability under the Americans with Disabilities Act or applicable state or local law, additional leave may be provided to reasonably accommodate the disabled team member. The Company will comply with state or local law that provides additional or different obligations.

### Questions

If you have questions regarding this FMLA policy, please contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM. The Company is committed to complying with the FMLA and, whenever necessary, shall interpret and apply this policy in a manner consistent with the FMLA. A copy of the U.S. Department of Labor's Employee Rights and Responsibilities under the Family and Medical Leave Act notice is attached as an appendix to this Handbook.

The FMLA makes it unlawful for employers to: (1) interfere with, restrain, or deny the exercise of any right provided under FMLA; or (2) discharge or discriminate against any person for opposing any practice made unlawful by FMLA or involvement in any proceeding under or relating to FMLA. If team members believe their FMLA rights have been violated, they should immediately contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM. The Company will investigate any FMLA complaints and take prompt and appropriate remedial action to address and/or remedy any FMLA violation.

### Interaction with State and Local Leave Laws

Certain states and localities require employers to provide greater or different job-protected leave. When applicable, the Company complies with all such leave laws. When leave provided under one of these laws is covered under the federal FMLA, it also shall count toward the team member's federal FMLA entitlement and as FMLA leave under this policy. These leave laws vary by state and locality, and team members should contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM with any questions about them.

**State Family and Medical Leave**

Other leaves, paid or unpaid, may be available to you depending on your location. Please contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM with questions to confirm any additional leaves that may apply to you.

**California**: Paid family leave for up to 8 weeks if eligibility criteria is met. Paid medical leave for up to 52 weeks for employee's own disability if eligibility criteria is met.

**Colorado**: Beginning January 1, 2024, paid family and medical leave for up to 12 weeks if eligibility criteria is met.

**Connecticut**: Paid family and medical leave for up to 12 weeks (up to 14 weeks for an employee's serious health condition resulting in incapacitation during pregnancy) if eligibility criteria is met.

**Maryland**: Beginning July 1, 2026, paid family and medical leave for up to 12 weeks (and in certain situations up to 24 weeks) if eligibility criteria is met.

**New Jersey**: Paid family leave for up to 12 weeks if eligibility criteria is met. Paid medical leave for up to 26 weeks if eligibility criteria is met.

**New York**: Paid family leave for up to 12 weeks if eligibility criteria is met. Paid medical leave for up to 26 weeks if eligibility criteria is met.

**Washington**: Paid family and medical leave for up to 12 weeks (up to 14 weeks for a serious health condition with a pregnancy that results in incapacity) if eligibility criteria is met. Maximum of 16 weeks combined medical and family leave per year (18 weeks in certain situations).

## REASONABLE ACCOMMODATION MEDICAL LEAVE (NON-FMLA)

The Company complies with the reasonable accommodation obligations under the ADAAA and will engage in the interactive process to discuss an unpaid leave of absence as a reasonable accommodation with team members who are unable to perform the essential functions of their job due to a physical or mental disability. Leave under this policy is at the discretion of management and will be considered in accordance with the reasonable accommodation obligations of the ADAAA. A reasonable accommodation leave of absence may be provided to team members who are unable to perform the essential functions of their job due to physical or mental disability and are not eligible for FMLA. Similarly, leave under this policy may be granted as a reasonable accommodation for team members who have exhausted FMLA but are unable to return to work due to a disability that prohibits them from performing the essential functions of their job. Leaves of absence under this policy will be handled on a case-by-case basis in accordance with the ADAAA. The duration of any leave of absence under this policy will vary depending on the particular circumstances of each team member's need and whether additional leave is reasonable under the circumstances and/or would create an undue hardship for the Company. Team members are required to provide documentation of need for leave similar to FMLA.

Team members on a medical leave must periodically inform the Human Resources Department of their status and intent to return to work while on a medical leave. Team members returning from a medical leave must be able to assume all of the essential functions of their jobs upon return, with or without reasonable accommodation. Unless notified that providing such certifications is unnecessary, team members returning to work from a medical leave taken for their own serious health conditions must provide the Company medical certification confirming they are able to perform the essential functions of the team member's position, with or without reasonable accommodation. This certification from the team member's health care provider must state that the team member is able to resume work. The Company may delay and/or deny job restoration until a team member provides a return-to-work certification.

### Required Documentation

It is the team member's responsibility to provide the Company with timely, complete and sufficient medical certifications. Whenever the Company requests team members to provide a medical certification, team members must provide the requested certifications within 15 calendar days after the Company's request, unless it is not practicable to do so despite a team member's diligent, good faith efforts. The Company will deny medical leave to team members who fail to timely submit requested medical certifications in a complete and acceptable manner.

With the team member's permission, the Company may contact the team member's health care provider to authenticate or clarify completed and sufficient medical certifications. If team members choose not to provide the Company with authorization allowing it to clarify or authenticate certifications with health care providers, the Company may deny medical leave if certifications do not provide sufficient information for the Company to determine whether to approve or deny the request for leave.

To the extent permitted by applicable law, during the leave, the team member may be required to provide updates of his or her condition and expected return to work date to the Team Member Service Center. If proper check-in or re-certification requirements are not fulfilled at any time during the leave, the leave may be terminated, the absence addressed under the attendance policy, which may result in disciplinary action, up to and including termination.

### Health Insurance Benefits During Non-FMLA Leave

During a reasonable accommodation medical leave, team members can continue group health plan coverage under the same conditions as if they had continued to work. Unless the Company notifies team members of other arrangements, team members must pay their portion of the group health premium through the administrator of the group health plan, Business Solver. Full-time team members will be responsible for sending in payment with the monthly bill they will receive from Business Solver. Failure to pay for benefits while on a leave of absence will result in your benefits being terminated.

The Company has no obligation to maintain health care coverage and health care coverage will cease if a full-time team member's premium payment is more than 60 days late. If a full-time team member's payment has not been paid within the original remittance period, Business Solver will send a second bill notifying the team member of the missed premium and final due date. Benefits coverage will be dropped retroactively to the last day of the month the team member went on leave unless the co-payment is received before the grace period date.

Business Solver will send a bill to any full-time team members on a monthly basis in the amount of the payment, normally made through payroll deductions for the cost of the health and welfare benefits the team member was enrolled in at the commencement of the leave.

- Medical
- Dental
- Vision
- Legal
- Long-term disability insurance
- Life insurance (Supplemental, Spouse and/or Child)

Team members on a leave of absence will not continue to be eligible for any benefits (other than their HSA or FSA and the benefits listed above) including, but not limited to 401(k), ESPDP and incentive compensation. Nor will the team member earn PTO benefits during the leave. You will not be billed for your FSA or HSA while on leave. However, when you return your FSA or HSA deductions will re-amortize, changing your payroll deductions, to meet your total pledge amount before year end.

## PAID AND UNPAID LEAVE

The determination of how and whether a team member will be paid during a leave depends on the circumstances of the leave:

- If the leave is due to a work-related medical condition, the team member may be eligible for workers' compensation benefits. Team members are not permitted to substitute accrued paid time off for workers' compensation payments.
- If the leave is due to a non-work-related medical condition that qualifies for Short-Term Disability (STD) benefits, and the team member is eligible for Short-Term Disability benefits, the leave is paid according to the STD Summary Plan Description. Team members must use accrued paid time off for the first week of leave in the case of illness unless applicable state or local law requires otherwise.
- If the leave is due to other Medical Leave qualifying reasons and the team member has PTO, the team member must use all PTO during the leave before requesting unpaid leave, unless applicable state or local law requires otherwise. Any remaining leave will be unpaid.

For further information or clarification about medical leaves, please contact the Human Resources Department.

## DISCRETIONARY PERSONAL LEAVE

### Description

A Personal Leave  of Absence may be requested for unique or extraordinary reasons that do not qualify for other types of leave.  A Personal Leave may be approved at the sole discretion of management for eligible team members. A Personal Leave cannot be used for a team member's own medical condition. All other types of leaves should be considered and eliminated due to ineligibility before requesting a Personal Leave of Absence.

### Eligibility

Regular full-time and regular part-time team members are eligible to request a Personal Leave

Interns, contractors and temporary team members are not eligible for Personal Leaves

### Length of Leave, Frequency and Timing

- To qualify as a Personal Leave, the initial leave request must extend at least seven calendar days and no more than 30 days.
- If a Personal Leave extends past 30 calendar days, the additional leave must be approved by the team member's Human Resources Director or Human Resources Vice President, as applicable.
- One Personal Leave is permitted in a rolling 12-month period for an eligible team member.
- Dates of the leave must be agreed upon before the leave can begin (before the first date of the leave).

### Coordination with Other Leaves of Absence and PTO

Team members may not use a Personal Leave for their own disability, illness or injury.   Any such need for leave will be determined in accordance with the Americans with Disabilities Act ("ADA") under the Reasonable Accommodation Medical Leave policy, and/or Domino's short-term disability plan (if applicable).

If the team member has paid time off (Vacation PTO or Paid Sick Time), the team member must use all paid time off during the personal leave before requesting unpaid leave, unless otherwise required by applicable state or local law. Any remaining leave will be unpaid.

### Required Documentation

To be approved for a Personal Leave of Absence, the team member must submit a written request detailing the need for the leave to his or her supervisor, if the team member is capable of doing so.

The team member will complete and sign a Personal Leave Agreement once the leave has been approved.

### Team Member Status and Benefits During Personal Leave

Benefits coverage and participation will end on different dates based on the specific plan or policy rules.

Health plan coverage (medical, dental and vision) for team members on an approved Personal Leave will end on the last day of the month in which the leave begins. Health plan coverage may be continued through COBRA in accordance with COBRA regulations. A COBRA notice will be mailed to the home address identified on TMSC for the team member. If timely elected, COBRA coverage will be retroactive to the first day of the month following the month that active coverage ends when the first month's payment is received by the COBRA administrator. In future months, the COBRA administrator will send invoices on a monthly basis to maintain coverage under COBRA.

Benefits that end on the last day worked prior to taking a Personal Leave include:

- Health Savings Account
- Short Term Disability
- Long Term Disability
- Voluntary Benefits (Accident, Critical Illness and Hospital Indemnity)
- 401(k) Retirement Savings Plan
- Employee Stock Purchase Deduction Plan

Benefits that end on the last day of the month in which the leave begins include:

- Flexible Spending Account
- Life Insurance
- Legal

Flexible Spending Account and Health Savings Account contributions will resume at the regular bi-weekly deduction upon returning to work. Any requests to update an FSA or HSA deduction amount in order to meet an annual goal amount may be made by contacting the Benefits Team.

Vacation PTO will not be earned during an unpaid Personal Leave.

In the event the team member returns to work within one year of the commencement of the leave or termination of employment, benefit coverage will be reinstated, without a waiting period, on the first day of the team member's return to work.

### Return to Work and Team Member Status after Personal Leave

The team member must notify his or her supervisor one week prior to the expiration of the leave as to the date he or she intends to return to work.

Upon return from an approved leave of absence, every effort will be made to return the team member to the same or an equivalent position; however, team members on personal leave are not guaranteed job protection.

Reinstatement is subject to job availability and Company needs unless otherwise required by applicable law. The team member is eligible for reinstatement only if he or she would have continued to be employed had the leave not been taken. If the team member is not eligible for reinstatement because of a layoff, reduction in force or other reason, the team member shall be terminated at the time job restoration is sought. The Company will comply with all reinstatement requirements established by applicable federal, state or local law.

### Failure to Return to Work Following Personal Leave

If a team member does not return to work following the conclusion of a Personal Leave, or refuses an offer of reinstatement to a job for which they are qualified, the team member will be considered to have voluntarily terminated employment, effective on the date the team member was due to return to work.

For further information or clarification about Personal Leaves, please contact your Human Resources Representative or the Team Member Service Center at 877-921-TEAM.

## MILITARY LEAVE

The Company will provide eligible team members with leave in accordance with the Uniformed Services Employment and Re-employment Rights Act of 1994 ("USERRA"). USERRA is intended to provide job protection for eligible team members who must be absent from work due to service in a branch of the uniformed services. In addition to USERRA, some states and localities may have laws which provide eligible team members leave due to service in a branch of the uniformed service. The Company will comply with applicable state or local law that provides additional or different obligations.

### Qualified Leave Reasons

Any team member who must be absent from work due to service in the uniformed services will be "promptly reemployed" in the order of priority established under the USERRA, generally to the job the employee would have held had the employee remained continuously employed. To be eligible for those rights, the team member must:

- Be performing service in one branch of the uniformed services, which include Army, Navy, Marine Corps, Air Force, and Coast Guard, including the Reserves for each of these branches of the military. Also included is service in the Army National Guard or Air National Guard, commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or emergency
- Remain on active duty for a period of time not to exceed five years of cumulative service, unless otherwise exempt under applicable law
- Not be discharged or released from active duty under any of the following circumstances:
  - With a dishonorable or bad conduct discharge
  - Under other than honorable conditions, as specified by applicable regulation
  - Dismissal of a commissioned officer in certain situations involving a court martial or by order of the President in time of war; or
  - Dropping an individual from the rolls when the individual has been absent without authority for more than three months or is imprisoned by a civilian court
- Report for work or apply for reemployment with the Company within the required time after separation from active duty

Service includes:

- Active duty
- active duty for training
- initial active duty for training
- inactive duty training
- full-time National Guard duty
- absence from work for an examination to determine a person's fitness for any of these types of service
- funeral honors duty performed by National Guard or Reserve members
- duty performed by intermittent disaster response personnel upon activation of the National Disaster Medical System, and
- approved training to prepare for such service

Team members must be granted the amount of leave needed to meet the training requirements of their units or to fulfill any other military service duties.

A military leave of absence will be granted to team members who are called into active duty when the President declares a national emergency and activates military units or when the governor of the team member's state of residence declares a state emergency.

### Required Documentation for Military Leave

Advance notice of military service is required, unless military necessity prevents such notice or it is otherwise impossible or unreasonable. Written notification is preferred along with a copy of the official military orders or other evidence that the team member is entering active military duty, such as notice directly from the appropriate service branch.

### Team Member Status and Benefits During Military Leave

A team member on military leave is entitled to continued group health plan coverage under the same conditions had he or she continued to work, for up to twenty-four months.

Unless the Company notifies team members of other arrangements, team members must pay their portion of the group health premium through the administrator of the group health plan, Business Solver. Full-time team members will be responsible for sending in payment with the monthly bill they will receive from Business Solver. Failure to pay for benefits while on a leave of absence will result in your benefits being terminated.

The Company's obligation to maintain health care coverage ceases if a full-time team member's premium payment is more than 60 days late. If a full-time team member's payment has not been paid within the original remittance period, Business Solver will send a second bill notifying the team member of the missed premium and final due date. Benefits coverage will be dropped retroactively to the last day of the month the team member went on leave unless the co-payment is received before the grace period date.

Business Solver will send a bill to any full-time team members on a monthly basis in the amount of the payment, normally made through payroll deductions for the cost of the health and welfare benefits the team member was enrolled in at the commencement of the leave.

- Medical
- Dental
- Vision
- Legal
- Long-term disability insurance
- Life insurance (Supplemental, Spouse and/or Child)

Team members on a leave of absence will not continue to be eligible for any benefits (other than their HSA or FSA and the benefits listed above) including, but not limited to 401(k), ESOP and incentive compensation. You will not be billed for your FSA or HSA while on leave. However, when you return your FSA or HSA deductions will re-amortize, changing your payroll deductions, to meet your total pledge amount before year end.

### 401(k) Benefits During Military Leave

While on a military leave, team members are not earning wages by actively working with the Company; therefore, both team member contributions and Company match will be suspended for the duration of the leave. Team members will remain enrolled in the plan during the military leave and may resume active participation in the 401(k) Plan upon reinstatement. Under USERRA, team members may have the opportunity to make up certain 401(k) contributions that they missed while they were on military leave.

### Compensation During Military Leave

While on active duty, team members will be paid through the uniformed services and shall not receive wages from the Company.

Personnel records will reflect that such team members are on an inactive status of employment by the "leave of absence for military service" designation.

### Paid Time Off During Military Leave

Time spent in the armed forces will be credited toward meeting length-of-service requirements for PTO entitlement. Team members shall not earn Paid Time Off while on a military leave unless required by applicable law.

Team members are not required to use vacation time for military duty; however, if the team member does elect to schedule vacation to coincide with military duty, PTO will be paid regardless of any other pay from the military.

**Return to Work and Reinstatement After Military Leave**

The law imposes a scale to determine the length of time the team member has in order to make an application to be reinstated to employment with the Company.

**Length of service less than 31 days:**

The team member must report at the beginning of the first regularly scheduled work period on the first calendar day following the completion of service and the expiration of an eight-hour rest period, after a time for safe transportation back to his or her residence.

**Length of service between 31 to 180 days:**

The team member must make application for re-employment no later than 14 days following completion of service or as soon as possible if submission of a timely application is impossible or unreasonable through no fault of the team member.

**Length of service more than 180 days:**

The team member must make application for re-employment no later than 90 days following completion of service.

The deadlines for reporting to work or applying for reemployment can be extended up to two years, and in limited cases for a longer period, to accommodate a period during which a person was hospitalized for or convalescing from an injury or illness that occurred or was aggravated during a period of military service.

**Reemployment If the Individual Returns with a Disability**

Should a team member suffer a disability while on military leave and be unable to qualify for the job previously held, the Company must consider if a reasonable accommodation can be made to allow the team member to return to the same job performing the essential functions of the job.

If the team member is unable to perform the essential functions of the job, even with reasonable accommodation, the supervisor must contact the Human Resources representative to determine a course of action in compliance with applicable law.

## MILITARY SPOUSE LEAVE

Many states have enacted unpaid military spouse leave laws, each with different benefits and eligibility requirements. Please speak with your Human Resources representative if you have specific questions about your state's laws and your eligibility.

## OTHER LEGALLY PROTECTED ABSENCES

In addition to the leaves described herein, the Company complies with all applicable state and local laws relating to various forms of protected absences. Depending on the particular state or locality in which you are employed, you may be legally entitled to leave for the following:

- Certain judicial proceedings for related victims of crime, domestic violence, and/or sexual assault
- Leave related to domestic violence
- Appearances at school or daycare activities by a parent or legal guardian
- Emergency duty as a volunteer firefighter, a reserve peace officer, and/or emergency rescue personnel
- Volunteer firefighter training
- Civil Air Patrol emergency responses
- Blood or bone marrow donation
- Voting
- Literacy assistance

For additional information or to request any of these leaves, please contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM.

## OUTSIDE ACTIVITY DURING DISABILITY

A number of approved benefits and leaves of absence are provided to team members who are unable to perform the essential functions of their job. Such leaves include FMLA, disability leave, and workers' compensation disability leave. Since you must be disabled or temporarily incapacitated from your job to claim these benefits, the Company specifically prohibits a team member who is on any of these forms of leave from participating in any activity that would be precluded by their medical restrictions. This includes working for any secondary employer while on a leave of absence if the work to be performed would violate the team member's medical restrictions. Team members who violate this policy will be subject to disciplinary action up to and including termination of employment.

## BREAK TIME FOR NURSING MOTHERS

Domino's supports nursing mothers who choose to breastfeed their infants by furnishing reasonable break time to enable them to express breast milk for up to one year after the infant's birth.

Team members will be provided a location, other than a bathroom, which is sanitary and shielded from view and free from intrusion from co-workers and the public that may be used for lactation breaks. Team members will have access to a refrigerator or cooler in which to store expressed breast milk but will be responsible for providing their own clearly labeled containers. Expressed breast milk must be segregated from food products. The length and frequency of lactation breaks should be reasonable but could vary based on the needs of the team member requesting the breaks. To the extent possible, team members are asked to schedule their lactation breaks to minimize any impact on operations. Team members may use any paid breaks for lactation breaks.

Team members will not be discriminated against or harassed for taking lactation breaks. Contact your Human Resources representative if you need to take advantage of this policy to ensure that appropriate arrangements can be made, including but not limited to, identifying the place at your worksite that may be used for lactation breaks and the refrigerator or cooler to be used for storage of expressed breast milk. If you are prevented from taking advantage of this policy or believe that a violation of this policy has occurred, you should immediately contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM. Domino's will comply with applicable state or local law that provides greater protections to breastfeeding team members than those set forth in this policy.

# We Care About Your Safety

Domino's values the safety and health of our team members. We believe safety is intentional, and everyone must work in a safe and responsible manner. We are committed to providing you with a safe and healthy work environment and to providing you with the appropriate training, materials, resources and equipment needed to work as safely as possible.

## SAFETY, SECURITY, AND LOSS PREVENTION

Our Safety, Security, and Loss Prevention ('SLP') department plays a vital role in protecting our greatest asset – our people! Your safety is our top priority, and it starts with YOU. As a team member, you are a key part of maintaining a safe and secure workplace by following safety practices that protect yourself, your colleagues, and the company. By working together, we can create a safe working environment, mitigate risks, reduce losses, and support the long-term success of our company. It is your responsibility to follow all company safety policies, procedures, and regulations. Including those related but not limited to fire protection, security measures, and driving safely while on company business. Complying with laws, rules of the road, and using equipment responsibly ensures that everyone stays safe.

The SLP team is dedicated to ensuring the well-being of all Domino's team members. Primary responsibilities include supporting you by enforcing safety protocols, conducting regular audits, and providing training to help prevent workplace accidents.

The Safety team works closely with other departments to ensure compliance with OSHA regulations and industry standards, promoting a safer working environment for all.

The Security team is tasked with safeguarding company assets, team members and information. Focused on physical security measures, such as controlling access to facilities, managing security system software and hardware, designing solutions and/or processes when appropriate.

The Loss Prevention team, who are responsible for implementing strategies that reduce potential loss, strengthen internal controls, identifying and mitigating risks. This includes analyzing patterns of theft, fraud, or operational inefficiencies that impact the company.

In essence the Safety, Security and Loss Prevention department serves as a shield that protects the company from a wide range of risks, supporting business continuity and contributing to the company's overall long-term success. For additional resources about the Safety, Security and Loss Prevention team see PieNet Link at: https://pienet.dominos.com/Interact/Pages/Section/Default.aspx?Section=3646. You must act safely and responsibly to protect yourself and those around you and Company property. The following safety guiding principles are examples of what Domino's expects of its team members. This is not an all-inclusive list of safety practices:

- Be in control of your working environment. This includes the Supply Chain facilities, Company-owned or Company-leased vehicles, delivery locations, parking lots, and other general grounds. Controlling your environment requires you identify, address, and eliminate hazards in your control. If the hazard cannot be eliminated, then it must be reported to your supervisor immediately.
- Engage, participate and successfully complete required safety training. Do not begin any task or operate any piece of machinery until you are trained and are competent with that procedure and equipment.
- Follow all safe driving laws, regulations, and procedures while operating vehicles or other mobile equipment. Posted speed limits, traffic laws, safety procedures, and security practices are to be observed and followed at all times.
- Follow proper housekeeping procedures and maintain the work environment in a clean and orderly manner.
- Use and maintain all equipment and machinery safely and only as intended. Immediately report any damage or difficulties to your supervisor. You are prohibited from removing or tampering with any safety device, equipment, shield, protective covering, safety sticker, safety sign, or safety notice.

- Use proper body mechanics and safe material handling methods.
- Conduct work with safety and wellness in mind and avoid horseplay.
- Wear and maintain personal protective equipment as instructed.
- Report all injuries, accidents, security incidents, and damage to Company property immediately.
- Complete all investigations and evaluations as required.

If you have any concerns regarding safety, health, and/or security, inform your supervisor immediately. They will assist in addressing the issue and, if necessary, contact the Safety, Security, and Loss Prevention Department for assistance... A team member can also make a confidential and/or anonymous report by calling the Ethics Hotline at (844) 850-2250 or online at www.dominos.ethicspoint.com. All team members are expected to report unsafe conditions, unethical behavior, or improper use of company equipment, including illegal activities.

Team members who violate a safety or security practice or fail to act safely and responsibly will be subject to disciplinary action up to and including employment termination. The Company will not allow any form of retaliation against team members who report a safety, health, or security issue or who cooperate in the Company's investigation of such reports.

It is the team member's responsibility to care for and secure any company issued equipment in their possession. In the event their company issued equipment is lost, stolen, damaged or defective security property (i.e., door lock, security camera), team members should immediately contact the Safety Hotline at (800) 284-0911, as well as notify their supervisor. Team members are prohibited from removing or otherwise tampering with any safety shields, safety guards, or safety monitoring devices on any Company equipment.

## SAFETY PRACTICES, SECURITY, AND FACILITY EVACUATIONS

It is the Company's intention to comply with the federal Occupational Safety and Health Act ("OSHA") and with various state and local laws and regulations designed to ensure a safe and health-conscious work environment. OSHA policies and standards can be obtained from the Safety and Loss Prevention Department.

The Company has developed practices and procedures for team members to report unsafe circumstances and security issues. Team member reports and complaints are investigated by the Safety, Security, and Loss Prevention Department and any confirmed deficiencies are corrected as soon as possible.

Safety awareness, accident prevention, and knowing what to do if there is an emergency are part of every team member's daily responsibility. Each worksite has emergency plans for situations including fires, tornadoes, and bomb threats. supervisors should ensure that every team member is familiar with emergency exits, routes, and emergency contact numbers. All supervisors are expected to review emergency plans with team members regularly.

Team members should contact immediate supervisor, Safety, Security, and Loss Prevention Department or Human Resources Representative with any questions or for more information.

### Personal Protective Equipment

Team members in jobs which call for the use of personal protective equipment ("PPE") are expected to always comply with the PPE requirements at all times. Team members who fail to use the required PPE are subject to disciplinary action up to and including termination of employment. Management is responsible for educating and monitoring team members to ensure consistent and correct use of protective equipment.

## EMERGENCY RESPONSE PREPAREDNESS

As part of its commitment to maintaining a safe workplace, Domino's Pizza LLC ("Domino's") has developed and implemented this Emergency Response Plan ("ERP") to aid and organize employer and employee actions during workplace emergencies. In an emergency, we have a comprehensive, proactive Emergency Response Plant (ERP) designed to ensure swift, effective actions that prioritize life safety, protect property, and maintain business continuity. All team members are trained to respond appropriately in emergency situations, and our leadership is equipped to coordinate efforts across all locations, ensuring alignment with local authorities and regulatory requirements.

A variety of emergencies can potentially disrupt our workplace. These emergencies may be man-made or natural, including fires, explosions, floods, earthquakes, hurricanes, tornadoes, wildfires, toxic material releases, radiological and biological accidents, civil disturbances, and workplace violence. Any employee who becomes aware of an emergency that requires fire, medical, or rescue services should immediately call 911 and notify their supervisor. To report an emergency internally, employees should immediately call Domino's Safety Hotline at (800) 284-0911. The contact information for local emergency responders is also posted in each store.

**NOTE:** After an emergency has been abated/addressed, the incident must be immediately reported to the Domino's Safety Hotline at (800) 284-0911. TUSA marketplaces please see Emergency Response Plan poster in store for site specific response actions.

## WEATHER & POWER OUTAGE

At Domino's, team members' safety is our top priority. It is our policy to remain open during normal business hours unless the weather necessitates a closing. You are expected to report on time for your shift unless your supervisor notifies you otherwise. In severe or hazardous weather, team members are strongly encouraged to prioritize their safety when commuting or working. If inclement weather is forecasted or occurs during business hours, management will assess the situation and communicate any changes to operations, such as adjusted work hours or closures.

Team members should monitor company updates and local weather advisories to plan accordingly. Remote work or alternate arrangements may be available where applicable. Team members unable to safely commute due to hazardous weather should notify their immediate supervisor as soon as possible. If weather is poor, yet not poor enough to necessitate closing, team members who do not come to work and who are eligible for PTO, must take a PTO day. If PTO is not available, team members must take the day without pay. In lieu of PTO options, immediately contact your direct supervisor to authorize the work-from-anywhere (WFA) availability option.

## PHYSICAL SECURITY

Domino's is dedicated to maintaining a safe and secure environment for all team members, customers, and visitors at our Supply Chain Centers, TUSA stores, and Corporate offices. Our security measures, including controlled accesses, surveillance systems, and emergency protocols are designed to protect our people and assets. Regular assessments ensure these systems evolve to meet emerging threats. All team members must remain vigilant, promptly report any potential risks, and adhere to security protocols, including avoiding attempts to bypass physical controls for others. For safety, video surveillance may be used throughout the workplace, and customer calls may be recorded for training purposes.

For the safety and security of our team members and discouragement of theft, video surveillance cameras are located throughout the DPZ workplaces. Team members and visitors should not have an expectation of privacy except in certain designated areas, such as restroom facilities. Customer calls may also be monitored and recorded for quality assurance and training purposes. Personal security is the responsibility of each team member. Domino's is not responsible for lost or stolen items, so you should secure your personal belongings when leaving your workspace. Equipment issued by Domino's (such as laptops, tablets, cell phones, or any other equipment), must be treated as your own and promptly returned at the end of employment. Report any lost or stolen company property immediately to the Safety and Security Hotline (800) 284-0911.

If Team Members are expecting guests/visitors to the WRC, they must inform the Welcome Center at Hospitality@dominos.com, 24-48 hours in advance. Upon arrival, all visitors must check in at the Welcome Center and provide a form of photo identification. Team Members will need to meet their guests in the lobby at their anticipated time of arrival and chaperone them throughout their visit.

### Prohibited Actions

Tailgating (holding a door open for others) and piggy-backing (allowing someone to enter without proper security credentials) are strictly forbidden. Only individuals with a valid company badge are authorized to enter secured areas. Individuals not employed by Domino's are not allowed in work areas unless accompanied by a team member after receiving prior approval from a manager. Off duty team members are prohibited from entering or accessing any interior work areas. This prohibition does not affect a team member from entering the customer service area of a store to purchase pizza or related products or remaining in a store to complete such purchases.

### Incident Reporting

Report any suspicious activity, people, vandalism, or security breaches must be immediately reported to their immediate supervisor, Safety, Security and Loss Prevention Department, and law enforcement when necessary. Additionally, WRC team members should also report incidents to Domino's Farms Security team at (734) 903-4444.

### Access Control

To safeguard our team members, facilities, and assets by enforcing access control measures across our Supply Chain Centers, TUSA stores, and Corporate offices. Inclusive of, yet not limited to: Access badges, fobs, keys, or identifying pin numbers. Access to our premises is granted based on role-specific requirements, ensuring that only authorized personnel can enter restricted areas. We utilize advanced technology, including identification systems and secure entry points, to monitor and manage access. All team members are expected to comply with these protocols to protect company resources and ensure the safety of our workforce. Regular reviews, audits, and updates to our access control policies ensure they remain effective and aligned with evolving security standards.

Access badges must be worn and visible while in the WRC. Lost or stolen badges must be reported to the Safety, Security & Loss Prevention Department and Domino's Farms Security immediately, so they may be deactivated. Team members are responsible for contacting the Welcome Center to replace lost or stolen badges for $15.00.

If an individual is within the Domino's space without visible photo ID (Domino's badge/Visitor Badge) Team Members are required to either ask the individual for photo ID and/or immediately contact the Safety, Security & Loss Prevention Department.

All Domino's Team Members whose office location is at the WRC, will receive a Domino's access badge. Each badge is configured to have 'standard' access. For increased access, there must be prior approval from that individual's manager and a legitimate business need for access to be upgraded. To update badge access, contact the Safety, Security & Loss Prevention Department.

## PERSONAL CASH HANDLING

Team members should not carry personal cash, credit cards, or expensive jewelry on their person during their shift and/or while wearing Domino's logo items provided by the Company. Drivers should never leave the store with more than $20 while on the clock. Purses, wallets, and monies in excess of $20 should be locked in the trunk of your personal vehicle or secured in the delivery drop box or store safe. If a team member is carrying more than $20 in combined cash (whether it be personal or Domino's cash) or credit cards, the team member will be subject to disciplinary action, up to and including termination.

