# EXHIBIT

# 25

**Santrel McClusky v. Domino's Pizza LLC**

U.S. District Court for the Western District of Washington

Case No. 2:26-cv-03189

## DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

FILED
2026 AUG 27 01:30 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-23364-1 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| SANTREL McCLUSKY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a Washington Limited Liability Corporation, and DOES 1 – 100, inclusive,<br><br>Defendants. | NO. 26-2-23364-1 KNT<br><br>**DECLARATION OF MIKELL YOUNG IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

I, Mikell Young, declare as follows under the penalty of perjury of the laws of the United States:

1. I am over the age of 18 and I am making this declaration in support of Defendant, Domino's Pizza LLC's ("Defendant") Motion to Compel Arbitration and Stay Proceedings. If called as a witness, I would and could competently testify to the following facts based on my direct personal knowledge.

2. I am currently employed as the Senior Operations Manager with Defendant. I have held this position since October 2025.

3. In my capacity as Senior Operations Manager, I oversee the Kent, Washington Supply Chain Center and have personal knowledge of the duties of each department within the



FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

Center, including the roles and responsibilities of Yard Drivers and Warehouse Associates. I am also familiar with how product is handled in the facility with regard to these roles.

4. The warehouse handles product on both an inbound and an outbound basis. Inbound product is product that arrives at the facility, and outbound product is product that leaves the facility for delivery.

5. For inbound product, a third-party carrier transports the product to the facility in the carrier's own truck, operated by the carrier's own driver. When the truck arrives, the carrier's driver remains in the cab of the truck while Defendant's Warehouse Associates unload the product. Once the truck is unloaded, the carrier's driver departs the facility. A Yard Driver takes no part in unloading inbound product. On rare occasions, a Yard Driver may be asked to move surplus product to another location for storage, but that is the exception and not a regular part of a Yard Driver's duties.

6. For outbound product, a Yard Driver moves one of Defendant's trailers to the loading dock and remains in the cab while Defendant's Warehouse Associates load the product. The Yard Driver does not assist with loading. Once loading is complete, the Yard Driver moves the loaded trailer to another area of the yard, where a separate delivery driver takes it for outbound delivery.

7. In both the inbound and outbound processes, a Yard Driver's role is limited to moving trucks within the facility's yard. A Yard Driver does not load or unload product and rarely, if ever, comes into physical contact with the product.

8. Other duties and responsibilities Yard Drivers hold include taking trailers to be washed and cleaned and communicating maintenance needs of the trucks.

DECLARED on August 24, 2026, at Kent, Washington.

Mikell Young



FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be served on the following attorneys, via the method(s) indicated:

Adarsh N. Parthasarathy, WSBA #62319
Danielle E. Kim, WSBA #54154
Cassandra Lenning, WSBA #54336
Bibiyan Law Group, P.C.
1460 Westwood Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
aparthasarathy@tomorrowlaw.com
dkim@tomorrowlaw.com
clenning@tomorrowlaw.com

*Attorneys for Plaintiff*

☒ **King County Script Portal**
☒ **First-Class Mail, postage prepaid**
☒ **Email (courtesy copy)**

DATED this 27th day of August, 2026.

*s/ Lynn Van Eyck*
Lynn Van Eyck, Legal Secretary



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908