Managers in charge will be responsible for enforcing this policy and have knowledge of total cash and credit cards team members are carrying during their shift. In the event a team member is found violating this policy, the manager in charge may be subject to disciplinary action, up to and including termination of employment.

## WEAPONS-FREE WORKPLACE

To the extent permitted by applicable state and local law, team members are prohibited from carrying or possessing weapons (including firearms and knives) or weapon paraphernalia (including live ammunition) while on duty, on Company premises, in person al vehicles being used for Company business, or Company-owned or Company-leased vehicles, regardless of whether the team member has a permit to carry a weapon. The Company reserves the right to search for weapons and weapon paraphernalia on Company premises, in Company-owned or Company-leased vehicles, or in personal vehicles used for Company business to the extent permitted by applicable state and local law. Team members should have no expectation of privacy on Company premises, including Company parking lots, in personal vehicles used for Company business, or in Company-owned or Company-leased vehicles.

Firearms and weapons include, but are not limited to:

- Handguns, rifles, shotguns
- Knives, other than knives approved for food product, which shall only be used while on store premises
- Mace/pepper spray
- Items intended to be used against others for self-protection

Team members violating this policy will be subject to disciplinary action up to and including termination of employment and may also be subject to criminal penalties.

## VIOLENCE-FREE WORKPLACE

At Domino's, we strive to create a work environment that is safe and free of physical threats, harassment, and violence of any type. You are expected to treat your co-workers, customers, and visitors in a safe, respectful, non-threatening, and non-violent manner. Any remark or conduct that is violent, threatening, or harassing will not be tolerated.

If you feel that your safety or the safety of others is threatened at any time, or if you witness or experience any violent, threatening, or harassing behavior, you have the responsibility to exercise good judgment and report such conduct immediately to any of the following:

- Your supervisor
- Your Human Resources Representative
- Ethics Hotline at (844) 850-2250 or online at www.dominos.ethicspoint.com
- Safety, Security, and Loss Prevention Department
- If there is an imminent threat, contact local law enforcement or call 911

Calls to the Ethics Hotline to report a safety concern may be made anonymously.

Every report of a safety concern will be fully investigated and will be treated as confidential to the extent possible without impeding the ability of the Company to conduct a discreet and thorough investigation. Team members who violate this policy will be subject to disciplinary action up to and including termination of employment. In addition, the Company will not allow any form of retaliation against team members who report a safety concern or who cooperate in the Company's investigation of such reports. Team members engaging in any form of retaliation in violation of this policy will be subject to disciplinary action up to and including termination of employment.

Team members and non-team members engaged in violent acts or threats of violent acts on the Company's premises or while conducting Company business will be reported to the proper legal authorities.

## TOBACCO CONSUMPTION

Because everyone deserves a safe and pleasant working environment, tobacco consumption of any kind, including electronic and vapor cigarettes, is only permitted in designated areas outside of the WRC campus and other Company worksites. Tobacco consumption is also prohibited within the sight of customers and while making customer deliveries. Tobacco use is always prohibited by minors at all times. Cigar and cigarette butts, tobacco from pipes, and smokeless tobacco are to be discarded appropriately. No combustible material is to be stored in areas where smoking is permitted. Company worksites include, but are not limited to, Supply Chain Centers, stores, and office buildings.

### Smoking Cessation Program

We understand that quitting is about more than just not smoking. Full-time team members and their spouses are eligible for support through Physician Health Information Services. Contact them at 888-389-8907 for more information.

## MOTOR VEHICLE RECORDS

Team members who work in driving-related positions must have a valid driver’s license and a driving record that meets Company standards. Consistent with applicable federal, state, and local law, motor vehicle records (“MVRs”) will be reviewed prior to the start of employment. These team members must also maintain automobile liability insurance while employed in a driving-related position that meets the state minimum requirements and permits the team member to make deliveries.

Team members working in driving-related positions who do not meet the minimum driving standards at any time will be unable to continue working in a driving-related position and will be subject to termination of employment. No one under the age of 18 years is permitted to operate a motor vehicle while in the course and scope of their employment with Domino’s.

### MVR Standards

The Company is committed to having team members deliver our products to customers in a safe manner.

A conviction for a criminal offense does not automatically disqualify a team member or candidate from employment. Before taking an employment action based on the criminal history of a team member or candidate, the Company will consider several factors that include the nature and gravity of the offense(s), the time that has passed since the conviction(s) and/or completion of the sentence(s), the nature of the job, and any other relevant records and/or information provided by the team member or candidate.

Individuals employed in positions that involve driving must have their MVR evaluated prior to the start of their employment and at a minimum once a year on their company anniversary date thereafter. All team members will be enrolled in Continuous MVR Monitoring as their state permits. These individuals must possess and carry a valid driver’s license and proof of insurance and must meet the MVR criteria as determined by the Safety and Transportation Departments.

### Driving for Domino’s

While on deliveries to and from the store no persons other than approved on-the-job store personnel, authorized safety and loss prevention personnel, and/or approved active corporate designees may ride as a passenger while making the delivery.

### Non-Driving and Non-Delivery Agreements

The Company is responsible for issuing agreements that limit the team member’s ability to drive on deliveries (non-delivery agreement) or prohibit driving on any Company business in any manner (non-driving agreement). Team members who violate their non-driving or non-delivery agreement will be subject to disciplinary action up to and including termination of employment.

### Use of Cell Phones or Other Electronic Devices While Driving

Team members are not required or expected to use a cell phone or other electronic communication device ("electronic communication device") on Company time for Company business and can perform their work duties and responsibilities without using such a device. To the extent team members elect to use an electronic communication device for personal use, this policy provides standards for the safe use of such a device when driving on Company time for Company business.

Team members should not use an electronic communication device when driving on Company time for Company business. If a team member elects to make or receive a call while driving, the team member should do so only after parking in a lawfully designated area.

If a team member has a hands-free device that allows the team member to safely talk on an electronic communication device, and such use is permitted by applicable law, the team member may make and receive calls using the hands-free device. Team members are strictly prohibited from texting, emailing, surfing the internet, or otherwise using an electronic communication device when driving on Company time for Company business. Team members are further prohibited from taking notes or writing when talking on an electronic communication device when driving on Company time for Company business.

Team members must adhere to all applicable federal, state, and local laws regarding the use of an electronic communication device when driving on Company time for Company business and must not use an electronic communication device when driving if prohibited by applicable law.

Team members who have incurred electronic communication device expenses for which they believe they should be reimbursed should follow the procedures set forth in the Business Mileage Expenses and Other Business Expenses policy of this Handbook.

## COMMERCIAL MOTOR VEHICLE DRIVING STANDARDS

Driving standards for delivery and service drivers operating a commercial motor vehicle ("CMV") are determined by the Company's National Transportation Department at the World Resource Center. These standards are based on federal Department of Transportation regulations and good business practices. Drivers must always meet the minimum driving standards to remain qualified to operate CMVs for the Company.

The team member is responsible for providing his/her Delivery and Service supervisor with a copy of any personal vehicle or CMV citation(s) to include CSA violations or warnings within 24 hours of receipt. Failure to provide the citation will result in disciplinary action up to and including termination. A CMV citation or inspection report must be hand-delivered to leadership immediately upon returning to the supply chain center. If leadership is not physically present, then the team member must hand-deliver a copy of the citation to leadership at the beginning of the next business day. Leadership must submit citations to the transportation department, transportation safety & compliance department via email and upload them into Intelex upon receipt.

If a driver is placed out-of-service (OOS) at the time of the roadside inspection, they must immediately communicate with a supervisor of such action. If immediate action is required per the inspection report, the supervisor will coordinate all corrective action and respond back to the issuing authority timely. The supervisor must submit inspection reports to the transportation department, transportation safety & compliance department via email.

Subject to federal Department of Transportation regulations, team members operating CMVs for the Company will be subject to testing for illegal controlled substances and alcohol in compliance with such regulations.

### MVR Standards

The Company is committed to having team members deliver our products to customers in a safe manner.

All team members who work in driving-related positions must have their Motor Vehicle Records ("MVRs") verified just prior to the start of their employment and on a regular basis thereafter. A team member must carry a valid driver's license, and his/her MVR must meet certain Company-defined standards while employed in a driving-related position. No one under 21 years of age is permitted to operate a motor vehicle for the Company while in the course and scope of employment with the Supply Chain Center.

MVR criteria for commercial motor vehicle drivers are determined by the Supply Chain Center Department's Transportation team. These standards are developed based on Federal Motor Carrier Safety Regulations and good business practices. Regular auditing of driver qualifications and MVRs are conducted to ensure compliance with federal law and Company standards.

Commercial motor vehicle drivers must meet the defined standards outlined in the Supply Chain Services Transportation Safety Policy to remain qualified to drive Company commercial motor vehicles. Additional information regarding these standards may be obtained by contacting the Safety, Security and Loss Prevention: Transportation Safety & Compliance team or reviewing the Transportation Safety Policy on PieNet.

## ACCIDENT AND INJURY REPORTING

If you are involved in an accident or sustain an injury while at work or on Company business, regardless of severity or whether medical treatment is needed, you must speak with your supervisor immediately to report the incident. In the event you cannot immediately speak with your supervisor, you must immediately contact the Safety Hotline at (800) 284-0911 to report the incident. If immediately contacting your supervisor or the Safety Hotline threatens your health, you should seek medical attention first and then speak with your supervisor or contact the Safety Hotline to report the incident as soon as possible afterwards. For all on-the-job injuries that require medical treatment, please refer to the medical treatment poster at your worksite for a list of preferred medical facilities.

Upon being notified of an incident by a team member, the supervisor must immediately report the incident to the Safety Hotline at (800) 284-0911, regardless of severity or whether medical treatment is needed.

Immediate reporting of all accidents or injuries enables the Company to comply with federal, state, and local laws and reporting requirements under our insurance policies and aids the Company in addressing unsafe practices and responsibly managing potential claims.

Team members should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326 if they are pressured or otherwise prevented from properly reporting their workplace accident or injury or if they should have any questions or concerns regarding this policy.

### Collisions While on Company Business

Any store team member who is involved in a motor vehicle or bicycle collision while on Company business may be put on immediate suspension from driving-related duties while an investigation is conducted.

The team member may be subject to disciplinary action up to and including termination of employment if the investigation reveals that the team member violated a Company policy, practice, or procedure, or if the team member was found guilty of a traffic citation arising from the collision, including but not limited to: speeding, following too closely, careless driving, failure to yield, improper turn, improper backing, driving too fast for conditions, and/or improper lane change. Team members assume full responsibility for their actions while driving on Company business and are required to abide by all applicable traffic and parking laws. Team members are responsible for all traffic violations, citations, or fines associated with any violation of such laws.

### Commercial Vehicular Accidents

All CMV accidents must be reported to the Safety and Security Hotline at (800) 284-0911 as soon as possible, but not later than **two hours** after the accident. Failure to comply with this policy will result in disciplinary action up to and including termination of employment. Team members assume full responsibility for their actions while driving on Company business and team members are required to abide by all applicable traffic and parking laws. Team members are responsible for any and all traffic violations, citations, or fines associated with any violation of such laws.

## WORKERS COMPENSATION & RETURN TO WORK PROGRAM

Domino's provides a workers' compensation program at no cost to our employees. This program covers any injury or illness sustained in the course of employment.

If you sustain a work-related injury or illness, no matter how minor it may appear, you are required to report the injury to your supervisor immediately.

Domino's is committed to returning injured employees back to work, as soon as they are medically able, to a position within the company compatible with any physical restrictions prescribed.

Domino's has a "zero tolerance" stance on workers compensation fraud. Workers' compensation fraud is a punishable crime. Offenders will be prosecuted. Examples of workers compensation fraud include:

- Personal Time Fraud- When someone injures themselves on their personal time and claim the injury as work related
- Exaggerating the Injury- Employee falsifies the existence of a work-related injury or exaggerates the severity of the problem

If you think you see fraud happening, report it to your supervisor or HR representative immediately.

## DRUG-FREE WORKPLACE

The Domino's Alcohol and Drug policy is intended to develop a drug- and alcohol-free workplace, which will help ensure a safe and productive environment. The Company seeks to prevent the use of illegal controlled substances and alcohol and the abuse of prescription and over-the-counter medications by team members in any way that impairs their ability to safely perform their essential job functions. Each team member is responsible for his or her own actions and is expected to contribute to the Company.

As a condition of employment, team members are prohibited from reporting to work or working while under the influence of:

- alcohol
- illegal controlled substances
- prescription drugs, or over-the-counter medication that may affect their ability to safely perform the essential functions of their jobs

Team members must refrain from the use, distribution, possession, or sale of alcohol or illegal controlled substances while on duty. While on duty, team members must refrain from the use or possession of prescription drugs for which they do not have a valid prescription, and the distribution or sale of prescription drugs or over-the-counter medication.

Team members are required to notify their Human Resources representative whenever they are using prescription medication, over-the-counter medication, or legal substances that their medical care provider, pharmacist, or the drug manufacturer (via the medication insert or packaging) has indicated may affect their ability to safely perform the essential functions of their position (such as driving and operating machinery), and/or when team members in safety-sensitive positions or who perform job functions that implicate workplace safety are experiencing negative side effects of medications such as impaired concentration, dizziness, or sleepiness when taking their medication.

Team members who violate this policy will be subject to disciplinary action up to and including termination of employment. To the extent permitted by applicable law, Domino's reserves the right to search a vehicle used for Company business, a Company-owned or Company-leased vehicle, or a vehicle on Company premises, for alcohol, illegal controlled substances, or other contraband when reasonable suspicion exists. Team members who refuse to provide permission for this search will be subject to disciplinary action up to and including termination of employment. Team members should have no expectation of privacy on Company premises, including Company parking lots, in personal vehicles used for Company business, or in Company-owned or Company-leased vehicles.

Team members may be required to submit to the following types of testing for illegal controlled substances to the extent permitted by applicable law:

- Pre-employment testing
- Random testing
- Reasonable suspicion testing
- Testing permitted or required by the federal Department of Transportation
- Testing following on-the-job accidents where there is a reasonable belief that alcohol, legal, or illegal controlled substances may have contributed to the accident

Cooperation with testing for illegal controlled substances and alcohol is required as a condition of employment. Team members who refuse to submit to any authorized illegal controlled substances or alcohol test, or who have a confirmed positive test, will be subject to disciplinary action up to and including termination of employment, and may also be denied workers' compensation and/or unemployment compensation benefits to the extent permitted by applicable law.

Once a team member has been notified for a reasonable suspicion or random test, he or she must immediately proceed to the testing center for screening.

A team member will be considered to be under the influence of illegal controlled substances or alcohol if the team member tests positive for such substance(s) (or their metabolites) at or above the cutoff levels established by the Company.  All testing will be conducted in accordance with applicable state law. Nothing in this policy guarantees an employee the right to testing and employees may be disciplined for violations of this policy without testing.

### Confidentiality

The identity of all team members required to submit to substance and alcohol testing, the results of all substance and alcohol tests, and all other information received by the Company through its testing program shall remain confidential to the extent consistent with applicable law and the Company's obligations (such as responding to claims for unemployment).

### Company Premises and Vehicles

To the extent permitted by local or state law, the Company reserves the right to search any and all property found in all areas owned or controlled by the Company. Company premises and Company vehicles are reserved for conducting the business of the Company in a safe and prudent manner and team members should not have any expectation of privacy on Company premises, including Company parking lots, or in personal vehicles used for Company business.

For purposes of this policy, the terms "Company premises" includes all property, facilities, land, buildings, structures, offices, work areas, desks, rest areas and lockers. This includes lockers with team member locks. "Company vehicles" includes all automobiles, trucks and all other vehicles, whether owned, leased, or used by the Company (including trunks, glove compartments, storage areas, areas under or behind seats, etc.), as well as mobile equipment, trailers and other items used to transport persons or property. These terms also include other work locations, and travel to and from those locations while in the course and scope of Company business.

The Company reserves the right to confiscate, retain, turn over to law enforcement and dispose of/destroy any and all drug related items regardless of value or ownership.

In shared working space such as kitchens, bathrooms, and jointly held storage space, all team members with access to, and control over, the shared space may be held accountable for evidence of violations of Company policies.

### Personal Vehicles

The Company expects there to be no alcohol, drugs or other contraband in any personal vehicle while being used for Company business. To the extent permitted by applicable law, Domino's reserves the right to search a vehicle used for Company business for alcohol, illegal controlled substances, or other contraband when reasonable

suspicion exists. Refusal to provide permission for this search may result in disciplinary action, up to and including termination.

### Notification of Law Enforcement Agencies

Law enforcement officials may become involved whenever illegal substances, suspected illegal substances or other contraband are found in the possession of any team member while on duty or on Company premises.

### Team Member Assistance Program

The Company is committed to providing information and resources on substance abuse to help team members make the best decisions for themselves. For those team members voluntarily requesting help with a substance abuse problem, assistance through the Company's Employee Assistance Program ("EAP") is available. The EAP provides both short-term counseling and referrals to community resources and treatment/rehabilitation programs. This may or may not be covered by the team member's benefit package. The Company's EAP provider may be contacted at:1-877-217-9190.

Voluntary referral to an EAP will not insulate a team member from disciplinary action for violations of this policy.

Under the Americans with Disabilities Act ("ADA"), a team member who is in treatment for alcohol or other drug addiction may be entitled to reasonable accommodation which could include flexible work schedule so team members can attend treatment-related meetings (e.g., aftercare, support groups, counseling sessions). Any team member in need of a reasonable accommodation under this policy for an alcohol or drug addiction should contact their Human Resources representative and Unum, our ADA vendor, at 1-866-779-1054.

### Testing Procedure

The Company will determine which testing will be performed and the cutoff levels at or above which a test result will be considered positive proof of illegal controlled substances and/or alcohol usage.

If a team member refuses to consent to testing, fails to appear for testing, tampers with the test, or otherwise fails to cooperate with the testing procedure, he or she will be considered to have tested positive and subject to disciplinary action up to and including termination of employment.

Samples will be collected by an approved collector with due regard to team member privacy, and in a manner designed to prevent contamination, substitution or adulteration. A strict chain of custody procedure, initiated at the time of collection, will be followed to protect the integrity of all samples. Team members should contact their Human Resources Representative to inquire about specific testing or confirmation procedures.

All provisions of the Drug Free Workplace policy apply to team members who are administered an alcohol or substance test at the request of law enforcement officials.

### Reasons for Testing

#### Random Testing

All team members will be subject to random testing unless strictly prohibited by state or local law. Team members must report to an approved collection immediately upon notification. All team members' names are in every selection pool and each team member has the same chance of being selected each testing period. Selection lists are created by a third party and random substance tests are collected by a third party.

#### Pre-Employment Testing

A Supply Chain Center driver candidate will be required to submit for and to successfully pass a substance test as a condition of employment. Any test will be administered after a conditional offer of employment has been made by the Company.

### Post-Accidents/Incidents

### Supply Chain Centers:

1. Vehicular Accidents
   Supply Chain Center drivers involved in on-the-job vehicular accident will take a substance test as required by DOT regulation in the following circumstances:
   - A fatality
   - Bodily injury with immediate medical treatment away from the scene ***and*** a citation issued to our driver
   - Disabling damage to any motor vehicle requiring tow away ***and*** a citation issued to our driver

2. Injury Accidents/Incidents
   Supply Chain Center team members who are involved in a work-related accident or incident or that caused a work-related accident or incident may be subject to reasonable suspicion testing based on the findings of the investigation where reasonable belief exists that drugs or alcohol may have contributed to the accident.

### Team USA:

**1. Vehicular Accidents**

Corporate store team members involved in an on-the-job vehicular accident will be subject to a substance test as directed by the Safety, Security and Loss Prevention Director. If directed, substance testing must occur as soon as possible after the accident occurs.

**2. Property Damage Accidents**

Team members who are involved in or responsible for a work-related accident or incident which caused or could have caused damage to property will take a substance and/or alcohol test. This includes, but is not limited to, any non-vehicular accident occurring in or around Company premises, or occurring away from Company premises but while the team member is on Company business.

### Corporate:

Team members who are involved in a work-related accident or incident or that caused a work-related accident or incident may be subject to reasonable suspicion testing based on the findings of the investigation where reasonable belief exists that drugs or alcohol may have contributed to the accident.

Reasonable Suspicion Testing: When the Company believes that a team member is impaired and determines that substance abuse may be a contributing factor based on physical or behavioral signs, the Company reserves the right to require a drug and/or alcohol test. Reasonable suspicion should be based, among other things, on the following: Specific objective facts and/or conduct observed by a supervisor or other credible witness(es), including the observation of appearance, behavior, speech, conduct or body odors of the team member, and the reasonable inferences from those facts. Specific objective facts may also be information in the team member's performance, safety or attendance record that show a pattern of suspected abuse, disciplinary problems or otherwise unexplained behavior.

Once the decision is made to substance test, the team member will be taken immediately to an authorized collection site by a member of management or a Company-secured service (taxi, medical van, etc.). The team member is not allowed to drive.

For further information on testing locations/hours contact your Human Resources representative. Domino's will comply with applicable federal, state, or local law to the extent they are inconsistent with or prevent application of the terms of this policy. Nothing in this policy guarantees an employee the right to testing and employees may be disciplined for violations of this policy without testing.

Team members operating CMVs on behalf of the Company are subject to more stringent illegal controlled substance and alcohol testing standards set forth by the federal Department of Transportation. For additional information regarding federal Department of Transportation testing standards, please contact your team leader or Human Resources representative.

### Testing and Retesting Information

Team members have the following rights:

- The right, on written request, to obtain a copy of any positive test result.
- The right to a retest, at their own expense unless state law states otherwise, of the same specimen at a certified lab. In the event the same specimen is not available, a hair test may be required. Any such request must be made within 72 hours after the team member receives notice of a confirmed positive test result.
- The right to submit information to the Medical Review Office (MRO) to explain a positive test result.
- The right to provide the required specimen without being observed, unless medical personnel at the collection site have reason to believe that an adulterated or substituted sample has been or may be provided. DOT covered employees may also be subject to the provisions of § 40.67(b).
- The right to information about the Employee Assistance Program ("EAP") that the team member may contact regarding a substance abuse problem.
- Other rights as may be granted by applicable state or local law. When a state law provides more rights than set out in this policy that state or local law shall prevail.
- Negative Dilute: Any team member or candidate who has a negative dilute result is required to take another test. He/she will be given the minimum possible advance notice to return to the collection site and submit a new specimen and will be informed upon notification if the new specimen will be urine or hair. The second test will be the result on record. If the team member or candidate declines to take the second test, the Company will treat this as a refusal to submit which is viewed as a positive test result.

### Consequences of Testing Positive

The Company retains the right, in its sole discretion, to terminate any team member who tests positive for unlawful or prohibited substances and/or alcohol, refuses to submit to testing, or otherwise tampers with or alters a drug or alcohol test and may also result in denial of workers' compensation, unemployment compensation or other benefits.

The Company retains the right, in its sole discretion, to discipline team members, up to and including termination, for violation of this policy even without testing. Any team member, who is found to be in violation of this policy, including reporting to work under the influence of drugs and/or alcohol, may be subject to disciplinary action, up to and including termination, without submitting to a drug or alcohol test. Nothing in this policy limits the Company's ability to discipline team members in its sole discretion. This policy does not guarantee team members any employment rights or in any way modifies or changes team members' at-will employment relationship with the Company.

## SUPPLY CHAIN CENTER DRIVERS DRUG AND ALCOHOL TESTING AND TRANSPORTATION TEAM MEMBERS ADDENDUM

Domino's Supply Chain ("SCC" or the "Company") has a vital interest in providing for the safety and well-being of all team members and the public and maintaining efficiency and productivity in all of its operations. In fulfillment of its responsibilities, SCC is committed to the maintenance of a drug and alcohol-free workplace.

To assure conformance with all applicable laws and regulations enforced by the Federal Department of Transportation ("DOT"), Federal Motor Carrier Safety Administration ("FMCSA") and any other applicable federal and state regulatory requirements. In accordance with DOT regulations, Company team members performing designated safety-sensitive functions, and candidates selected for hire for designated safety-sensitive positions shall be subject to specified alcohol and drug testing as a condition of employment. For the purposes of this policy, any team member performing under the definitions described below will be referred to as "SCC driver."

The testing provided for under this policy shall be in addition to any testing authorized or required under the Company's Alcohol and Drug policy, which applies to all team members regardless of their classification.

**NOTE:** Unless otherwise specified, all regulations listed in this section refer to Title 49 of the Code of Federal Regulations.

### Prohibitions

Any driver who engages in prohibited conduct as set forth herein will be removed immediately from safety-sensitive functions, including driving a commercial motor vehicle, and must comply with the requirements of 49 C.F.R. Part 40, Sub-part O, as described below before performing any safety-sensitive functions. Additionally, any driver who engages in prohibited conduct may be subject to discipline, up to and including termination.

The following prohibitions will be strictly enforced and may lead to discipline, up to and including termination:

- No driver shall report for duty or remain on duty requiring the performance of safety-sensitive functions while having an alcohol concentration of 0.04 or greater.
- No driver shall be in possession of alcohol while on duty.
- No driver shall use alcohol while, or within four hours prior to, performing a safety-sensitive function.
- No driver shall use alcohol within eight hours after a fatal accident or an accident for which the SCC driver receives a citation for a moving violation (within a specified period of time pursuant to § 382.303), or before undergoing a post-accident alcohol test, whichever occurs first.
- No driver shall perform or continue to perform safety-sensitive functions, including driving a commercial motor vehicle, if found to have an alcohol concentration of 0.02 or greater but less than 0.04 until the start of the driver's next regularly scheduled duty period, but not less than 24 hours following administration of the test.
- No driver shall report for duty or remain on duty requiring the performance of safety sensitive functions when the driver uses any drug or controlled substance, identified in 21 C.F.R. § 1308.11 Schedule I.
- No driver shall report for duty or remain on duty requiring the performance of safety-sensitive functions when the driver uses any non-Schedule I drug or substance that is identified in the other Schedules in 21 C.F.R. Part 1308 except when use is pursuant to the instructions of a licensed medical practitioner, as defined in 49 C.F.R. § 382.107, who is familiar with the driver's medical history and has advised the driver that the substance will not adversely affect the driver's ability to safely operate a commercial motor vehicle.
- No driver shall report for duty, remain on duty or perform a safety-sensitive function, if the driver tests positive or has adulterated or substituted a test specimen for controlled substances.
- No driver shall refuse to submit to any test required by this policy or DOT regulations, including a pre-employment controlled substance test, a post-accident alcohol or controlled-substance test, or a follow-up alcohol or controlled substance test.
- If the Company has actual knowledge that a driver has used a controlled substance, it will not permit the driver to perform or continue to perform a safety sensitive function.

### Voluntary Self-Identification Policy

- Employees performing safety sensitive functions who admit to alcohol misuse or controlled substances use are not subject to referral and may use an exemption to the referral, evaluation and treatment requirements as outlined in §382.121:The driver does not self-identify in order to avoid testing under Part 382 of the FMCSA
- The driver makes the admission of alcohol misuse or controlled substance use prior to performing a safety sensitive function (i.e., prior to reporting for duty)
- The driver does not perform a safety sensitive function until the driver has been evaluated and has successfully completed education or treatment requirements in accordance with the program guidelines.

Drivers who chose to avail themselves of the Voluntary Self-Identification must utilize the Company's Employee Assistance Program ("EAP") provider, Lyra. Lyra will coordinate a DOT Specialist to provide referral to a DOT qualified Substance Abuse Professional (SAP) and coordinate services necessary as part of the SAP assessment. Lyra will manage follow up and compliance with the SAP treatment plan. The cost of treatment, education and testing is the responsibility of the driver, but may be covered by the team member's health insurance. Adverse action will not be taken against a driver actively participating in the EAP program and following the treatment plan.

A driver will be allowed to return to a safety sensitive function upon the successful completion of an educational or treatment program as determined by the SAP, a return to duty test with a result indicating an alcohol concentration of less than .02 and a controlled substance test with a verified negative test result for controlled substances use. Any driver monitoring, including non-DOT follow-up testing must be completed as outlined in the SAP recommendations.

Failure to follow the treatment program will result in the exemption not being used and the driver would be fully subject to all the consequences of prohibited conduct, including referral and treatment in accordance with Part 40 Subpart O and reporting to subsequent employers in accordance with §40.25 and §391.23(e).

### Types of Tests

A driver performing safety-sensitive functions will be tested for controlled substances (marijuana, cocaine, amphetamines, opiates, and phencyclidine) and alcohol as follows:

- **Pre-employment –** A candidate for, or a team member transferring to, a covered position will be tested for controlled substances, with a negative result, before the first time a safety-sensitive function is performed. Job offers to candidates for covered positions will be conditioned on successful completion of the pre-employment testing. Current SCC covered employees who have been on leave of absence for 30 days or longer must submit to a DOT pre-employment controlled substances test prior to resuming safety-sensitive functions.
- **Post-accident –** A covered employee (1) who was performing a safety-sensitive function at the time of a fatal accident, or (2) who received a citation for a moving violation arising from an accident resulting in (a) injury to any party requiring immediate medical treatment away from the scene or (b) disabling damage to any involved vehicle requiring tow away, must be tested as soon as practical but in all cases within two hours for alcohol and within 32 hours for controlled substances. The team member must remain available for testing during this period or may be deemed to have refused testing, unless the driver's unavailability is to obtain assistance in responding to the accident, or to obtain necessary emergency medical care.
- **Random testing –** At least 10% of covered employees will be selected each year for random alcohol testing, and at least 50% for random controlled substances testing. Random alcohol and controlled substances tests will be unannounced. The minimum drug and alcohol random testing rates established by FMCSA are determined annually and the Company will test at or above the required rates. A team member may be selected more than once per year. A team member who is notified of selection must report immediately to the test site (or, if the driver is performing a safety-sensitive function, other than driving a commercial motor vehicle, at the time of notification, the driver must cease to perform the safety-sensitive function and proceed to the testing site as soon as possible). Random tests for alcohol shall only be conducted just before, just after, or while the team member is performing safety-sensitive functions.
- **Reasonable suspicion –** When a team leader, or other supervisor who has received the training required by federal law has a reasonable suspicion (based on specific, contemporaneous, articulable observations concerning appearance, behavior, speech or body odors) that a covered employee has violated the provisions above, the team member must be tested immediately. The team leader will arrange transportation to the test site. The team leader or other supervisor must make a written statement of the observation justifying reasonable suspicion testing within 24 hours of the observation or before the results of the alcohol or controlled substance are released, whichever is earlier.

- **Return-to-duty –** A return-to-duty test is required for all covered employees who have violated DOT drug and alcohol regulations, after referral to an SAP. The covered employee must have a negative drug test result and/or an alcohol test with an alcohol concentration of less than 0.02 before resuming performance of safety-sensitive duties.
- **Follow-up testing –** A team member who has violated DOT drug and alcohol regulations must submit to six or more unannounced tests for drugs and/or alcohol following return to duty, as determined by the SAP. Follow-up testing may continue for a period of up to 60 months following the driver's return to duty. The costs of any SAP evaluation or prescribed treatment shall be borne by the driver to the extent permitted by applicable federal, state, or local law. The Company does not guarantee or promise a position to the driver should he/she regain qualified status.

No team leader having actual knowledge of a violation of this law shall allow a SCC driver he/she supervises to perform a safety-sensitive function while in violation. "Actual knowledge" means actual knowledge by the team leader that a driver has used alcohol or controlled substances based on the team leader's direct observation of the employee's use of alcohol or controlled substances or the driver's admission of alcohol or controlled substances use.

Testing procedures conform to requirements by relevant federal and state laws and regulations. A DOT-qualified medical review officer will receive and verify all test results and maintain confidentiality of all records as required by law.

Samples will be collected by an approved collector with due regard to team member privacy, and in a manner designed to prevent contamination, substitution or adulteration. A strict chain of custody procedure, initiated at the time of collection, will be followed to protect the integrity of all samples.

Costs of testing and enrollment in the random pool will be charged to the Supply Chain Centers.

Random, reasonable suspicion and follow-up tests for alcohol shall only be conducted just before, just after, or while the team member is performing safety-sensitive functions.

### Training

- The Company has provided informational and educational materials regarding problems associated with drug and alcohol abuse in the workplace and otherwise. SCC drivers must sign an acknowledgement form after receiving the educational materials and a copy of this policy, and prior to testing.
- The Company's educational and training materials include information on available methods of intervening when an alcohol or controlled substances problem is suspected, including confrontation and referral to an employee assistant program. Contact the Company's Designated Employer Representative ("DER") for more information.
- All team leaders of covered employees have received at least 60 minutes of training on alcohol misuse and an additional 60 minutes of training on controlled substance use to assist them in determining whether reasonable suspicion exists to require a team member to undergo testing. The training covers the physical, behavioral, speech and performance indicators of probable alcohol misuse and use of controlled substances. It also covers available methods of intervening when an alcohol or a controlled substances problem is suspected, including confrontation, referral to the Employee Assistance Program, and/or referral to a higher management authority.

### General Testing Procedures

- All tests shall be conducted as specified in 49 CFR Part 40, Procedures for Transportation Workplace Drug and Alcohol Testing Programs.
- A candidate or SCC driver has the right to request and receive a copy of the test result report on any drug or alcohol test for which he/she provided a urine or breath sample. The request, in writing, should be addressed to the DER for alcohol test and drug test results.

- Collection and testing procedures will be such as to protect the SCC driver and the integrity of the testing process, safeguard the validity of the test results, and ensure that test results are attributed to the correct SCC driver.
- A candidate for a covered position is required to sign a form authorizing the Company to obtain from all previous employers in the previous three years a report of all DOT violations, including positive test results and refusals to be tested. The Company will also request copies of Substance Abuse Professional ("SAP") reports related to any of these violations. A candidate with a violation cannot be hired until the Company has received an SAP's report of compliance, including a follow-up testing requirement.
- A candidate for a covered position is required to sign a form stating whether he or she has tested positive, or refused to test, on any pre-employment drug or alcohol test administered by an employer to which the candidate applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules during the past three years. If the candidate admits that he or she had a positive test or a refusal to test, the candidate must document successful completion of the return-to-duty process prior to performing safety-sensitive functions.
- When recruiting for a covered position, team leaders should indicate testing is a requirement and note pre-employment on the request form. A candidate must submit to a pre-employment controlled substance test before driving any vehicles. Supervisors should notify the substance program administrator if he/she determines testing is required under (post-accident) or (reasonable suspicion) provisions.
- Team leaders should notify the substance program administrator if he/she determines testing is required under post-accident or reasonable suspicion provisions.
- Human Resources shall ensure the names of current, active SCC drivers are on the random selection list. The testing agency will randomly select team members to be tested, and the substance program administrator will notify team leaders of team members selected. The substance program administrator will arrange for the testing of team members selected in conformity with § 40 & § 382.
- Substance program administrators should contact team members selected for random drug testing and send them to the testing site immediately. For all DOT regulated alcohol testing, substance program administrators must contact team members promptly just before, just after, or while the team member is performing safety-sensitive functions.
- In the case of reasonable suspicion testing, the team leaders must give the team member notice to submit to testing and arrange transportation for the team member to the testing site. Testing should be conducted within two hours of the determination of reasonable suspicion, and no later than eight hours. If an alcohol test is not administered within two hours following the determination of reasonable suspicion, the Company will prepare and maintain on file a record stating the reasons the alcohol test was not promptly administered. Within twenty-four hours of notice to the team member to submit to reasonable suspicion testing, the team leaders must complete and sign the reasonable suspicion checklist.
- Team members must go immediately to the testing site, and report back to team leaders as soon as testing is complete. Any covered employee who refuses to submit to a required alcohol or controlled substance test will be immediately removed from duty and such refusal shall be treated as a positive test.
- If a team member is concerned about drug and alcohol use by a coworker at work, or of drug trafficking, or of safety or job performance as it relates to another team member's drug and alcohol use, including team leaders, under independent authority such concern may be reported confidentially to Domino's DER.
- Results of additional tests arranged by a team member, or requested by a medical practitioner, will not be considered. This includes testing of blood samples, hair samples, DNA, or any other testing methods or protocols.

## Drug Urinalysis

Drug testing will be performed through urinalysis. Urinalysis will test for the presence of the drugs and/or metabolites of the following controlled substances:

1. marijuana
2. cocaine
3. opiates
4. amphetamines
5. phencyclidine (“PCP”) [49 C.F.R. § 40.85]

The urinalysis procedure starts with the collection of urine specimen. Urine specimens will be submitted to a SAMHSA-certified laboratory for testing. As part of the collection process, the specimen provided will be split into multiple vials: primary vials and a secondary vial. The SAMHSA-certified laboratory will perform initial screenings on all primary vials. In the event that the primary specimen tests positive, a confirmation test of that specimen will be performed before being reported by the laboratory to the Medical Review Officer (“MRO”) as a positive.

All laboratory results will be reported by the laboratory to an MRO designated by the Company. Before reporting a positive test result to the Company, the MRO will attempt to contact the driver to discuss the test result. If the MRO is unable to contact the driver directly, the MRO will contact the DER, chosen in advance by the Company, who shall, in turn, contact the driver and direct the driver to contact the MRO.

Upon being so directed, the driver shall contact the MRO immediately or, if after the MRO’s business hours and the MRO is unavailable, at the start of the MRO’s next business day. In the MRO’s sole discretion, a determination will be made as to whether a result is positive or negative. If the driver fails to contact the MRO after 72 hours, or if the driver cannot be contacted within ten days, the MRO may verify the test as positive, or refusal to test, as applicable. After any positive verification the driver may petition the MRO to reopen the case for reconsideration within 60 days of the verification to document that serious illness, injury, or other circumstances unavoidably precluded contact with the MRO and/or DER in the times provided.

Pursuant to DOT regulations, individual test results for driver/candidates and drivers will be released to the Company and will be kept strictly confidential unless consent for the release of the test results has been obtained. Any individual who has submitted to drug testing in compliance with this policy is entitled to receive the results of such testing within ten business days of their written request.

An individual testing positive may make a request of the MRO to have the secondary vial tested. This request can be made verbally or in writing to the MRO within 72 hours of being notified by the Company of a positive test result. The secondary vial must be tested by a different SAMHSA-certified lab than tested the primary specimen. The individual making the request for a test of the second specimen is responsible for all costs associated with the test.

## Dilute Specimens

If the MRO informs the Company that a positive drug test was diluted, the Company will treat the test as a verified positive test. The Company will not direct another test.

If the MRO informs the Company that a negative drug test was diluted and the creatinine concentration of the dilute is greater than 5 mg/dl, the Company may, but is not required to, direct the driver to take another test immediately. Such re-collections will not be collected under direct observation unless there is another reason to do so. The Company will treat all similarly situated employees the same way for re-collections. However, the Company may establish different policies for different types of testing (e.g., conduct retest in pre-employment test situations, but not in random test situations).

Drivers will be informed in advance of the policy regarding re-collections.

When the Company directs the driver to take another test, the driver will be given the minimum possible advance notice that he or she must go to the collection site. The result of the second test – not the original test – is the test of record. Any driver required to take another test, which is also negative and dilute, will not be permitted to take a third test. If the Company directs the driver to take a second test and the driver refuses, the test will be treated as a positive test result.

## Alcohol Tests

Alcohol tests will be performed using a device that is on the National Highway Traffic Safety Administration's ("NHTSA") Conforming Products List ("CPL") and meets the DOT's testing requirements. This may be a breath-testing device or a saliva-testing device and may be provided through a vendor or agent. The device will be operated by a technician who is certified and trained on the specific device he or she will be operating. The driver shall report to the alcohol-testing site as notified by the Company. All alcohol tests shall follow instructions given by the alcohol technician.

Any initial test indicating a blood alcohol concentration ("BAC") of 0.02 or greater will be confirmed on an evidential breath testing device ("EBT") operated by a breath alcohol technician ("BAT"). The confirmation test will be performed no sooner than 15 minutes and no later than 30 minutes following the completion of the initial test. In the event the confirmation test indicates a BAC of 0.02 to 0.039, the driver shall be removed from duty for 24 hours or until his/her next scheduled on-duty time, whichever is longer. Drivers with tests indicating a BAC of 0.04 or greater are considered to have engaged in prohibited conduct. This may result in disciplinary action up to and including termination.

## Authorized Use of Controlled Substances

- The appropriate use of legally prescribed FDA-approved drugs and FDA-approved medication is not prohibited. However, covered employees must immediately stop performing safety-sensitive functions if they experience any adverse effects from medication or prescribed drugs and report the situation to their team leader.
- If a SCC driver undergoes prescribed medical treatment with a controlled substance, the SCC driver is required to report this treatment to their team leader, who will take steps to investigate whether the SCC driver's job assignment should be temporarily changed during the period of treatment or whether other accommodations may be appropriate. Team members are required to ask their doctor(s) about the effect of any prescribed medication on the performance of safety sensitive duties, and report accordingly. Further, the Company reserves the right to place any SCC driver taking medication(s) on a leave without pay, pending a decision as to whether the SCC driver may continue to perform his/her regular job duties while taking the medication(s).
- The Company requires a SCC driver to make such notification as soon as possible, and prior to performing a safety-sensitive function, and to provide written documentation from the prescribing licensed medical practitioner that the medication(s) will not affect the SCC driver's ability to safely operate a commercial motor vehicle. The Company reserves the right to obtain an independent medical opinion regarding the potential effects of a prescription or over-the-counter drug on a SCC driver's ability to perform safety-sensitive functions or other aspects of his/her job.
- NOTE: team leaders are reminded that individual medical information is considered to be confidential, and that the inappropriate dissemination or abuse of such information could result in disciplinary action.
- Medications prescribed for someone other than the SCC driver will be considered unlawfully used under any circumstances. The DOT also indicates that a SCC driver's purported use of marijuana for medical purposes (even if pursuant to state "medical marijuana" law) or use of hemp or marijuana-related products does not constitute a legitimate medical explanation for a positive test result and these are insufficient grounds for the MRO to verify the test result as negative.

**Record Retention**

- The substance program administrator and/or the testing laboratory will maintain the following records in a secure location with controlled access. Except as required by law, access to these records shall be limited to management officials on a need-to-know basis, as determined by the Legal Department.
- Five year record retention: Records of any team member's alcohol test results indicating an alcohol concentration of 0.02 or greater; records of verified positive drug test results; documentation of refusals to take required alcohol and/or drug tests (including substituted or adulterated drug test results); driver evaluations and referrals; SAP reports; records related to the administration of the alcohol and drug testing programs; all follow-up tests and schedules for follow-up tests; records relating to the administration of the random testing program; calibration documentation; and a copy of each annual calendar year summary required by §382.403.
- Three-year record retention: Information obtained from previous employers under §40.25 concerning drug and alcohol test results of employees.
- Two-year record retention: Records related to the alcohol and controlled substances collection process and records of the inspection, maintenance, and calibration of EBTs.
- One year record retention: Records of negative and canceled controlled substance test results and alcohol tests results with a concentration of less than 0.02.
- Supervisory training and SCC driver educational materials and training records shall be maintained while the individual performs the functions requiring training and for two years after the team member ceases performing those duties.
- Except with specific, written consent from the team member or as required by law, no information about specific alcohol and controlled substance testing will be released by the Company to outside parties. A covered employee is entitled, upon written request, to obtain copies of any records pertaining to the team member's use of alcohol or controlled substances, including any records pertaining to the team member's alcohol or controlled substances tests.

**References**

- Title 49 CFR Part 40, Procedures for Transportation Workplace Drug and Alcohol Testing Programs
- Title 49 CFR Part 382, et al., Federal Motor Carrier Safety Administration ("FMCSA") Regulations on Controlled Substances and Alcohol Use and Testing
  - Should there be conflicts between federal regulations and this policy, attributed in part to revisions to the law or changes in interpretations, and when those changes have not been updated or accurately reflected in this policy, the federal law shall prevail. The Company reserves the right to apply the amended or revised requirements immediately, without giving prior notice to SCC drivers and/or candidates, unless DOT regulations or other applicable law requires such notice.
- DOT Office of Drug & Alcohol Policy & Compliance — Best Practices for DOT Random Drug and Alcohol Testing (4-24-07)

### Effects of Alcohol Misuse and Controlled Substance Use

Drug and alcohol addiction affects more than just the addict. The person's family, co-workers, friends and community are all affected by addiction. The person struggling with these issues can experience job loss, money problems, the loss of relationships, depression, and disease. Many treatment programs are available for both addicts and their families, but the first step toward healing is often intervention.

If managers/supervisors trained in accordance with 49 C.F.R. § 382.603 observe an employee exhibiting signs and symptoms of alcohol or controlled substances use on the job, they will take the follow steps:

- Describe observed signs and symptoms to the Human Resources Department.
- Describe signs and symptoms observed to the employee.
- Arrange and implement reasonable suspicion testing.
- Refer employee to Substance Abuse Professional ("SAP") if test results are positive for alcohol or controlled substances.
- Refer employee to Employee Assistance Program ("EAP") for further evaluation if test results are negative.

If a team member suspects that a co-worker is using alcohol or controlled substances on the job, s/he should report their suspicion immediately to their Human Resources Representative.

The Designated Employer Representative will provide resources for employees, where needed.

### Designated Employer Representative ("DER")

Contact the Human Resources Compliance department to answer driver questions about this policy and/or the additional educational materials provided:

Human Resources Compliance

(877) 921-8326

30 Frank Lloyd Wright Drive

Ann Arbor, Michigan 48105

The Company retains the right to modify, change, eliminate and interpret this policy at its sole discretion and without notice.

### Additional Information

- Testing procedures are subject to applicable law.
- Travel time to and from the collection site and the time spent at the collection site will be paid.
- To the extent not preempted, this policy shall be modified or deleted as required by state or local laws or ordinances in jurisdictions where the Company operates.
- Team members should contact the DER or the Substance Program Administrator located at the WRC with specific questions.
- To the extent required by applicable state or local law, and as an express exception to the terms of the foregoing Drug-Free Workplace policy, the Company will recognize a team member's or candidate's legally-valid authorization to use medical marijuana for purposes of adjudicating a Positive Test Result under its Drug-Free Workplace policy. Provided, however, that team members and candidates with a legally-valid authorization to use medical marijuana must fully comply with applicable state or local law regarding possession and use of medical marijuana. Further provided that team members or candidates with a legally-valid authorization to use medical marijuana are prohibited from: (1) possessing medical marijuana on Company premises, during working time, or while wearing Domino's logo apparel; (2) reporting to work under the influence of medical marijuana; or (3) to the extent consistent with applicable law, serving in safety-sensitive positions (including, but not limited to, delivery drivers, U.S. Department of Transportation-regulated positions such as Supply Chain Center drivers, and production/manufacturing positions) or performing safety-sensitive functions (including, but not limited to, driving vehicles or operating heavy machinery).

# We Take Information Security and Technology Protection Seriously

## INFORMATION SECURITY AND TECHNOLOGY PROTECTION

As we continue with our strategy of "Hungry for More", Domino's will become a greater target in the Information Security realm. Domino's business is highly dependent on data and technology. If important data was disclosed to inappropriate persons, the Company could suffer serious losses and significant reputational impacts. The good reputation that Domino's enjoys is also directly linked with the way that it manages both data and technology. For example, if private customer data were to be publicly disclosed, the organization's reputation would be harmed. For these and other important business reasons, executive management working in conjunction with the Board of Directors has initiated and continues to support an Information Security effort.

To be effective, Information Security must be a team effort involving the participation and support of every Domino's team member. In recognition of the need for teamwork, this policy statement clarifies the responsibilities of team members and the steps they must take to help protect Domino's data and technology. This section describes the responsibility each employee has, and what they can do to prevent and respond to a variety of threats to data and technology including unauthorized access, disclosure, duplication, modification, appropriation, destruction, loss, acceptable use, and denial of use.

For the complete Information Security Practice Manual and supplemental policies, see *pienet.dominos.com*. These policies will not be interpreted or applied so as to interfere with the protected rights of team members, individually or collectively, to discuss or share information related to their wages, benefits, and/or terms of employment amongst themselves or outside parties.

All suspected policy violations, system intrusions, virus infestations, data breaches, and other conditions that might jeopardize Domino's information or Domino's technology must be immediately reported to the Security Operations Center (SOC). To notify the SOC, email SOC@dominos.com. If a team member or third party wishes to submit an anonymous concern, it should be addressed to:

**Chief Information Security Officer**
**Domino's Pizza LLC**
**30 Frank Lloyd Wright Drive**
**Ann Arbor, MI 48105**

**Concerns can also be reported by calling NAVEX at (844) 850-2250 or online at www.dominos.ethicspoint.com. These reports may be made anonymously. Please reference the Whistleblower Policy for more information.**

### Access

Access to systems and information in the possession, or under the control, of Domino's must be provided on a "least privilege" or "need to have" basis. Information and access must be granted only to people who have a legitimate business need. Each individual team member must be positively authenticated and authorized prior to being granted access to Domino's system and information resources. Team members must use individual accounts and should not use shared or anonymous access. Access must be limited to the minimum necessary to perform the job function.

Access to confidential systems and information must be controlled through a managed process that addresses authorization, accountability, modifying and revoking access, and periodic review of access. All systems, information and entitlements should be assigned owners, who will act as custodians for maintenance of the entitlements/data. This includes management of the access request process and ensuring that access and data is kept up to date and is deleted when it is no longer necessary.

For requests or questions regarding access to systems and information, contact access@dominos.com.

### Passwords

All team members are expected to use strong and unique passwords for their accounts. These passwords must be unique from any other password and should not follow an established pattern (Pizza.123, Summer2023!, etc.). Words and terms that are common to Domino's or a Team Member must be avoided. Passwords must have a minimum length of ten characters and contain characters from at least three of the four following categories:

- upper case alpha (A through Z)
- lower case alpha (a through z)
- numeric (0 through 9)
- special characters: ~!@#$%^&*_-+=`|\(){}[]:;"'<>,.?/

Passwords must also be rotated on a regular basis depending on sensitivity of the access which is permitted. In most cases, this rotation is required every 90 days. For more information regarding passwords, see the Password & Account Lockout Configuration Policy on *pienet.dominos.com*.

### Remote Access

Should remote access to Domino's systems and information be required, team members must follow protocol approved by the Information Security team. In most cases, it's expected for two-factor authentication to be used for accessing sensitive systems and information remotely.

In some cases, personal devices such as a mobile phone can be used to access Domino's systems and information. When allowed, these systems are subject to the same monitoring and controls which are implemented for Domino's systems. This access can be revoked at any time. If a team member is unsure about this policy, they should contact the Service Desk via ServiceNow. In no cases are personal systems or devices to be connected to a Domino's internal network directly unless there is approval from Information Security. However, personal systems or devices are permitted to connect to Domino's Guest Wi-Fi.

### Rights to Materials Developed

Team members must grant to Domino's exclusive rights to patents, copyrights, inventions, or other intellectual property they originate or develop while employed by and/or performing services for Domino's or using Domino's equipment or resources or during working time. All programs and documentation generated by, or provided by team members, for the benefit of Domino's are the property of Domino's and constitute "works for hire" as that term is defined in the United States Copyright Act. Domino's asserts the legal ownership of the contents of all information systems under its control. Domino's reserves the right to access and use this information at its discretion.

### Third Party

All Domino's confidential information, internal and cloud systems must be protected from unauthorized access and/or disclosure to third parties. Team members may give third parties access to Domino's confidential information and systems only when a demonstrable need to know exists. The Domino's non-disclosure agreement (NDA) is available from the Legal Department and must be signed, indicating that the access and disclosure has been expressly authorized by the relevant Domino's information or system owner. If an ongoing business relationship is to be established, team members must ensure a formal contractual agreement between Domino's and the third party is in place. Team members, with the assistance of the Information Security department, must ensure that the third party is able to protect Domino's confidential information and systems from unauthorized access and/or disclosure. The third party must commit to enforcing reasonable security controls and notify Domino's of any unauthorized access and/or disclosure of information or systems per the agreement set forth within the NDA and/or contracts. All vendors should go through the Third-Party Risk Management review process to ensure that vendors have strong cybersecurity controls. To begin this process or for more information on third-party vendor security, please contact Dist_Risk@dominos.com.

If confidential information or systems are accessed or disclosed to unauthorized parties or is suspected of being accessed or disclosed to unauthorized parties, the team member must notify Domino's Information Security at SOC@dominos.com immediately.

Nothing in this policy shall restrict team members from communicating directly with a governmental agency or authority regarding a possible violation of federal law or regulation involving the Company or making other disclosures that are protected under the whistleblower provisions of federal law or regulation, in each case to the extent that a restriction on such communication or disclosure would violate applicable law. This policy also does not restrict team members' lawful ability to disclose trade secret information in limited circumstances in accordance with the Defend Trade Secrets Act of 2016. As well as this, nothing in this section is intended to prohibit any team member from exercising their rights under the National Labor Relations Act, including communicating with others about their terms and conditions of employment or labor issues or disputes.

### Personal Responsibility

This handbook contains guidelines for behavior; however, it may not address all situations. When in doubt, contact SOC@dominos.com with questions, or report suspected phishing emails by using the 'Report Phishing' button in Outlook or forward the email to phishing@dominos.com.

### Monitoring

In accordance with applicable state law, we are notifying all team members that all Company electronic resources and information, including e-mail messages, internet searches, and files, that are created, sent, or retrieved over the Company's technical resources are the property of the Company, and should not be considered private or confidential. Domino's management regularly monitors and inspects Domino's technology. Domino's reserves the right to conduct full searches and examinations of Domino's technology. Team members have no reasonable expectation of privacy when using any Domino's technology, including information or files transmitted or stored through the Company's computers, voice mails, cell phones, e-mails, text messages, or telephone systems. Any electronically stored information that you create, send to, or receive from others may be retrieved and reviewed when doing so serves the legitimate business interests and obligations of the Company. The Company reserves the right to monitor your use of its technical resources at any time. All information including text and images may be disclosed to law enforcement or to other third parties without prior consent of the sender or the receiver.

Because Domino's computers and networks are provided for business purposes only, team members must have no expectation of privacy associated with the information they store in or send through these technologies. Domino's management retains the right to remove from its technologies any material it views as offensive or potentially illegal.

By signing this handbook, you acknowledge and consent to such electronic monitoring of any and all telephone conversations or transmissions, electronic mail or transmissions, or internet access or usage by a team member by any electronic device or system, including but not limited to the use of a computer, telephone, wire, radio or electromagnetic, photoelectronic or photo-optical systems at any and all times and by any lawful means.

### Information Security Training

Upon hire, all team members must go through new hire onboarding, which provides an orientation to Domino's. New hire onboarding, among other things, provides a baseline security training to instill in the new employee the value that Domino's places on security.

Annually, all employees must participate in security awareness training along with their annual requirement to acknowledge that they have read and understood all security policies and procedures. This acknowledgement must be electronically recorded. Per regulatory requirements, team members who write code or contribute to application development must also complete an annual training distributed by the Information Security team that covers secure code development.

Additionally, the Information Security team and the Safety & Loss Prevention teams will, as needed, educate employees on critical security concerns. Typically, this is done through the Domino's Dish emails, but may include other methods such as posters or meetings.

### Confidential Information

Refer to the Data Classification Policy on *pienet.dominos.com* for Domino's definition of confidential information. Team members acting as the custodian or owner of confidential information is responsible for protecting such information with required security measures. This may include, but not limited to, restricting access, encrypting data and purging. Team members should only retain confidential information when there is a business need. Team members should not retain confidential information longer than what is necessary to conduct Domino's business. All confidential data no longer being used or no longer needed must be either shredded, incinerated, securely wiped or otherwise irrevocably destroyed per the Record Retention policy in compliance with all applicable federal, state and local law.

Sensitive and restricted information should be labeled "Highly Confidential", "Confidential", or "Company Internal" (per guidelines of the Data Classification Policy). If a team member believes that the data classification label accompanying information is incorrect, they must protect the information in a manner consistent with the most stringent classification. Before using this information or distributing it to any other party, such a recipient must check with the information Owner to ensure that the label currently applied to the information is correct.

### Prohibited Activities

Team members must not test or attempt to compromise computer or communication system security measures unless specifically approved in advance and in writing by the Chief Information Security Officer.

Incidents involving unapproved system hacking, password guessing file decryption, bootleg software copying, user account creation or modification or similar unauthorized attempts to compromise security measures may be unlawful and will be considered serious violations of Domino's internal policy.

Short-cuts bypassing systems security measures and compromise of systems security measures are absolutely prohibited.

Team members must not use 'mouse jiggler' type software on their company issued technology devices.

### Acceptable Use Policy

Team members must abide by the privacy and monitoring standards provided by an Acceptable Use Policy. Any Domino's-issued computing and information assets, such as email address, office or technology equipment (e.g. laptops, telephones), Domino's intranet or approved access to public internet, and other technology, do not inherently grant privacy to the user, except where applicable laws provide accordingly. Domino's maintains the right to monitor and audit all usage of these computing and information assets, in conjunction with internal policies and applicable law. If a user has been identified as being non-compliant, appropriate action will be taken by Information Security.

Through monitoring of these assets, data may be collected and used to provide insight into administrative, team member, work, and management processes. Some of these insights include: ensuring operating networks and systems are working securely and as intended, protecting confidential data, and maintaining a safe and secure workplace. This data may be stored and classified in Domino's databases. The transfer of the data to databases will comply with organizational security measures and any applicable laws.

Team members are required to handle data and assets responsibly and securely. For a complete list of expectations enforced by Information Security, refer to the Information Security Practice Manual and the general Information Security Policy on *pienet.dominos.com*.

### Backups / External drives

Team members must use their designated OneDrive or a Teams site to backup data and information on their computer or laptop. Team members must not save critical or sensitive corporate data to external hard drives or flash drives.

For multi-user computer and communication systems, a system administrator is responsible for making periodic backups. Team members can store files on OneDrive to ensure files are backed up in the event of a computer issue.

All backups containing confidential data must be stored at an approved location with either physical access controls or encryption. A contingency plan must be prepared for all applications that handle critical production information. It is the responsibility of the information owner to ensure that this plan is adequately developed, regularly updated, and periodically tested.

### Physical Security

Access to every office, computer room, and other Domino's work areas containing confidential data must be physically restricted based on job responsibilities.

### Corporate ID badges

Corporate ID badges must be worn and visible. Team members must avoid admitting anyone without a corporate ID or visitor badge into secured corporate areas. Each team members must use their own badge for access to sensitive areas and not allow 'tailgating' or 'piggybacking' of other team members. For additional information, refer to the Safety Practices, Security & Facility Evacuations section of this document.

### Clean workspace

Team members' workspaces must not have any visible confidential information when left unattended. Confidential information must not be left unattended on desks, common areas, locked offices, or file cabinets. This information should be stored safely, to prevent a passerby from viewing it. Printouts and faxes containing confidential information must be attended by the receiving individual to also prevent exposure.

During non-working hours, team members in areas containing sensitive data must lock-up all information. Unless information is in active use by authorized people, desks must be clear and clean during non-working hours to prevent unauthorized access to information. When in public spaces, team members should avoid working with sensitive information that might be viewed by unauthorized individuals. As well as this, discussing confidential information in public places is prohibited, as unauthorized individuals could overhear the conversation.

### Lock Your Computer

In addition to data in paper form, portable electronic devices (cellphones, laptops, etc.) must follow the same policy. These devices must also be locked whenever someone leaves them unattended. For longer periods of absence, these devices must either be brought home with the team member or secured in a locked area.

## PRODUCTS

### Computer Security Solutions

Team members provided with computers must utilize the approved and installed anti-virus and other security software enabled on their computers. Team members must not abort automatic signature or software updates or disable or bypass any security software installed on their machine by the Company.

Team members must keep the current versions of approved virus screening software and virus definitions enabled on their computers. To do so, team members must allow updates driven by Domino's Technology to run on their computers without interruption.

### Computer Malicious Software Eradication

If team members suspect infection by a computer virus or other malicious software, they must immediately stop using the involved computer and contact the Information Security department via soc@dominos.com. USB and other removable storage media used with the infected computer must not be used with any other computer until the infection has been successfully eradicated. The infected computer must also be immediately disconnected from all networks. Team members must not attempt to eradicate viruses themselves. Qualified Domino's staff or consultants must complete this task in a manner that minimizes both data destruction and system downtime.

### Firewall Software

Team members must keep the host-based firewall enabled on their computers. Local exceptions are permitted if necessary for business activities. A request must be submitted to Information Security for review and approval prior to modifying computer firewall settings.  Periodic scans of local firewall policies will be performed by the Domino's Technology department to validate these exceptions.

### Software Sources

Domino's licenses and maintains software packages such as Microsoft Office products. Team members must not install other software packages on computers without obtaining advance permission from the Domino's Technology department. Software downloaded from electronic bulletin boards, shareware, public domain software, and other software from untrusted sources must not be used unless it has been approved by Domino's Technology. Unapproved, out of date or insecure software may be blocked, removed or updated without advance notice or communication to the involved team member.

### Security Sign-Off Required

Before being used for production processing, new or substantially changed application systems must have received written approval from the Chief Information Security Officer for the controls to be employed. This requirement applies to corporate desktop and laptop computers just as it does to larger systems.

## MOBILE DEVICE & SERVICE REIMBURSEMENT POLICY

The purpose of this policy is to ensure compliance with the IRS regulations regarding reimbursement for mobile device expenses. The IRS requires that any business and personal calls are very clearly documented prior to reimbursement.

Domino's recognizes that a mobile device may aid a team member in their employment with the Company and can benefit their department as well as the Company. Therefore, specific team members are eligible to receive reimbursement for official business calls.

Please refer to full policy on the Human Resources Self Service website http://tmsc.Dominos.com under More Resources.

# We Have Employment and Workplace Standards

This section describes some of the things that we expect from you and what you can expect from us. Adherence to these standards will promote a professional workplace for all our team members.

## EQUAL EMPLOYMENT OPPORTUNITY

We are committed to the principle of equal employment opportunity. We recognize and appreciate the advantages of having a diverse workforce. Our intent is to create and support an inclusive environment to allow all team members an opportunity to reach their highest potential.

Domino's is comprised of people with different backgrounds, ethnicities, lifestyles, and values. We must harness these differences so that our business teams and team members can thrive. This will give us the competitive advantage.

We will provide employment opportunities without regard to race, ancestry, color, religion, creed, gender, sex, pregnancy (including lactation, childbirth or related medical conditions), national origin, ethnicity, protected hair style and texture, citizenship status, marital or familial status, age, physical or mental disability, legally protected medical condition, height, weight, sexual orientation, gender identity and expression, genetic information (including testing and characteristics), uniformed service, military or veteran status, protected activity (such as opposition to or reporting of prohibited discrimination or harassment), or any other characteristics protected by applicable law. Domino's prohibits any form of unlawful discrimination based upon a protected characteristic as set forth in this policy.

Any team member who believes that he or she has been discriminated against in violation of this policy has the responsibility to promptly report it to their Human Resources representative or the Ethics Hotline at (844) 850-2250 or online at www.dominos.ethicspoint.com

## INCLUSION AND DIVERSITY

At Domino's, we know there is no limit to how great we can be when team members are comfortable bringing their unique perspectives, cultures and experiences to work each day. We also know that the diverse nature of our teams helps us in providing better service and impact in our communities. We are committed to fostering an inclusive workplace, where each individual can thrive by bringing their whole selves to work.

We know that inclusion and diversity are foundational to Domino's growth as a global brand. Therefore, we are committed to progressing the following:

- Recognizing and rewarding team members based on their ability and merit of contributions
- Providing equal access to growth and advancement opportunities
- Giving team members an opportunity to make a difference in their communities through volunteerism
- Creating partnerships with organizations that are focused on education, service and opportunity
- Creating an environment where team members respect each other and are free from harassment, discrimination, retaliation, and intolerance. We provide the option for all team members to share their personal pronouns in their email signature. Doing so contributes to creating a safe space for everyone and ensures we communicate together respectfully. Please see the template on PieNet by clicking here
- Creating an environment where we can listen, learn and have conversations that create a bridge and bond with team members

At Domino's, we are dedicated to Putting People First. For more information regarding our inclusion and diversity initiatives please contact inclusion@dominos.com.

## PREFERRED NAME POLICY

Domino's recognizes that many team members use names other than their legal names to identify themselves. To the extent possible, Domino's will use the team member's preferred name.

Team members may choose to identify themselves within Domino's information systems with a preferred name in addition to their legal name. Domino's allows you to do this by setting a preferred name in Team Member Service Center (TMSC). The team member's preferred name will be used in communications and reporting except where the use of the legal name is required by Domino's or applicable law. Some records, such as paychecks, require use of a legal name.

Team members can determine the preferred name they want to be known by in Domino's information systems, however, inappropriate use of the preferred name policy (including but not limited to avoiding a legal obligation or misrepresentation) is prohibited. Domino's reserves the right to remove preferred names that violate company policies.

Allowable name formats include (but are not limited to):

- A shortened derivative of a name (e.g., "Sue" for "Susan")
- A middle name instead of a first name
- First and middle initials (e.g., "A.J." for "Andrew John")
- An anglicized name (e.g., "Peter" instead of "Xingyu")
- A name that better represents the individual's gender identity
- A name to which the individual is in the process of legally changing

Domino's will not accept a preferred first name that is vulgar or offensive, obscene, fanciful, or creates confusion of the individual with another person.

## HARASSMENT-FREE WORKPLACE

Domino's prohibits harassment of team members based on race, ancestry, color, religion, creed, gender, sex, pregnancy (including lactation, childbirth or related medical conditions), national origin, ethnicity, protected hair style and texture, citizenship status, marital or familial status, age, physical or mental disability, legally protected medical condition, height, weight, sexual orientation, gender identity and expression, genetic information (including testing and characteristics), uniformed service, military or veteran status, protected activity (such as opposition to or reporting of prohibited discrimination or harassment), or any other characteristic protected by applicable law.

"Harassment" is defined as verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of their protected characteristic as set forth in this policy, where:

- Submission to, or rejection of, harassment is used as a basis for an employment decision;
- Harassment has the purpose or effect of unreasonably interfering with an individual's work performance, creating an intimidating, hostile, or offensive work environment; or
- An individual's employment opportunities are otherwise adversely affected

Harassment may also include, but is not limited to, use of epithets, slurs, negative stereotyping, or threatening, intimidating, or hostile acts that relate to a team member's protected characteristic as set forth in this policy or that of their relatives, friends, or associates.

In addition, the Company prohibits sexual harassment. Sexual harassment includes, but is not limited to, unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct or communication of a sexual nature. Examples of prohibited conduct include, but are not limited to:

- Requests for sexual favors, where the requests are linked explicitly or implicitly to threats or promises regarding employment with the Company, promotional opportunities, pay, bonuses, work assignments, transfers, evaluations or any other term or condition of work

- Unwelcome sexual advances or propositions, leering, whistling, or suggestive or obscene comments or gestures
- Unwelcome sexual contact, such as inappropriate touching, kissing, or any offensive or abusive physical contact
- Unwelcome jokes, innuendos, epithets or slurs or other unwelcome remarks with sexual content or content based on an individual's sex, race, ethnicity or other characteristic protected by applicable federal, state or local law
- Verbal abuse of a sexual nature or sexually graphic verbal comments
- Unwelcome commentary about an individual's body (whether or not intended to be complimentary), sexual prowess or sexual deficiency
- The display of objects or pictures of a sexual or sexually degrading nature
- Computer, email, text message, voice mail or other electronic transmissions containing sexual content or jokes or derogatory statements regarding a particular sex, race, ethnic group or other characteristic protected by applicable federal, state or local law

The prohibition against sexual harassment applies equally to male, female and non-binary team members and includes harassment where the harasser and the victim are of the same sex. Prohibited behavior includes, but is not limited to, harassment by an individual in a higher job grade than the targeted team member, or in a job of lesser or equal authority. We will not tolerate or condone harassment of team members by their supervisors, their co-workers or third parties over whom we have control.

Further, any team member who engages in conduct that violates this policy, or whose conduct would violate this policy if allowed to continue, will be subject to disciplinary action up to and including termination of employment. Any team member who believes that they have been harassed in violation of this policy has the responsibility to promptly report it to their Human Resources representative or the Ethics Hotline at (844) 850-2250 or online at www.dominos.ethicspoint.com.

## RETALIATION IS PROHIBITED

The Company will not allow any form of retaliation against team members who report alleged violations of Company policy or who participate in the Company's investigation of such reports. Team members who engage in any form of retaliation in violation of this policy will be subject to disciplinary action up to and including termination of employment. Any team member who believes that he or she has been retaliated against in violation of this policy has the responsibility to promptly report it to their Human Resources representative or the Ethics Hotline at (844) 850-2250 or online at www.dominos.ethicspoint.com.

## WORKPLACE INVESTIGATIONS

Every report of discrimination, harassment, or retaliation will be fully investigated and will be treated as confidential to the extent possible without impeding the ability of the Company to conduct a discreet and thorough investigation. Any team member determined by Domino's to have engaged in conduct that violates Company policy, or whose conduct would violate Company policy if allowed to continue, will be subject to disciplinary action up to and including termination of employment. In addition, any team member who fails to cooperate with the Company's investigation will be subject to disciplinary action up to and including termination of employment. During the investigation, the Company expects all employees to keep matters related to the investigation confidential.

## REASONABLE ACCOMMODATIONS

It is the Company's policy to provide equal employment opportunity to qualified team members with disabilities under the Americans with Disabilities Act or other applicable law. Domino's will make reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability, unless doing so would result in an undue hardship to the Company or if the individual is a direct threat to the health or safety of the individual or others. The Company treats all medical information and records concerning medical conditions or disabilities as strictly confidential and keeps medical files separate from personnel files.

The Company provides equal employment opportunity to pregnant team members under the Pregnancy Discrimination Act, Pregnant Workers Fairness Act, or other applicable law. Domino's will make reasonable accommodations for limitations related to pregnancy, childbirth or related medical conditions unless doing so would result in an undue hardship to the Company. Possible pregnancy-related accommodations under this policy could include acquisition or modification of equipment or devices, longer or more frequent break periods, assistance with manual labor, or modification to work schedules or job assignments. An accommodation(s) may not be reasonable where it poses an undue hardship on the Company.

It is the Company's policy to provide equal employment opportunity to team members without regard to their religious beliefs. Domino's will make reasonable accommodations to an individual's sincerely-held religious beliefs, unless doing so would result in an undue hardship or a direct threat in accordance with applicable law.

If you believe that you need a reasonable accommodation under this policy, please immediately contact your Human Resources representative or the Team Member Service Center at (877) 921-TEAM. Upon receipt of an accommodation request or becoming aware of the potential need for an accommodation, Domino's will engage in an interactive process with the team member to determine possible reasonable accommodation options. A team member may be required to provide documentation from their physician to support the need for the reasonable accommodation(s).

Domino's prohibits any form of retaliation against team members for requesting an accommodation under this policy.

## IMPROPER RELATIONSHIPS

Domino's desires to avoid interference with productivity, actual or potential conflicts of interest, the perception of favoritism, misunderstandings, and morale problems in the workplace. As such, Domino's prohibits: (1) consensual sexual or romantic relationships between team members who have a direct supervisory relationship; and (2) the employment of related team members, or team members living in the same household, who have a direct supervisory relationship. Team members with no direct supervisory relationship are prohibited from such relationships to the extent they interfere with the performance of their job and responsibilities, create a conflict of interest, or disrupt the workplace.

A consensual relationship exists when two team members are or have engaged in a romantic or sexual relationship. Related team members include mothers, fathers, spouses, partners, brothers or sisters, sons or daughters, mothers-in-law or fathers-in-law, step-children, step-parents, brothers-in-law or sisters-in-law, daughters-in-law or sons-in-law, grandparents, grandchildren, aunts, uncles, nephews, nieces, and cousins. This policy applies regardless of the sex, gender, or sexual orientation of the team members involved.

Each team member in a relationship that violates or potentially violates this policy must promptly disclose the existence of the relationship to their Human Resources representative. If there is such a relationship, one or both team members involved may be transferred to a different position or worksite or subjected to other employment actions up to and including termination of employment. Team members are also reminded that Domino's maintains a strict policy against unlawful harassment of any kind, including sexual harassment. Domino's will vigorously enforce this policy consistent with all applicable federal, state, and local laws.

## MANAGEMENT CONDUCT EXPECTATIONS

Management team members are role models for team members and are imitated in their behavior, integrity and conduct. Management team members must ensure that they are setting a professional example at all times and should always treat team members with respect.

Management team members must also avoid showing improper favoritism toward team members they supervise. For example, socializing outside of work with the same team member(s) or developing a close personal relationship with team member(s) may be perceived as unfairly favoring a certain team member to the exclusion of others. Management team members are expected to maintain a fair and professional level of conduct both on and off the job with the team members they supervise.

## EMPLOYMENT CLASSIFICATIONS

The Company recognizes the following employment classifications for purposes of the policies set forth in this Handbook:

- **Team member:** A person who is employed by the Company.
- **Part-time:** A team member who is regularly scheduled to work and who does work less than 40 hours per week.
- **Full-time:** A team member who is regularly scheduled to work and who does work at least 40 hours per week.
- **Exempt:** A team member who holds a position (including but not limited to executive, administrative, professional, or sales) that meets the requirements for exempt status as defined by the Fair Labor Standards Act and applicable state and local law and who are exempt from overtime pay requirements. Exempt team members are compensated on a salary basis with the exception of team members who meet the requirements for the Motor Carrier Exemption under the Fair Labor Standards Act.
- **Non-exempt:** A team member who holds a position that is subject to the minimum wage and overtime requirements as defined by the Fair Labor Standards Act and applicable state and local law. Non-exempt team members are paid 1.5 times their regular rate of pay for all hours worked over 40 in a workweek and may be entitled to daily overtime under applicable state or local law. Overtime work must be approved in advance by the supervisor.
- **Regular:** A team member who is hired for an undefined period of time. A regular position can be part-time or full-time.
- **Temporary:** A team member hired for a limited, specified period of time.

A contractor is a worker who performs services for Domino’s but is not an employee or team member of Domino’s.

The Human Resources Department’s Compensation team analyzes each position to determine whether it is exempt or non-exempt. No changes to this status can be made without the prior approval of the Compensation team.

Your hire date is the first day that you work for the Company in a regular position, either part-time or full-time. Time spent working in a temporary position is not credited toward your hire date.

## INTERNAL TRANSFERS

Domino’s encourages employees to submit applications to positions for which they are qualified via the Internal Jobs application. This can be accessed at login.dominos.com by clicking on the “Internal Jobs” icon. Promotions and transfers will be based on the ability, qualifications and potential of the candidates for the positions. Employees who are interested in transferring to another position should notify their immediate manager and complete the internal application provided they are in good standing. Domino’s reserves the right to hire the best qualified candidate for each open position, including external candidates, at its sole discretion.

## REHIRE STATUS

Rehire is the re-employment of a team member who worked for Domino's previously. A team member can be considered for re-employment if they left the company in good standing. The Human Resources department will determine the team member's eligibility for rehire by reviewing their rehire status and employment history.

Former Domino's team members who return to any full-time position within 30 days of their separation date will have prior benefit elections reinstated. Please contact Human Resources Shared Services for additional information regarding eligibility and participation in other Domino's benefit programs. Domino's reserves the right to hire the best qualified candidate for each open position, including external candidates, at its sole discretion.

## HIRING OF EMPLOYEES OR FORMER EMPLOYEES OF AUDIT FIRMS

Under Section 206 of the Sarbanes-Oxley Act ("SOX"), it is unlawful for a registered public accounting firm to perform audit services for an issuer if a chief executive officer, controller, chief financial officer, chief accounting officer, or any person serving in an equivalent position for the issuer, was employed by that registered independent public accounting firm and participated in any capacity in the audit of that issuer during the one-year period preceding the date of the initiation of the audit.

Therefore, Domino's will not employ an individual from the audit firm for a key financial position or other restricted position as defined in SOX if the individual has participated in any capacity in a Domino's audit during the one-year period preceding the date of the initiation of the audit.

The Company has implemented a procedure requiring the Human Resources Department, when interviewing candidates who are currently or have been employed by the audit firm, to verify whether the candidate has ever participated in a Domino's engagement in any capacity within the prior two years. If the candidate has participated in a Domino's engagement, the Human Resources Department must contact the Legal Department for consultation.

## IMMIGRATION AND EMPLOYMENT

Under the Immigration Reform and Control Act ("IRCA"), the Company is required to verify a team member's identity and his or her lawful eligibility to work in this country by completing a Form I-9. The team member is required to complete Section 1 of the Form I-9 no later than the date that employment begins. The Company is required to review original identity and employment eligibility documents and complete Section 2 of the Form I-9 within three business days after the date employment begins. Domino's complies with the requirements of the IRCA, which is enforced by U.S. Immigration and Customs Enforcement ("ICE"). The following guidelines apply to complying with IRCA:

- All team members will be required to provide proof of work eligibility and identification and complete the employee portion of the Form I-9 electronically. Such proof must be provided no later than the third day of employment.
- A Designated Employer Representative will verify and check for authenticity of all documentation and complete the employer section of the Form I-9 electronically.
- The acceptable forms of documentation can be found attached to the Welcome to Domino's email. The Form I-9 will be maintained for all active team members. After termination of employment, the Form I-9 will be maintained for three years after the initial date of hire or one year from the date of termination, whichever is later.
- If a team member has shown documentation that has an expiration date for employment eligibility, a Designated Employer Representative is required to follow up with the team member prior to the expiration date to secure new documentation. If new documentation is not provided prior to the expiration date, the team member must be terminated and not allowed to work after the expiration date of the expiring work authorization document. The terminated team member will be eligible to reapply when all legally-required paperwork has been obtained.

- Team members who falsify information during the hiring process, including the Form I-9, will be subject to termination regardless of when the falsification is discovered.

Domino's hires individuals who are lawfully authorized to work in the U.S. and does not discriminate on the basis of citizenship, immigration, or national origin status. To ensure that the Company only employs individuals who are legally authorized to work in this country, Domino's participates in the E-Verify program which verifies employment eligibility of newly hired or re-hired employees against the databases maintained by the U.S. Department of Homeland Security and the U.S. Social Security Administration. Our participation in the E-Verify program does not exempt the Company from the obligation to complete a Form I-9 for every individual hired.

For additional information on Company immigration policies, please view the US Immigration Policy guide on PieNet.

## NEW HIRE LEGAL DOCUMENTATION

Team members are required to complete all legally-required employment paperwork. A team member who does not have the Form I-9 completed through E-Verify within three business days after the start date of employment will be terminated. Failure to provide acceptable documentation of your identity and eligibility to work within three business days of your first day of employment may result in immediate termination of employment.

A team member who does not have all other legally-required employment paperwork completed and submitted to Domino's within five business days after the start date of employment will be suspended without pay. This suspension will become a termination of employment if the team member fails to complete and submit the legally-required paperwork to Domino's within 28 calendar days after the start date of employment. In the event of termination of employment due to incomplete paperwork, the terminated team member will be eligible for rehire when all legally-required paperwork is completed and submitted to Domino's. Providing false identification as eligibility to work in the United States is grounds for immediate termination of employment. Failure to provide acceptable documentation of your identity and eligibility to work within three business days of your first day of employment may result in immediate termination of employment.

## EMPLOYMENT BACKGROUND CHECKS

Employment background checks are conducted on all qualified candidates prior to the start of employment and promotion. In addition, the Company conducts a background check for all active team members every third anniversary of their hire date. All background checks are conducted in accordance with applicable law, including the Fair Credit Reporting Act.

A criminal conviction is not an automatic bar to employment. Before taking an employment action based on the criminal history of a team member or candidate, the Company will perform an individualized assessment to ensure that the conviction is job-related and consistent with business necessity. Factors that will be considered during the individualized assessment include, but are not limited to, the nature and gravity of the offense(s), the time that has passed since the conviction(s) and/or completion of the sentence(s), the nature of the job, and any other relevant records and/or information provided by the team member or candidate or that may be required to be considered under applicable law.

The Company will ensure that all information obtained from a background check will only be used as part of the employment process and will be kept strictly confidential. Only appropriate personnel will have access to the background check information, unless otherwise required by law.

Any misreporting, falsifications, or inconsistencies between information reported by the team member or applicant and the background check may result in disciplinary action up to and including termination of employment.

Domino's prohibits hiring managers from inquiring into an applicant or team member's criminal history during the application or interview process and hiring managers are also prohibited from performing any public record searches to determine an applicant or team member's criminal history.

All offers of employment to candidates who will be operating a commercial motor vehicle in a capacity regulated by the Federal Motor Carrier Safety Administration ("FMCSA") will be contingent upon the candidate taking a 5-panel drug test in accordance with the Domino's Substance Abuse policy. Applicable candidates must complete the pre-employment drug testing within 24 hours of the offer being extended. Candidates who refuse testing, alter or tamper with the testing sample or process, or fail to timely submit to pre-employment testing when requested, will not be employed by Domino's.

If an applicant's test is positive for any prohibited substance, Domino's will not employ him or her. The candidate will have the opportunity to provide any information or documentation they believe Domino's should consider regarding the positive test.

Please reference the full Drug Testing Policy contained in this handbook.

As required by the Federal Motor Carrier Safety Administration ("FMCSA") the Company is required to verify the drug and alcohol history of any team member that operates a commercial motor vehicle. In January 2020, the Drug and Alcohol Clearinghouse ("Clearinghouse") was launched to better assist employers, medical review officers, law enforcement, and other regulatory bodies to track compliance with US Department of Transportation Drug and Alcohol regulations. Any team members that operate a commercial motor vehicle are required to sign an electronic consent granting the Company permission to perform annual queries in the Clearinghouse as required by FMCSA regulations. Failure to provide this consent will prohibit the employee from operating a commercial motor vehicle and performing any other safety sensitive functions, which could result in disciplinary action up to and including termination of employment.

## EMPLOYMENT OF MINORS

A minor is a person less than 18 years of age. The employment of minors is regulated by the Fair Labor Standards Act and applicable state and local laws. The purpose of this policy is to protect minors from harmful work situations and avoid interfering with their school responsibilities and to ensure that our business is run in compliance with applicable federal, state, and local laws. Minors are not eligible for employment in Office or Supply Chain roles in any capacity.

Minors employed in Team USA stores are prohibited from driving for work-related purposes including, but not limited to, making deliveries, driving to door-hang, making bank deposits, picking up store supplies, inventory, or other team members, or running errands for the store. Individuals who are 16 or 17 years of age can only be employed in a store as a Customer Service Representative only after following the proper procedures as specified by applicable law.

Individuals who are less than 16 years of age are not eligible for employment in Team USA stores in any capacity. Any other applicable state or local laws that place restrictions on minors in the workplace are posted in the store.

The Team USA store General Manager is responsible for ensuring compliance with this policy regarding employment of minors. The Human Resources Department will offer any necessary training and education to assist the General Manager with compliance.

Team members who are 16 or 17-years of age prohibited from performing any work duties and responsibilities other than a Customer Service Representative. If a team member who was hired when s/he was 16 or 17 years of age turns 18 years of age and seeks a driving-related position, the team member must comply with Company policies and procedures applicable to such positions, including but not limited to an MVR review, vehicle inspection, and a review of proof of automobile liability insurance.

At the time of hire, individuals who are 16 or 17 years of age must provide proof of age (such as a driver's license or work permit) along with any other required documents to confirm that the minor meets the minimum age requirements for employment with Domino's. Documents used to confirm proof of age must be copied and retained. If applicable state or local law requires that a work permit be kept at the worksite, the General Manager is responsible for keeping the work permits on file in an appropriate location. The Human Resources Department will assist the General Manager in identifying and complying with applicable state and local laws.

Minors are subject to substance abuse testing to the extent permitted by applicable law. A parent or guardian may be required to consent to testing and/or accompany the minor for testing.

Applicable federal, state and local laws that place restrictions on minors in the workplace are posted in the store. State and local laws may provide restrictions on minors related to the number of hours worked, days worked, when breaks must be given, and/or posting requirements. Please contact your Human Resources Representative for information specific to the state or locality in which the store is located. Although federal, state and local law have different requirements, the General Manager is responsible for compliance with all applicable laws and regulations. The Human Resources Representative must review any potential exceptions to these laws, such as circumstances in which a minor is emancipated.

Although federal law does not require meal or rest breaks for minors, many state and local laws do impose such requirements. Stores located in a state or locality where the minor is employed has a break requirement are encouraged to adopt a practice of limiting a minor's shifts to one hour less than the maximum amount of time a minor can work without a break. For example, if a state or locality requires a break after five hours of work, then shifts for minors should be restricted to four hours.

The U.S. Department of Labor has authority to conduct investigations regarding an employer's compliance. The investigation may include a review of certain employer records, entry into an employer's premises and interviews with team members. If a representative of the U.S. Department of Labor (or the local or state equivalent) enters a store or office location, the manager in charge should ask for proof of identity and then immediately contact their supervisor, Human Resources representative or the Legal Department.

Copies of the U.S. Department of Labor publications Child Labor Provisions of the Fair Labor Standards Act for Nonagricultural Occupations (www.dol.gov/whd/regs/compliance/childlabor101.pdf) and Selected State Child Labor Standards Affecting Minors Under 18 in Non-farm Employment (www.dol.gov/whd/state/nonfarm.htm) are available online from the U.S. Department of Labor.

## PERSONNEL FILES AND RECORDKEEPING

The Human Resources Department maintains personnel files, employment records and other information regarding team members' employment with the Company. The Company will comply with any applicable federal, state or local laws that prevent application of any of these standards or impose additional or different standards.

Federal, state and local laws have different record retention requirements. The same or similar records are often required under more than one law and the period of retention for this information may vary. If that is the case, the information will be retained for the longer period of time. The same is true for differing federal, state, and local requirements; again, the information will be retained for the longer period of time.

The Company has a Records Retention Policy that provides an efficient and effective process for retention and destruction of Company records. Team members are expected to be familiar with and comply with the terms of the Records Retention Policy. Please reference the Records Retention Policy for more information. For the complete Records Retention Policy, see *pienet.dominos.com*.

### Privacy

Team members, upon written request, will be provided access to personnel records in accordance with applicable state or local law.

The Company maintains as confidential, and will not disclose, a team member personnel file to a third party unless presented with a valid subpoena or similar order from a court, government agency or other similar authority, or release signed by the team member.

### Length of Record Retention

It is the Company's policy to retain all records relevant to any litigation or government investigation involving the Company as soon as it becomes aware of a reasonable probability of such litigation or investigation. If you are notified of a litigation hold by the Legal Department, do not destroy or discard any records relevant to the litigation without the prior authorization of the Legal Department.

## EUROPEAN DATA PROTECTION LAW SCOPE

This policy applies only to Domino's Pizza LLC ("Domino's") employees who are residents of the United Kingdom, the European Union or otherwise subject to data protection laws of the United Kingdom or European Union, including Regulation (EU) 2016/679 of the European Parliament and of the Council of April 27, 2016, the General Data Protection Regulation("GDPR"), together with any additional implementation legislation, rules or regulations that are issued by applicable supervisory authorities ("in EU Data Protection Laws"). Words and phrases shall, to the greatest extent possible, have the meanings given to them in EU Data Protection Laws, in particular.

- "Personal Data" means "any information relating to an identified or identifiable natural person; an identifiable natural person is one who can be identified, directly or indirectly, in particular by reference to an identifier such as a name, an identification number, location data, an online identifier or to one or more factors specific to the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person."
- "Process," "Processes," or "Processing" or means "any operation or set of operations which is performed on [P]ersonal [D]ata or on sets of [P]ersonal [D]ata, whether or not by automated means, such as collection, recording, organization, structuring, storage, adaptation or alteration, retrieval, consultation, use, disclosure by transmission, dissemination or otherwise making available, alignment or combination, restriction, erasure or destruction."

### The information Domino's collects

The Personal Data that Domino's collects in relation to our employee's resident in the United Kingdom or Europe includes:

- copy of resume or cv
- education
- work experience
- name, address and contact number
- age
- gender
- date of birth
- nationality and immigration status
- government issued identity numbers - e.g., passport number, social security number (or the local equivalent)
- compensation, in some cases, compensation from former employers
- special work environment requirements
- references
- bank account and pension details (for payroll and pension contributions)
- government forms and records in relation to employment and related taxes
- records of roles performed and applied for, appraisal and evaluation records, sickness and disciplinary records

### Lawfulness of Processing

In accordance with EU Data Protection Law, Domino's will only Process your Personal Data where at least one of the following lawful grounds applies:

- The Processing is necessary for the performance of a contract to which you are a party or in order to take steps at your request prior to entering into a contract. For example, we may Process your Personal Data to evaluate your qualifications for employment, provide you access to our company network, or pay you and provide other employment benefits including those set out in this Handbook (where available in our UK or EU offices).

- The Processing is necessary for compliance with a legal obligation to which we are subject. For example, we may Process your Personal Data to administer salary, calculate taxes, assist with immigration services, provide employment benefits, or comply with legal requests.
- The Processing is necessary for the purposes of legitimate interests pursued by Domino's connected to your employment and our status as employer. For example, we may Process your Personal Data to assist with budgeting, develop business contact directories, assess and monitor your compliance with Domino's policies, performance evaluation and appraisals, Human Resources management, administration and records management and to implement measures to protect our systems and networks and prevent unauthorized access.
- In very limited circumstances, where you have given consent to the Processing of your Personal Data for one or more specific purposes. In such circumstances, we will provide you with further information about your rights at the time of obtaining consent from you.
- For Processing involving special categories of your Personal Data (for instance relating to your health), only where one of the exceptions under EU Data Protection Laws applies.

### Disclosure, Transfer, and Retention

Domino's may disclose your Personal Data to our service providers (such as payroll providers, pensions providers, IT system providers) in connection with the lawful grounds summarized above and, where required, applicable government entities. Domino's may transfer your Personal Data outside of the UK or EU subject to ensuring an adequate level of protection through the use of appropriate safeguards. Such safeguards include the use of standard contractual clauses. For more information on our use of data transfer safeguards, please see the section in this Team Member Handbook entitled "EU Data Transfers."

When monitoring your activities on corporate systems (email, Internet, phone, etc.), we will do so to the extent required in order to:

- detect and/or prevent crime
- establish the existence of business-related facts
- ascertain whether employees and/or Domino's are complying with Domino's rules and policies and also with legal and/or regulatory obligations to which employees and/or Domino's are subject
- ascertain whether communications are relevant to Domino's activities
- carry out maintenance of IT resources and to monitor for viruses, malware, phishing attacks and/or any other malicious, fraudulent or unwanted program, material or communication
- investigate or detect unauthorized use of IT resources; or
- protect the vital interests of our employees as individuals, including without limitation, concerns regarding our employees' whereabouts and/or safety

Domino's will endeavor to respect our employees' privacy and that of third parties in accordance with applicable law, including EU Data Protection Law.

Domino's retains your Personal Data for the minimum amount of time needed in relation to the purpose for which it was collected, which is generally the length of your employment with Domino's. However, we may retain the Personal Data for as long as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements. When your Personal Data is no longer needed, we will delete or return it to you.

### Your Rights

In accordance with EU Data Protection Law, you have the following rights:

- **Right of Access.** You have the right to obtain from us confirmation as to whether or not Personal Data about you is being Processed, and where that is the case, access to that Personal Data and certain other information as set forth in EU Data Protection Law, including the purpose of the Processing, the categories of the Personal Data concerned, and the recipients or categories of recipient to whom the Personal Data has been or will be disclosed.

- **Right to Rectification.** You have the right to obtain from us without undue delay the rectification of inaccurate Personal Data and completion of incomplete Personal Data about you, including by means of providing a supplementary statement as set forth in EU Data Protection Law.
- **Right to Erasure.** You have the right to obtain from us without undue delay the erasure of Personal Data about you subject to the requirements set forth in EU Data Protection Law (which includes rights for Domino's to retain certain data even if you make an erasure request, for instance if we need to retain it to comply with a legal requirement or for the purposes of any legal claims which may arise).
- **Right to Restriction of Processing. You** have the right to obtain from us restriction of Processing of Personal Data about you subject to the requirements set forth in EU Data Protection Law.
- **Right to Data Portability***.* You have the right to receive Personal Data about you, which you have provided to us, in a structured, commonly used and machine-readable format, and have the right to transmit that Personal Data to another organization without hindrance from us subject to the requirements set forth in EU Data Protection Law.
- **Right to Object.** You have the right to object, on grounds relating to your particular situation, at any time to the Processing of Personal Data about you which is based on the lawful grounds of public interest or legitimate interest under EU Data Protection Law. You also have the right to object at any time to the Processing of Personal Data about you for direct marketing purposes. These rights are subject to the requirements set forth in EU Data Protection Law.
- **Right to Object to Automated Individual Decision-Making, including Profiling.** You have the right not be subject to a decision based solely on automated Processing, including profiling, which produces legal effects concerning you or similarly affects you subject to the requirements set forth in EU Data Protection Law.

To exercise any of these rights or if you have an inquiry or complaint regarding Domino's compliance with EU Data Protection Law, please email Domino's at compliance@dominos.com or send a letter addressed to Domino's Pizza LLC, Attn: Information Security, 30 Frank Lloyd Wright Drive, Ann Arbor, MI 48106. We will respond to your request within 30 days. We may require additional information from you to allow us to confirm your identity. If you have any issues with our compliance with the GDPR, you have a right to lodge a complaint with an EU supervisory authority.

## EU DATA TRANSFERS

Domino's uses standard contractual clauses to provide the required safeguards for the transfer and processing of human resources data.

In addition, despite the invalidation of the EU-US Privacy Shield Framework, Domino's maintains an active registration with Privacy Shield and manages personal information collected in the context of the Domino's-team member employment relationship in the United Kingdom, the European Union and Switzerland in accordance with the principles set forth by the Privacy Shield Framework. This personal information is known as human resources data. Domino's has certified to the Department of Commerce and hereby confirms that it adheres to the Privacy Shield Principles when human resources data is transferred or accessed from the United Kingdom, the EU and Switzerland. For purposes of this section, Domino's refers to the following U.S. legal entities: Domino's Pizza LLC, Domino's Pizza Distribution LLC, Domino's Pizza International Franchising, Inc., and Domino's Pizza International Payroll Services, Inc. This section does not apply to employees of Domino's franchisees.

## GENERAL DATA PROTECTION REGULATION

Domino's collects human resources data such as name, postal address, telephone number, national ID number, passport number, and bank account information in connection with prospective, current and former employees, consultants, contractors and job applicants. Domino's processes this data for a range of purposes relating to administering and carrying out the employment or personnel relationship, including evaluating qualifications for employment, processing payroll, budgeting and administering salary, providing employment benefits, creating reports, maintaining security, complying with legal requests, developing business contact directories, allowing for

company network access, and assisting with immigration services. Domino's discloses human resources data to its service providers and, where required, applicable government agencies.

Team members may have the right to limit the use and disclosure of their human resources data, such as whether their human resources data is disclosed to a third party or used for purposes materially different from the purpose for which the human resources data was originally collected or subsequently authorized by them. Where Domino's intends to use human resources, data collected through the employment relationship for non-employment-related purposes, such as marketing communications, Domino's will provide the affected team members with the requisite choice before doing so, unless those team members already authorized the use of the human resources data for such purposes. Domino's shall be liable to team members for any third- party agent to which Domino's transfers those team members' human resources data and that processes such human resources data in a manner that violates the Privacy Shield Principles, unless Domino's can demonstrate that it is not responsible for the resulting damages.

If you have an inquiry or complaint regarding Domino's compliance with data transfer requirements with relation to human resources data, or wish to limit the use and disclosure of human resources data, please email Domino's at compliance@dominos.com or send a letter addressed to Domino's Pizza LLC, Attn: Information Security, 30 Frank Lloyd Wright Drive, Ann Arbor MI 48105. For any complaints that cannot be resolved with Domino's directly, Domino's will cooperate with data protection authorities (DPAs) and the Swiss Federal Data Protection and Information Commissioner (FDPIC) and comply with the information and advice provided to it and by such authorities in relation to such unresolved complaints and human resources data transferred from the United Kingdom, the EU and Switzerland in the context of the employment relationship. Please contact Domino's to be directed to the relevant DPA contacts. A binding arbitration option will also be made available to you in order to address residual complaints not resolved by any other means. Domino's is subject to the investigatory and enforcement powers of the U.S. Federal Trade Commission (FTC).

To learn more about the Privacy Shield Framework, and to view Domino's Pizza's certification for human resources data, please visit http://www.privacyshield.gov. A list of companies certified under the Privacy Shield Framework is available at the following link: https://www.privacyshield.gov/list.

## CALIFORNIA PRIVACY NOTICE

### Scope

This California Privacy Notice ("Privacy Notice") describes how Domino's collects, uses, and discloses personal information about its employees who are California residents and subject to the California Consumer Privacy Act, as replaced by the California Privacy Rights Act ("CCPA"). If you have questions about our data practices, wish to exercise your rights, or experience difficulty accessing the data herein, please contact us at compliance@dominos.com.

### The information Domino's collects

The personal information that Domino's collects in relation to our employees who are California residents includes:

- **Identifiers**, including name, date of birth, postal address, email address, and telephone number
- **Professional and Education History**, including CV or resume, qualifications, work experience, compensation history where permissible under applicable law, areas of expertise, education and training history, professional membership, references, records of roles performed and applied for, and criminal records and background checks
- **Employment Information**, including special work environment requirements and government forms and records in relation to employment and related taxes

The sensitive personal information that Domino's collects in relation to our employees who are California residents includes:

- **Sensitive Identifiers**, including your social security number and government issued identification (such as driver's license number or passport number)

- **Financial Information,** including bank account and retirement account details (for payroll and retirement plan contributions)
- **Protected Classes**, including information about your age, gender, race, citizenship status (evidence of right to work), and nationality

### Information use and disclosure

We use your personal information consistent with the context within which you provide it and in accordance with this Privacy Notice. The following are purposes for which we use and disclose your personal information:

- **For operational purposes related to your employment.** For example, we process your personal information for records management and related administration, as well as to:
  - evaluate your qualifications for employment
  - provide you access to our network, applications and other services
  - pay you, administer salaries, and provide other employment benefits including those set out in our handbooks or policies
  - assist with budgeting
  - develop business contact directories
  - assess and monitor your compliance with Domino's policies and procedures,
  - conduct performance evaluation and appraisals
  - notify you about changes to your employment, and
  - implement measures to protect our systems and networks and prevent unauthorized access
- **To address legal obligations.** For example, we use your personal information to calculate taxes and pay wages, provide employment benefits, assist with immigration services, comply with legal requests such as subpoenas or court orders, or prosecute or defend a lawsuit, arbitration, or similar proceeding
- **To improve our operations.** For example, we analyze trends and usage such as employee satisfaction and job performance
- Fulfilling requests by you or with your consent

We disclose personal information to the following categories of persons: service providers and contractors that process personal information on our behalf pursuant to a written contract, to law enforcement and other third parties to address legal obligations, to third parties in connection with, or during negotiations of, any proposed or actual merger, purchase, sale, or any other type of acquisition, and to third parties at your discretion to fulfill requests by you or with your consent.

We collect, use, and disclose this sensitive personal information only as necessary to perform the services reasonably expected by an employee, and for business purposes permissible for sensitive personal information under the CCPA.

We do not "sell" or "share" your personal information, including sensitive personal information, as those terms are defined by the CCPA.

### Your Rights

- **Right to Know.** You have the right to know certain details about our data practices with respect to your personal information. In particular, you may request the following from us: the categories of personal information we have collected about you, the categories of sources from which the personal information was collected, the categories of personal information about you we disclosed for a business purpose or sold or shared, the categories of persons to whom the personal information was disclosed for a business purpose or sold or shared, the business or commercial purpose for collecting or selling or sharing the personal information, and the specific pieces of personal information we have collected about you.
- **Right to Correct.** You have the right to correct personal information, including sensitive personal information, we have collected from you.

- **Right to Delete.** You have the right to delete personal information, including sensitive personal information, that we have collected from you.
- **Authorized Agent.** You can designate an authorized agent to submit requests on your behalf. However, we will require written proof of the agent's permission to do so and verify your identity directly.
- **Right to Non-Discrimination.** You have the right not to receive discriminatory treatment by us for the exercise of any your rights.

To exercise any of these rights, please contact us at compliance@dominos.com, and specify which right you are seeking to exercise. Please note that your rights may be limited due to various exceptions and exemptions, including as required for us to comply with employment law.

### INFORMATION SECURITY

We implement and maintain reasonable administrative, physical, and technical security safeguards to help protect information about you from loss, theft, misuse and unauthorized access, disclosure, alteration, and destruction. Nevertheless, transmission via the internet is not completely secure and we cannot guarantee the security of information about you.

### RETENTION

We retain each category of personal information, including sensitive personal information, in accordance with our human resources department records retention policy for the length of time that is reasonably necessary for the purpose for which it was collected, and as necessary to comply with our legal obligations, resolve disputes, prevent fraud, and enforce our agreements.

### CHANGES TO THIS PRIVACY NOTICE

We reserve the right to modify or supplement this notice at any time. If a material change to the terms of this notice is made, the Domino's human resources team will provide notice of the changes.

## HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT ("HIPAA") POLICY

The Company is committed to complying with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and has enacted a comprehensive HIPAA Privacy policy setting forth the policies and procedures applicable to information protected under HIPAA.

HIPAA requires covered entities to comply with specific requirements with respect to the collection, use, and disclosure of Protected Health Information. Protected Health Information includes, but is not limited to, any of the following documentation if the documentation reveals an individual's identity and the individual's health status or payment issues:

- Medical records
- Medical bills
- Health plan claims data
- Insurance payment information

Domino's has enacted a comprehensive HIPAA Privacy policy setting forth the policies and procedures applicable to Protected Health Information. A team member can obtain a copy of the Privacy policy on the Human Resources Self Service website (*http://tmsc.Dominos.com*).

Team members violating the Privacy policy will be subject to disciplinary action up to and including termination of employment.

## PROFESSIONAL CONDUCT

Our Vision Statement, Purpose, and Values make up the core commitments that govern our business decisions and professional conduct. We are committed to providing a work environment that encourages mutual respect and professionalism among all team members. Every team member has the right to work without harassment, threats, or undue interference from others. You are expected to be responsible, reasonable, and to conduct yourself in a professional, business-like manner while on the job.

Domino's, in its sole discretion, reserves the right to determine when a team member's behavior is unacceptable and when and what disciplinary action is necessary under a given circumstance. Team members may be subject to discipline for poor performance or for violation of any of the policies and procedures set forth in this Handbook. The type of disciplinary action that may be imposed may range from verbal warning to written warning to termination of employment. Nothing in this Handbook creates an obligation to follow any particular disciplinary procedure, and the Company reserves the right to take any form of disciplinary action at any time up to and including employment termination.

We expect your conduct to be professional not only in the workplace, but also when you are representing the Company. Below are some examples of what we expect when we say, "professional conduct." This is a guideline rather than an all-inclusive list and does not alter your at-will employment relationship with Domino's.

- Be aware of and abide by all Company policies and procedures as well as applicable federal, state and local laws.
- Perform your work duties and responsibilities to the best of your ability and to the standards as set forth in your job description or as otherwise established.
- Foster professional relationships with team members, business partners, customers, and visitors and refrain from insubordination or intentional interference with the job performance of other team members.
- Fraud, theft, embezzlement, intentional misrepresentation, or falsification of Company documents, data, financial statements, or documents required to be maintained by law is prohibited.
- When reporting for work, comply with the appearance guidelines established for your worksite.
- Do not use or be under the influence of alcohol or illegal controlled substances while at work, when wearing Domino's logo apparel provided by the Company, or while on Company property.
- Verbal or physical altercations, intimidating behavior or threats of violence are prohibited.
- Use Company equipment and resources primarily for Company business and for their intended purpose.
- Team members with access to Company email may use the Company's email system for personal use during non-working time as long as such personal use does not interfere with work duties and responsibilities.
- Handle difficult customer and business partner situations professionally.
- Do not violate the Company's anti-discrimination and anti-harassment policies.
- Cooperate with any Company investigations.

This policy is not intended to interfere with, restrict, or otherwise infringe upon team members' rights under applicable federal, state, or local law, including any and all rights under Section 7 of the National Labor Relations Act to engage in concerted activities for collective bargaining or other mutual aid or protection.

## CODE OF BUSINESS CONDUCT AND ETHICS FOR DIRECTORS, OFFICERS & EMPLOYEES

The stockholders, team members, customers, vendors and other business partners of Domino's Pizza, Inc. rely on the honesty and integrity of its Board of Directors. To support this trust, the directors, officers and employees of the Company must commit themselves to the Code of Business Conduct and Ethics for Directors, Officers and Employees. Team members are expected to be familiar with and comply with the terms of the Code of Business Conduct and Ethics for Directors, Officers and Employees. Please reference the Code of Business Conduct and Ethics for Directors, Officers and Employees for more information. For the complete Code of Business Conduct and Ethics for Directors, Officers and Employees, see *pienet.dominos.com*.

## SUPPLIER CODE OF CONDUCT

In accordance with our values, we have a Domino's Pizza, Inc. Supplier Code of Conduct. This Supplier Code of Conduct reflects Domino's commitment to conducting business in a legal, ethical and socially responsible manner. Our Supplier Code of Conduct sets forth our expectations of all suppliers of goods and services to Domino's related to ethical business practices and human rights. A copy of our Supplier Code of Conduct can be found at: https://biz.dominos.com/assets/images/supplier-code-of-conduct.pdf.

## MODERN SLAVERY PREVENTION POLICY

In addition to the expectations regarding human rights set forth in our Supplier Code of Conduct, we have developed a Domino's Pizza, Inc. Modern Slavery Prevention Policy. The Modern Slavery Prevention Policy reflects our commitment to acting ethically and with integrity in all our business relationships and our expectation that our contractors and suppliers operate in a manner consistent with the policy as designed to prevent forced labor and child labor from taking place in our business and supply chains. A copy of our Modern Slavery Prevention Policy can be found at pienet.dominos.com.

## CODE OF ETHICS & USING GOOD JUDGMENT

Domino's Pizza LLC ("Domino's" or the "Company") is committed to providing a work environment that encourages mutual respect and professionalism among all team members.

The Company expects all team members to be responsible, reasonable, respectful, and to conduct themselves in a professional and business-like manner, which includes avoiding unethical and unsafe conduct.

Nothing in this Handbook shall restrict team members from communicating directly with a governmental agency or authority including, but not limited to, the U.S. Securities and Exchange Commission, National Labor Relations Board, U.S. Equal Opportunity Employment Commission, or comparable state and local agencies, or the team member's right to participate in any investigation conducted by any governmental agency and to recover any appropriate relief in any such action regarding a possible violation of applicable law or regulation involving the Company or making other disclosures that are protected under the whistleblower provisions of applicable law or regulation, in each case to the extent that a restriction on such communication or disclosure would violate applicable law.

### Using Good Judgment in Performing Work Responsibilities

From time to time, team members may need guidance in determining the right thing to do regarding various matters occurring in the performance of their work responsibilities. Team members should consider the following questions in making their determination:

- Are my actions in performing my work responsibilities legal?
- In dealing with customers or other business partners, am I being fair, honest and reasonable?
- Will my actions in performing my work responsibilities be the right thing to do in the long run and not just a short-term fix?
- Would I feel comfortable if my actions appeared on the front page of a newspaper?
- In performing my work responsibilities, have I avoided even a perception that what I am doing may be wrong?

If the answer to all of these questions is yes, then the course of action is probably acceptable. If not and team members have questions about their work performance on behalf of the Company, they may seek advice and guidance from their supervisor, the Human Resources Department or the Legal Department.

### Relationships

As a matter of business integrity, the Company makes its purchase decisions solely on the basis of which business partners offer the best value for the goods and services needed. Team members must avoid doing anything that suggests that his/her purchase decisions may be influenced by any personal or improper consideration, such as a kickback or bribe, or accepting lavish or excessive favors, gifts or entertainment. It is each team member's responsibility to ensure that no conflict of interest or potential conflict of interest exists in carrying out their work duties and responsibilities on behalf of Domino's. Team members are prohibited from using their position at Domino's for personal gain (or the gain of relatives or others with a personal relationship with the team member) with respect to business partners and customers.

In order to build solid relationships with a core of quality business partners and others, team members must follow certain guidelines in dealings with these groups, as detailed in the following sections.

### With Business Partners

The Company's objective is to develop long-lasting and mutually beneficial relationships with business partners. The foundation of this relationship is open, fair and up-front dealings. It is the Company's obligation to set and enforce project and service standards and approve business partners to the system if these standards can be met. Team members who purchase goods or services for the Company, or who might influence such purchases, must observe the following guidelines:

- While the Company values long-term relationships, the Company and its team members must treat all business partners equally, basing purchasing decisions on objective criteria such as price, quality, availability of adequate supplies, and competent, timely service.
- Team members must not enter into agreements with business partners whereby the Company will grant approval on the condition the business partner will pay, even indirectly, a fee, allowance, commission, or other item of value to the Company or team member for the privilege of selling to our franchisees or corporate stores.
- Team members must respect and maintain the confidentiality of all business partners' proprietary information, including prices, trade secrets, terms and conditions contained in bids and contracts.
- Team members must not personally accept business partner discounts for personal use unless such goods or discounts are available to all team members; and
- Team members must not accept or offer bribes or kickbacks in any form.

Team members may accept a gift package of moderate cost which is made up of a business partners' own products, is a token of appreciation, or which is clearly a piece of a business partner's advertising. However, all team members are expected to act with the highest integrity at all times and avoid even the perception of having been influenced by any gift. On occasion, a business partner may offer a team member an opportunity to accompany the business partner at an event or other outing, participate in training or suggest a visit to the business partner's location at their expense. Team members must have supervisor approval prior to accepting such an offer or similar offers. Team members are encouraged to speak with their supervisor or the Human Resources Department or Legal Department if a team member has any questions about whether certain conduct may be in violation of this policy or if you are not certain about whether any gift, proposed gift or other personal benefit is appropriate.

### With Customers

Customers expect and must always receive what they pay for. Every team member must take every customer complaint or concern seriously and ensure that they take appropriate steps to resolve the problem.

Satisfying the needs of the customer should never be thought of as "that's not my job." If a customer complaint is received, all team members are expected to listen and act appropriately.

Domino's as a brand is committed to using the finest ingredients possible and providing customers with the best product every time. If a customer is not satisfied with his/her Domino's experience, we will make it right or refund the customer's money. To do otherwise damages our goodwill and reputation.

While it is important to promote goodwill among our customers, it is inappropriate to discount or give away pizzas or other products for personal gain. For example, providing free pizza in exchange for tickets to a concert or in exchange for other restaurant food is unacceptable. Any arrangement to provide discounted or free pizzas or other products should be reviewed with a supervisor to ensure appropriateness. Similarly, team members are prohibited from providing free pizzas or discounts to family members or friends without the prior approval of a supervisor.

### With Governments and Representatives of the Government

Like any large company, Domino's regularly interacts with the government and representatives of the government. For example, if a team member receives, as an official Company representative, a subpoena from an attorney seeking Company information or a lawsuit or administrative complaint or charge alleging violations of law asserted against the Company, these items must immediately be referred to the Legal Department. The failure to timely route such subpoenas or other legal documents could have a negative impact on the Company. If a team member, at any time during the course of employment, is contacted as an official Company representative, the team member must immediately contact the Legal Department.

Although the Company wants to ensure that government agencies are provided with all required information, caution must be used in providing any information as an official Company representative without the appropriate approval. While the Company insists that its business dealings comply with all applicable federal, state, and local laws and regulations, only authorized team members of Domino's are permitted to provide documents on behalf of the Company to government agencies. Nothing in this policy restricts or prohibits team members from exercising any legal rights to discuss any employment issues or concerns they may have with a government agency or to otherwise report any suspected unlawful conduct or practices that may be occurring at Domino's.

*When it is in the Company's interest to challenge, support or comment on government policies that may affect the Company's business, the Company follows only legal and generally accepted procedures. Payments, gifts or favors of any value to government officials, regardless of motive, are not permitted. It has been and continues to be the Company's policy to conduct its operations and activities outside the United States in complete compliance with the letter and spirit of the Foreign Corrupt Practices Act ("FCPA") as well as similar applicable anti-corruption laws. For the complete Policy Regarding Compliance with the Foreign Corrupt Practices Act, see* pienet.dominos.com*.*

The Company will not make illegal political contributions and will not reimburse team members' agents or representatives for their personal political contributions. The Company will not coerce team members in any manner to contribute to or support any candidate, office holder, political party or proposition. In addition, the Company will not jeopardize a team member's employment status in any manner because of his/her participation or non-participation in lawful political activities.

Further, it has been and continues to be the Company's policy to conduct its operations and activities outside the United States in compliance with the federal anti-boycott regulations and United States economic and trade sanctions programs against targeted foreign governments, individuals, groups, and entities. Please reference the Anti-Boycott Laws and Sanctions Policy for more information. For the complete Anti-Boycott Laws and Sanctions Policy, see *pienet.dominos.com*.

### Employment of Relatives or Individuals Living in the Same Household

The Company recognizes the sensitive nature of having relatives or individuals living in the same household employed in the same store, department, unit or function. In order to avoid the perception of favoritism or a potential conflict of interest among team members, we do not allow the employment of two related individuals, or two individuals living in the same household, in the same store, department, unit or function if a direct supervisory relationship exists between the two team members. For purposes of this policy, related individuals are defined as a mother, father, spouse, partner, brother or sister, son or daughter, mother- or father-in-law, stepchildren, step parents, brother- or sister-in-law, daughter- or son-in-law, grandchild, aunts, uncles, nephews, nieces and cousins. This policy applies regardless of the sex/gender of the team members.

If a supervisor and subordinate become relatives or members of the same household, one or the other must either transfer, with the approval of the Company, to a vacant position for which they are qualified in another department or store or leave the Company within 30 days. If the team members are unable to make this decision or if there is no vacant position for which they are qualified, the team members' supervisor and/or Human Resources will make a determination regarding a resolution.

### Compliance and Enforcement

These guidelines were designed to assist in conducting daily business with integrity and a keen sensitivity to ethical and legal considerations. While the guidelines provide some clear direction on how best to do that, ultimately the Company depends on the good judgment of its team members. Team members who fail to meet the Company's expectations will be subject to disciplinary action up to and including termination of employment. We encourage team members to talk with their supervisors, Human Resources representatives or the Legal Department when in doubt about the best course of action in a particular situation. The determination of the appropriate response to a team member's failure to meet expectations will be at the sole discretion of the Company after an individual review of the nature and severity of the issue.

## CONFLICT OF INTEREST

Domino's provides pay, benefits, facilities, and resources to its team members to ensure that they do their best work for the Company. In return, Domino's expects its team members to focus their complete attention and energies on the Company while on the job. To avoid conflicts between a team member's personal interests and those of the Company, team members must refrain from the following behavior:

- Using Company equipment, time, personnel, facilities, or supplies to conduct a personal business venture or to conduct work for another employer;
- Personally taking advantage of a business opportunity that rightfully belongs to the Company;
- Using their position with the Company to advance personal business or financial interests of the team member or an individual with whom the team member has a family or personal relationship;
- Serving as, or working for, a business partner to Domino's or its franchisees; or
- Engaging in a personal business venture or outside employment that competes against the Company or interferes with the team member's ability to perform their work duties and responsibilities.

Team members who violate this policy will be subject to disciplinary action up to and including termination of employment. Any team member with a personal business venture or outside employment that interferes with their ability to perform their work duties and responsibilities for Domino's, may be asked to cease their personal business venture or outside employment in order to maintain employment with the Company in addition to any other appropriate disciplinary action.

This policy in no way prohibits employee affiliations or activities that are protected under applicable state and federal laws, including but not limited to any activity that is protected under Section 7 of the National Labor Relations Act, which includes the right of employees to organize collectively and to speak with others about their terms and conditions of employment.

## HANDLING CONFIDENTIAL AND PROPRIETARY INFORMATION

The Company's confidential and proprietary information is vital to its current operations and future success. Each employee should use all reasonable care to protect or otherwise prevent the unauthorized disclosure of such information.

In no event should employees disclose or reveal confidential information within or outside the Company without proper authorization or purpose.

"Confidential Information" refers to a piece of information, or a compilation of information, in any form (on paper, in an electronic file, or otherwise), related to the Company's business that the Company maintains as confidential and has not made public or authorized to be made public, and that is not generally known to the public through proper means.

By way of example, Confidential Information includes nonpublic information regarding the Company's business methods and plans, databases, systems, technology, intellectual property, know-how, marketing plans, business outlook, business development, products, services, research, development, inventions, financial results, financial statements, financial or business projections, financing methods, pricing strategies, customer sources, employee health/medical records, system designs, customer lists, methods of competing, technology security measures, passwords, stock performance, customer names and contact information, supplier terms, customer payment card information, social security/national identification numbers, protected health information, biometric identifiers (including fingerprints and voiceprints), recipes, formulas, proprietary code, costs, processes, procedures, discoveries, improvements, and standards.

Confidential Information does not include information lawfully acquired by non-management employees about wages, hours, benefits, or other terms and conditions of employment, if used by them for purposes protected by Section 7 of the National Labor Relations Act (NLRA) such as: communicating with others; self-organizing; joining, forming or assisting labor organizations; bargaining collectively through representatives of the employees' choosing; engaging in other concerted activity for collective bargaining or other mutual aid or protection; refraining from engaging in such activities; or any other conduct protected by Section 7 of the NLRA.

Confidential Information also does not include: conduct that was, or that an employee reasonably believes to be, illegal; conduct that is recognized as against a clear mandate of public policy; or the existence of a non-confidential settlement involving any such conduct. Nothing in this policy prohibits an employee from communicating with any governmental authority or making a report in good faith and with a reasonable belief of any violations of law or regulation to a governmental authority, or disclosing Confidential Information which the employee acquired through lawful means in the course of employment to a governmental authority in connection with any communication or report, or from filing, testifying, or participating in a legal proceeding relating to any violations, including making other disclosures protected or required by any whistleblower law or regulation to the Securities and Exchange Commission, the Department of Labor, or any other appropriate government authority.

Further, employees are hereby notified that under the 2016 Defend Trade Secrets Act (DTSA): (1) no individual will be held criminally or civilly liable under Federal or State trade secret law for the disclosure of a trade secret (as defined in the Economic Espionage Act) that: (A) is made in confidence to a Federal, State, or local government official, either directly or indirectly, or to an attorney; and made solely for the purpose of reporting or investigating a suspected violation of law; or, (B) is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal so that it is not made public; and, (2) an individual who pursues a lawsuit for retaliation by an employer for reporting a suspected violation of the law may disclose the trade secret to the attorney of the individual and use the trade secret information in the court or arbitration proceeding, if the individual files any document containing the trade secret under seal, and does not disclose the trade secret, except as permitted by order in that proceeding.

The Payment Card Industry and Payment Application Data Security Standards ("PCI-DSS" and "PA-DSS") impose specific requirements with respect to the collection and transmission of payment card information as well as the underlying technology systems. Payment card information (including, but not limited to, credit and debit card account or security code numbers) should not be written down, recorded, copied, accessed, used, shared, or retained in any way in violation of PCI-DSS or PA-DSS.

The Company's Confidential Information should not be downloaded from a Domino's system to a personal or supplier computer, device, or private or public website unless specifically authorized in advance by the Information Security Department. This is not intended to cover using web-based email from a personal computer browser but does apply to other email, databases, spreadsheets, and other information stored in Domino's systems.

### Gathering Confidential Information about Others

As a leader in a highly competitive business, the Company must keep up with developments in the industry and diligently review all public information concerning competitive products, strategies and financial conditions. The Company does not use, and does not encourage its team members to use, any improper means to obtain competitor's confidential and/or proprietary information. Improper means would include industrial espionage, burglary, theft and/or wiretapping. It is also improper to obtain confidential competitive information through more subtle or casual methods, such as:

- Through relationships with our competitors or our competitors' suppliers
- By misrepresenting one's identity, such as pretending to be a reporter or a student seeking information for a report

Team members should refuse to receive any confidential or proprietary information if it is not released through normal, publicly accessible channels. If a team member inadvertently receives confidential and/or proprietary information about a competitor's business, he/she should contact the Domino's Legal Department so that it can be properly returned.

Additionally, team members are obligated to respect the confidentiality of people with whom they have previously worked. Just as team members are obligated to protect the Company's confidential or proprietary information, even after he/she leaves the Company, team members can expect that their confidential information will be protected in an appropriate and professional manner. Domino's does not want and will not request confidential information from or regarding team members' former employers after starting employment with Domino's.

### Insider Trading

Domino's Pizza, Inc.'s Board of Directors has adopted an Insider Trading Policy for our directors, officers, team members and consultants with respect to the trading of the Company's securities, as well as the securities of publicly traded companies with whom we have a business relationship.

Federal and state securities laws prohibit the purchase or sale of a company's securities by persons who are aware of material information about that company that is not generally known or available to the public. These laws also prohibit persons who are aware of such material nonpublic information from disclosing this information to others who may trade.

Team members are expected to be familiar with and comply with the terms of the Insider Trading Policy and the Addendum to the Insider Trading Policy, as applicable. Please reference the Insider Trading Policy for more information. For the complete Insider Trading Policy, see *pienet.dominos.com*.

## VIDEOTAPING, PHOTOGRAPHY, AND AUDIO RECORDING PROHIBITED

Unless expressly authorized in writing by a Human Resources representative, team members are strictly prohibited from engaging in videotaping, photography, or audio recording during working time. Work time includes the time that either the team member who is engaging in videotaping, photography, or audio recording or the team member being videotaped, photographed, or audio recorded is supposed to be working. This rule does not apply if involved team members are on breaks, lunch, or non-working hours.

Team members are also strictly prohibited from engaging in videotaping or photography involving Domino's trademarks and logos in a manner that would mislead or confuse the public or customers regarding product quality, intentionally damage the Company's goodwill associated with the trademarks or logos or unlawfully interfere with the Company's ability to effectively use its trademarks or logos in its business operations.

The Company prohibits the recording of conversations with a tape recorder or other recording device (including a cell phone or other electronic device) during working time unless prior approval is received from your Human Resources representative. The purpose of this policy is to eliminate a chilling effect to the expression of views that may exist when one person is concerned that his or her conversation with another is being secretly recorded. This concern can inhibit spontaneous and honest dialogue especially when sensitive or confidential matters are being discussed.

Any video, photograph, or audio recording taken in violation of this policy becomes the sole and exclusive property of the Company. Team members who violate this policy will be subject to disciplinary action up to and including termination of employment. This policy is not intended to interfere with, restrict, or otherwise infringe upon team members' rights under applicable federal, state, or local law, including any and all rights under Section 7 of the National Labor Relations Act to engage in concerted activities for collective bargaining or other mutual aid or protection. Such concerted activities may include, for example, team members recording images of employee picketing, documenting unsafe workplace equipment or hazardous working conditions, documenting and publicizing discussions about terms and conditions of employment, or documenting inconsistent application of employer rules.

## EMAIL, VOICEMAIL, SOCIAL NETWORKING, AND INTERNET

This policy governs team member use of the Company's computer, telephone, and other equipment and systems, as well as any social media, including any online tools used to share content and profiles, such as personal web pages, message boards, networks, communities, and social networking websites including, but not limited to, Facebook, TikTok, Snapchat, Flickr, Instagram, X (formerly Twitter), LinkedIn, and web blogs. The lack of explicit reference to a specific site or type of social media does not limit the application of this policy.

The Company respects the rights of team members to use social media. However, because communications by team members on social media could, in certain situations, negatively impact business operations, customer relations, or create legal liabilities, it is necessary for the Company to provide these guidelines. For example, there are special requirements applicable to publishing promotional content online. Promotional content is content designed to endorse, promote, sell, advertise, or otherwise support a Company's products or services. These guidelines are intended to address these and other similar matters.

In addition to ensuring that team member use of social media does not create any legal liabilities, these guidelines are intended to ensure team members understand the types of egregious conduct that is prohibited. This policy in no way prohibits employee affiliations or activities that are protected under applicable state and federal laws, including but not limited to any activity that is protected under Section 7 of the National Labor Relations Act, which includes the right of employees to organize collectively and to speak with others about their terms and conditions of employment (including wages and benefits).

Please refer to the technology policy available on PieNet regarding the use, synchronization and storage of company email.

### Social Media

The Company recognizes that social media can be a fun and rewarding way to share your life and opinions with family, friends, and co-workers around the world. However, the use of social media presents certain risks and carries with it certain responsibilities. The Internet is not anonymous, and it does not forget. To assist you in making responsible decisions about your use of social media, we have established these guidelines for appropriate use of social media. Team members who violate this policy may be subject to disciplinary action up to and including employment termination. This policy is not intended to interfere with, restrict, or otherwise infringe upon team members' rights under applicable federal, state, or local law, including any and all rights under Section 7 of the National Labor Relations Act to engage in concerted activities for collective bargaining or other mutual aid or protection.

### Guidelines

In the rapidly expanding world of electronic communication, social media can mean many things. Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's blog, journal or diary, personal website, social networking website, social media account, and/or web bulletin board or chat room, whether or not associated or affiliated with the Company. Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks and rewards that are involved. Keep in mind that any of your conduct that adversely affects your job performance, the performance of fellow team members, or otherwise adversely affects customers, business partners, people who work on behalf of the Company, or the Company's legitimate business interests may be subject to disciplinary action up to and including termination of employment.

### Know and Follow the Rules

Team member social media posts must not violate any of the Company's applicable policies including the Equal Employment Opportunity policy; Harassment-Free Workplace and Retaliation Is Prohibited policies; Handling Confidential Information policy; and Professional Conduct policy. Team members should carefully review these guidelines and ensure their postings are consistent with these policies. Specifically:

- Postings that may include discriminatory remarks, harassment, threats of violence, or similar unlawful conduct will not be tolerated.
- Team members should maintain the confidentiality of the Company's, its clients', and its customers' trade secrets and private or confidential business information. Trade secrets may include information regarding the development of systems, processes, products, know-how, and technology.

### Be Respectful

Always be respectful to fellow team members, customers, members, business partners, or people who work on behalf of the Company. Avoid postings on social media that are maliciously false. Also, keep in mind that you are more likely to resolve work-related complaints by speaking directly with your co-workers or by utilizing our Open-Door Communication policy than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video, or audio that reasonably could be viewed as malicious, obscene, threatening, or intimidating, which disparage customers, team members, or business partners, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion, or any other status protected by law or Company policy.

### Respecting Laws and Intellectual Property

The Company does not condone the use of social media for any illegal purpose. Respect copyright, trademark, and all other laws. Posting other people's materials without their permission – such as videos, photographs, articles, or music – may violate such laws.

### No Representations on Behalf of the Company Absent Express Permission

The Company respects the rights of its team members to express themselves through social media on matters of interest to themselves and the general public, as outlined above. However, in order to avoid the implication that a team member post represents the Company's views, the Company maintains the following requirements:

- Team members should not speak to the media on the Company's behalf – or on behalf of any the Company's business partners or customers – without approval of Human Resources. All media inquiries seeking a response on behalf of the Company should be directed to Human Resources.

- Team members should express only their personal opinions and not represent themselves as spokespersons for the Company or its clients and customers. If the Company is a subject of the content, team members should be clear and open about the fact that they are team members and that their views do not represent those of the Company, clients, customers, contractors, or suppliers. If a team member does publish a blog or post online related to the work the team member does or subjects associated with the Company (including but not limited to linking to a Company or customer website), team members should make clear that they are not speaking on behalf of the Company. It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of the Company."

### Using Social Media at Work

Refrain from using social media while on work time or on equipment we provide unless it is work-related as authorized by your manager or consistent with the Company's policies. Do not use the Company's email addresses to register on social networks, blogs, or other online tools utilized for personal use.

### Personal Social Media Accounts

A manager is prohibited from requiring a candidate or team member to disclose the log-in information (such as username and password) to any of the candidate's or team member's personal social media accounts. A manager is also prohibited from requiring a candidate or team member to add the manager as a contact to any of the candidate's or team member's personal social media accounts.

### Retaliation is Prohibited

The Company prohibits taking negative action against any team member for reporting a possible deviation from this policy or for cooperating in an investigation. Any team member who retaliates against another team member for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action up to and including termination of employment.

Team members who violate this policy will be subject to disciplinary action up to and including termination of employment. If you have any questions about this policy, contact your supervisor or Human Resources representative.

## INFORMATION PRIVACY – INTELLECTUAL PROPERTY LAWS

Today's high-tech equipment makes it easy to duplicate almost anything, including printed materials, videos, computer software, music, artwork, photographs, and other intellectual property. It is neither appropriate nor legal to copy materials or devices that have been created by someone outside the Company for use on the Company's equipment or for any Company use without express permission or a license. Likewise, the Company assets, either developed, licensed or owned by the Company cannot be copied for personal use. All items developed, licensed or owned by the Company remain Company property and are not to be sold, given, or copied for personal or other use. Unauthorized software or hardware used on Company equipment may be removed if it is deemed inappropriate or affects operational functionality.

Accordingly, the Company respects all laws that seek to protect the patents, trademarks and copyrights of others. The Company uses only those materials which have been created internally, are commercially available in the public domain, or that have been purchased or are authorized to use under license from the owner.

Violating copyrights and other intangible rights of others exposes team members and the Company to serious legal and financial liabilities. Therefore, the Company maintains current licenses on materials such as computer software, videotapes, and training materials, and does not use or allow team members to use them for any purpose not intended by the license.

Team members are prohibited from installing or downloading any unauthorized software such as, but not limited to, shareware, screen savers, time synchronizers and search toolbars onto Company computer equipment. Team members may not copy software from Company computers and install it on their home or other personal computers without the express written permission of management. Team members are prohibited from the unauthorized use, installation, copying or distribution of copyrighted, trademarked, or patented material on Company communication equipment.

## INFORMATION PRIVACY – SOCIAL SECURITY NUMBER PRIVACY AND PROTECTION OF PERSONAL INFORMATION

The Company maintains social security numbers ("SSN") of team members and other individuals as confidential information. Team members may not knowingly obtain, store, transfer, use, disclose, or dispose of the SSN of any other team member or individual unless in accordance with this policy.

Records containing SSNs must be kept in a secure environment, such as a locked desk or file cabinet, or a password-protected computer. Only authorized personnel may access records containing SSNs for legitimate business purposes. SSNs shall not be unlawfully disclosed. All documents and records containing SSNs will be destroyed through shredding or other appropriate means before disposal.

Any team member who obtains, uses, or discloses an SSN for unauthorized purposes or contrary to this policy will be subject to disciplinary action up to and including termination of employment. In addition, the Company will cooperate with government investigations of any person alleged to have obtained, used, or disclosed an SSN for unlawful purposes. Any team member who becomes aware of the intentional or accidental disclosure of the SSN of a team member or other individual must immediately report the situation to their Manager of Corporate Operations or Human Resources representative.

The Company will comply with any applicable federal, state, or local laws that prevent application of any of these standards or impose additional or different standards.

## MOBILE TECHNOLOGY DEVICES

Mobile technology devices are permitted to be used in designated areas of our Supply Chain facilities. For your safety and the safety of others, team members are not permitted to use earbuds, headphones, or any audio devices that could interfere with awareness on the Supply Chain facility floor or in any active workspaces. Staying alert to your surroundings is essential in maintaining a safe work environment. These devices should only be used in safe areas that are free from industrial equipment traffic or other potential hazards, and only when you are not operating any equipment or machinery. Personal use of these devices is to be limited to breaks and/or off duty time.

### Use of Mobile Technology Devices While Driving

The use of personal or business mobile technology devices are prohibited while operating a commercial vehicle ("CMV") or while otherwise driving on Company time for Company business, regardless of local or state law.

### Distracted Driving

- No driver may use a mobile technology device while operating a Company vehicle.
- "Use" in this policy includes, but is not limited to, receiving or placing phone calls (including hands free), sending, reading, or engaging in any other form of electronic text or email retrieval or entry, Internet usage, to include social media usage, checking mobile messages, responding to the on-board computer, entering information into a global positioning system, or reaching for a mobile device that requires the driver to maneuver so that he or she is no longer in a seated driving position, restrained by a seat belt.
- "Mobile technology device" in this policy includes, but is not limited to, mobile telephones, personal digital devices ("PDA"), on-board computers ("OBC"), Global Positioning Systems ("GPS"), Smart Watches, and pagers.
- If a team member finds it necessary to use a mobile technology device, the team member must first pull the vehicle over at a legal, safe location. Team members who violate this policy will be subject to disciplinary action up to and including termination of employment.
- Team members are not allowed to have both ears covered by a headset, earplugs, or earphones while operating a Company vehicle. These devices decrease the wearer's ability to perceive emergency sirens and horns. Team members may wear a single mono headset or earbud while driving a Company vehicle.

- Team members who are charged with a traffic violation resulting from the use of a personal or company-issued electronic device while driving, will be solely responsible for all liabilities and fines that result, to the extent permissible under applicable law.

## APPEARANCE GUIDELINES

Team members should portray a professional image at work by wearing appropriate apparel and maintaining proper personal hygiene and appearance. The appearance guidelines outlined later in this Handbook set forth Domino's expectations for team members and non-compliance with the guidelines without the prior approval of the Human Resources Department will result in disciplinary action up to and including termination of employment.

## ATTENDANCE

It is every team member's responsibility to be on time and ready to perform their work for each scheduled shift and remain at work during scheduled work hours, except for meal or break periods, or when required to leave on authorized Company business or other authorized reason. While we recognize that occasional absence, tardiness, and early departure from work are sometimes unavoidable, unexcused absences (no call and/or no show, tardiness, early departure) may result in disciplinary action, up to and including termination of employment.

The Company encourages its team members to address personal business during non-scheduled working hours.

In circumstances where a team member has had excessive or repeated unexcused absences from work, the manager will partner with Human Resources to address the concern with the team member directly. Employees are encouraged to participate in finding a solution to address their absenteeism.

Criteria considered when determining disciplinary action for attendance include, but are not limited to:

- Type of absence
- Frequency of absence
- Patterns of absence

### Documentation

To the extent permitted under applicable law, Domino's reserves the right to request reasonable documentation to substantiate an absence from work for any absence. Any employee that is absent for more than 3 consecutive shifts will be required to provide documentation supporting their absence and may not be allowed to return to work until the documentation is received.

For any absence attributed to illness or injury, refer to the Leaves of Absence and PST Policies, since the absence may require documentation signed by a health care provider verifying that absence from work was necessary, and that the employee is safely able to return to work.

Employees that do not provide documentation when requested may be subject to further disciplinary action, up to and including termination of employment.

### Tardy

**Team members must be at work and ready to contribute no later than their scheduled start time, or returning from meal breaks and other approved rest periods. Being tardy includes the following at the shift starting time,**

- Pulling into the parking lot
- Walking into the worksite or premises
- Putting personal items away or getting refreshments

### Approved & Excused Absences

Domino's provides several approved and excused absences from work that will not be considered grounds for disciplinary action under this policy. Details of these absences, including durations and documentation required, can be found in this Team Member Handbook. This includes:

- Bereavement
- Previously approved Vacation PTO
- Pregnancy & Parental Leave
- Witness and Jury Duty
- Paid Sick Time
- Leaves of Absence, including Family Medical Leave, Reasonable Accommodation Leave, Personal Leave, Military Leave, and Other Legally Protected Absences
- Time off due to a work-related injury that is covered by workers' compensation
- Other time pre-approved by Leadership

### No-Call, No-Show

If an employee is absent for three consecutive scheduled shifts without notifying their direct manager of the reason for the absence and the expected return date, they will be considered as having voluntarily resigned from their employment at Domino's.

### Reporting Responsibilities

If a team member is unable to arrive for work on time or must be absent for an entire day, it is the team member's responsibility to promptly notify their supervisor prior to their scheduled start time. For Supply Chain Center team members, the notification must be at least 8 hours prior to their scheduled shift when absence is foreseeable. For store team members, the notification must be at least 2 hours prior to their start time. Sending an email or text message is not acceptable. Speaking to or leaving a message with someone other than their supervisor or manager is not acceptable.

### Supply Chain Center Points Allocations

Applies to all hourly team members and CDL drivers of Domino's Supply Chain Services.

Occurrences are applied to unexcused absences, as governed by the rules below:

| Type of Absence | Point Allocation |
|---|---|
| Tardy >5min, Leave early | 0.5 |
| Unexcused | 1 |
| No-Call/No-Show | 2 |

| Recommended Step | Points |
|---|---|
| Coaching | 1 |
| Verbal | 2 |
| Written | 3 |
| Final Written | 4 |
| Separation Review | 5 |

Points accumulated will roll-off 12 months from the date they are incurred.

Domino's retains the right to skip or repeat certain disciplinary steps, depending on the facts of each situation. Employment with Domino's in the U.S. is "at will," which means team members can be terminated by either Domino's or the employee at any time, for any lawful reason. Nothing in this policy should be read or construed as modifying or altering the employment-at-will relationship between Domino's and its U.S. employees. An employee may be terminated even if the employee does not have 5 points.

All final separation reviews should include the Human Resources representative and applicable leadership.

Paid Sick Time ("PST") will be applied to unexcused absences until the allotment is exhausted, to the extent that the absence is due to a reason covered under the PST Policy. Additional Vacation paid time off ("PTO") will not be automatically applied for other unexcused absences.

### Record Keeping

Hourly Supply Chain Center team members and Drivers are required to utilize the timeclock, timekeeping program, and/or ELD onboarding units to accurately record their actual hours worked. This includes clocking in/out at the beginning and the end of their scheduled shift and clocking in/out for designated meal and rest breaks where applicable. Repeated missed clock in/out may result in disciplinary action. Working off-the-clock is strictly prohibited.

Leadership is expected to accurately document all instances of tardiness or absenteeism.

### Core Hours – Office Team Members

- Normal office work schedules for full-time team members are Monday through Friday, 40 work hours per week, eight work hours per day (excluding lunch and personal time).
- Unless otherwise notified in writing by their supervisor, office-based roles are expected to work a minimum of Tuesday through Thursday in-office (Four days a week for VP+ roles).
- To ensure the success of meeting business objectives or key project deadlines, team members may be required to work more than 40 work hours per week and/or could be required to come into the office on a Monday or Friday based on business needs.
- The start and end of your workday may vary by department or role. However, unless otherwise notified in writing by their team leader, full-time team members are expected to work a schedule that incorporates the hours of 9 a.m. until 4 p.m. Team members in certain store operations, store support, supply chain operations, technology, and field-based positions may have other schedule requirements.
- Part-time team members will work hours as assigned by their team leader.
- Team members with an approved flex work arrangement, reasonable accommodation, or other approved schedule modification may continue to work the schedule as approved by their team leader.

## HOURS OF WORK (TEAM USA STORES)

The hours of operation for each store are determined by the Company and may vary among store locations. The schedules for team members are created and made available on a weekly basis by the General Manager. These schedules may vary from week to week. Exceptions to the schedule must be approved by your supervisor. Management reserves the right to reassign working hours and shifts based upon the needs of the business.

Meal and rest breaks must be taken according to applicable state and local laws. Any applicable state or local laws that place restrictions in the workplace are posted in the store. If you have questions regarding meal and rest breaks, please contact your supervisor or Human Resources representative. Team members are prohibited from performing any work duties and responsibilities during a bona fide meal break. Bona fide meal breaks must be at least 30 minutes in duration and are unpaid. If a bona fide meal break is ever interrupted, you must immediately notify your supervisor or Human Resources representative so that you may be paid for the interrupted meal break or provided an additional uninterrupted meal break.

If a team member believes that they were not permitted or unable to take a rest break and/or meal break or believes that a violation of this policy has occurred, they should immediately contact their supervisor, Human Resources representative or the Ethics Hotline at (844) 850-2250 to report the circumstances. Any team member who fails to receive a meal break or has their meal break interrupted will be paid for the meal break and/or provided an additional meal break in accordance with applicable federal and state law.

### Travel Time

1. Normal travel from home to work is not considered work time and is not paid. This is generally true even when the team member is required to travel from home to different work sites for the job.
2. Time spent by a non-exempt team member in travel as part of the Company's principal activity must be counted as hours worked (for example, travel from one work location to another work location).
3. If a non-exempt team member needs to travel (for example, for an off-site conference, meeting, training class, etc.), the Company requires that the team member travel during their normal work hours whenever possible. This time is to be paid at the team member's hourly rate.
4. Time a team member spends traveling on one-day work assignments for the Company is to be considered time worked regardless of the time of day or day of the week.

- Travel time away from home involving an overnight stay for non-exempt team members is considered hours worked only during the periods that coincide with the team member's normal working hours. This includes time worked on days that are not typically work days for a team member as well as those that are normal work days.

Hours that are paid due to travel time are subject to overtime laws and regulations.

## HOURS OF WORK (SUPPLY CHAIN CENTER)

The hours of operation for each facility are determined by the Director based on business needs. Each team leader sets the work schedule for his or her department based on the nature of the position and business needs. Exceptions to the schedule must be approved by the Director. Management reserves the right to reassign working hours and shifts based upon the needs of the business.

Meal and rest breaks must be taken according to applicable state and local laws. Any applicable state or local laws that place restrictions in the workplace are posted in your facility. If you have questions regarding meal and rest breaks, please contact your team leader or Human Resources representative. Team members are prohibited from performing any work duties and responsibilities during a bona fide meal break. Bona fide meal breaks must be at least 30 minutes in duration and are unpaid. If a meal break is ever interrupted, you must immediately notify you team leader or Human Resources representative so that you may be paid for the interrupted meal break or provided an additional uninterrupted meal break.

If a team member believes that they were not permitted or unable to take a rest break and/or meal break or believes that a violation of this policy has occurred, they should immediately contact their team leader, Human Resources representative or the Ethics Hotline at (844) 850-2250 to report the circumstances. Any team member who fails to receive a meal break or has their meal break interrupted will be paid for the meal break and/or provided an additional meal break in accordance with applicable federal and state law.

## TEAM MEMBER PAY

It is Domino's policy and practice to accurately compensate team members and to do so in compliance with all applicable federal, state, and local law. To ensure that you are paid properly for all time worked and that no improper deductions are made, you must record correctly all- time worked and review your pay stubs promptly to identify errors in pay. You also must not engage in "off-the-clock" or unrecorded work. All time worked must be accurately recorded.

### Payroll

The workweek for purposes of office payroll and calculating overtime begins on a Monday and ends on a Sunday. Domino's pays team members on a bi-weekly pay cycle, meaning that pay periods cover a two-week period. Friday is the regularly scheduled payday. Pay received on Friday includes all regular, overtime, and PTO hours for the previous pay period.

If you have any questions or concerns about your pay, contact the Team Member Service Center at (877) 921-TEAM.

### Team Member Contact Information

It is the team member's responsibility to ensure Domino's has their current mailing address, and other contact information such as their phone number and email address, is updated in their employee record. Team members can update this information at any time on the Team Member Service Center (TMSC) page.

### Review Your Pay Stub

We make every effort to ensure that our team members are paid correctly. Occasionally, however, inadvertent mistakes can happen. When mistakes do happen, and are called to our attention, we will promptly make any correction that is necessary. Please promptly review your pay stub to ensure it is correct. If you believe a mistake has occurred or if you have any questions, you should immediately contact your Human Resources representative or the Team Member Service Center at 877-921-8326 or 877-921-TEAM.

### Non-Exempt Team Members

Federal regulations require that all non-exempt team members be paid for any and all hours worked. Team members are prohibited from working off-the-clock. Hours worked include but are not limited to time spent performing normal job responsibilities, attending on or off-site training classes or meetings at the direction of the Company, as well as performing any other tasks/duties as required or allowed by the Company. Non-exempt is any team member who receives an hourly rate and does not qualify for a specified "exemption" under the FLSA or applicable state or local law.

Domino's requires that non-exempt team members be paid an overtime rate of 1.5 times his or her hourly pay rate for any hours worked over 40 in one week unless required otherwise by applicable state or local law. Time spent by a non-exempt team member in travel as part of the Company's principal activity must be counted as hours worked. You must maintain a record of the total hours you work each day. For office team members, these hours must be accurately recorded via the automated timekeeping system on *tmsc.dominos.com*. Each team member must verify that the reported hours worked are complete and accurate. Your timecard or the time clock system appropriate for your position must accurately reflect all regular and overtime hours worked, any absences, early or late arrivals, early or late departures, and meal breaks. When you review each pay stub, please verify immediately that you were paid correctly for all regular and overtime hours worked each workweek.

### Exempt Team Members

If you are classified as an exempt team member, you will receive a salary which is intended to compensate you for all work performed for the Company. This salary will be established at the time of hire or when you become classified as an exempt team member. While it may be subject to review and modification from time to time, the salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of the work you perform.

You will receive your full salary for any workweek in which work is performed. However, under federal law, your salary is subject to certain deductions. For example, absent contrary applicable state or local law, your salary can be reduced for the following reasons in a workweek in which work was performed:

- Full-day absences for personal reasons, including vacation
- Full-day absences for sickness or disability, since the Company offers Emergency/Medical PTO and a short-term disability insurance plan
- Full-day disciplinary suspensions for infractions of safety rules of major significance (including those that could cause serious harm to others)
- To offset amounts received as payment for jury and witness fees or military pay.
- Unpaid disciplinary suspension of one or more full days for significant infractions of major workplace conduct rules set forth in written policies
- The first or last week of employment in the event you work less than a full week

Your salary also may be reduced for certain types of deductions, such as: your portion of health, dental, or life insurance premiums; federal, state, or local taxes; social security; garnishments; or voluntary contributions to a 401(k) or pension plan. In any workweek in which you performed any work, your salary will not be reduced for any of the following reasons:

- Your absence because the worksite is closed on a scheduled workday
- Absences for jury duty, attendance as a witness, or military leave in any week in which you have performed any work
- Any other deductions prohibited by applicable federal, state, or local law

Please note that you will be required to use accrued Vacation PTO, paid sick time, personal or other forms of paid time off for full-day or partial-day absences for personal reasons, sickness, or disability.

If an exempt team member is aware of improper deductions from his/her salary, this violation should be reported immediately to their Human Resources representative. All reported or suspected improper deductions from an exempt team member's pay will be promptly and thoroughly investigated. If the Company determines that improper deductions were made from an exempt team member's salary, the Company will promptly reimburse the team member the amounts improperly deducted. The Company will also ensure that improper deductions from pay do not occur in the future.

### Overpayments

In the event a team member is overpaid, to the extent permitted by applicable law, the Company will prepare an overpayment notice for the team member to acknowledge, including the amount to repay the Company. The notice will be mailed to the team member's home, or sent to the manager for an in-person presentation to the team member, and will set forth the following repayment options depending upon the specific circumstances:

- Installments paid through (or outside) payroll deductions, or
- A personal check made out to Domino's Pizza LLC, in the amount detailed on the notice

### Reissued Checks

In the event a team member does not physically receive a paper check issued by the Company, the team member must complete and sign a Payroll Stop Payment and Reissue Request Form and return the form to the Team Member Service Center. The form contains the team member's written acknowledgment that he or she did not receive the check and that if the check is received after the stop payment form is signed, the team member will not cash it, but will return it to the Company. If a team member cashes a check on which s/he had previously requested a stop payment, the team member will be responsible for any fees incurred by the Company and returning any overpayment to the extent permitted by applicable law. Team members should contact the Team Member Service Center at 877-921-8326 or 877-921-TEAM with additional questions.

### Garnishments

Subject to applicable law, Domino's imposes a Company processing fee on the following types of garnishments: Support Orders, Writs and Wage Assignments. The processing fee will be deducted every pay period for each individual garnishment. The amount of the processing fee will be up to a maximum of $2.00 per garnishment, per pay period, according to applicable state law in which the order is issued. Team members should contact the Team Member Service Center at 877-921-8326 or 877-921-TEAM with additional questions.

### Safe Harbor Policy

It is our policy and practice to accurately compensate team members and to do so in compliance with all applicable federal, state, and local law. To ensure that you are paid properly for all time worked and that no improper deductions are made, you must record correctly all work time and review your paychecks promptly to identify and to report all errors. You also must not engage in off-the-clock or unrecorded work.

### Reporting Violations, Communicate Concerns, or Obtain More Information

It is a violation of the Company's policy for any team member to falsify time, or to alter another team member's time. It is also a serious violation of Company policy for any team member or supervisor to instruct another team member to incorrectly or falsely report hours worked or alter another team member's time to under- or over-report hours worked. If any team member or supervisor instructs you to (1) incorrectly or falsely under- or over-report your hours worked, (2) alter another team member's time records to inaccurately or falsely report that team member's hours worked, or (3) conceal any falsification of time records or to violate this policy, do not do so. Instead, report it immediately to your Human Resources Representative.

You should not work any hours outside of your scheduled workday unless your supervisor has authorized the unscheduled work in advance. Do not start work early, finish work late, work during a meal break or perform any other extra or overtime work unless you are authorized to do so, and that time is recorded on your electronic timecard. Team members are prohibited from performing any "off-the-clock" work. "Off-the-clock" work means work you may perform but fail to report the time. Any team member who fails to report or inaccurately reports any hours worked will be subject to disciplinary action, up to and including discharge.

If you have questions about deductions from your pay, please contact your Human Resources representative immediately. If you believe your wages have been subject to any improper deductions or your pay does not accurately reflect all hours worked, you should report your concerns to a supervisor immediately. If a supervisor is unavailable or if you believe it would be inappropriate to contact that person, you should immediately contact your Human Resources representative.

Every report will be fully investigated, and corrective action will be taken, up to and including discharge, of any team member who violates this policy. In addition, the Company will not allow any form of retaliation against team members who report alleged violations of this policy in good faith or who cooperate in the Company's investigation of such reports. Any form of retaliation in violation of this policy will result in disciplinary action, up to and including discharge.

Domino's Management is authorized to make time sheet adjustments on behalf of team members for specific circumstances to ensure timely and correct payroll processing. Those allowable adjustments include:

- Team member did not clock in at the beginning of their shift, or clock out at the end of their shift.
- Team member was asked to work outside store and was unable to clock-in/out (e.g. Bank Deposit, Training, etc.).
- Team member was unable to use system due to technical issues with system.
- Team member is physically unable to use system.

Management is responsible for entering any approved changes to recorded time. If a change was made that is not approved, the Manager will be subject to immediate termination.

### Procedures

For operations that do not have automated timekeeping systems:

- A team member must track all hours worked in the timekeeping system at Domino's.
- The supervisor is accountable for ensuring that his/her team member is accurately recording his/her work hours in the timekeeping system.
- The supervisor is responsible for approving time for exempt and non-exempt team members for each payroll period and ensuring accurate hours are submitted for payroll processing in a timely fashion.
- The supervisor is required to follow appropriate procedures for making any adjustments to a team member's recorded work hours.

Team members who violate this policy will be subject to disciplinary action, up to and including termination.

## Time Clock Policy Supply Chain Centers

Domino's is committed to providing a professional work environment and ensuring all employees are accurately paid for all hours worked. The purpose of this policy is to outline expectations and procedures for employees clocking in and out using our timekeeping system.

The Timeclock Policy applies to all employees who utilize the timekeeping system. This includes all employees who are paid by the hour.

### Policy

All hourly employees must clock in when starting work, clock out when starting meal breaks and clock in after meal breaks, and clock out when stopping work.

The timekeeping system is accessible for employees through a physical station, or through the optional mobile app, UKG Dimensions, available to employees. If an employee would like to request scheduled time off, they must submit the request through the app or the physical station for management approval. Available time off accruals are also viewable through these methods.

**Management is responsible for:** Approving or denying time off requests in the timekeeping system, regularly reviewing and resolving any automatically generated flags from the timekeeping system based on employee clocking in and out transactions and uploading employee schedules to the timekeeping system when possible.

### Procedures

#### Physical Timeclock Stations

Physical timeclock stations may have biometric capabilities. This allows employees to register their finger pads to be able to activate the timeclock. For purposes of timekeeping, it is important to note that the use of this biometric function does not collect, nor does it store, your fingerprints. When your finger is first scanned, it is converted to a numeric template using advanced algorithms. The information collected is for the use of payroll timekeeping and to monitor attendance only. There is no data stored in the time clocks that runs the risk of someone outside of an authorized representative of Domino's being able to access any of your personal information. See Domino's Biometric Acknowledgement available on the Team Member Service Center for full details.

#### Mobile App

Employees will be able to clock in and out through the optional mobile app. This feature will only be available when the mobile device is within range of the worksite and will not be accessible offsite. The same policies and procedures apply when clocking in or out through the app as if a physical timeclock station were used.

#### Missed Clock In or Out

In the circumstances where an employee has missed clocking in or out, they are to notify their supervisor as soon as reasonably possible. Management is able to add in a missed clock in or out or adjust the time if an employee identifies an incorrect transaction.

### Time Theft

Employees are only to clock in once they start work, or an approved time ahead of their posted schedule. It is considered time theft should an employee clock in and then proceed to go put personal items away or get refreshments. Similarly, it is considered time theft should an employee not clock out when they are no longer actively working. An example of this would be an employee leaving the facility for personal reasons and then returning to clock out at a later time.

### Interaction with Other Policies

This policy is intended to be supplemental to, and not replace, other policies and guidelines regarding timekeeping.

### Questions or Concerns

If you have any questions, please contact your leader, your HR representative, or the Team Member Service Center at (877) 921-TEAM.

## BUSINESS EXPENSES – SUPPLY CHAIN CENTER

Team members generally must have business expenses approved in advance before incurring the expense. Team members who wish to request such advance approval or who have incurred other business expenses for which they believe they should be reimbursed should print and complete the “SCC Team Member Non-Mileage Business Expense Reimbursement Request Form” on the Team Member Service Center website at tmsc.dominos.com and follow the submission instructions on the Form. If a request for reimbursement is approved, team members then will be required to process their expenses through the Concur system.

All requests for reimbursement must be submitted within 60 days of the expense being incurred. The Company reserves the discretion to refuse reimbursement for business expenses that are deemed to be excessive or for non-business-related reasons.

## SOLICITATION AND DISTRIBUTION

To ensure orderly performance of daily work, cleanliness of the premises, customer service, convenience, safety and security, and the overall successful operation of Domino’s, the following policy applies to solicitation and distribution:

- Solicitation by team members is prohibited when the person soliciting or the person being solicited is on working time.
- Distribution of literature by team members is prohibited when the person distributing literature or the person to whom literature is being distributed is on working time, as defined below.
- Distribution is prohibited in working areas even during non-working time.
- Working time includes the time that either the team member who is soliciting/distributing or the team member being solicited/distributed is supposed to be working. This rule does not apply if involved team members are on break periods, meal periods, or non-working hours.
- Work areas include office, customer service, and customer selling areas.

Solicitation and/or distribution by non-team members on Domino’s property is prohibited at all times.

## BULLETIN BOARDS

Worksite bulletin boards are owned by the Company and are considered Company property. Only authorized representatives of the Company are allowed to post notices on the bulletin boards. Team members are expected to read the bulletin boards and are considered to have knowledge of all information posted by the Company. Team members are prohibited from removing, altering, or defacing any posting on the bulletin boards. The bulletin boards will include postings required by applicable federal, state, and local laws as well as relevant contact information for your worksite.

## CORPORATE TRAVEL & ENTERTAINMENT EXPENSE POLICY AND PROCEDURES

Domino's has outsourced travel programs to specific vendors, who have exclusive responsibility for booking itineraries for Team Members' business travel needs. The appointed travel agency and vendors are to be used for all travel bookings.

The Company will reimburse Team Members for ordinary, necessary, and reasonable travel expenses incurred when directly connected with or pertaining to, Company business. Such reimbursement is not intended to provide supplemental income to the Team Member.

Business travel policies are aligned with company reimbursement rules. All business-related travel paid with Domino's funds must comply with company expenditure policies.

Please reference the full travel policy located on PieNet.

## CORPORATE CARD POLICY

### Purpose

The purpose of this policy is to define the process for issue and use of the Domino's corporate credit card and define each team member's responsibility for reporting expenses and ensuring timely payment.

### Eligibility

All team members, excluding store level team members, are eligible to receive a corporate credit card if there is a legitimate business requirement for the card. A legitimate business requirement includes, but is not limited to:

- Frequent travel and entertainment during the course of business
- The regular purchase of goods and services used by the Company

### Issuance of Cards

The Company has an agreement, currently with Bank of America, which provides eligible team members with a corporate credit card. This credit card i is a Company liability card which will not impact team members' personal credit history. Requests for a corporate credit card should be made at the time a requisition is completed for a new/open position, or on an as needed basis. All requests for a corporate card will be forwarded to the Accounts Payable Department, which will facilitate the requests and issuance of the cards. Each eligible team member must complete the Domino's Corporate Cardholder Agreement before the corporate credit card is issued. Corporate Cards cannot be activated prior to a Team Members start date.

Each cardholder will, when issued with the card, also be issued a copy of the bank's conditions of use. These must be adhered to by the cardholder. The corporate credit card will be mailed to the team member's address designated on the cardholder agreement form.

### Credit Limits

Credit limits may vary by team member depending on the team member's position in the Company and the amount of business expenses incurred by the team member during the course of business. This information should be kept confidential.

### Conditions of Use

Whenever possible, team members are to charge business expenses to the corporate credit card. When using the corporate card for business travel and entertainment expenses, such expenses must be in accordance with the Travel policy. The corporate card cannot be used to obtain cash advances or for personal use. Usage is intended for Domino's business purposes only. In the event a personal charge occurs, the cardholder will be responsible for any personal expenses charged to the card. Personal expenses will be deducted from the team member's out-of-pocket reimbursement within the same expense report in Concur, to the extent the team member has out-of-pocket funds to be reimbursed. If there is no out-of-pocket reimbursement on the expense report in Concur, the team member will be required to remit payment to the Company immediately. If payment is not remitted immediately, the team member and supervisor will be contacted by the Finance Department regarding amounts

outstanding to the Company. Abuse of corporate credit card may result in loss of privilege to use corporate credit card and further disciplinary action.

### Monthly Corporate Card Statements

Corporate cardholders will receive statements directly from Bank of America for informational purposes only. The Company will remit payment on the team member's behalf after an expense report has been submitted and approved in Concur. Payments should not be remitted directly to Bank of America by the team member.

The corporate card statement date runs from the 15th to the 14th of each month. It carries with it a 25-day grace period, which means the due date falls on the 7th to the 10th of the following month, depending on the number of days in the month and if the statement date falls on a weekend. Therefore, it is important that all corporate card charges be submitted and approved in Concur on or before the last Tuesday of each month. This will ensure no late fees are incurred on the card.

### Late Fees

The corporate cardholder is responsible for ensuring all transactions are processed within the current billing cycle. All late fees charged to the corporate card as a result of late payment are the responsibility of the team member. On an exception basis, charges may be paid by the team member's department. This decision will be at the discretion of the supervisor and Finance Department.

### Expense Reporting

All corporate card charges must be included on an expense report within the Concur system. Corporate card transactions will feed directly into the Concur system. As a general rule, each charge takes approximately two to four business days to appear in Concur.

The timely submission of expense reports by the team member is required to allow sufficient time to obtain approvals, examine and audit the report and authorize payment to the credit card Company.

Click here for more information on how to submit expense reports, and general use of Concur.

In the event a corporate card transaction is more than 15 days past the transaction date and an expense report has not been received, an email notification will be sent directly from the Concur system informing the team member and their supervisor that the transaction is past due. A reminder email notification will continue to be sent every five days subsequently the first notice until action is taken. If the team member's card is more than 60 days past due, the corporate card may be terminated and collection efforts of monies owed to the Company will commence, including payroll deductions if warranted.

Advance notification of these actions will be sent to the team member, their direct supervisor, and, if applicable, executive leadership.

### Additional Cardholder Responsibilities

- Cardholders are responsible for the following: Addressing all unassigned corporate card transactions within Concur in a timely manner to ensure payment is processed within the billing cycle
- Reviewing their monthly statement and determining that all charges are legitimate business-related expenses and that all anticipated payments have been properly posted. Fraudulent card activity should be reported directly to Bank of America by calling the phone number listed on the back of the credit card
- Retaining and submitting transactional evidence (e.g., receipts, invoices, etc.) to support all charges
- Ensure the card is appropriately secured at all times
- Participation in the Bank of America rewards program is optional. The team member is responsible for the applicable non-reimbursable annual fee. Points are accumulated based on usage

### Supervisor Responsibilities

The cardholder's supervisor is required to verify all transactions submitted on an expense report. In doing so, the supervisor is to ensure the transactions are business related and the cardholder has supplied transactional evidence. Any unusual transactions or excessive personal use must be followed up with the cardholder immediately. Suspected breaches of policy must be referred to the Human Resources Department without exception.

### Audit

Audits of expense reports and therefore cardholder purchases will be performed by the Finance Department. In addition, internal audit and external auditors will carry out audits from time to time.

### Lost or Stolen Corporate Cards

It is the team member's responsibility to immediately report a lost or stolen card to the credit card Company. The team member should also notify a member of the Domino's Accounts Payable Department for a replacement card.

### Termination of Employment

It is the responsibility of the departing team member to ensure that his/her account is settled prior to departure. In the event the account has not been settled subsequent to departure, the Accounts Payable Department will work with both the Human Resources Department and the team member's department to process business expenses for payment. If inappropriate use of the card is discovered subsequent to termination, the Company may deduct amounts owed from the team member's remaining paycheck(s) to the extent permitted by applicable law or exercise any other remedy allowed by law including but limited to legal action.

The card must be surrendered upon termination of employment to the Human Resources Department. Failure to do so will be considered misappropriation of Domino's property.

## WEX CARDS FOR USE WITH DOMINO'S FLEET VEHICLES

- For each Team USA Store that has one or more Domino's fleet vehicles, the General Manager will be provided a WEX card along with a unique PIN.
- The General Manager is the only person authorized to use the WEX card. The WEX card can only be used for fueling, charging, and cleaning the interior and exterior of Domino's fleet vehicles – it cannot be used for any other purchases, such as personal items or to fuel, charge, or clean other vehicles such as personal vehicles driven by the Store's delivery experts. If the WEX card is used by persons other than the General Manager or for unauthorized purchases, the General Manager must immediately report the issue to their Manager of Corporate Operations.
- When not in use, the General Manager must ensure that the WEX card is securely locked in the Store's safe. The General Manager must not share the WEX card or PIN with others. If a WEX card is lost, stolen, or damaged, or if the PIN has or may have been disclosed to others, the General Manager must immediately report the issue to their Manager of Corporate Operations.
- Failure to comply with this policy will result in disciplinary action up to and including termination. The General Manager (and any other responsible employee) may also be held financially responsible for any unauthorized purchases made with the WEX card.

## REPORTING ACCOUNTING OR AUDITING CONCERNS

Any concerns related to questionable accounting or auditing matters, or accounting controls may be reported to the Audit Committee of the Board of Directors or the Company's Legal Department as follows:

| | |
|---|---|
| Audit Committee of the Board of Directors<br>c/o Director of Internal Audit<br>Domino's Pizza LLC<br>30 Frank Lloyd Wright Drive<br>Ann Arbor, Michigan 48105 | Legal Department<br>c/o Executive Vice President and General Counsel<br>Domino's Pizza LLC<br>30 Frank Lloyd Wright Drive<br>Ann Arbor, Michigan 48106<br>734-930-3030 |

Concerns can also be reported by calling NAVEX at (844) 850-2250 or online at www.dominos.ethicspoint.com. These reports may be made anonymously. Concerns will be fully investigated and will be treated as confidential to the extent possible without impeding the ability of the Company to conduct a discreet and thorough investigation. The Company will not allow any form of retaliation against team members who report a concern pursuant to this policy or who cooperate in the Company's investigation of such reports. Team members engaging in any form of retaliation in violation of this policy will be subject to disciplinary action up to and including termination of employment. Please reference the Whistleblower Policy for more information.

## MEDIA CONTACTS

The Company is committed to providing accurate information to the media and the public at large when dissemination of information is appropriate. Requests for the Company position, endorsements or related information by members of the media (print, broadcast and online) should be forwarded to the Communications Department. This policy only applies to media requests seeking the Company's position or someone to speak on behalf of the Company. Only authorized team members may speak to the media on behalf of the Company. Requests to make a statement on behalf of the Company by members of the media (print, broadcast or online) should be directed to Domino's Communications/Public Relations Department atpr@dominos.com.

## FLEX WORK POLICY

### Overview

Domino's Pizza LLC ("Domino's") supports the following Flex Work arrangements to the extent permitted by applicable local law. Team members should talk to their manager about which of these arrangements may be available given one's particular role and job duties.

- **Flexible Schedule:** A work schedule that deviates from the traditional Monday through Friday, 9:00 A.M. to 4:00 P.M. schedule and/or the Tuesday through Thursday in-office requirements (except for teams in IT and A&I not required to be in the office).
- **Compressed Work Week:** A work schedule where nonexempt (hourly) team members condense their work hours into a fewer number of days.
- **Part-Time:** A work schedule of fewer than 30 hours per week.
- **Job Share**: A work arrangement where two team members share or split the work of one position. Each team member in the job share arrangement must meet the job requirements as listed in the position's job description.
- **Work Anywhere:** Office-based team members who can perform their job duties remotely will have the ability to work anywhere for 2 weeks each calendar year. Please refer to the Work Anywhere policy in the Flex Work Team Member Guide.
- **Remote Work Arrangement:** An arrangement where the team member regularly works outside of their designated office location. Otherwise known as telecommuting.

## Applicability

This policy applies to all Domino's Office, Supply Chain (manager and above), and Team USA above-store team members approved for a flex work arrangement. This policy does not govern requests for accommodations due to religion, disability, or other legally protected reasons.

This policy does not apply to temporary flex work arrangements granted ad hoc for circumstances such as inclement weather, personal needs, special projects, or business travel. These arrangements are approved on an as-needed basis only, with no expectation of ongoing continuance.

Team members hired into fully remote positions or who have been previously approved for a fully remote position due to their location do not need to be reapproved for remote work through this policy.

## Eligibility

Team members requesting a flex work arrangement must be in good standing and must be in a role conducive to a flex work arrangement. Approval of all flex work arrangements will be at the Executive Vice President or Senior Vice President's discretion for that department and any remote work arraignments require approval by the EVP of Human Resources.

Before entering into a flex work arrangement, the team member and manager, with the assistance of the Human Resources Representative, will evaluate the suitability of such an arrangement. Each request will be considered on a case-by-case basis. Factors to consider may include the needs of the business, job responsibilities, team member performance, equipment needs, tenure, etc.

Approved arrangements are in effect for the team member's current role and are not transferrable to a new role. In the event a team member transfers into a new role or receives a new manager, the team member should have a discussion with their new manager regarding a flex work arrangement. Ultimately, a new flex work arrangement request must be submitted for review and approval as detailed above.

Unless otherwise specified by their manager, a team member's job responsibilities do not change under a flex work arrangement and must be performed at a satisfactory level. A flex work arrangement may be denied, suspended, or discontinued at any time due to team member performance, business needs, or for any other reason at the discretion of Domino's. Furthermore, nothing about the approved arrangement shall constitute a contract of employment for any specific or minimum term or change the at-will nature of one's employment at Domino's.

Team members approved for a flex work arrangement must continue to abide by Domino's policies and procedures, including those in the Domino's Team Member Handbook regarding discrimination, harassment, retaliation, privacy, information security and technology protection, and workplace safety. Failure to do so may result in the team member being required to return to a standard work arrangement, disciplinary action, or both, at Domino's sole discretion.

## Pay and Benefit Implications

Depending upon the flex work arrangement, there may be implications to a team member's pay, benefits, or overtime exemption status. This could include, but is not limited to, pay and benefits where eligibility is based on the hours worked by the team member.

Payroll taxes and deductions will be generally withheld based on the team member's primary work location. Domino's may be required to deduct additional taxes from the team member's paycheck due to the flex work arrangement.

Team members granted a flex work arrangement will continue to accrue vacation time, sick time, or other paid time off consistent with their position. Likewise, they should continue to submit paid time off as per the Domino's Team Member Handbook.

**Evaluating a Role for a Remote Work Arrangement**

Generally, Domino's expects team members to complete work in one of our core office locations and most roles should be office based and coming into the office on core days/hours of operation. When evaluating a request for consideration of a remote work arrangement, management with the assistance of the Human Resource Representative will:

- Ensure the proposed remote work arrangement is within the Company's business licenses and corporate tax framework and does not impose additional regulatory burdens (i.e., the company is licensed in the particular jurisdiction to conduct business and employ team members).
- Review the business requirements of the job and work through the following list of considerations to determine the possibility of the work being performed remotely by the team member:
  - Was the team member hired based on factors such as physical proximity to clients and whether the proposed remote work arrangement will cause increased travel expenses and other inconveniences in travel to clients, suppliers, and/or vendors?
    - To the extent permitted by applicable law, business travel expenses to the original home office location for the position will be at the team member's expense for remote work arrangements that were made at the request of the team member.
    - Travel to other business events that are not to the regular designated home office location would fall under Domino's corporate expense policy, as well as any other business expenses.
    - If Domino's decides a role to be remote due to a business need, then Domino's will cover the business travel related expenses.
  - Will the proposed remote work arrangement put the team member in a different time zone that is inconducive to the schedules of the team members manager, colleagues, and internal/external stakeholders?
    - If this is the case, ensure the team member understands the expectation to adjust their schedule to conform to the time zone of the role the team member had been hired into.
  - Is the nature of the work tied to frequent travel (greater than 50% of the time), supporting specific markets/centers/regions or remote geographies where it would be better situated in market or closer to those locations?
  - Determine whether the work involves frequent collaboration and ideation in team settings.
  - Does this role have critical capabilities, or a unique skill that Domino's requires and is in limited availability and does not need to be tied to a specific location?
  - Does the team members' position require access to special tools or equipment that is not readily available in a remote setting?
  - Does the arrangement impact the ability to protect Domino's data, trade secrets, and confidential information, including consideration of such factors as whether the team member works on sensitive information or technologies and/or whether additional costs may be incurred to properly implement necessary security procedures?
  - Assess whether duties and assignments are characterized by clear work objectives that can be accomplished in a remote work site as effectively as in the main work site.
  - Evaluate the impact on departmental needs (including customer service, staffing and budgetary needs).
- Not all factors above must be checked for the role to be remote, and this is not a complete list of factors to consider, leadership for each department will need to use their discretion when approving a role for a remote work arraignment.

### Remote Work Arrangements

- Team members are responsible for following safe work habits and ensuring the workspace is safe and free from hazards.
- To the extent permitted by applicable law, business travel will be at the expense of the team member to be present for in-person meetings and events for approved remote work arrangements that were made at the request of the team member and not Domino's.
- Team members must ensure their off-site work location is private, secure and provides proper ergonomics and environmental conditions that allow for focus and quality audio/video needed for Teams meetings and work calls.
- Team members who are approved for a remote work arrangement will still only be provided with one set of Domino's technology equipment needed for their role (i.e., computer, docking station, set of monitors, etc.).
- No in-person business meetings with customers, clients, vendors, or co-workers are to be scheduled in the at-home office.
- A flex work arrangement is not a substitute for full-time childcare or dependent care. Team members must make appropriate dependent care and other arrangements, if necessary.
- Remote work arrangements should be reviewed at least on an annual basis to ensure that the arrangement continues to align with the Company's objectives and customer service needs.

### Nonexempt Team Members

Nonexempt team members granted a flex work arrangement must:

- Comply with Domino's Team Member Pay Policy set forth in the Domino's Team Member Handbook and accurately record all working time
- Take all meal or rest breaks according to applicable laws
- With the approval of their manager, make up any missed working time in the same workweek in which work time is missed

Nonexempt team members may be asked to work overtime regardless of a flex work arrangement. Those who are granted a flex work arrangement will be paid overtime compensation for all hours worked in excess of 40 hours per workweek, or as otherwise required by applicable law. Such team members must obtain approval from their manager in advance of working overtime per the Domino's Team Member Pay Policy set forth in the Domino's Team Member Handbook.

### Company Property

Team members who have an approved flex work arrangement need to use Domino's issued equipment. It is the team member's responsibility to protect any company-issued equipment.

Domino's will not generally reimburse internet, Wi-Fi, or phone expenses incurred as a result of flex work arrangements, unless required by applicable law. Please see the Mobile Device Policy in the Team Member Handbook for more detail. Domino's will not be responsible for costs associated with the setup of the team member's home office, such as remodeling, furniture or lighting, nor for repairs or modifications to the home office space. Further, Domino's will not be responsible for damage or repairs to team member-owned equipment. Team members who believe they should be reimbursed for an expense should submit a written request to their manager in advance.

### Workers' Compensation

Workers' Compensation does not apply to injuries to any third parties or members of the team member's family on the team member's premises. In the event of a job-related injury, team members must report the incident pursuant to the Accident and Injury Reporting Policy set forth in the Domino's Team Member Handbook.

### Confidential Information

Team members must protect the sensitive, private and confidential nature of customer, team member and business information, even when they are working outside of Domino's offices. When using or accessing this information, team members must comply with all applicable agreements and policies, including, but not limited to, the Domino's Privacy, Information Security and Technology Protection, and the Domino's Code of Ethics policies. All customer or team member information must be secured at all times and used for Domino's-related purposes only.

Domino's expressly reserves the right to change, modify, or delete the provisions of this Flex Work Policy in its sole discretion without notice.

As a reminder, all Domino's company policies apply while enacting your Flex Work arrangement. Please see the Domino's Team Member Handbook for all applicable policies. Please contact your Human Resources Representative or the Team Member Service Center at (877) 921-TEAM or (877) 921-8326 if you have any questions.

## DOMINO'S PIZZA LLC APPEARANCE GUIDELINES FOR OFFICE TEAM MEMBERS

Domino's team members working at the World Resource Center, other corporate offices, or remotely should portray a professional image at work by wearing appropriate business apparel and maintaining proper personal hygiene and appearance. These appearance guidelines set forth Domino's expectations for its office team members and non-compliance with the guidelines without the prior approval of the Human Resources Department will result in disciplinary action up to and including termination of employment. Domino's reserves the right to modify or discontinue these appearance guidelines at any time. Team members with request for accommodation due to a sincerely held religious belief should contact Human Resources.

### Dress for Your Day

It's simple, just let the day's calendar dictate what you wear. Use good judgement and these guidelines. If Team Members have questions, they should ask their supervisor.

### Get Comfortable and Get Stuff Done

- For those days when Team Members don't have any meetings and they are working at their desk, it's business casual, including jeans.
- In the event a Team Member is hosting a demonstration or presentation, Domino's suggests a dressy pair of jeans and a blazer.
- In the event Team members have franchisees or vendors coming in, they may want to step it up to business professional.

Team Members should dress to feel their best within these guidelines.

### Domino's Pride

Any day is a good day to celebrate the brand and wear Domino's shirts and logo wear.

### What Not to Wear

Here's a quick guide on how to get it right. Refer to the table below for specific guidelines:

- We love exercise, but please don't wear workout gear to the office.
- Remember, not all jeans are created equal. Save weekend jeans for the weekend.
- Steer clear of flip-flops, tank tops, shorts and short skirts.

Basically, if it can be worn to the gym, the club, or the beach…don't wear it to work!

Attire should be properly fitted and in good condition. The tables below provide non-exhaustive examples of attire that is acceptable and not acceptable to allow office team members to make appropriate decisions.

| WRC AND CORPORATE OFFICE TEAM MEMBERS | |
|---|---|
| ***Acceptable*** | ***Unacceptable*** |
| Dress shirts, denim or denim-looking fabric button down shirts, casual shirts with collars, knit golf or polo shirts, banded collar shirts, sweaters, turtlenecks, sleeveless shirts, dressy t-shirts worn with a blazer, and Domino's logo shirts | Sweatshirts, t-shirts, crop tops, halter tops, spaghetti strap tops, and shirts with slogans or large emblems |
| Business suits, sports coats, and ties; Dress slacks, cotton or corduroy slacks, and utility pants with one side pocket, capri pants; Jeans | Cargo pants, warm up pants, shorts, leggings, stirrup pants, skorts, Lycra, spandex, or leather pants; any pants with holes or torn fabric |
| Business dresses, dress suits, casual dresses, and skirts. Halter dresses, spaghetti strap dresses, and sun dresses worn with a cardigan cover. Dresses and skirts should have a length no shorter than 2 inches above the top of the kneecap | Dresses and skirts with a length shorter than 2 inches above the top of the kneecap. Halter dresses, spaghetti strap dresses, and sun dresses worn without a cardigan cover |
| Dress shoes, flats, loafers, open toe or open heel shoes, dress sandals, dress boots, and cowboy boots | Casual or beach sandals (such as flip flops) |
| Full SCC team member dress including Domino's logo hat, belt, Domino's logo shirt, black pants, and black shoes | Hats, including Domino's logo hats (unless wearing the full Domino's SCC team member attire) |

### Store Visits

Office team members who regularly visit stores must either comply with the attire standards set forth in the appearance guidelines applicable to store team members or the casual business attire set forth in these guidelines. While preparing food during store visits, office team members must wear a Domino's logo hat or visor and apron provided by the Company and comply with the personal hygiene standards set forth in the appearance guidelines applicable to store team members.

### Working in a Store or Supply Chain Center? Rock the uniform!

Review the Team Member Handbook for area specific apparel guidelines. They're designed for a good customer experience, and, most importantly, team member safety. Visiting a store or supply chain center for work? Go business casual.

### Off-Site or On-Site Meetings or Other Events

If an office team member is attending an off-site or on-site meeting or other event as a representative of Domino's, their attire should be appropriate for that meeting or event. This may mean that traditional business attire is more appropriate than casual business or other attire.

### Visitors to the World Resource Center or Another Corporate Office

If an office team member invites outside visitors to the World Resource Center or other corporate office, the team member should inform the visitor of the casual business attire expectation so that the visitor may dress appropriately.

### Use of Domino's Logo Apparel

Office team members represent the Company when wearing Domino's logo apparel or apparel bearing Domino's brand name. As such, office team members wearing Domino's logo apparel or apparel bearing Domino's brand name should not enter any other quick service restaurant.

### Hair/Facial Hair

Hair and facial hair should be clean and neatly groomed.

### Personal Hygiene

Office team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. Office team members should show restraint when wearing perfumes, colognes, and other fragrant products at work.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification or Alteration

Gauged earrings are not permitted and gauged earlobes must be covered while working. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. Team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image is prohibited. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines

Office team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against an office team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act. Office team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## DOMINO'S PIZZA LLC APPEARANCE GUIDELINES FOR SUPPLY CHAIN CENTER TEAM MEMBERS

Domino's Pizza LLC ("Domino's" or "the Company") Supply Chain Center ("SCC") team members should portray a professional image at work by wearing appropriate apparel and maintaining proper personal hygiene and appearance. These appearance guidelines set forth Domino's expectations for its SCC team members and non-compliance with the guidelines without the prior approval of the Human Resources Department will result in disciplinary action up to and including termination of employment. Domino's reserves the right to modify or discontinue these appearance guidelines at any time.

### Dress for Your Day

It's simple, just let the day's calendar dictate what you wear.  Use good judgement and these guidelines. If Team Members have questions, they should ask their Team Leader.

Working in a Store or Supply Chain Center? Rock the uniform!

Review the Team Member Handbook for area specific apparel guidelines. They're designed for a good customer experience, and, most importantly, team member safety.  Visiting a store or supply chain center for work? Go business casual.

### Get Comfortable and Get Stuff Done

- For those days when Team Members don't have any meetings and they are working at their desk, it's business casual, including jeans.
- In the event a Team Member is hosting a demonstration or presentation, Domino's suggest a dressy pair of jeans and a blazer.
- In the event Team members have franchisees or vendors coming in, they may want to step it up to business professional.

Team Members should dress to feel their best within these guidelines.

### Domino's Pride

Any day is a good day to celebrate the brand and wear Domino's shirts and logo wear.

### What Not to Wear

Here's a quick guide on how to get it right:

- We love exercise, but please don't wear workout gear to the office.
- Remember, not all jeans are created equal. Save weekend jeans for the weekend.
- Steer clear of flip-flops, tank tops, shorts and short skirts.

Basically, if it can be worn to the gym, the club, or the beach…don't wear it to work!

Attire should be properly fitted and in good condition. The tables below provide non-exhaustive examples of attire that is acceptable and not acceptable to allow office team members to make appropriate decisions.

| SUPPLY CHAIN CENTER OFFICE TEAM MEMBERS | |
|---|---|
| ***Acceptable*** | ***Unacceptable*** |
| Dress shirts, denim or denim-looking fabric button down shirts, casual shirts with collars, knit golf or polo shirts, banded collar shirts, sweaters, turtlenecks, sleeveless shirts, dressy t-shirts worn with a blazer, and Domino's logo shirts. | Sweatshirts, t-shirts, crop tops, halter tops, spaghetti strap tops, and shirts with slogans or large emblems. |
| Business suits, sports coats, and ties; Dress slacks, cotton or corduroy slacks, and utility pants with one side pocket, capri pants; Jeans | Cargo pants, warm up pants, shorts, leggings, stirrup pants, skorts, Lycra, spandex, or leather pants; any pants with holes or torn fabric |
| Business dresses, dress suits, casual dresses, and skirts. Halter dresses, spaghetti strap dresses, and sun dresses worn with a cardigan cover. Dresses and skirts should have a length no shorter than 2 inches above the top of the kneecap. | Dresses and skirts with a length shorter than 2 inches above the top of the kneecap. Halter dresses, spaghetti strap dresses, and sun dresses worn without a cardigan cover. |
| Dress shoes, flats, loafers, open toe or open heel shoes, dress sandals, dress boots, sneakers, and cowboy boots. | Casual or beach sandals (such as flip flops). |
| Full SCC team member dress including Domino's logo hat, belt, Domino's logo shirt, black pants, and black shoes. | Hats, including Domino's logo hats (unless wearing the full Domino's SCC team member attire). |

### Hair/Facial Hair

Hair and facial hair should be clean and neatly groomed.

### Personal Hygiene

Office team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. Office team members should show restraint when wearing perfumes, colognes, and other fragrant products at work.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification or Alteration

Gauged earrings are not permitted and gauged earlobes must be covered while working. Visible body piercings (such as piercings of the nose, eyebrow, lip, cheek, etc.) must be removed while working. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. Office team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image is prohibited. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Production Area

Office team members entering production areas must comply with the attire and personal hygiene standards set forth in the appearance guidelines applicable to SCC production team members. Domino's provided laboratory coats/disposable smocks must be worn upon entering the production area.

### Off-Site or On-Site Meetings or Other Events

If an office team member is attending an off-site or on-site meeting or other event as a representative of Domino's, their attire should be appropriate for that meeting or event. This may mean that traditional business attire is more appropriate than casual business or other attire.

### Visitors to a Supply Chain Center

If an office team member invites outside visitors to a SCC, the team member should inform the visitor of the casual business attire expectation so that the visitor may dress appropriately. Domino's provided laboratory coats/disposable smocks must be worn upon entering the production area.

### Use of Domino's Logo Apparel

Office team members represent the Company when wearing Domino's logo apparel or apparel bearing Domino's brand name. As such, office team members wearing Domino's logo apparel or apparel bearing Domino's brand name should not enter any other quick service restaurant that serves pizza.

### Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines

Office team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against an office team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act. Office team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## Supply Chain Center Production Team Members

### Shirts

Production team members must wear shirts provided by the Company that have fastened snaps and no pockets. These shirts should be properly fitted and in good condition and tucked into the waistband. Production team members may elect to wear a plain, non-hooded undershirt that can be white, gray, or black if visible.

### Pants/Belts

Production team members must wear pants provided by the Company that are polyester/cotton blend or cotton or other similar material and in good condition. Pants should cover the entire leg. The waistband of pants should sit at the natural waistline. Production team members must wear a belt. The belt can be one that is provided by the Company or, if the team member elects not to use such a belt, he or she can wear a plain belt that is black or brown. Suspenders are not permitted to be worn at work.

### Contamination Avoidance

Production team members cannot wear shirts and pants provided by the Company outside of the SCC due to the possibility of food contamination. Production team members must change into these items at the SCC after clocking into work and remove the items at the SCC before clocking out of work. Production team members leaving the production area with the intent of returning must either change their shirts and pants or wear a lab coat provided by the Company. White laboratory coats/disposable smocks and provided uniforms cannot be worn outside of the Supply Chain Center. Non-production team members and outside visitors must wear a lab coat provided by the Company while in the production area.

### Hairnets

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, production team members must wear a hairnet provided by the Company that fully covers all hair.

### Shoes/Boots

Production team members must wear black or brown slip- and/or oil-resistant safety-toed shoes or boots. White or black rubber tray wash boots are also permitted. The shoes or boots should be in good condition and cover the entire foot and ankle and any laces should be tied. The Company will provide production team members with a stipend for the purchase and periodic replacement of such shoes or boots.

### Jackets/Sweatshirts/Hoodies

Production team members may wear Domino's logo jackets, sweatshirts, or hoodies (with strings removed) provided by the Company.

### Pins/Buttons/Other Paraphernalia

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, production team members handling uncovered food are prohibited from attaching pins, buttons, or other paraphernalia to any part of the Domino's logo apparel or ordinary wardrobe items worn at work, including but not limited to hats, shirts, pants, or jackets.

### Personal Protective Equipment

Production team members must wear all personal protective equipment ("PPE") required for their position as set forth in the PPE matrix posted in each SCC.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification or Alteration

Production team members may only wear a plain ring (without a stone). Earrings (including gauged earrings), necklaces, rings, watches are not permitted and gauged earlobes must be covered while working. Visible body piercings (such as piercings of the nose, eyebrow, lip, cheek, etc.) must be removed while working. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. Production

team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image is prohibited. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Hair/Facial Hair/Fingernails

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, hair beyond shoulder length must be secured by production team members under a Domino's logo hat or visor provided by the Company or otherwise suitably restrained, such as with a hairnet or rubber band. Hair and facial hair should be clean and neatly groomed. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, production team members with beards and/or mustaches (which includes any facial hair on or below the lip) must wear a beard guard when handling uncovered food. Fingernails must be clean and neatly trimmed and should not exceed ¼ inch beyond the end of the fingertip. False fingernails and fingernail polish are not permitted at work.

### Personal Hygiene

Production team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. Production team members should show restraint when wearing perfumes, colognes, and other fragrant products at work. Production team members should not have lotions, creams, oils, or other similar products on their hands while handling uncovered food. Production team members must wash their hands with antibacterial soap for a minimum of 20 seconds: before handling food; after handling non-food items (such as telephones, computer keyboards, brooms, mops, money, etc.) or touching their mouth or hair; after using the rest room; or when their hands may have otherwise become contaminated. Production team members with open sores, open wounds, open abrasions, or respiratory infections are not permitted to handle uncovered food.

## Use of Domino's Logo Apparel Provided by the Company

Because production team members represent the Company when wearing Domino's logo apparel provided by the Company, production team members should:

- only wear Domino's logo apparel while at work or going directly to and from work;
- not enter any other quick service restaurant that serves pizza when wearing Domino's logo apparel; and
- not consume or purchase alcoholic beverages when wearing Domino's logo apparel.

At the conclusion of employment, production team members must return Domino's logo or other apparel provided by the Company. Any ordinary wardrobe items worn at work that are provided by production team members can be worn by production team members outside of work without restriction.

## Laundering and Cleaning Services Provided by Domino's

Domino's will launder or clean, free of charge to production team members, Domino's logo or other apparel provided by the Company. Instructions are posted in each SCC with locations, times, and procedures for using such laundering or cleaning services. If a production team member elects not to use such laundering or cleaning services provided by Domino's, that team member will be responsible for laundering or cleaning these items on their own. Production team members with any questions or concerns regarding the laundering or cleaning services provided by Domino's or who believe they were not permitted or were unable to take advantage of such services should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## Requests for Additional or Replacement Domino's Logo or Other Apparel Provided by the Company

Production team members should contact their team leader to request additional or replacement Domino's logo or other apparel provided by the Company.

**Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines**

Production team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against a production team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act. Production team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## Supply Chain Center Warehouse Team Members

### Shirts

Warehouse team members must wear Domino's logo shirts provided by the Company. Domino's logo shirts should be properly fitted and in good condition. Warehouse team members may elect to wear a plain, non-hooded undershirt that can be white, gray, or black if visible.

### Pants/Shorts/Belts

Warehouse team members must wear black pants or shorts provided by the Company that are polyester/cotton blend or cotton or other similar material and in good condition. Pants should cover the entire leg. Shorts should have a length no shorter than 2 inches above the top of the kneecap. The waistband of pants or shorts should sit at the natural waistline. Warehouse team members who must tuck their Domino's logo shirt provided by the Company into a waistband with belt loops should wear a belt. The belt can be one that is provided by the Company or, if the team member elects not to use such a belt, he or she can wear a plain belt that is black or brown. Suspenders are not permitted to be worn at work.

### Hats/Hairnets

Warehouse team members must wear bump caps provided by the Company worn facing forward. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, warehouse team members handling uncovered food are required to wear a hairnet provided by the Company that fully covers all hair.

### Shoes/Boots

Warehouse team members must wear black or brown slip- and/or oil-resistant safety-toed shoes or boots. The shoes or boots should be in good condition and cover the entire foot and ankle and any laces should be tied. The Company will provide warehouse team members with a stipend for the purchase and periodic replacement of such shoes or boots.

### Jackets/Sweatshirts/Hoodies/Gloves

Warehouse team members may wear Domino's logo jackets, sweatshirts, or hoodies (with strings removed) provided by the Company.

### Personal Protective Equipment

Warehouse team members must wear all personal protective equipment ("PPE") required for their position as set forth in the PPE matrix posted in each SCC.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification or Alteration

When not handling uncovered food, warehouse team members may wear the following jewelry items provided they are plain in nature: stud earrings, gauged earrings, necklaces, rings, and/or watches. Visible body piercings (such as piercings of the nose, eyebrow, lip, cheek, etc.) must be removed while working. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. Warehouse team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-

harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image is prohibited. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Hair/Facial Hair/Fingernails

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, hair beyond shoulder length must be secured by warehouse team members under a Domino's logo hat, hard hat, or bump cap provided by the Company or otherwise suitably restrained, such as with a hairnet or rubber band. Hair and facial hair should be clean and neatly groomed. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, warehouse team members with beards and/or mustaches (which includes any facial hair on or below the lip) must wear a beard guard when handling uncovered food. Fingernails must be clean and neatly trimmed and should not exceed ¼ inch beyond the end of the fingertip. False fingernails and fingernail polish are not permitted at work.

### Personal Hygiene

Warehouse team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. Warehouse team members should show restraint when wearing perfumes, colognes, and other fragrant products at work. Warehouse team members should not have lotions, creams, oils, or other similar products on their hands while handling uncovered food. Warehouse team members must wash their hands with antibacterial soap for a minimum of 20 seconds: before handling food; after handling non-food items (such as telephones, computer keyboards, steering wheels, money, credit cards, etc.) or touching their mouth or hair; after using the rest room; or when their hands may have otherwise become contaminated. Warehouse team members with open sores, open wounds, open abrasions, or respiratory infections are not permitted to handle uncovered food.

### Use of Domino's Logo Apparel Provided by the Company

Because warehouse team members represent the Company when wearing Domino's logo apparel provided by the Company, D&S team members should:

- only wear Domino's logo apparel while at work or going directly to and from work;
- not enter any other quick service restaurant that serves pizza when wearing Domino's logo apparel; and
- not consume or purchase alcoholic beverages when wearing Domino's logo apparel.

At the conclusion of employment, warehouse team members must return Domino's logo or other apparel provided by the Company. Any ordinary wardrobe items worn at work that are provided by warehouse team members can be worn by warehouse team members outside of work without restriction.

### Laundering and Cleaning Services Provided by Domino's

Domino's will launder or clean, free of charge to warehouse team members, Domino's logo or other apparel provided by the Company. Instructions are posted in each SCC with locations, times, and procedures for using such laundering or cleaning services. If a warehouse team member elects not to use such laundering or cleaning services provided by Domino's, that team member will be responsible for laundering or cleaning these items on their own. Warehouse team members with any questions or concerns regarding the laundering or cleaning services provided by Domino's or who believe they were not permitted or were unable to take advantage of such services should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

### Requests for Additional or Replacement Domino's Logo or Other Apparel Provided by the Company

Warehouse team members should contact their team leader to request additional or replacement Domino's logo or other apparel provided by the Company.

### Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines

Warehouse team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against a warehouse team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act. Warehouse team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## Supply Chain Center Maintenance Team Members

### Shirts

Maintenance team members must wear Domino's logo shirts provided by the Company. Domino's logo shirts should be properly fitted and in good condition. Domino's logo shirts should be worn tucked into the waistband. Maintenance team members may elect to wear a plain, non-hooded undershirt that can be white, gray, or black if visible.

### Pants/Belts

Maintenance team members must wear pants provided by the Company that are polyester/cotton blend, cotton, flame retardant or other similar material and in good condition. Pants should cover the entire leg. The waistband of pants or shorts should sit at the natural waistline. Maintenance team members must wear a belt. The belt can be one that is provided by the Company or, if the team member elects not to use such a belt, he or she can wear a plain belt that is black, brown, navy, or khaki. Suspenders are not permitted to be worn at work.

### Hats/Hairnets

Maintenance team members must wear Domino's logo hats, hard hats, or bump caps provided by the Company worn facing forward. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, maintenance team members handling uncovered food are required to wear a hairnet provided by the Company that fully covers all hair. In cold weather, maintenance team members may wear Domino's logo knit hats provided by the Company.

### Shoes/Boots

Maintenance team members must wear black or brown slip- and/or oil-resistant safety-toed shoes or boots. The shoes or boots should be in good condition and cover the entire foot and ankle and any laces should be tied. The Company will provide maintenance team members with a stipend for the purchase and periodic replacement of such shoes or boots.

### Jackets/Sweatshirts/Hoodies

Maintenance team members may wear Domino's logo jackets, sweatshirts, or hoodies (with strings removed) provided by the Company.

### Personal Protective Equipment

Maintenance team members must wear all personal protective equipment ("PPE") required for their position as set forth in the PPE matrix posted in each SCC.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification or Alteration

Maintenance team members may only wear a plain ring (without a stone). Earrings (including gauged earrings), necklaces, rings, watches are not permitted and gauged earlobes must be covered while working. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. Maintenance team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a

professional image is prohibited. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Hair/Facial Hair/Fingernails

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, hair beyond shoulder length must be secured by maintenance team members under a Domino's logo hat or visor provided by the Company or otherwise suitably restrained, such as with a hairnet or rubber band. Hair and facial hair should be clean and neatly groomed. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, maintenance team members with beards and/or mustaches (which includes any facial hair on top or below the lip) must wear a beard guard when handling uncovered food. Fingernails must be clean and neatly trimmed and should not exceed ¼ inch beyond the end of the fingertip. False fingernails and fingernail polish are not permitted at work.

### Personal Hygiene

Maintenance team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. Maintenance team members should show restraint when wearing perfumes, colognes, and other fragrant products at work. Maintenance team members should not have lotions, creams, oils, or other similar products on their hands while handling uncovered food. Maintenance team members must wash their hands with antibacterial soap for a minimum of 20 seconds: before handling food; after handling non-food items (such as telephones, computer keyboards, brooms, mops, money, etc.) or touching their mouth or hair; after using the rest room; or when their hands may have otherwise become contaminated. Maintenance team members with open sores, open wounds, open abrasions, or respiratory infections are not permitted to handle uncovered food.

### Use of Domino's Logo Apparel Provided by the Company

Because maintenance team members represent the Company when wearing Domino's logo apparel provided by the Company, maintenance team members should:

- only wear Domino's logo apparel while at work or going directly to and from work;
- not enter any other quick service restaurant that serves pizza when wearing Domino's logo apparel; and
- not consume or purchase alcoholic beverages when wearing Domino's logo apparel.

At the conclusion of employment, maintenance team members must return Domino's logo or other apparel provided by the Company. Any ordinary wardrobe items worn at work that are provided by maintenance team members can be worn by maintenance team members outside of work without restriction.

### Laundering and Cleaning Services Provided by Domino's

Domino's will launder or clean, free of charge to maintenance team members, Domino's logo or other apparel provided by the Company. Instructions are posted in each SCC with locations, times, and procedures for using such laundering or cleaning services. If a maintenance team member elects not to use such laundering or cleaning services provided by Domino's, that team member will be responsible for laundering or cleaning these items on their own. Maintenance team members with any questions or concerns regarding the laundering or cleaning services provided by Domino's or who believe they were not permitted or were unable to take advantage of such services should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

### Requests for Additional or Replacement Domino's Logo or Other Apparel Provided by the Company

Maintenance team members should contact their team leader to request additional or replacement Domino's logo or other apparel provided by the Company.

### Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines

Maintenance team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against a maintenance team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act. Maintenance team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## Supply Chain Center Delivery and Service Team Members

### Shirts

Delivery and Service ("D&S") team members must wear Domino's logo shirts provided by the Company. Domino's logo shirts should be properly fitted and in good condition. D&S team members may elect to wear a plain, non-hooded undershirt that can be white, gray, or black if visible.

### Pants/Shorts/Belts

D&S team members must wear black pants or shorts provided by the Company that are permanent press or cotton or other similar material and in good condition. Pants should cover the entire leg. Shorts should have a length no shorter than 2 inches above the top of the kneecap. The waistband of pants or shorts should sit at the natural waistline. D&S team members who tuck their Domino's logo shirt provided by the Company into a waistband with belt loops should wear a belt. The belt can be one that is provided by the Company or, if the team member elects not to use such a belt, he or she can wear a plain belt that is black, brown, navy, or khaki. Suspenders are not permitted to be worn at work.

### Hats/Hairnets

D&S team members must wear Domino's logo hats, hard hats, or bump caps provided by the Company worn facing forward. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, D&S team members handling uncovered food are required to wear a hairnet provided by the Company that fully covers all hair. In cold weather, D&S team members may wear Domino's logo knit hats provided by the Company.

### Shoes/Boots

D&S team members must wear slip- and/or oil-resistant safety-toed shoes or boots. The shoes or boots should be in good condition and cover the entire foot and ankle and any laces should be tied. The Company will provide D&S team members with a stipend for the purchase and periodic replacement of such shoes or boots.

### Jackets/Sweatshirts/Hoodies/Gloves

D&S team members may wear Domino's logo jackets, sweatshirts, or hoodies (with strings removed) provided by the Company. In cold weather, D&S team members may wear gloves provided by the Company.

### Personal Protective Equipment

D&S team members must wear all personal protective equipment ("PPE") required for their position as set forth in the PPE matrix posted in each SCC.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification

When not handling uncovered food, D&S team members may wear the following jewelry items provided they are plain in nature: stud earrings, gauged earrings, necklaces, rings, and/or watches. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. D&S team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the

purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image is prohibited. Examples include, but are not limited to, decorative skin implants, unnatural contact lens colors, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Hair/Facial Hair/Fingernails

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, hair beyond shoulder length must be secured by D&S team members under a Domino's logo hat, hard hat, or bump cap provided by the Company or otherwise suitably restrained, such as with a hairnet or rubber band. Hair and facial hair should be clean and neatly groomed. To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, D&S team members with beards (which includes any facial hair below the lip) must wear a beard guard when handling uncovered food. Fingernails must be clean and neatly trimmed and should not exceed ¼ inch beyond the end of the fingertip. False fingernails and fingernail polish are not permitted at work.

### Personal Hygiene

D&S team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. D&S team members should show restraint when wearing perfumes, colognes, and other fragrant products at work. D&S team members should not have lotions, creams, oils, or other similar products on their hands while handling uncovered food. D&S team members must wash their hands with antibacterial soap for a minimum of 20 seconds: before handling food; after handling non-food items (such as telephones, computer keyboards, steering wheels, money, credit cards, etc.) or touching their mouth or hair; after using the rest room; or when their hands may have otherwise become contaminated. D&S team members with open sores, open wounds, open abrasions, or respiratory infections are not permitted to handle uncovered food.

### Use of Domino's Logo Apparel Provided by the Company

Because D&S team members represent the Company when wearing Domino's logo apparel provided by the Company, D&S team members should:

- only wear Domino's logo apparel while at work or going directly to and from work;
- not enter any other quick service restaurant that serves pizza when wearing Domino's logo apparel; and
- not consume or purchase alcoholic beverages when wearing Domino's logo apparel.

At the conclusion of employment, D&S team members must return Domino's logo or other apparel provided by the Company. Any ordinary wardrobe items worn at work that are provided by D&S team members can be worn by D&S team members outside of work without restriction.

### Laundering and Cleaning Services Provided by Domino's

Domino's will launder or clean, free of charge to D&S team members, Domino's logo or other apparel provided by the Company. Instructions are posted in each SCC with locations, times, and procedures for using such laundering or cleaning services. If a D&S team member elects not to use such laundering or cleaning services provided by Domino's, that team member will be responsible for laundering or cleaning these items on their own. D&S team members with any questions or concerns regarding the laundering or cleaning services provided by Domino's or who believe they were not permitted or were unable to take advantage of such services should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

### Requests for Additional or Replacement Domino's Logo or Other Apparel Provided by the Company

D&S team members should contact their team leader to request additional or replacement Domino's logo or other apparel provided by the Company.

### Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines

D&S team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against a D&S team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act.
D&S team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## DOMINO'S PIZZA LLC APPEARANCE GUIDELINES FOR TEAM USA STORE TEAM MEMBERS

Team USA store team members should portray a professional image at work by wearing appropriate apparel and maintaining proper personal hygiene and appearance. These appearance guidelines set forth Domino's expectations for its store team members and non-compliance with the guidelines without the prior approval of the Human Resources Department will result in disciplinary action up to and including termination of employment. Domino's reserves the right to modify or discontinue these appearance guidelines at any time.

### Shirts

Store team members must wear Domino's logo shirts provided by the Company. Domino's logo shirts should be properly fitted and in good condition. Store team members may elect to wear a plain, non-hooded undershirt that can be white or black. Domino's logo shirts and undershirts must be tucked into the waistband.

### Hats/Hairnets

Store team members must wear Domino's logo hats or visors provided by the Company worn facing forward. Store team members wearing a Domino's logo visor may also be required to wear a hairnet provided by the Company to avoid food safety issues and to ensure compliance with applicable food handling laws and regulations. In cold weather, store team members making deliveries may wear Domino's logo knit hats provided by the Company.

### Pants/Capris/Shorts/Skirts/Belts

Store team members may wear the following ordinary wardrobe items to work: black pants, capris, shorts, or skirts that are permanent press or cotton or other similar material and in good condition. Jeans and workout clothing such as sweatpants or stretch pants are not permitted to be worn at work. Shorts and skirts should have a length no shorter than two inches above the top of the kneecap. The waistband of pants, capris, shorts, or skirts should sit at the natural waistline. Store team members who tuck their Domino's logo shirt provided by the Company into a waistband with belt loops should wear a plain black belt. Suspenders are not permitted to be worn at work.

### Shoes/Socks/Hose

Store team members must wear slip-resistant shoes in good condition that cover the entire foot and any laces should be tied. Store team members must wear socks or hose that cover the ankle.

### Jackets/Vests/Gloves

If store team members elect to wear jackets or vests, they must be Domino's logo jackets or vests provided by the Company. In cold weather, store team members making deliveries may wear gloves provided by the Company.

### Aprons

Store team members must wear aprons provided by the Company while preparing food.

### Jewelry/Body Piercings/Tongue Rings/Tattoos/Body Modification or Alteration

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, store team members handling uncovered food may only wear one stud earring per ear that is plain in nature. Store team members not handling uncovered food may also wear the following jewelry items provided they are plain in nature: necklace, ring, and/or watch. Gauged earrings are not permitted and gauged earlobes must be covered while working. Tongue rings are not permitted while working; a clear tongue retainer may be worn in place of the tongue ring. Store team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible Tattoo's on the face are not allowed. Visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image is prohibited. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not prohibited.

### Hair/Facial Hair/Fingernails

To avoid food safety issues and to ensure compliance with applicable food handling laws and regulations, hair beyond shoulder length must be secured by store team members under a Domino's logo hat or visor provided by the Company or otherwise suitably restrained, such as with a hairnet or rubber band. Hair and facial hair should be clean and neatly groomed. Fingernails must be clean and neatly trimmed and should not exceed ¼ inch beyond the end of the fingertip. False fingernails and fingernail polish are not permitted at work.

### Personal Hygiene

Store team members must exercise reasonable personal hygiene before reporting for work, including taking proper precautions to minimize body odor. Store team members should show restraint when wearing perfumes, colognes, and other fragrant products at work. Store team members should not have lotions, creams, oils, or other similar products on their hands while preparing food. Store team members must wash their hands with antibacterial soap for a minimum of 20 seconds: before preparing food; after handling non-food items (such as telephones, computer keyboards, cash registers, money, credit cards, brooms, etc.) or touching their mouth or hair; after using the rest room; or when their hands may have otherwise become contaminated. Store team members with open sores, open wounds, open abrasions, or respiratory infections are not permitted to handle uncovered food.

### Apparel and Appearance

The value and integrity of the Domino's Pizza brand is extremely important and as such, Domino's Pizza has adopted Standards to be followed by and enforced under the supervision of franchisees and the managers of corporate stores to the extent permitted by applicable law. The Standards are critical to our brand image. Franchisees may grant an exception to these apparel and appearance Standards as an accommodation based on religious, cultural, medical, or other reasons required by applicable law. Health standards are governed by individual country, state, county, and city governments and store personnel must adhere to any applicable law, and rules in excess of the Standards.

### Apparel

- Store personnel must only wear apparel with the Domino's Pizza logo while at work or while going directly to and from work.
- Store personnel must not enter any quick service restaurant establishment of a direct competitor while wearing apparel with the Domino's Pizza logo except while making a delivery.
- Franchisees must determine if their store personnel are standardized in a single apparel style or if they allow a variety of apparel styles within their store. Franchisees may also seek a variance for use of their own apparel style, including shirts.

### Shirts

- Domino's Pizza-approved shirts that are properly fitted and in good condition must be worn.
- Shirts may be worn tucked into the waistband or untucked.
- Approved shirt options for store personnel include:
- The management polo, store personnel polo, and crewneck; and
- Approved special promotional shirts until otherwise specified.
- Approved shirts may be discontinued and new approved shirts added from time to time.
- Any undershirt visible under the logo shirt must be plain white or black. An approved crewneck shirt may also be worn under any logo shirt. The undershirt or crewneck shirt must be tucked into the waistband.
- If long sleeves are worn while on the makeline, the sleeves should be rolled or folded up to the elbow.

### Pants, Shorts, Skirts, Capris, and Belts

- Pants, shorts, skirts, cargos, and capris must be black and may be of a permanent press or cotton-type material or other similar material and in good condition. Black jean pants in good condition without rips, tears, patches, distressing, or embellishments are permitted. Corduroy, stretch, yoga, spandex, Lycra, or sweatpants material are not permitted. Jean shorts are not permitted.
- Shorts should have a minimum inseam of 6" (15.2 cm) and be no longer than 2" (5 cm) below the knee. Skirts should be no shorter than 2" (5 cm) above the knee.
- The waistband of pants, shorts, skirts, and capris must sit at the natural waistline.
- Store personnel wearing pants, shorts, skirts, or capris with belt loops must wear a plain black belt if the shirt is tucked into the waistband. Suspenders are not permitted.

### Hats, Visors, and Gloves

- Store personnel must wear a Domino's Pizza-approved baseball style hat or visor worn forward while working.
  - Store personnel wearing a visor while preparing food products may be required to wear a hairnet.
  - A hat or visor is not required to be worn during meetings or training sessions.
- Domino's Pizza-approved knit hats may be worn by delivery personnel during cold weather.
- A hairnet or du-rag may be worn under a hat. The du-rag must be solid black, have no visible markings, patterns or logos, and cannot have a tie that extends below the neck.
- Any gloves that are worn must be of a solid color and must be in good condition.

### Nametags and Pins

Any nametags and pins that are worn must be located on the right side of the shirt, jacket, hat or apron. Nametags must not have fictitious or humorous names and the name must be printed or engraved on the nametag rather than handwritten.

### Shoes and Socks

- Shoes must cover the entire foot, be in good condition, and have non-slip soles (franchise store minimum requirement) or slip-resistant soles (corporate store requirement). Any laces must be tied.
- Socks or hose must be worn and shoes displaying toes or the shapes of toes are not permitted.

### Aprons and Jackets

- Store personnel involved in preparing food products must wear an approved black or navy apron that is clean, worn full-length, and tied.
- Aprons may not be worn outside the store.
- Only approved, logoed Domino's Pizza jackets may be worn.

### Non-Store Personnel

- Non-store personnel visiting a store may wear store personnel apparel or appropriate business casual attire.
  - Appropriate business casual includes logo shirts or slacks and a dress shirt. A nametag or current business card must be available to identify the individual to store personnel.
  - If store personnel apparel is worn, a Domino's Pizza-approved hat or visor must be worn. However, a hat or visor is not required to be worn during meetings or training sessions.
- When preparing product, non-store personnel must wear an apron and a Domino's Pizza-approved hat or visor.
- Non-store personnel must not enter any quick service restaurant establishment of a direct competitor while wearing apparel with the Domino's Pizza logo.
- Personnel performing local store marketing may wear store personnel apparel or an appropriate costume.
- Hygiene
- Due to the close personal contact with other store personnel and the public, personal cleanliness is of primary importance. Store personnel and their apparel must be clean and proper precautions must be taken to ensure that body odor is kept at a minimum. Store personnel must use perfumes and lotions with restraint given that working conditions call for close personal contact. Store personnel preparing food products should not wear lotions, creams, oils, etc., on their hands.
- Hands must be washed when store personnel initially enter the food production area and after performing duties such as sweeping, making a delivery, using the restroom, or when hands may have otherwise become contaminated.
- Hand washing means scrubbing hands using anti-bacterial soap for a minimum of 20 seconds and then rinsing and drying hands using single-use paper towels or an automatic hand dryer.
- Each hand washing station must have a covered receptacle for disposing of paper towels; the use of common towels is prohibited.
- An automatic hand dryer may be used in place of, or in addition to, single-use paper towels. If an automatic hand dryer is used, it must be placed a minimum of 2' (60.1 cm) away from a food surface or open food products. Placing the hand dryer on the side of a sink furthest from the makeline is sufficient.
- Each hand washing station must have instant hand sanitizer available for use. Store personnel working in the food production area may use instant hand sanitizer in place of hand washing after handling non-food items, such as a telephone, computer, cash, etc. and prior to handling food products. Instant hand sanitizer should only be used if hands are visibly unsoiled.
- Fingernails must be neatly trimmed, clean, and not extend ¼" (.6 cm) or more beyond the end of the fingertips. Nail polish and false fingernails are not permitted.
- Store personnel must exercise reasonable personal hygiene so that exposed parts of the body (face, neck, arms, and hands) do not constitute a threat to exposed food products.

- Store personnel cannot consume or store their food or beverage items in the food production area. Store personnel must keep hands and fingers out of their mouths, noses, and hair while working; if these areas are touched, store personnel must wash their hands.
- Store personnel with respiratory infections, infected sores or wounds, or open cuts or abrasions are not permitted to handle food products.

### Hair

- Hair longer than top of the shirt collar must be secured under a hat or be suitably restrained, such as with a hairnet or rubber band. Restrained hair that is not tucked under a hat must be restrained behind and off the shoulders. Visible dyed hair color must be permanent or semi-permanent; temporary sprays, glitter, chalks, or similar products are not permitted.
- Hair should not be ragged or not reasonably trimmed or give the impression of being unkempt.

### Facial Hair

- Facial hair should be clean and neatly groomed
- Store personnel may be required to wear a beard net or beard snood while preparing food products.

### Jewelry

- Non-food preparation store personnel are permitted to wear: stud or hoop earrings under ¾" (1.9 cm) (limit of two earrings per ear), an inexpensive or DPL incentive watch, a simple necklace, a medical alert necklace, and a wedding ring.
- Food preparation store personnel are permitted to wear: stud or hoop earrings under ¾" (1.9 cm) (limit of two earrings per ear), a simple necklace, a medical alert necklace, and a wedding ring.
- Plain ear grommets or gauges not exceeding ¾" (1.9 cm) and a small plain nose, lip, or eyebrow stud or ring are allowed. Septum piercings are not allowed.

### Tattoos

Team members must cover any visible tattoos that would violate the Company's anti-discrimination and anti-harassment policies. Any visible tattoos on the face are not allowed and must be covered.

### Body Modification or Alteration

- Store personnel must make every reasonable effort to cover visible intentional body modification or alteration undertaken for the purpose of achieving a physical effect that disfigures, deforms, or detracts from a professional image. Examples include, but are not limited to, decorative skin implants, brands or scarification, tongue splitting, and decorative tooth filing, plating, or engraving. Body modification or alteration resulting from traditional elective medical procedures (such as teeth straightening, hair replacement, cosmetic plastic surgery, etc.) is not included.
- Intentional body modification or alteration should not be on the face, neck, or hands, as these areas cannot be covered with apparel.

### Use of Domino's Logo Apparel Provided by the Company

Because store team members represent the Company when wearing Domino's logo apparel provided by the Company, store team members should:

- only wear Domino's logo apparel while at work or going directly to and from work;
- not enter any other quick service restaurant that sells more than 30% of pizza when wearing Domino's logo apparel unless making a delivery for Domino's; and
- not consume or purchase alcoholic beverages when wearing Domino's logo apparel.

At the conclusion of employment, store team members must return Domino's logo or other apparel provided by the Company. Any ordinary wardrobe items worn at work that are provided by store team members, including

but not limited to pants, capris, shorts, skirts, undershirts, belts, shoes, socks, and hose, can be worn by store team members outside of work without restriction.

### Laundering and Cleaning Services Provided by Domino's

Domino's will launder or clean, free of charge to store team members, Domino's logo or other apparel provided by the Company as well as any pants, capris, shorts, or skirts worn at work that are provided by store team members. Instructions are posted in each store with locations, times, and procedures for using such laundering or cleaning services. If a store team member elects not to use such laundering or cleaning services provided by Domino's, that team member will be responsible for laundering or cleaning these items on their own. Store team members with any questions or concerns regarding the laundering or cleaning services provided by Domino's or who believe they were not permitted or were unable to take advantage of such services should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

### Requests for Additional or Replacement Domino's Logo or Other Apparel Provided by the Company

Store team members should contact their Manager of Corporate Operations, Human Resources representative, or the Team Member Service Center at (877) 921-8326 to request additional or replacement Domino's logo or other apparel provided by the Company.

### Requests for Accommodation or Questions or Concerns Regarding These Appearance Guidelines

Store team members may request an exception to these appearance guidelines as an accommodation based on religious, cultural, medical, or other reasons by contacting their Human Resources representative or the Team Member Service Center at (877) 921-8326. Domino's prohibits any form of retaliation against a store team member for requesting an exception to these guidelines as an accommodation. Domino's will comply with any federal, state or local laws or regulations that prevent application of any of these guidelines and nothing in these guidelines is intended to infringe on any team member's rights under the National Labor Relations Act. Store team members with any questions or concerns regarding these appearance guidelines should contact their Human Resources representative or the Team Member Service Center at (877) 921-8326.

## TEAM MEMBER ACKNOWLEDGEMENT

This Handbook provides you with a basic understanding of the culture, organization, policies, and practices of Domino's Pizza LLC ("Domino's" or the "Company"). Your acknowledgement confirms that you have reviewed, understand, and agree with the statements listed below:

- I understand that this Handbook supersedes all previous handbooks, manuals, and memos.
- I acknowledge that I had the opportunity to request that my supervisor and/or Human Resources representative review this Handbook with me and/or answer any of my questions regarding the Handbook.
- I understand that Domino's reserves the right to modify, suspend, or terminate any of the policies, procedures, and/or benefits described in this Handbook with or without prior notice to team members except the at-will employment status, and that regardless of the date of hire, all team members are subject to these updates.
- I understand that my employment with the Company is at-will. This means that I or the Company may unilaterally terminate my employment at any time for any lawful reason or for no reason at all with or without notice. Similarly, the policies included in this Handbook, whether standing alone or combined, are intended to be guidelines only and are in no way to be interpreted as a contract between the Company and me. Therefore, nothing in this Handbook should be construed as an express or implied contract or a guarantee of continued employment. At-will employment cannot be changed by any oral statement; it can only be changed pursuant to a written agreement covering employment status signed by the CEO and Executive Vice President of Human Resources.
- I acknowledge that if I have a concern regarding a possible violation of any Company policy or procedure, I will promptly report the concern to my supervisor, Human Resources Department, Legal Department, NAVEX at (844) 850-2250 or online at www.dominos.ethicspoint.com, or the Company's Director of Internal Audit.
- I understand and acknowledge that nothing in this Handbook or in any other document or policy is intended to prohibit me from reporting concerns to, filing a charge or complaint with, making lawful disclosures to, providing documents or other information to or participating in an investigation or hearing conducted by the Equal Employment Opportunity Commission, National Labor Relations Board, Securities and Exchange Commission or any other federal, state or local agency charged with the enforcement of any applicable laws.
- Nothing in this Handbook is intended to interfere with, restrict, or otherwise infringe upon team members' rights under applicable federal, state, or local law, including any and all rights under Section 7 of the National Labor Relations Act to engage in concerted activities for collective bargaining or other mutual aid or protection.

# Your Employee Rights Under the Family and Medical Leave Act

## What is FMLA leave?

The Family and Medical Leave Act (FMLA) is a federal law that provides eligible employees with **job-protected leave** for qualifying family and medical reasons. The U.S. Department of Labor's Wage and Hour Division (WHD) enforces the FMLA for most employees.

Eligible employees can take **up to 12 workweeks** of FMLA leave in a 12-month period for:

- The birth, adoption or foster placement of a child with you,
- Your serious mental or physical health condition that makes you unable to work,
- To care for your spouse, child or parent with a serious mental or physical health condition, and
- Certain qualifying reasons related to the foreign deployment of your spouse, child or parent who is a military servicemember.

An eligible employee who is the spouse, child, parent or next of kin of a covered servicemember with a serious injury or illness **may take up to 26 workweeks** of FMLA leave in a single 12-month period to care for the servicemember.

You have the right to use FMLA leave in **one block of time**. When it is medically necessary or otherwise permitted, you may take FMLA leave **intermittently in separate blocks of time, or on a reduced schedule** by working less hours each day or week. Read Fact Sheet #28M(c) for more information.

FMLA leave is **not paid leave**, but you may choose, or be required by your employer, to use any employer-provided paid leave if your employer's paid leave policy covers the reason for which you need FMLA leave.

## Am I eligible to take FMLA leave?

You are an **eligible employee** if **all** of the following apply:

- You work for a covered employer,
- You have worked for your employer at least 12 months,
- You have at least 1,250 hours of service for your employer during the 12 months before your leave, and
- Your employer has at least 50 employees within 75 miles of your work location.

Airline flight crew employees have different "hours of service" requirements.

You work for a **covered employer** if **one** of the following applies:

- You work for a private employer that had at least 50 employees during at least 20 workweeks in the current or previous calendar year,
- You work for an elementary or public or private secondary school, or
- You work for a public agency, such as a local, state or federal government agency. Most federal employees are covered by Title II of the FMLA, administered by the Office of Personnel Management.

## How do I request FMLA leave?

Generally, **to request FMLA leave you must**:

- Follow your employer's normal policies for requesting leave,
- Give notice at least 30 days before your need for FMLA leave, or
- If advance notice is not possible, give notice as soon as possible.

You **do not have to share a medical diagnosis** but must provide enough information to your employer so they can determine whether the leave qualifies for FMLA protection. You **must also inform your employer if FMLA leave was previously taken** or approved for the same reason when requesting additional leave.

Your **employer may request certification** from a health care provider to verify medical leave and may request certification of a qualifying exigency.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.

State employees may be subject to certain limitations in pursuit of direct lawsuits regarding leave for their own serious health conditions. Most federal and certain congressional employees are also covered by the law but are subject to the jurisdiction of the U.S. Office of Personnel Management or Congress.

## What does my employer need to do?

If you are eligible for FMLA leave, your **employer must**:

- Allow you to take job-protected time off work for a qualifying reason,
- Continue your group health plan coverage while you are on leave on the same basis as if you had not taken leave, and
- Allow you to return to the same job, or a virtually identical job with the same pay, benefits and other working conditions, including shift and location, at the end of your leave.

Your **employer cannot interfere with your FMLA rights** or threaten or punish you for exercising your rights under the law. For example, your employer cannot retaliate against you for requesting FMLA leave or cooperating with a WHD investigation.

After becoming aware that your need for leave is for a reason that may qualify under the FMLA, your **employer must confirm whether you are eligible** or not eligible for FMLA leave. If your employer determines that you are eligible, your **employer must notify you in writing**:

- About your FMLA rights and responsibilities, and
- How much of your requested leave, if any, will be FMLA-protected leave.

## Where can I find more information?

Call **1-866-487-9243** or visit **dol.gov/fmla** to learn more.

If you believe your rights under the FMLA have been violated, you may file a complaint with WHD or file a private lawsuit against your employer in court. **Scan the QR code to learn about our WHD complaint process.**

**WAGE AND HOUR DIVISION**
UNITED STATES DEPARTMENT OF LABOR

SCAN ME

## Following is the electronic signature of the team member acknowledging the

and reading of the Team Member Handbook.

### Team Member eSignature

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Mcclusky,Santrel | | Santrel McClusky | 7133 | 2025-11-20-13.04.53.000000 |